**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| Clifford Boynes, et al., <br><br> Plaintiffs, <br> v. <br><br> Limetree Bay Ventures, LLC, et al., <br><br> Defendants. | CIVIL NO. 1:21-CV-253 <br><br> CLASS ACTION COMPLAINT <br><br> JURY TRIAL DEMANDED |

**NOTICE OF SPECIAL APPEARANCE**

PLEASE TAKE NOTICE that Carl A. Beckstedt III, Esq., of the law firm of Beckstedt & Kuczynski LLP, hereby enters his appearance in this action as counsel for named Defendants Limetree Bay Ventures, LLC, Limetree Bay Refining, LLC, and Limetree Bay Terminals, LLC ("Limetree Defendants"), appearing specially and subject to all jurisdictional challenges, and requests that copies of all pleadings, other papers and notices filed in this action be served on Attorney Carl A. Beckstedt III as counsel.

Respectfully submitted,

**Beckstedt & Kuczynski LLP**
*Attorneys for Limetree Defendants*
2162 Church Street
Christiansted, VI 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: July 1, 2021    By:    s/ Carl A. Beckstedt III
                               Carl A. Beckstedt III, Esq.
                               VI Bar No. 684
                               carl@beckstedtlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this July 1, 2021, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

s/ Carl A. Beckstedt III