**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

CLIFFORD BOYNES, et al.,

                    Plaintiffs,

      v.

LIMETREE BAY VENTURES, LLC, et al.,

                 Defendants.

1:21-CV-00253

**CLASS ACTION COMPLAINT**

JURY TRIAL DEMANDED

---

### NOTICE OF APPEARANCE

---

**COMES NOW,** Adam N. Marinelli, Esq. of BoltNagi PC, and without waiving any defenses available at law, hereby enters his appearance as Counsel for Defendant, EIG Global Energy Partners, LLC, in the above-captioned matter, and requests that copies of all further pleadings be delivered to him at the address appearing below.

                              Respectfully submitted,

                              BOLTNAGI PC

Dated:  July 12, 2021             /s/ Adam N. Marinelli
                              Adam N. Marinelli, Esq.
                              V.I. Bar No. 1294
                              BOLTNAGI PC
                              Merchants Financial Center
                              4608 Tutu Park Mall, Ste. 202
                              St. Thomas, VI  00802-1816
                              (340) 774-2944 Telephone
                              (340) 776-1639 Facsimile
                              amarinelli@vilaw.com
                              *Attorneys for EIG Global Energy Partners,*
                              *LLC*

25285.0001

*Boynes, et al., v. Limetree, et al.*
1:21-cv-00253
Notice of Appearance
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2021, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send a notification of such filing (NEF) to:

| | |
|---|---|
| **Jennifer Jones, Esq.**<br>Law Offices of Jennifer Jones<br>*Attorneys for Plaintiffs*<br>9003 Havensight Mall, Suite 319<br>St. Thomas, VI 00802<br>(340) 779-7386 Telephone<br>(340) 714-5080 Facsimile<br>jjones@vienvironmentallaw.com | **Carl A. Beckstedt, Esq.**<br>**Robert J. Kuczynski, Esq.**<br>Beckstedt & Kuczynski LLP<br>*Attorneys for Defendants Limetree*<br>2162 Church Street<br>Christiansted, St. Croix, VI  00820<br>carl@beckstedtlaw.com<br>robb@beckstedtlaw.com |
| **J. Daryl Dodson, Esq.**<br>Moore, Dodson, Russell & Wilhite, P.C. V.I.<br>*Attorney for Freepoint Commodities, LLC*<br>5035 Norre Gade, Suite 201<br>P.O. Box 310<br>St. Thomas, V.I. 00804<br>daryl@mdrvi.com | **Schuyler A. Smith, Esq.**<br>**Jennifer P. Brooks, Esq.**<br>Hamilton, Miller & Birthisel, VI P.C.<br>*Attorneys for Defendant BP Products North America, Inc.*<br>150 Southeast Second Avenue, #1200<br>Miami, FL  33131<br>ssmith@hamiltonmillerlaw.com<br>jmiller@hamiltonmillerlaw.com<br>yrivera@hamiltonmillerlaw.com<br>smixon@hamiltonmillerlaw.com |

Dated:  July 12, 2021                    /s/ Adam N. Marinelli
                                                    Adam N. Marinelli, Esq.