**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, CHRIS CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, MINOR CHILD "J.M.M.", MINOR CHILD "V.M.", MINOR CHILD "Z.R.C.", MINOR CHILD "M.M.", MINOR CHILD "O.N.", MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, LAMBERT WOODS, ROCHELLE GOMEZ, GUIDRY WELLS, JOAN MATHURIN, MYRNA MATHURIN, ALLAN MATHURIN, ANN MARIE JOHN-BAPTISTE, LEOBA JOHN-BAPTISTE-PELLE, and WARRINGTON CHAPMAN on behalf of themselves and all others similarly situated, | **Case No. 1:21-cv-00253** <br><br> **CLASS ACTION COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |
| Plaintiff, <br><br>     v. <br><br> LIMETREE BAY VENTURES, LLC; LIMETREE BAY REFINING, LLC; LIMETREE BAY TERMINALS, LLC; ARCLIGHT CAPITAL PARTNERS, LLC; FREEPOINT COMMODITIES, LLC; EIG GLOBAL ENERGY PARTNERS, LLC; BP PRODUCTS NORTH AMERICA, INC.; and JOHN DOES 1-100, <br><br> Defendants. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Hugh P. Lambert, Esq., of The Lambert Firm, PLC, hereby enters his appearance in this action as counsel for the named Plaintiffs CLIFFORD BOYNES, CHRIS CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, MINOR CHILD "J.M.M.", MINOR CHILD "V.M.", MINOR CHILD "Z.R.C.", MINOR CHILD "M.M.", MINOR CHILD "O.N.", ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, , ROCHELLE GOMEZ, JOAN MATHURIN, MYRNA MATHURIN, ANN MARIE JOHN-BAPTISTE, WARRINGTON CHAPMAN and LEOBA JOHN-BAPTISTE-PELLE, (the "Plaintiffs"), on behalf of themselves and all others similarly situated (the "Class"), and requests that copies of all pleadings, other papers, and notices filed in this action be served on Attorney Hugh P. Lambert as counsel.

DATED: July 12, 2021

Respectfully submitted,

*/s/ Hugh P. Lambert*
Hugh P. Lambert, T.A. (LA Bar No. 7933)
THE LAMBERT FIRM, PLC
701 Magazine St.
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@thelambertfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021 a copy of the foregoing *Notice of Appearance and Request for Service* was filed electronically with the Clerk of Court using the CM/ECF system. Notice

of this filing will be sent to parties and counsel who are Filing Users by operation of the court's electronic filing system.

*/s/ Hugh P. Lambert*
**HUGH P. LAMBERT, ESQ.**