**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, CHRIS CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, MINOR CHILD "J.M.M.", MINOR CHILD "V.M.", MINOR CHILD "Z.R.C.", MINOR CHILD "M.M.", MINOR CHILD "O.N.", ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, ROCHELLE GOMEZ, JOAN MATHURIN, MYRNA MATHURIN, ANN MARIE JOHN-BAPTISTE, WARRINGTON CHAPMAN and LEOBA JOHN-BAPTISTE-PELLE, on behalf of themselves and all others similarly situated.<br><br>     Plaintiffs,<br><br>  v.<br><br>LIMETREE BAY REFINING, LLC; LIMETREE BAY TERMINALS, LLC; LIMETREE BAY VENTURES, LLC; ARCLIGHT CAPITAL PARTNERS, LLC; FREEPOINT COMMODITIES, LLC; EIG GLOBAL ENERGY PARTNERS, LLC; BP PRODUCTS NORTH AMERICA, INC.; and JOHN DOES 1-100,<br><br>     Defendants. | Case No. 1:21-CV-00253 |

**DEFENDANT ARCLIGHT CAPITAL PARTNERS, LLC'S
<u>MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL T. DONOVAN, P.C.</u>**

COMES NOW Dudley Newman Feuerzeig, LLP, Charles E. Lockwood, Esq., counsel for

Defendant ArcLight Capital Partners, LLC, ("ArcLight"), and hereby moves for the admission of

Attorney Daniel T. Donovan, P.C., *pro hac vice* in this matter as additional counsel for said

Defendant ArcLight.  Defendant cites the powers of this Court to admit any attorney *pro hac vice*

Clifford Boynes v. Limetree Bay Ventures, LLC, et al, Case No. 1:21-cv-00253
Defendant ArcLight's Motion for Admission Pro Hac Vice of Daniel T. Donovan, P.C.
Page 2

pursuant to Rule 51(f) of Appendix V of 5 V.I.C. and Rule 83.1(3) of the Local Rules of Civil Procedure.

In support thereof movant states as follows:

1.      Attorney Donovan is admitted to, and in good standing with, the Bar of the State of Ohio.  Attorney Donovan is also admitted and in good standing in the District of Columbia.  As evidence thereof, *see* Certificate of Good Standing from each jurisdiction attached hereto as **Exhibit A.**

2.      The admission of Attorney Donovan will constitute his third appearance before the District Court of the Virgin Islands in a *pro hac vice* capacity.

3.      By his signature on the attached affirmation, Attorney Donovan agrees to be bound by the grievance procedures of the Virgin Islands Bar Association, and hereby subjects himself to the disciplinary and contempt jurisdiction of this Court.

Defendant ArcLight also attaches the following exhibits in support of its Motion:

**Exhibit B**      *Pro Hac Vice* Application

**Exhibit C**      Affidavit of Charles E. Lockwood in Support of Motion for Admission *Pro Hac Vice*

WHEREFORE, movant respectfully requests this Honorable Court admit Attorney Daniel T. Donovan, P.C. *pro hac vice*, as additional counsel for ArcLight in the above-titled matter. Movant will also continue to serve as counsel for ArcLight.

Clifford Boynes v. Limetree Bay Ventures, LLC, et al, Case No. 1:21-cv-00253
Defendant ArcLight's Motion for Admission Pro Hac Vice of Daniel T. Donovan, P.C.
Page 3

                                        Respectfully submitted,

Dated:  October 13, 2022               DUDLEY NEWMAN FEUERZEIG, LLP.


                                        By: /s/ Charles E. Lockwood, Esq.
                                        Charles E. Lockwood, Esq.
                                        *Attorneys for ArcLight*
                                        1131 King Street, Suite 204
                                        Christiansted, V.I.00820-4971
                                        CLockwood@dnfvi.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of October 2022, I electronically filed the foregoing **DEFENDANT ARCLIGHT CAPITAL PARTNERS, LLC'S MOTION FOR ADMISSION PRO HAC VICE OF DANIEL T. DONOVAN, P.C.** with the Clerk of the Court using the CM/ECF system, which will send a notification to the following.

Schuyler A. Smith, Esq.
Jennifer P. Brooks, Esq.
Robert Franciscovich, Esq
Rhonda R. Trotter, Esq.
Lori B. Leskin, Esq.
Andres A. Pino, Esq.
Savannah M. Connell, Esq. *(pro hac vice)*
Hamilton, Miller & Birthisel, VI P.C.
150 Southeast Second Avenue, #1200
Miami, Florida 33131
*Attorneys for Defendant BP Products North America, Inc*
ssmith@hamiltonmillerlaw.com
jmiller@hamiltonmillerlaw.com
robert.franciscovich@arnoldporter.com
rhonda.trotter@arnoldporter.com
lori.leskin@arnoldporter.com
apino@hamiltonmillerlaw.com
smixon@hamiltonmillerlaw.com

Carl Beckstedt, III, Esq.
Robert J. Kuczynski, Esq.
Beckstedt & Kuczynski, LLP
2162Church Street
Christiansted, VI 00820
*Attorneys for Limetree Bay Terminals, LLC*
carl@beckstedtlaw.com

Clifford Boynes v. Limetree Bay Ventures, LLC, et al, Case No. 1:21-cv-00253
Defendant ArcLight's Motion for Admission Pro Hac Vice of Daniel T. Donovan, P.C.
Page 4

robb@beckstedtlaw.com

Ryan C. Stutzman, Esq.
CSA ASSOCIATES, P.C.
1138 King Street, Suite 100
Christiansted, VI 00820
*Attorneys for Limetree Bay Refining, LLC*
RStutzman@saastx.vi

J. Daryl Dodson, Esq.
Melvin Brosterman, Esq.
Francis C. Healy, Esq.
Arthur J. Herskowitz, Esq.
Kanaan L. Wilhite, Esq
Moore, Dodson, Russell & Wilhite, P.C.
5035 Norre Gade, Suite 201
St. Thomas, V.I. 00804
*Attorney for Freepoint Commodities, LLC*
daryl@mdrvi.com
mbrosterman@stroock.com
fhealy@stroock.com
aherskowitz@stroock.com
kanaan@mdrvi.com

Adam Marinelli, Esq.
BoltNagi, PC
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
*Attorney for EIG*
*amarinelli@vilaw.com*

Jennifer Jones, Esq.
Hugh P. Lambert, Esq.
J. Christopher Zainey, Jr, Esq.
Brian J. Mersman, Esq.
C. Hogan Paschal, Esq. *(pro hac vice)*
Paul C. Thibodeaux *(pro hac vice)*
Kerry J. Miller *(pro hac vice)*
E. Blair Schilling *(pro hac vice)*
Rebekka Claire Veith *(pro hac vice)*
Law Offices of Jennifer Jones
9003 Havensight Mall, Ste. 319
St. Thomas, V.I. 00802
*Attorney for the Plaintiffs*
jjones@vienvironmentallaw.com
hlambert@thelambertfirm.com

Clifford Boynes v. Limetree Bay Ventures, LLC, et al, Case No. 1:21-cv-00253
Defendant ArcLight's Motion for Admission Pro Hac Vice of Daniel T. Donovan, P.C.
Page 5

czainey@thelambertfirm.com
bmersman@thelambertfirm.com
hpaschal@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com
kmiller@fishmanhaygood.com
bschilling@fishmanhaygood.com
rveith@fishmanhaygood.com

*/s/ Charles E. Lockwood, Esq.*