**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, CHRIS CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, MINOR CHILD "J.M.M.", MINOR CHILD "V.M.", MINOR CHILD "Z.R.C.", MINOR CHILD "M.M.", MINOR CHILD "O.N.", ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, ROCHELLE GOMEZ, JOAN MATHURIN, MYRNA MATHURIN, ANN MARIE JOHN-BAPTISTE, WARRINGTON CHAPMAN and LEOBA JOHN-BAPTISTE-PELLE, on behalf of themselves and all others similarly situated. <br><div align="right">Plaintiffs,</div> <br>v.<br><br>LIMETREE BAY REFINING, LLC; LIMETREE BAY TERMINALS, LLC; LIMETREE BAY VENTURES, LLC; ARCLIGHT CAPITAL PARTNERS, LLC; FREEPOINT COMMODITIES, LLC; EIG GLOBAL ENERGY PARTNERS, LLC; BP PRODUCTS NORTH AMERICA, INC.; and JOHN DOES 1-100, <br><br><div align="right">Defendants.</div> | Case No. 1:21-CV-00253 |

**AFFIRMATION OF CHARLES E. LOCKWOOD, ESQ. IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Charles E. Lockwood, being duly sworn, hereby affirms and states as follows:

1.      I am an attorney currently in good standing and an active member of the Virgin Islands Bar Association.

2.      I hereby move for the admission of Attorney Daniel T. Donovan, P.C. *pro hac vice* in the above matter.

## EXHIBIT C

Boynes v. ArcLight, et al, Case No. 1:21-CV-00253
Affirmation of Charles Lockwood in Support of Motion for Admission *Pro Hac Vice*
Page 2

3.     I have notified all counsel of this motion on and there were no objections to

Attorney Donovan's admission subject to compliance with the Court Rules.

4.     For the foregoing reasons and for reasons set forth in Attorney Daniel T.

Donovan, P.C.'s Affidavit and Questionnaire, I respectfully request his admission be permitted.


Dated: October 13, 2022                         /s/ *Charles E. Lockwood*
                                          CHARLES E. LOCKWOOD, ESQ.