## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

CLIFFORD BOYNES, CHRIS CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, MINOR CHILD "J.M.M.", MINOR CHILD "V.M.", MINOR CHILD "Z.R.C.", MINOR CHILD "M.M.", MINOR CHILD "O.N.", ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, ROCHELLE GOMEZ, JOAN MATHURIN, MYRNA MATHURIN, ANN MARIE JOHN-BAPTISTE, WARRINGTON CHAPMAN and LEOBA JOHN-BAPTISTE-PELLE, on behalf of themselves and all others similarly situated.
          Plaintiffs,

    v.

LIMETREE BAY REFINING, LLC; LIMETREE BAY TERMINALS, LLC; LIMETREE BAY VENTURES, LLC; ARCLIGHT CAPITAL PARTNERS, LLC; FREEPOINT COMMODITIES, LLC; EIG GLOBAL ENERGY PARTNERS, LLC; BP PRODUCTS NORTH AMERICA, INC.; and JOHN DOES 1-100,

          Defendants.

Case No. 1:21-CV-00253

### ORDER FOR ADMISSION *PRO HAC VICE*

THIS MATTER is before the Court on Defendant ArcLight's Motion for Admission *Pro Hac Vice* of Attorney Daniel T. Donovan, P.C., in the above case. It is hereby;

**ORDERED** that Defendant's motion is **GRANTED** and Attorney Daniel T. Donovan, P.C. is hereby **ADMITTED** *pro hac vice* as co-counsel for ArcLight Capital Partners, LLC, in the above action.

Order for Admission *Pro Hac Vice of Donovan*
Page 2

**SO ORDERED** on this _____, 2022.


_____
**Judge of the District Court**