## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, CHRIS CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, MINOR CHILD "J.M.M.", MINOR CHILD "V.M.", MINOR CHILD "Z.R.C.", MINOR CHILD "M.M.", MINOR CHILD "O.N.", ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, ROCHELLE GOMEZ, JOAN MATHURIN, MYRNA MATHURIN, ANN MARIE JOHN-BAPTISTE, WARRINGTON CHAPMAN and LEOBA JOHN-BAPTISTE-PELLE, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff[s],<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC; LIMETREE BAY REFINING, LLC; LIMETREE BAY TERMINALS, LLC; ARCLIGHT CAPITAL PARTNERS, LLC; FREEPOINT COMMODITIES, LLC; EIG GLOBAL ENERGY PARTNERS, LLC; BP PRODUCTS NORTH AMERICA, INC.; and JOHN DOES 1-100,<br><br>      Defendants. | 1:21-cv-00253-WAL-EAH |

### OATH OF ATTORNEY ADMITTED PRO HAC VICE

I, DANIEL T. DONOVAN, do solemnly swear that I will conduct myself as an attorney and counselor of this Court uprightly and according to the law.

I will support the Constitution and the laws of the United States and the laws of the United States Virgin Islands.

DANIEL T. DONOVAN
Attorney at Law

Subscribed and sworn to before me
This 31st day of October 2022

EMILE A. HENDERSON III
U.S. Magistrate Judge