# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**LIMETREE BAY VENTURES, LLC** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 21-253 |

### *Ex Parte* Motion to Enroll as Counsel of Record

Plaintiffs–Clifford Boynes, Chris Christian, Margaret Thompson, Delia Almestica, Carlos Christian, Anna Rexach-Constantine, Mervyn Constantine, Neal David, Edna Santiago, Guidrycia Wells, O'Shay Wells, Aaron G. Maynard, Verne McSween, Rochelle Gomez, Joan Mathurin, Myrna Mathurin, Ann Marie John-Baptiste, Warrington Chapman, Leoba John-Baptiste-Pelle, minor child "J.M.M", minor child "V.M.", minor child "Z.R.C.", minor child "M.M", and minor child "O.N.", on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), through undersigned counsel, respectfully move this Court for entry of an order enrolling as additional counsel of record in this matter John K. Dema (Bar No. 357), of Law Offices of John K. Dema, PC as counsel of record for them in this matter.

DATED: January 30, 2023　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Hugh P. Lambert*　　　　　　
　　　　　　　　　　　　　　　　Hugh P. Lambert (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　J. Christopher Zainey, Jr. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Brian J. Mersman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　**LAMBERT, ZAINEY, SMITH, & SOSO, APLC**
　　　　　　　　　　　　　　　　701 Magazine Street

New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertzainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

Kerry J. Miller (admitted *pro hac vice*)
Paul C. Thibodeaux (admitted *pro hac vice*)
E. Blair Schilling (admitted *pro hac vice*)
Rebekka C. Veith (admitted *pro hac vice*)
C. Hogan Paschal (admitted *pro hac vice*)
**FISHMAN HAYGOOD, L.L.P.**
201 St. Charles, Avenue, 46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
kmiller@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com
bschilling@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com

Jennifer Jones (Bar No. 686)
LAW OFFICES OF JENNIFER JONES
9003 Havensight Mall, Ste. 319
St. Thomas, V.I. 00802
Telephone: (340) 779-7386
Facsimile: (340) 714-5080
jjones@vienvironmentallaw.com

*Attorneys for Plaintiffs*

and

*/s/ John K. Dema*
John K. Dema, Esq. (V.I. Bar. No. 357)
**LAW OFFICES OF JOHN K. DEMA, PC**
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820
Telephone: (340) 773-6142
jdema@demalaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by electronic mail on January 30, 2023.

*/s/ Hugh P. Lambert*
**HUGH P. LAMBERT, T.A.**