## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

CLIFFORD BOYNES, CHRIS CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, MINOR CHILD "J.M.M.", MINOR CHILD "V.M.", MINOR CHILD "Z.R.C.", MINOR CHILD "M.M.", MINOR CHILD "O.N.", ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE McSWEEN, ROCHELLE GOMEZ, JOAN MATHURIN, MYRNA MATHURIN, ANN MARIE JOHN-BAPTISTE, WARRINGTON CHAPMAN and LEOBA JOHN-BAPTISTE-PELLE, on behalf of themselves and all others similarly situated,

          Plaintiffs,

    v.

LIMETREE BAY VENTURES, LLC; LIMETREE BAY REFINING, LLC; LIMETREE BAY TERMINALS, LLC; ARCLIGHT CAPITAL PARTNERS, LLC; FREEPOINT COMMODITIES, LLC; EIG GLOBAL ENERGY PARTNERS, LLC; BP PRODUCTS NORTH AMERICA, INC.; and John Does 1-100,

          Defendants.
_____

1:21-cv-00253-WAL-EAH

TO:     Rebekka C. Veith, Esq.
          Brian James Mersman, Esq.
          C. Hogan Paschal, Esq.
          Hugh P. Lambert, Esq.
          J. Christopher C. Zainey, Jr., Esq.
          Kerry J. Miller, Esq.

*Boynes v. Limetree Bay Ventures LLC.*
1:21-cv-00253-WAL-EAH
Order
Page 2

**Paul C. Thibodeaux, Esq.**
**Jennifer Jones, Esq.**
　　　*On behalf of Plaintiffs*
**Carl A. Beckstedt, III., Esq.**
**Robert J. Kuczynski, Esq.**
　　　*On behalf of Limetree Bay Ventures,*
　　　*Limetree Bay Terminals, Limetree Bay Refining*
**Ryan C. Stutzman, Esq.**
　　　*On behalf of Limetree Bay Refining*
**Charles Edward Lockwood, Esq.**
　　　*On behalf of Arclight Capital Partners*
**J. Daryl Dodson, Esq.**
**Arthur Justin Herskowitz, Esq.**
**Francis Healy, Esq.**
**Kanaan Le'Roy Wilhite, Esq.**
**Melvin Brosterman, Esq.**
　　　*On behalf of Freepoint Commodities*
**Adam Nicholas Marinelli, Esq.**
**Andrew Hammond, Esq.**
　　　*On behalf of EIG Global Energy Partners*
**Lori B. Leskin, Esq.**
**Rhonda R. Trotter, Esq.**
**Robert Franciscovich, Esq.**
**Schuyler A. Smith, Esq.**
**Andres Pino, Esq.**
**Jennifer Quildon Brooks, Esq.**
　　　*On behalf of BP Products N. America*

## ORDER

**THIS MATTER** comes before the Court on an Ex Parte Motion to Enroll as Counsel of Record, filed by Plaintiffs on January 30, 2023. Dkt. No. 124. In this motion, Plaintiffs seek to add John K. Dema, Esq. as additional counsel of record in this matter. *Id.*

This motion does not comply with LRCi 83.1(b)(2). That rule provides that "[d]ocuments filed by an attorney admitted pro hac vice shall also include the signature of Local Counsel." The Motion to Enroll as Counsel is signed by an attorney appearing pro hac

*Boynes v. Limetree Bay Ventures LLC.*
1:21-cv-00253-WAL-EAH
Order
Page 3

vice. While the motion lists local counsel Jennifer Jones, Esq. as submitting the motion along with pro hac vice counsel, the motion contains no signature line for Attorney Jones with an /s/ indicating that she in fact signed it.

The Court also notes that Attorney Dema is an active member of the Virgin Islands District Court Bar, and that he may file a notice of appearance in this case.

Accordingly, having reviewed the motion, and the premises considered, it is now hereby **ORDERED** that the Ex Parte Motion to Enroll Counsel of Record, Dkt. No. 124, is **DENIED WITHOUT PREJUDICE**.

ENTER:

Dated: February 1, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE