**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, CHRIS CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, MINOR CHILD "J.M.M.", MINOR CHILD "V.M.", MINOR CHILD "Z.R.C.", MINOR CHILD 'M.M.', MINOR CHILD "O.N.",ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS,O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, ROCHELLE GOMEZ, JOAN MATHURIN, MYRNA MATHURIN, ANN MARIE JOHN-BAPTISTE, WARRINGTON CHAPMAN and LEOBA JOHN-BAPTISTE-PELLE, on behalf of themselves and all others similarly situated. <br><br><div align=center>Plaintiffs,</div><br><div align=center>v.</div><br>LIMETREE BAY REFINING, LLC; LIMETREE BAY TERMINALS, LLC; LIMETREE BAY VENTURES, LLC; ARCLIGHT CAPITAL PARTNERS, LLC; FREEPOINT COMMODITIES, LLC; EIG GLOBAL ENERGY PARTNERS, LLC; BP PRODUCTS NORTH AMERICA, INC.; and JOHN DOES 1-100, <br><br><div align=center>Defendants.</div> | Case No. 1:21-CV-00253 |

<div align=center>

**<u>NOTICE OF APPEARANCE</u>**

</div>

PLEASE TAKE NOTICE that Daniel T. Donovan, P.C. of Kirkland & Ellis LLP hereby

enters his appearance for Defendant, ArcLight Capital Partners, LLC, in the above-captioned

matter.  The undersigned requests that notice of all proceedings and copies of all pleadings filed

in this matter prior to and subsequent to this date be served via email at ddonovan@kirkland.com.

<div align=center>1</div>

Boynes, et al v. Limetree Bay Ventures, LLC, et al, Case No. 1:21-CV-00253
Notice of Appearance
Page 2

Respectfully submitted,

Dated:  February 24, 2023          KIRKLAND & ELLIS LLP

By: /s/ Daniel T. Donovan, P.C.
Daniel T. Donovan, P.C. (*pro hac vice*)
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000
(202) 389-5200
ddonovan@kirkland.com

Charles E. Lockwood, Esq.
DUDLEY NEWMAN FEUERZEIG, LLP.
1131 King Street, Suite 204
Christiansted, V.I.00820-4971
CLockwood@dnfvi.com

*Attorneys for ArcLight Capital Partners, LLC*

Boynes, et al v. Limetree Bay Ventures, LLC, et al, Case No. 1:21-CV-00253
Notice of Appearance
Page 3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 24th day of February, 2023, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Rebekka C. Veith
Kerry J Miller
Paul C Thibodeaux
Fishman Haygood, LLP
201 St. Charles Avenue
Suite 4600
New Orleans, LA 7017
rveith@fishmanhaygood.com
kmiller@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com

Brian James Mersman
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
bmersman@thelambertfirm.com

C. Hogan Paschal
201 St. Charles Avenue
46th floor
New Orleans, LA 70170
hpaschal@fishmanhaygood.com

Hugh P. Lambert
J Christopher C Zainey , Jr
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
hlambert@lambertzainey.com
czainey@lambertzainey.com

*Attorneys for Plaintiffs*

Lee J. Rohn, Esq.
LEE J. ROHN AND ASSOCIATES, LLC
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Lee@rohnlaw.com

Jennifer Jones
Law Offices of Jennifer Jones
9003 Havensight Mall, Ste 319
St Thomas, VI 00802
jjones@vienvironmentallaw.com

*Attorneys for Plaintiffs*

Carl Beckstedt, III, Esq.
Robert J. Kuczynski
BECKSTEDT & KUCZYNSKI, LLP
2162 CHURCH STREET
Christiansted, VI 00820
carl@beckstedtlaw.com
robb@beckstedtlaw.com

Ryan C. Stutznman
CSA Associates, P.C.
1138 King Streett
Suite 100
Christiansted, VI 00820
RStutzan@saastx.vi

*Attorneys for Limetree Defendants*

Boynes, et al v. Limetree Bay Ventures, LLC, et al, Case No. 1:21-CV-00253
Notice of Appearance
Page 4

Melvin A. Brosterman
Francis C. Healy
Arthur J. Herskowitz
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
mbrosterman@stroock.com
fhealy@stroock.com
aherskowitz@stroock.com

Robert Franciscovich, Esq.
Rhonda R. Trotter, Esq
Lori B. Leskin
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
robert.franciscovich@arnoldporter.com
rhonda.trotter@arnoldporter.com
lori.leskin@kayescholer.com

J. Daryl Dodson, Esq.
Kanaan Le'Roy Wilhite
MOORE, DODSON, RUSSELL & WILHITE, P.C.
5035 Norre Gade, Suite 201
P.O. Box 310
St. Thomas, V.I. 00804
daryl@mdrvi.com
kanaan@mdrvi.com

Schuyler A. Smith, Esq.
Jennifer Q. Brooks, Esq.
Andres Pino
HAMILTON, MILLER & BIRTHISEL, VI
P.C.
150 Southeast Second Avenue, #1200
Miami, Florida 33131
ssmith@hamiltonmillerlaw.com
jmiller@hamiltonmillerlaw.com
andresap@gmail.com

*Attorneys for Freepoint Commodities*

*Attorneys for BP Products Defendants*

Adam Marinelli, Esq.
BoltNagi, PC
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
amarinelli@vilaw.com

Andrew Hammond
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
ahammond@whitecase.com

*Attorney for EIG*

*/s/ Daniel T. Donovan, P.C.*

4