# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| BEECHER COTTON, et al.,<br><br>Plaintiffs,<br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>Defendants. | Civil No. 1:21-cv-00261-WAL-EAH |

### MOTION TO ALLOW THOMAS MCKOWEN TO TESTIFY VIA VIDEO CONFERENCING AT THE MARCH 2, 2023, HEARING

**COME NOW** Plaintiffs, by and through undersigned counsel, and hereby respectfully request this Court to allow Thomas McKowen to testify at the Hearing via video conferencing on March 2, 2023, at 11:00 a.m.

This can be accomplished by using the District Court video conferencing facility with Mr. McKowen appearing at Lee J. Rohn and Associates, LLC's St. Thomas Office. Plaintiffs state that Thomas McKowen is unable to travel to St. Croix for this hearing. He can only do so by video conferencing from St. Thomas.

**WHEREFORE,** Plaintiffs respectfully request that the Court allow Thomas McKowen to appear at the Injunction Hearing scheduled for March 2, 2023, at 11:00 a.m. AST.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

DATED: February 28, 2023               BY:   /s/ Lee J. Rohn
                                       Lee J. Rohn, Esq.
                                       VI Bar No. 52
                                       1108 King Street, Suite 3 (mailing)
                                       56 King Street, Third Floor (physical)
                                       Christiansted, St. Croix
                                       U.S. Virgin Islands 00820
                                       Telephone: (340) 778-8855
                                       lee@rohnlaw.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al., Case No. 1:21-CV-00261
*Motion to Allow Thomas McKowen to Testify via Video Conferencing at the March 2, 2023, Hearing*
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record

BY: ___/s/ Lee J. Rohn_____(kj)