AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Virgin Islands

| | |
|---|---|
| CLIFFORD BOYNES, et al., <br><br> *Plaintiff(s)* <br> v. <br> LIMETREE BAY VENTURES, LLC, et al. <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-00253 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Limetree Bay Ventures, LLC
Through its Registered Agent,
Capital Services, Inc.
108 Lakeland Ave.
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kerry J. Miller, Esq.
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Ave., 46th Floor
New Orleans, LA 70170
(504) 586-5252

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GLENDA L. LAKE, ESQ.
CLERK OF COURT

Date: 03/11/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00253

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Limetree Bay Ventures, by delivering to its Registered Agent, Capital Services, Inc., was received by me on *(date)* Mar 22, 2024, 12:05 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Christie Oldhamy, agent for its Registered Agent, Capital Services, Inc., who is designated by law to accept service of process on behalf of *(name of organization)* Limetree Bay Ventures. on *(date)* Tue, Mar 26, 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $.

I declare under penalty of perjury that this information is true.

Date: 04/04/2024

*Server's signature*

Isaiah Greene     Process Server

*Printed name and title*

PO Box 38, Dover, DE 19903

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 26, 2024, 2:15 pm EDT at 108 Lakeland Ave, Dover, DE 19901 received by Limetree Bay Ventures, by delivering to its Registered Agent, Capital Services, Inc.. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'6"; Hair: Blond; I entered the registered agent's office and was greeted by Christie Oldham. Her identity had been verified on a previous visit. She checked her computer and accepted the service.