**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**CLIFFORD BOYNES, et al.,**

    **Plaintiffs,**

    **v.**                                     **1:21-cv-0253-WAL-EAH**

**LIMETREE BAY VENTURES, LLC et al.,**

    **Defendants.**

_____

**HELEN SHIRLEY, et al.,**

    **Plaintiffs,**

    **v.**                                     **1:21-cv-0259-WAL-EAH**

**LIMETREE BAY VENTURES, LLC et al.,**

    **Defendants.**

_____

**MARY L. MOORHEAD, et al.,**

    **Plaintiffs,**

    **v.**                                     **1:21-cv-0260-WAL-EAH**

**LIMETREE BAY VENTURES, LLC et al.,**

    **Defendants.**

_____

**BEECHER COTTON, et al.,**

    **Plaintiffs,**

    **v.**                                     **1:21-cv-0261-WAL-EAH**

**LIMETREE BAY VENTURES, LLC et al.,**

    **Defendants.**

_____

*Boynes v. Limetree Bay Ventures, LLC*
1:21-cv-000253-WAL-EAH
Order
Page 2

**TO:**

**John K. Dema, Esq.**
**Charlotte K. Perrell, Esq.**
**Rebekka C. Veith, Esq.**
**Derek Y. Sugimura, Esq**
**Brian James Mersman, Esq.**
**Gregg R. Kronenberger, Esq.**
**C. Hogan Paschal, Esq.**
**Gaylin Vogel, Esq.**
**Hugh P. Lambert, Esq.**
**Alexis Hill, Esq.**
**J. Christopher C. Zainey, Jr., Esq.**
**William J. Sheppard, Esq.**
**Kerry J. Miller, Esq.**
**Shubhra Mashelkar, Esq.**
**Lee J. Rohn, Esq.**
**Ethan A. Wilkinson, Esq.**
**Paul C. Thibodeaux, Esq.**
**Christopher G. Garten, Esq.**
**Jennifer Jones, Esq.**
**Brendan Doherty, Esq.**
**Earnesta L. Taylor, Esq.**
**Nick P. Panayotopoulos, Esq.**
**Charles Edward Lockwood, Esq.**
**Daniel T. Donovan, Esq.**
**Erin Quick, Esq.**
**Mary Elizabeth Miller, Esq.**
**Matthew Scott Owen, Esq.**
**J. Daryl Dodson, Esq.**
**Arthur Justin Herskowitz, Esq.**
**Francis Healy, Esq.**
**Kanaan Le'Roy Wilhite, Esq.**
**Adam Nicholas Marinelli, Esq.**
**Lori B. Leskin, Esq.**
**Rhonda R. Trotter, Esq.**
**Robert Franciscovich, Esq.**
**Schuyler A. Smith, Esq.**
**Andres Pino, Esq.**
**Chivonne Thomas, Esq.**
**Jennifer Quildon Brooks, Esq.**
**Ryan C. Stutzman, Esq.**
**Alex M. Moskowitz, Esq.**
**Ke Zhang, Esq.**
**Martin A. Sheldon, Esq.**
**Michael L. Sheesley, Esq.**
**Kevin F. D'Armour, Esq.**

**Lisa Michelle Komives, Esq.**
**Carly Jonakin, Esq.**
**Jon F. Carmer Jr, Esq**
**Martin A. Shelton, Esq.**
**Ronald S. Masterson, Esq.**
**Meredith Pohl, Esq.**
**Keith Kodosky, Esq.**
**Rob Dille, Esq.**
**Elizabeth C. Milburn, Esq.**
**Adam B. Zuckerman, Esq.**
**Kenneth M. Klemm, Esq.**
**Alexandra M. Lyon, Esq.**
**Amy L. Champagne, Esq.**
**Jennifer Levy, Esq.**
**Anna G. Rotman, Esq.**
**Jennifer A. Adler, Esq.**
**Aimee M. Adams, Esq.**
**Anna Katherine Benedict, Esq.**

*Boynes v. Limetree Bay Ventures, LLC*
1:21-cv-000253-WAL-EAH
Order
Page 3

## ORDER

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Leave to Conduct Limited Expedited Discovery, filed on April 2, 2024 in the above four cases: Dkt. No. 592 in *Boynes v. Limetree Bay Ventures*, 1:21-cv-253; Dkt. No. 400 in *Shirley v. Limetree Bay Ventures*, 1:21-cv-259; Dkt. No. 463 in *Moorhead v. Limetree Bay Ventures*, 1:21-cv-260; and Dkt. No. 655 in *Cotton v. Limetree Bay Ventures*, 1:21-cv-261. In the motion, Plaintiffs ask the Court for leave to serve limited expedited discovery on a third party, Jacobs Engineering, Inc. *Id*. An attached subpoena requires Jacobs Engineering Group to produce documents and other information on April 24, 2024. *See, e.g.,* Dkt. No. 592-2.

It appears that no opposition to this motion was filed. Ten months have now passed following the docketing of this motion seeking expedited relief, and the Plaintiffs' deadline by which they requested this discovery has long since expired. At this point, the Court cannot determine whether the Plaintiffs still seek this discovery. Accordingly, the Court will provide the Plaintiffs an opportunity to apprise the Court whether they still need the relief they requested.

Accordingly, it is hereby **ORDERED** that the Plaintiffs shall apprise the Court by **February 26, 2025** whether they still wish to pursue the relief requested in the Motions for Leave to Conduct Limited Expedited Discovery, or whether they will withdraw their motions.

ENTER:

Dated: February 24, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE