# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | § § § § | |
| **Plaintiff(s),** | § | |
| vs. | § § | Civil Action No. <u>21-253; 21-259; 21-260; 21-261</u> |
| | § § | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | § § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on Friday, August 9, 2024 at 8:03 AM,
Executed at: **100 CHARLES EWING BLVD., STE. 160, TRENTON, NJ 08628**
at **11:35 AM**, on **Tuesday, August 13, 2024**, by delivering to the within named:

### BECHT ENGINEERING CO. INC.

Care of its **Registered Agent, CORPORATION SERVICE COMPANY**
by personally delivering to **Authorized Employee, YVONNE HUDSON**
a true copy of this

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION and NOTICE OF SERVICE OF NON-PARTY SUBPOENAS**

BEFORE ME, the undersigned authority, on this day personally appeared MICHAEL WEINSHENKER who after being duly sworn on oath states: "My name is MICHAEL WEINSHENKER. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of New Jersey. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _/s/ Michael Weinshenker_
**MICHAEL WEINSHENKER – Process Server**

Subscribed and Sworn to by MICHAEL WEINSHENKER, Before Me, the undersigned authority, on this _19th_ day of August, 2024.

_/s/ M. Blicharz_
**Notary Public in and for the State of New Jersey**

MARCY L BLICHARZ
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2457386
MY COMMISSION EXPIRES JAN. 03, 2028



P22253348

|  |  |
|---|---|
| CLIFFORD BYONES, ET AL.<br>PLAINTIFF<br>- vs -<br>LIMETREE BAY VENTURES, LLC, ET AL.<br>DEFENDANT | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICE OF THE VIRGIN<br>ISLANDS<br>Docket No. 21-253; 21-259;<br>21-260; 21-261 |

**Person to be Served**
BECHT ENGINEERING CO. INC.
C/O CORPORATION SERVICE COMPANY
100 CHARLES EWING BLVD
SUITE 160
TRENTON NJ 08628

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: EXHIBIT "A", SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION
**Service Data**:
Served Successfully **X**  Not Served _____  Date: 08/13/2024  Time: 11:35AM  Attempts: _____

___ Delivered a copy to him/her personally

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

___ Left a copy with a competent household member of over 14 years of age residing therein.

Name of person served and relationship / title:

Yvonne Hudson

CUSTOMER SERVICE REPRESENTATIVE

**Description of Person Accepting Service**:
SEX: **FEMALE**   COLOR: **BLACK**   HAIR: **BLACK**   APP.AGE: **42**   APP. HT: **5ft6in**   APP. WT: **250**
OTHER:

**Comments Or Remarks**:

Sworn to before me this
16TH day of AUGUST, 2024

ALNISA J MUHAMMAD
Notary Public, State of New Jersey
No. 2456999
Qualified in
Commission Expires 09/27/2027

I, MICHAEL WEINSHENKER, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server        Date

Client File Number: 2210281