UNITED STATES DISTRICT COURT
For the
District of the Virgin Islands

| | |
|---|---|
| CLIFFORD BOYNES, ET AL.<br>Plaintiffs<br>Vs.<br>LIMETREE BAY VENTURES, LLC, ET AL.<br>Defendant | Civil Action No. 1:21-cv-00253-WAL-EAH |

TO: Sedgwick Claims Management Services, Inc., c/o Resident Agent The Prentice-Hall Corporation System, Inc., Waterfront Center, Suite A, 72 Kronprindsens Gade, St. Thomas, United States Virgin Islands 00803

### AFFIDAVIT

TERRITORY OF THE VIRGIN ISLANDS)
DIVISION OF ST. THOMAS – ST. JOHN)

I, Marlon A. Richardson being sworn, depose and states:

1. I am a citizen of the United States, resident of the U.S. Virgin Islands, over 18 years of age, am not a party in the above entitled action, nor related to any of the parties herein; was duly appointed as a Process Server for the Superior Court of the U.S. Virgin Islands, License No. 23/2009, which Order is still valid.

2. I received copies of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Case and Exhibit A # 1:21-cv-00253-WAL-EAH dtd 16 Aug 24 in the above action and was able to serve as follows:

DATE RECEIVED: 16 Aug 24 DATE SERVED: 16 Aug 24 Time: 2:43 pm.
PERSON SERVED: Leslie Quetel (in hand).
PLACE SERVED: Waterfront Center, Suite A, 72 Kronprindsens Gade, St. Thomas, VI 00802

3. Such service was personally made by delivering to and leaving with said person true copies of said Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Case and Exhibit A # 1:21-cv-00253-WAL-EAH dtd 16 Aug 24.

4. The person served was an adult and appeared mentally competent and was properly identified to be the person mentioned and described in said process or the person authorized according to law to receive such process.

5. I have made a diligent search and inquiry in N/A the person to be served but have been unable to find or learn of the whereabouts of the person and thus been unable to serve process on the said person.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20
DAY OF August, 2024.

NOTARY PUBLIC   Laura Lee Berry
Notary Public
NP-649-23
My Commission Expires: April 8, 2027
St. Thomas/St. John, U.S. Virgin Islands

Marlon A. Richardson
11D Lindberg Bay, St. Thomas, USVI
(340) 998-8453

PROCESS SERVER

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of the Virgin Islands

| | | |
|---|---|---|
| CLIFFORD BOYNES, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:21-cv-00253-WAL-EAH |
| LIMETREE BAY VENTURES, LLC, ET AL. | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Sedgwick Claims Management Services, Inc., c/o Resident Agent The Prentice-Hall Corporation System, Inc., Waterfront Center, Suite A, 72 Kronprinsdens Gade, St. Thomas, United States Virgin Islands 00803

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 2120 Company Street<br>Christiansted, St. Croix, USVI, 00820<br>via email to dcharest@burnscharest.com | Date and Time:<br>09/13/2024 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/16/2024

*CLERK OF COURT*

OR

_____     /s/ Daniel H. Charest
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Clifford Boynes, et al. _____, who issues or requests this subpoena, are:

Daniel H. Charest, 900 Jackson St., Ste. 500, Dallas, TX 75202, dcharest@burnscharest.com, (469) 904-4550.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

*[signature]*

2:43 pm
16 Aug

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00253-WAL-EAH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Sedgwick Claims Management Services Inc.__ on *(date)* __16 Aug 24__.

☐ I served the subpoena by delivering a copy to the named person as follows: __Leslie ~~Cut~~ Quetel__

on *(date)* __16 Aug 24__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __16 Aug 24__

_____ *Server's signature*

__Merlon Richardson   Process Server__
*Printed name and title*

__11D Lindberg Bay St. Thomas VI 00802__
*Server's address*

Additional information regarding attempted service, etc.: