# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>　　Plaintiffs,<br><br>　　v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>　　Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>　　Plaintiffs,<br><br>　　v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　Defendants. | **Civil Action No. 2021-0259** |
| **MARY L. MOORHEAD, et al.**<br>　　Plaintiffs,<br><br>　　v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>　　Plaintiffs,<br><br>　　v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　Defendants. | **Civil Action No. 2021-0261** |

## NOTICE OF SERVICE OF NON-PARTY SUBPOENAS

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 45(a)(4) and Rule 26.1 of the Local Rules of Civil Procedure of the District Court of the Virgin Islands, Plaintiffs, by and through the undersigned counsel, hereby intend to serve subpoenas commanding the production of documents, electronically stored information, or tangible things upon the following non-parties:

1. J. Aron & Company
2. Marsh & McLennan Companies, Inc.
3. Turnaround Consulting Services, LLC
4. Stantec Consulting Services, Inc.
5. Axens North America, Inc.
6. S&P Global Inc.
7. John Zink Company, LLC
8. AltairStrickland, LLC

Dated: November 8, 2024          BY:   */s/ Carly E. Jonakin*
                                        Kerry J. Miller, Esq.
                                        Paul C. Thibodeaux, Esq.
                                        E. Blair Schilling, Esq.
                                        Rebekka C. Veith, Esq.
                                        C. Hogan Paschal, Esq.
                                        Carly E. Jonakin, Esq.
                                        FISHMAN HAYGOOD, L.L.P.
                                        201 St. Charles Avenue, 46th Floor
                                        New Orleans, Louisiana 70170
                                        Telephone: (504) 586-5252
                                        kmiller@fishmanhaygood.com
                                        pthibodeaux@fishmanhaygood.com
                                        bschilling@fishmanhaygood.com
                                        rveith@fishmanhaygood.com
                                        hpaschal@fishmanhaygood.com
                                        cmccleskey@fishmanhaygood.com

1

DATED: November 8, 2024         BY:   /s/ Daniel H. Charest
                                      Warren T. Burns, Esq.
                                      Daniel H. Charest., Esq.
                                      Martin D. Barrie, Esq.
                                      Quinn M. Burns, Esq.
                                      BURNS CHAREST LLP
                                      900 Jackson Street, Suite 500
                                      Dallas, Texas 75202
                                      Telephone: (469) 904-4550
                                      wburns@burnscharest.com
                                      dcharest@burnscharest.com
                                      mbarrie@burnscharest.com
                                      qburns@burnscharest.com

DATED: November 8, 2024         BY:   /s/ Shanon J. Carson
                                      Shanon J. Carson, Esq.
                                      Yechiel Michael Twersky
                                      John Kerrigan, Esq.
                                      BERGER MONTAGUE PC
                                      1818 Market Street, Suite 3600
                                      Philadelphia, PA 19103
                                      Telephone: (2150) 875-3000
                                      scarson@bm.net
                                      mitwersky@bm.net
                                      jkerrigan@bm.net

DATED: November 8, 2024         BY:   /s/ Lee J. Rohn
                                      Lee J. Rohn, Esq.
                                      Rhea R. Lawrence, Esq.
                                      1108 King Street, Suite 3 (mailing)
                                      56 King Street, Third Floor (physical)
                                      Christiansted, St. Croix
                                      U.S. Virgin Islands 00820
                                      Telephone: (340) 778-8855
                                      lee@rohnlaw.com
                                      rhea@rohnlaw.com

DATED: November 8, 2024         BY:   /s/ John K. Dema
                                      JOHN K. DEMA, Esq.
                                      V.I. Bar No. 357
                                      1236 Strand Street, Suite 103
                                      Christiansted, St. Croix, VI 00820
                                      Telephone: (340) 773-6142
                                      Facsimile: (340) 773-3944
                                      Email: jdema@demalaw.com

| | |
|---|---|
| DATED: November 8, 2024 | BY:   */s/ Hugh Lambert*<br>Hugh Lambert, Esq.<br>J. Christopher Zainey, Esq.<br>Brian Mersman, Esq.<br>LAMBERT ZAINEY SMITH & SOSO, APLC<br>701 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-1750<br>Facsimile: (504) 529-2931<br>hlambert@lambertainey.com<br>czainey@lambertzainey.com<br>bmersman@lambertzainey.com |
| DATED: November 8, 2024 | BY:   */s/ Korey A. Nelson*<br>Korey A. Nelson, Esq.<br>H. Rick Yelton, Esq.<br>BURNS CHAREST LLP<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Telephone: (504) 799-2845<br>knelson@burnscharest.com<br>ryelton@burnscharest.com |
| DATED: November 8, 2024 | BY:   */s/ Timothy W. Burns*<br>Timothy W. Burns<br>BURNS BAIR LLP<br>10 E. Doty Street, Suite 600<br>Madison, Wisconsin 53703<br>Telephone: (608) 286-2302<br>tburns@burnsbair.com |
| DATED: November 8, 2024 | BY:   */s/ Vincent Colianni II*<br>Vincent Colianni, II, Esq.<br>Vincent A. Colianni, Esq.<br>Marina Leonard, Esq.<br>COLIANNI & LEONARD LLC<br>2120 Company Street<br>Christiansted, VI 00820<br>Telephone: (340) 719-1766<br>vinny@colianni.com<br>vince@colianni.com<br>marina@colianni.com |
| DATED: November 8, 2024 | BY:   */s/ C. Jacob Gower*<br>C. Jacob Gower, Esq. |

GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
Telephone: (337) 298-9734
jacob@gowerlegal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8th, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Carly E. Jonakin*
Carly E. Jonakin

4