# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 2021-0253 |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |
| HELEN SHIRLEY, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 2021-0259 |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |
| MARY L. MOOREHEAD, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 2021-0260 |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |
| BEECHER COTTON, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 2021-0261 |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |

## PLAINTIFFS' MOTION TO COMPEL PORT HAMILTON REFINING AND TRANSPORTATION, LLP TO COMPLY WITH SUBPOENA

COME NOW, Plaintiffs, by and through undersigned counsel, and respectfully move this Court for an order compelling Port Hamilton Refining and Transportation, LLP ("Port Hamilton") to comply with Plaintiffs' subpoena issued pursuant to Federal Rule of Civil Procedure 45. In support of this Motion, Plaintiffs state as follows:

1. On or about August 29, 2024, Plaintiffs gave notice to all parties of their intent to serve a subpoena on non-party Port Hamilton. *See* Exhibit 1.

2. The subpoena seeks the production of documents and electronically stored information necessary for Plaintiffs' case. *See* Exhibit 2.

3. The subpoena requests documents and communications directly relevant to the claims and defenses in this litigation, including but not limited to documents concerning:

    a. Agreements and communications between Port Hamilton and the Limetree Defendants or Contractor Defendants regarding the Limetree Bay Refinery (Requests Nos. 1–4);

    b. Port Hamilton's acquisition of the former Limetree Bay Refinery, including diligence materials and condition assessments (Requests Nos. 5–9);

    c. Evidence of mismanagement or operational deficiencies at the Limetree Bay Refinery (Requests Nos. 12–14); and

    d. Port Hamilton's environmental compliance efforts and remediation plans (Requests Nos. 14–15).

4. On September 3, 2024, Plaintiffs served their subpoena on Port Hamilton through its registered agent. *See* Exhibit 3.

5. Despite proper service and the passage of the compliance deadline, Port Hamilton has failed to respond or produce any documents responsive to the subpoena.

6. While Rule 37.1 does not apply Rule 45 motions, Plaintiffs nevertheless made substantial efforts to resolve this matter without Court intervention. In addition to several phone calls to Port Hamilton's legal counsel, Plaintiffs on November 26, 2024, sent a Port Hamilton's counsel a formal letter to Port Hamilton requesting a formal meet-and-confer to address the outstanding subpoena and avoid the need for judicial intervention. Plaintiffs asked for Port Hamilton's response by November 30, 2024, and offered to meet and confer any time on December 10 or 13, 2024. *See* Exhibit 4. Despite the phone calls and written correspondences, Port Hamilton has neither responded to the subpoena nor Port Hamilton ever provided a timeline for when it may respond or produce responsive documents.

7. Rule permits a party serving a subpoena to move the court for an order compelling compliance when a recipient fails to respond or objects to the subpoena. *See* Fed. R. Civ. P. 45(d)(2)(B)(i).

8. The documents that Plaintiffs have requested are highly relevant to Plaintiffs' claims regarding the catastrophic environmental and operational failures at the Limetree Bay Refinery, as well as the conduct and knowledge of the Defendants.

9. Any objections Port Hamilton might have enjoyed are waived because it failed to timely object. *See* Fed. R. Civ. P. 45(d)(2)(B).

10. Port Hamilton's failure to comply with the subpoena prejudices Plaintiffs by depriving them of critical evidence needed to prosecute their claims.

*****

WHEREFORE, Plaintiffs respectfully request that this Court enter an order:

a. Compelling Port Hamilton to produce all documents and information responsive to Plaintiffs' subpoena without objection within fourteen (14) days of the Court's order;

       b.       Requiring Port Hamilton to pay Plaintiffs' reasonable expenses, including attorney's fees, incurred in bringing this motion, whether by way of L.R. 37.3 or otherwise; and

       c.       Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

DATED: December 18, 2024  BY: *s/ C. Jacob Gower*
C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
Telephone: (337) 298-9734
jacob@gowerlegal.com

DATED: December 18, 2024  BY: *s/ Daniel H. Charest*
Warren T. Burns, Esq.
Daniel H. Charest., Esq.
Martin D. Barrie, Esq.
Quinn M. Burns, Esq.
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com
mbarrie@burnscharest.com
qburns@burnscharest.com

DATED: December 18, 2024  BY: *s/ Korey A. Nelson*
Korey A. Nelson, Esq.
H. Rick Yelton, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
knelson@burnscharest.com
ryelton@burnscharest.com

DATED: December 18, 2024  BY: *s/ Timothy W. Burns*
Timothy W. Burns
BURNS BAIR LLP
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703
Telephone: (608) 286-2302
tburns@burnsbair.com

DATED: December 18, 2024  BY: *s/ Vincent Colianni II*
Vincent Colianni, II, Esq.
Vincent A. Colianni, Esq.
Marina Leonard, Esq.
COLIANNI & LEONARD LLC
2120 Company Street

        Christiansted, VI 00820
        Telephone: (340) 719-1766
        vinny@colianni.com
        vince@colianni.com
        marina@colianni.com

        Counsel for the *Shirley* Plaintiffs

DATED: December 18, 2024    BY:   *s/ Shanon J. Carson*
        Shanon J. Carson, Esq.
        Yechiel Michael Twersky, Esq.
        John Kerrigan, Esq.
        BERGER MONTAGUE PC
        1818 Market Street, Suite 3600
        Philadelphia, PA 19103
        Telephone: (215) 875-3000
        scarson@bm.net
        mitwersky@bm.net
        jkerrigan@bm.net

DATED: December 18, 2024    BY:   *s/ Lee J. Rohn*
        Lee J. Rohn, Esq.
        Rhea R. Lawrence, Esq.
        1108 King Street, Suite 3 (mailing)
        56 King Street, Third Floor (physical)
        Christiansted, St. Croix
        U.S. Virgin Islands 00820
        Telephone: (340) 778-8855
        lee@rohnlaw.com
        rhea@rohnlaw.com

        Counsel for the *Cotton* Plaintiffs

DATED: December 18, 2024    BY:   *s/ Carly E. Jonakin*
        Kerry J. Miller, Esq.
        Paul C. Thibodeaux, Esq.
        E. Blair Schilling, Esq.
        Rebekka C. Veith, Esq.
        C. Hogan Paschal, Esq.
        Carly E. Jonakin, Esq.
        FISHMAN HAYGOOD, L.L.P.
        201 St. Charles Avenue, 46th Floor
        New Orleans, Louisiana 70170
        Telephone: (504) 586-5252
        kmiller@fishmanhaygood.com
        pthibodeaux@fishmanhaygood.com
        bschilling@fishmanhaygood.com

rveith@fishmanhaygood.com  
hpaschal@fishmanhaygood.com  
cjonakin@fishmanhaygood.com

DATED: December 18, 2024          BY: ___*s/ Hugh Lambert*___  
Hugh Lambert, Esq.  
J. Christopher Zainey, Esq.  
Brian Mersman, Esq.  
LAMBERT ZAINEY SMITH & SOSO, APLC  
701 Magazine Street  
New Orleans, Louisiana 70130  
Telephone: (504) 581-1750  
Facsimile: (504) 529-2931  
hlambert@lambertainey.com  
czainey@lambertzainey.com  
bmersman@lambertzainey.com

DATED: December 18, 2024          BY: ___*s/ John K. Dema*___  
John K. Dema, Esq.  
LAW OFFICES OF JOHN K. DEMA, PC  
1236 Strand Street, Suite 103  
Christiansted, St. Croix, VI 00820

DATED: December 18, 2024          BY: ___*s/ Jennifer Jones*___  
Jennifer Jones, Esq.  
9003 Havensight Mall, Ste. 319  
St. Thomas, V.I. 00802  
Telephone: (340) 779-7386  
jjones@vienvironmentallaw.com

Counsel for the *Boynes* Plaintiffs

DATED: December 18, 2024          BY: ___*s/ John K. Dema*___  
John K. Dema, Esq. (V.I. Bar. No. 357)  
LAW OFFICES OF JOHN K. DEMA, PC  
1236 Strand Street, Suite 103  
Christiansted, St. Croix, VI 00820  
Telephone: (340) 773-6142  
jdema@demalaw.com

DATED: December 18, 2024          BY: ___*s/ Hugh Lambert*___  
Hugh Lambert, Esq.  
J. Christopher Zainey, Esq.  
Brian Mersman, Esq.  
LAMBERT ZAINEY SMITH & SOSO, APLC  
701 Magazine Street  
New Orleans, Louisiana 70130

>Telephone: (504) 581-1750
>Facsimile: (504) 529-2931
>hlambert@lambertainey.com
>czainey@lambertzainey.com
>bmersman@lambertzainey.com
>
>Counsel for the *Moorehead* Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court's ECF system on December 18, 2024, which sent notice to all counsel of record. I further certify that the foregoing will serve non-party Port Hamilton Refining & Transportation, LLP, by mail to its agent for service of process. *See* Fed. R. Civ. P. 5(b)(2)(C).



*s/ C. Jacob Gower*

## CERTIFICATE OF ATTEMPT TO MEET-AND-CONFER

If Local Rule 37.1 applies to Rule 45 motions to compel, I hereby certify that Plaintiffs sent a letter on November 26, 2024 to counsel to non-party Port Hamilton Refining & Transportation, LLP, asking to meet-and-confer. Plaintiffs did not receive a response. I also had several phone calls with its legal counsel, including a call on December 6, 2024, about the meet-and-confer request. Plaintiffs did not receive a commitment from Port Hamilton that it would participate in a pre-motion conference.

*s/ C. Jacob Gower*