Wednesday, December 18, 2024 at 10:35:36 Central Standard Time

| | |
|---|---|
| **Subject:** | Case 1:21-cv-00253-WAL-EAH Boynes et al v. Limetree Bay Ventures, LLC et al |
| **Date:** | Thursday, August 29, 2024 at 3:28:08 PM Central Daylight Time |
| **From:** | Julianna Gravois |
| **To:** | Limetree-OC-ALL |
| **CC:** | Limetree-AllPlaintiffs |
| **Attachments:** | 2024-08-29 Limetree - 2nd Notice of Supbeona - Port Hamilton.pdf, 2024-08-29 Limetree - 2nd Subpoena Form & Ex. A - Port Hamilton.pdf |

Counsel,

Attached for service you will find Plaintiffs' Second Notice of Service of Non-Party Subpoena and the Subpoena to Produce Documents, Information, or Objects to Port Hamilton Refining and Transportation, LLP.

Best regards,

**Julianna D. Gravois**
Paralegal
**Burns Charest LLP**
900 Jackson Street
Suite 500
Dallas, Texas 75202
469.458.9890 direct
469.904.4550 main
469.444.5002 fax

EXHIBIT 1

1 of 1