29 Aug

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of the Virgin Islands

Mayne Rd Robert
9/3/2024
9:44 AM

| CLIFFORD BOYNES, ET AL. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:21-cv-00253-WAL-EAH |
| LIMETREE BAY VENTURES, LLC, ET AL. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Port Hamilton Refining and Transportation, LLP, c/o Resident Agent, Hibiscus Business Services, LLC, 5093 Dronningens Gade, Ste. 1, Charlotte Amalie, United States Virgin Islands, 00802

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 2120 Company Street<br>Christiansted, St. Croix, USVI, 00820<br>via email to dcharest@burnscharest.com | Date and Time:<br>09/13/2024 10:00 am |
|---|---|

☑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: 1 Estate Hope, Christiansted, Virgin Islands<br>00820-5652   Designated Object: all refinery equipment<br>in operation from February 2021 to May 2021. | Date and Time:<br>TBD |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/29/2024

CLERK OF COURT

OR

_____              /s/ Daniel H. Charest
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Clifford Boynes, et al._____, who issues or requests this subpoena, are:

Daniel H. Charest, 900 Jackson St., Ste. 500, Dallas, TX 75202, dcharest@burnscharest.com, (469) 904-4550.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT 3**

UNITED STATES DISTRICT COURT
For the
District of the Virgin Islands

| | |
|---|---|
| CLIFFORD BOYNES, ET AL.<br>      Plaintiffs<br>Vs.<br>LIMETREE BAY VENTURES, LLC, ET AL.<br>      Defendant | Civil Action No. 1:21-cv-00253-WAL-EAH |

TO: Port Hamilton Refining and Transportation, LLP, c/o Resident Agent, Hibiscus Business Services, LLC
5093 Dronningens Gade, Ste. 1, Charlotte Amalie, United States Virgin Islands 00802

**AFFIDAVIT**

TERRITORY OF THE VIRGIN ISLANDS)
DIVISION OF ST. THOMAS – ST. JOHN)

I, Marlon A. Richardson being sworn, depose and states:

1. I am a citizen of the United States, resident of the U.S. Virgin Islands, over 18 years of age, am not a party in the above entitled action, nor related to any of the parties herein; was duly appointed as a Process Server for the Superior Court of the U.S. Virgin Islands, License No. 23/2009, which Order is still valid.

2. I received copies of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Case # 1:21-cv-00253-WAL-EAH dtd 29 Aug 24 in the above action and was able to serve as follows:

DATE RECEIVED: 29 Aug 24 DATE SERVED: 3 Sep 24 Time: 9:44 am.

PERSON SERVED: Marjorie Rawls Roberts (in hand).

PLACE SERVED: 5093 Dronningens Gade, Ste. 1, St. Thomas, VI 00802

3. Such service was personally made by delivering to and leaving with said person true copies of said Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Case # 1:21-cv-00253-WAL-EAH dtd 29 Aug 24.

4. The person served was an adult and appeared mentally competent and was properly identified to be the person mentioned and described in said process or the person authorized according to law to receive such process.

5. I have made a diligent search and inquiry in N/A the person to be served but have been unable to find or learn of the whereabouts of the person and thus been unable to serve process on the said person.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 4
DAY OF September, 2024.

NOTARY PUBLIC Laura Lee Berry
Notary Public
NP-649/23
My Commission Expires: April 8, 2027
St. Thomas/St. John, U.S. Virgin Islands

Marlon A. Richardson
11D Lindberg Bay, St. Thomas, USVI
(340) 998-8453

PROCESS SERVER