# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,** | |
| Plaintiffs, | |
| v. | Civil Action No. 2021-0253 |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |
| **HELEN SHIRLEY, et al.,** | |
| Plaintiffs, | Civil Action No. 2021-0259 |
| v. | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |
| **MARY L. MOOREHEAD, et al.,** | |
| Plaintiffs, | |
| v. | Civil Action No. 2021-0260 |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |
| **BEECHER COTTON, et al.,** | |
| Plaintiffs, | Civil Action No. 2021-0261 |
| v. | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |

## **ORDER**

Upon consideration of *Plaintiffs' Motion to Compel Port Hamilton Refining and Transportation, LLP to Comply with Subpoena*, the motion is hereby GRANTED.

Port Hamilton Refining and Transportation, LLP ("Port Hamilton") is ordered to produce all documents and information responsive to Plaintiffs' subpoena without objection within fourteen (14) days.

Port Hamilton is further ordered to pay Plaintiffs' reasonable expenses, including its attorney fees, incurred in bringing this motion. Plaintiffs shall file a bill of costs within fourteen (14) days.

_____
Emile A. Henderson III
U.S. Magistrate Judge