# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br>   Plaintiffs,<br>   v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | Civil Action No. 2021-0259 |
| MARY L. MOOREHEAD, et al.,<br>   Plaintiffs,<br>   v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br><br>   Plaintiffs,<br>   v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | Civil Action No. 2021-0261 |

## PLAINTIFFS' NOTICE OF SERVICE

Plaintiffs, by and through the undersigned counsel, give notice of service of Plaintiffs' Responses to Defendant Limetree Bay Terminals, LLC's (d/b/a Ocean Point Terminals) Second Request for Production, Plaintiffs' Responses to Defendant Limetree Bay Terminals, LLC's (d/b/a Ocean Point Terminals) Second Interrogatories, Plaintiffs' Responses to Defendant Limetree Bay Terminals, LLC's (d/b/a Ocean Point Terminals) Third Request for Production, and Plaintiffs' Responses to Defendant Limetree Bay Terminals, LLC's (d/b/a Ocean Point Terminals) Third Interrogatories on December 20, 2024.

Respectfully submitted,

DATED: December 20, 2024   BY:   */s/ Daniel Charest*
Warren T. Burns, Esq.
Daniel H. Charest., Esq.
Martin D. Barrie, Esq.
Quinn M. Burns, Esq.
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com
mbarrie@burnscharest.com
qburns@burnscharest.com

BY:   */s/ Korey A. Nelson*
Korey A. Nelson, Esq.
H. Rick Yelton, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
knelson@burnscharest.com
ryelton@burnscharest.com

BY:   */s/ Timothy W. Burns*
Timothy W. Burns
BURNS BAIR LLP
10 E. Doty Street, Suite 600

2

        Madison, Wisconsin 53703
        Telephone: (608) 286-2302
        tburns@burnsbair.com

BY:   */s/ Vincent Colianni II*
        Vincent Colianni, II, Esq.
        Vincent A. Colianni, Esq.
        Marina Leonard, Esq.
        COLIANNI & LEONARD LLC
        2120 Company Street
        Christiansted, VI 00820
        Telephone: (340) 719-1766
        vinny@colianni.com
        vince@colianni.com
        marina@colianni.com

BY:   */s/ C. Jacob Gower*
        C. Jacob Gower, Esq.
        GOWER LEGAL LLC
        1919 Pine Street
        New Orleans, LA 70118
        Telephone: (337) 298-9734
        jacob@gowerlegal.com

BY:   */s/ Carly E. Jonakin*
        Kerry J. Miller, Esq.
        Paul C. Thibodeaux, Esq.
        E. Blair Schilling, Esq.
        Rebekka C. Veith, Esq.
        C. Hogan Paschal, Esq.
        Carly E. Jonakin, Esq.
        FISHMAN HAYGOOD, L.L.P.
        201 St. Charles Avenue, 46th Floor
        New Orleans, Louisiana 70170
        Telephone: (504) 586-5252
        kmiller@fishmanhaygood.com
        pthibodeaux@fishmanhaygood.com
        bschilling@fishmanhaygood.com
        rveith@fishmanhaygood.com
        hpaschal@fishmanhaygood.com
        cjonakin@fishmanhaygood.com

BY:   */s/ Hugh Lambert*
        Hugh Lambert, Esq.
        J. Christopher Zainey, Esq.
        Brian Mersman, Esq.

                    LAMBERT ZAINEY SMITH & SOSO, APLC
                    701 Magazine Street
                    New Orleans, Louisiana 70130
                    Telephone: (504) 581-1750
                    Facsimile: (504) 529-2931
                    hlambert@lambertainey.com
                    czainey@lambertzainey.com
                    bmersman@lambertzainey.com

BY: */s/ John K. Dema*
      John K. Dema, Esq.
      LAW OFFICES OF JOHN K. DEMA, PC
      1236 Strand Street, Suite 103
      Christiansted, St. Croix, VI 00820

BY: */s/ Jennifer Jones*
      Jennifer Jones, Esq.
      9003 Havensight Mall, Ste. 319
      St. Thomas, V.I. 00802
      Telephone: (340) 779-7386
      jjones@vienvironmentallaw.com

BY: */s/ Lee J. Rohn*
      Lee J. Rohn, Esq.
      Rhea R. Lawrence, Esq.
      1108 King Street, Suite 3 (mailing)
      56 King Street, Third Floor (physical)
      Christiansted, St. Croix
      U.S. Virgin Islands 00820
      Telephone: (340) 778-8855
      lee@rohnlaw.com
      rhea@rohnlaw.com

BY: */s/ Shanon J. Carson*
      Shanon J. Carson, Esq.
      Yechiel Michael Twersky, Esq.
      John Kerrigan, Esq.
      BERGER MONTAGUE PC
      1818 Market Street, Suite 3600
      Philadelphia, PA 19103
      Telephone: (215) 875-3000
      scarson@bm.net
      mitwersky@bm.net
      jkerrigan@bm.net

BY: */s/ John K. Dema*

        John K. Dema, Esq. (V.I. Bar. No. 357)
        LAW OFFICES OF JOHN K. DEMA, PC
        1236 Strand Street, Suite 103
        Christiansted, St. Croix, VI 00820
        Telephone: (340) 773-6142
        jdema@demalaw.com

BY:   */s/ Hugh Lambert*
        Hugh Lambert, Esq.
        J. Christopher Zainey, Esq.
        Brian Mersman, Esq.
        LAMBERT ZAINEY SMITH & SOSO, APLC
        701 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lambertainey.com
        czainey@lambertzainey.com
        bmersman@lambertzainey.com

**Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, a true and correct copy of the foregoing document was electronically served pursuant to the Federal Rules of Civil Procedure.

        */s/ Quinn M. Burns*
        Quinn M. Burns