# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>    Plaintiffs,<br><br>     v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    Plaintiffs,<br>     v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    Plaintiffs,<br>     v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>    Plaintiffs,<br>     v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0261** |

# **DEFENDANTS' MOTION TO EXTEND PRETRIAL DEADLINES SIX MONTHS**

Pursuant to Fed. R. Civ. P. 16(b)(4), Defendants Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Terminals"), Limetree Bay Ventures, LLC, EIG Global Energy Partners, LLC, Pinnacle Services, LLC, Versa Integrity Group, Inc., National Industrial Services, LLC, BP Products North America, Inc., and Universal Plant Services (VI), LLC (collectively "Defendants"), by and through undersigned counsel, hereby submit their Motion to Extend Pretrial Deadlines Six Months. This Motion is supported by the accompanying Memorandum of Law in Support of Defendants' Motion to Extend Pretrial Deadlines Six Months. For the reasons more fully set forth in the Memorandum, good cause exists to extend the pretrial deadlines by six (6) months and Defendants' Motion should be Granted. A proposed Order is submitted herewith.

Respectfully submitted,

**Beckstedt & Kuczynski LLP**

Dated: February 25, 2025

*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**

Dated: February 25, 2025

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
Tel: (404) 876-2600 / Fax: (404) 875-9433
smashelkar@wwhgd.com
*Admitted Pro Hac Vice*

2

*Attorneys for Defendant Limetree Bay Terminals, LLC*

Dated: February 25, 2025            *s/ Kenneth M. Klemm*
Kenneth M. Klemm (solely with respect to case nos. 21-00253, 00260 & 00261, admitted *pro hac vice*)
Adam B. Zuckerman (solely with respect to case nos. 21-00253, 00259 & 00260, admitted *pro hac vice*)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
kklemm@bakerdonelson.com
azuckerman@bakerdonelson.com

*and*

Amy L. Champagne (solely with respect to case nos. 21-00253, 00259 & 00261, admitted *pro hac vice*)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-8912
achampagne@bakerdonelson.com

*and*

Dated: February 25, 2025             */s/ Adam N. Marinelli*
Adam N. Marinelli (V.I. Bar No. 1294)
BOLTNAGI PC
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
Telephone: (340) 774-2944
amarinelli@vilaw.com

*Attorneys for Defendants EIG Global Energy Partners, LLC and Limetree Bay Ventures, LLC*

3

| | |
|---|---|
| Dated: February 25, 2025 | By: */s/ Martin A. Shelton*  <br>Scott Masterson (admitted *pro hac vice*)  <br>Martin A. Shelton (admitted *pro hac vice*)  <br>Keith Kodosky (admitted *pro hac vice*)  <br>Ke "Kim" Zhang (admitted *pro hac vice*)  <br>LEWIS BRISBOIS BISGAARD & SMITH LLP  <br>600 Peachtree Street NE, Suite 4700  <br>Atlanta, Georgia 30308  <br>404.476.2009  <br>Scott.Masterson@lewisbrisbois.com  <br>Martin.shelton@lewisbrisbois.com  <br>Keith.Kodosky@lewisbrisbois.com  <br>Kim.zhang@lewisbrisbois.com |
| | And |
| Dated: February 25, 2025 | By: */s/ Alex M. Moskowitz*  <br>Alex M. Moskowitz (V.I. Bar No. 1072)  <br>DUDLEY NEWMAN FEUERZEIG LLP  <br>Law House  <br>1000 Frederiksberg Gade  <br>P.O. Box 756  <br>St. Thomas, VI  00804-0756  <br> Telephone: (340) 774-4422  <br>Cellular: (340) 513-7243  <br> E-mail:  amoskowitz@dnfvi.com  <br><br>*Attorneys for Defendant Pinnacle Services, LLC* |
| | **Michael L. Sheesley LLC** |
| Dated: February 25, 2025 | */s/Michael L. Sheesley*  <br>Michael L. Sheesley  <br>V.I. Bar #1010  <br>Condo Torre Del Mar, Apt 2201  <br>1477 Ashford Ave  <br>San Juan, PR 00907  <br>Telephone: (412)972-0412  <br>michael@sheesley-law.com  <br><br>*Attorney for Defendant Versa Integrity Group, Inc.* |
| Dated: February 25, 2025 | */s/Kevin F. D'Amour*  <br>Kevin F. D'Amour, Esq., VI Bar No. 288  <br>BARNES, D'AMOUR & VOGEL  <br>P.O. Box 224589 |

4

St. Croix, VI 00822
Tel: (340) 773-2785/Fax: 773-5427
kdamour@usvilawfirm.com

*Attorney for Defendant, National Industrial Services, LLC*

Dated: February 25, 2025      */s/ Chivonne A.S. Thomas*
Schuyler A. Smith (V.I. Bar No. 1271)
Jennifer Miller Brooks (V.I. Bar No. 1109) Chivonne A.S. Thomas (V.I. Bar No. 1168)
**HAMILTON, MILLER & BIRTHISEL, VI P.C.**
150 Southeast Second Ave, Ste. 1200
Miami, Florida 33131
Telephone: (305) 379-3686
ssmith@hamiltonmillerlaw.com
jmiller@hamiltonmillerlaw.com
cthomas@hamiltonmillerlaw.com

*and*

Dated: February 25, 2025      */s/ Robert T. Franciscovich*
Lori B. Leskin (admitted *pro hac vice*)
Rhonda R. Trotter (admitted *pro hac vice*) Robert Franciscovich (admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
lori.leskin@arnoldporter.com
rhonda.trotter@arnoldporter.com
robert.franciscovich@arnoldporter.com

*Attorneys for Defendant BP Products North America, Inc.*

**CAMPBELL CONROY & O'NEIL, P.C.**

Dated: February 25, 2025      */s/ Michelle M. Byers*
James M. Campbell, *pro hac vice*
Michelle M. Byers, *pro hac vice*

5

|  |  |
|---|---|
|  | 20 City Square, Suite 300<br>Boston, MA 02129<br>Tel: (617) 241-3052<br>Fax: (617) 241-5115<br>jmcampbell@campbell-trial-lawyers.com<br>mbyers@campbell-trial-lawyers.com |
|  | **LAW OFFICES OF KARIN A. BENTZ, P.C**. |
| Dated: February 25, 2025 | */s/ Karin A. Bentz*<br>Karin A. Bentz, V.I. Bar 413<br>7605 Lower Hull<br>St. Thomas, VI 00802<br>Tel: (340) 774-2669<br>kbentz@virginlaw.com<br><br>*Attorneys for Defendant Universal Plant Services (VI), LLC* |