# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,** | |
| Plaintiffs, | |
| v. | 1:21-cv-0253-WAL-EAH |
| **LIMETREE BAY VENTURES, LLC et al.,** | |
| Defendants. | |
| **HELEN SHIRLEY, et al.,** | |
| Plaintiffs, | |
| v. | 1:21-cv-0259-WAL-EAH |
| **LIMETREE BAY VENTURES, LLC et al.,** | |
| Defendants. | |
| **MARY L. MOORHEAD, et al.,** | |
| Plaintiffs, | |
| v. | 1:21-cv-0260-WAL-EAH |
| **LIMETREE BAY VENTURES, LLC et al.,** | |
| Defendants. | |
| **BEECHER COTTON, et al.,** | |
| Plaintiffs, | |
| v. | 1:21-cv-0261-WAL-EAH |
| **LIMETREE BAY VENTURES, LLC et al.,** | |
| Defendants. | |

*Boynes v. Limetree Bay Ventures, LLC*
1:21-cv-00253-WAL-EAH
Order
Page 2

**TO:**

| | |
|---|---|
| **John K. Dema, Esq.** | **Robert Franciscovich, Esq.** |
| **Charlotte K. Perrell, Esq.** | **Schuyler A. Smith, Esq.** |
| **Rebekka C. Veith, Esq.** | **Andres Pino, Esq.** |
| **Derek Y. Sugimura, Esq.** | **Chivonne Thomas, Esq.** |
| **Brian James Mersman, Esq.** | **Jennifer Quildon Brooks, Esq.** |
| **Gregg R. Kronenberger, Esq.** | **Ryan C. Stutzman, Esq.** |
| **C. Hogan Paschal, Esq.** | **Alex M. Moskowitz, Esq.** |
| **Gaylin Vogel, Esq.** | **Ke Zhang, Esq.** |
| **Hugh P. Lambert, Esq.** | **Martin A. Sheldon, Esq.** |
| **Alexis Hill, Esq.** | **Michael L. Sheesley, Esq.** |
| **J. Christopher C. Zainey, Jr., Esq.** | **Kevin F. D'Armour, Esq.** |
| **William J. Sheppard, Esq.** | **Lisa Michelle Komives, Esq.** |
| **Kerry J. Miller, Esq.** | **Carly Jonakin, Esq.** |
| **Shubhra Mashelkar, Esq.** | **Jon F. Carmer Jr, Esq** |
| **Lee J. Rohn, Esq.** | **Martin A. Shelton, Esq.** |
| **Ethan A. Wilkinson, Esq.** | **Ronald S. Masterson, Esq.** |
| **Paul C. Thibodeaux, Esq.** | **Meredith Pohl, Esq.** |
| **Christopher G. Garten, Esq.** | **Keith Kodosky, Esq.** |
| **Jennifer Jones, Esq.** | **Rob Dille, Esq.** |
| **Brendan Doherty, Esq.** | **Elizabeth C. Milburn, Esq.** |
| **Earnesta L. Taylor, Esq.** | **Adam B. Zuckerman, Esq.** |
| **Nick P. Panayotopoulos, Esq.** | **Kenneth M. Klemm, Esq.** |
| **Charles Edward Lockwood, Esq.** | **Alexandra M. Lyon, Esq.** |
| **Daniel T. Donovan, Esq.** | **Amy L. Champagne, Esq.** |
| **Erin Quick, Esq.** | **Jennifer Levy, Esq.** |
| **Mary Elizabeth Miller, Esq.** | **Anna G. Rotman, Esq.** |
| **Matthew Scott Owen, Esq.** | **Jennifer A. Adler, Esq.** |
| **J. Daryl Dodson, Esq.** | **Aimee M. Adams, Esq.** |
| **Arthur Justin Herskowitz, Esq.** | **Camalla K. Guyton, Esq.** |
| **Francis Healy, Esq.** | **Sarah K. Casey, Esq.** |
| **Kanaan Le'Roy Wilhite, Esq.** | **Nicolas K. Caldwell, Esq.** |
| **Adam Nicholas Marinelli, Esq.** | **Carolyn O'Connor, Esq.** |
| **Lori B. Leskin, Esq.** | **Lisa M. Kömives, Esq.** |
| **Rhonda R. Trotter, Esq.** | **Lloyd A. Lim, Esq.** |
| **Anna Katherine Benedict, Esq.** | |

## ORDER

**THIS MATTER** comes before the Court on the "Request for an Expedited Briefing Schedule and Expedited Ruling on its Motion to Stay the Magistrate Judge's May 16, 2025 Order Pending ruling on its Objections to the Same," filed on June 4, 2025 by Attorneys Lisa Kömives and Lloyd Lim on behalf of third-party Sedgwick Claims Management Services ("Sedgwick"). Dkt. No. 1245.[1]

Considering the contents of the instant motion, the Court finds that it should afford Plaintiffs an opportunity to respond and provide its position on the motion prior to ruling on it. Accordingly, it is hereby **ORDERED** that Plaintiffs shall have until **3:00 p.m. on June 6, 2025** to file a response, if any, to Sedgwick's "Request for an Expedited Briefing Schedule and Expedited Ruling on its Motion to Stay the Magistrate Judge's May 16, 2025 Order Pending ruling on its Objections to the Same," Dkt. No. 1245.

ENTER:

Dated: June 5, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE

---

[1] All citations to the docket in this Order refer to the docket in *Boynes v. Limetree Bay Ventures, et al.*, No. 1:21-cv-253.