**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al., | |
|    Plaintiffs, | |
|    v. | 1:21-cv-0253-WAL-EAH |
| LIMETREE BAY VENTURES, LLC et al., | |
|    Defendants. | |
| HELEN SHIRLEY, et al., | |
|    Plaintiffs, | |
|    v. | 1:21-cv-0259-WAL-EAH |
| LIMETREE BAY VENTURES, LLC et al., | |
|    Defendants. | |
| MARY L. MOORHEAD, et al., | |
|    Plaintiffs, | |
|    v. | 1:21-cv-0260-WAL-EAH |
| LIMETREE BAY VENTURES, LLC et al., | |
|    Defendants. | |
| BEECHER COTTON, et al., | |
|    Plaintiffs, | |
|    v. | 1:21-cv-0261-WAL-EAH |
| LIMETREE BAY VENTURES, LLC et al., | |
|    Defendants. | |

*Boynes v. Limetree Bay Ventures, LLC*
1:21-cv-00253-WAL-EAH
Order
Page 2

**TO:**

| | |
|---|---|
| **John K. Dema, Esq.** | **Robert Franciscovich, Esq.** |
| **Charlotte K. Perrell, Esq.** | **Schuyler A. Smith, Esq.** |
| **Rebekka C. Veith, Esq.** | **Andres Pino, Esq.** |
| **Derek Y. Sugimura, Esq.** | **Chivonne Thomas, Esq.** |
| **Brian James Mersman, Esq.** | **Jennifer Quildon Brooks, Esq.** |
| **Gregg R. Kronenberger, Esq.** | **Ryan C. Stutzman, Esq.** |
| **C. Hogan Paschal, Esq.** | **Alex M. Moskowitz, Esq.** |
| **Gaylin Vogel, Esq.** | **Ke Zhang, Esq.** |
| **Hugh P. Lambert, Esq.** | **Martin A. Sheldon, Esq.** |
| **Alexis Hill, Esq.** | **Michael L. Sheesley, Esq.** |
| **J. Christopher C. Zainey, Jr., Esq.** | **Kevin F. D'Armour, Esq.** |
| **William J. Sheppard, Esq.** | **Lisa Michelle Komives, Esq.** |
| **Kerry J. Miller, Esq.** | **Carly Jonakin, Esq.** |
| **Shubhra Mashelkar, Esq.** | **Jon F. Carmer Jr, Esq** |
| **Lee J. Rohn, Esq.** | **Martin A. Shelton, Esq.** |
| **Ethan A. Wilkinson, Esq.** | **Ronald S. Masterson, Esq.** |
| **Paul C. Thibodeaux, Esq.** | **Meredith Pohl, Esq.** |
| **Christopher G. Garten, Esq.** | **Keith Kodosky, Esq.** |
| **Jennifer Jones, Esq.** | **Rob Dille, Esq.** |
| **Brendan Doherty, Esq.** | **Elizabeth C. Milburn, Esq.** |
| **Earnesta L. Taylor, Esq.** | **Adam B. Zuckerman, Esq.** |
| **Nick P. Panayotopoulos, Esq.** | **Kenneth M. Klemm, Esq.** |
| **Charles Edward Lockwood, Esq.** | **Alexandra M. Lyon, Esq.** |
| **Daniel T. Donovan, Esq.** | **Amy L. Champagne, Esq.** |
| **Erin Quick, Esq.** | **Jennifer Levy, Esq.** |
| **Mary Elizabeth Miller, Esq.** | **Anna G. Rotman, Esq.** |
| **Matthew Scott Owen, Esq.** | **Jennifer A. Adler, Esq.** |
| **J. Daryl Dodson, Esq.** | **Aimee M. Adams, Esq.** |
| **Arthur Justin Herskowitz, Esq.** | **Camalla K. Guyton, Esq.** |
| **Francis Healy, Esq.** | **Sarah K. Casey, Esq.** |
| **Kanaan Le'Roy Wilhite, Esq.** | **Nicolas K. Caldwell, Esq.** |
| **Adam Nicholas Marinelli, Esq.** | **Carolyn O'Connor, Esq.** |
| **Lori B. Leskin, Esq.** | **Lisa M. Kömives, Esq.** |
| **Rhonda R. Trotter, Esq.** | **Lloyd A. Lim, Esq.** |
| **Anna Katherine Benedict, Esq.** | |

## ORDER

**THIS MATTER** comes before the Court on the "Request for an Expedited Briefing Schedule and Expedited Ruling on its Motion to Stay the Magistrate Judge's May 16, 2025 Order Pending ruling on its Objections to the Same," filed on June 4, 2025 by Attorneys Lisa Kömives and Lloyd Lim on behalf of third-party Sedgwick Claims Management Services ("Sedgwick"). Dkt. No. 1245.[1] The Court will grant the motion to the extent it seeks an expedited briefing schedule, although it will deny the motion to the extent it seeks an expedited ruling on the motion to stay. The Court will not make any decision regarding the speed at which it can issue an opinion until it has heard from the parties at a hearing on this matter.

Therefore, in light of the expedited briefing schedules issued in response to the motion to stay and Plaintiffs' motion for an order to show cause, *see* Dkt. No. 1238, the Court will set a hearing on both motions for June 20, 2025 at which counsel shall appear in person.

The premises considered, it is hereby **ORDERED:**

1. Sedgwick's "Request for an Expedited Briefing Schedule and Expedited Ruling on its Motion to Stay the Magistrate Judge's May 16, 2025 Order Pending ruling on its Objections to the Same," is **GRANTED** to the extent that it seeks an expedited briefing schedule and **DENIED** to the extent that it seeks an expedited ruling on the motion to stay.

2. Plaintiffs shall file a response to Sedgwick's Motion to Stay, Dkt. No. 1231, no later than **Wednesday, June 11, 2025.**

---

[1] All citations to the docket in this Order refer to the docket in *Boynes v. Limetree Bay Ventures, et al.*, No. 1:21-cv-253.

3. Defendants shall file a reply, if any, by **Friday, June 13, 2025**.

4. The Court will hold a hearing on Sedgwick's motion to stay, Dkt. No. 1231, and Plaintiffs' motion for an order to show cause, Dkt. No. 1234, on **Friday, June 20, 2025 at 10:30 a.m. in STX Courtroom 3** before the undersigned Magistrate Judge. Counsel for Plaintiffs and for Sedgwick shall appear at that hearing **in person.**

ENTER:

Dated: June 9, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE