**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC et al.,**<br><br>    Defendants.<br>_____ | 1:21-cv-0253-WAL-EAH |
| **HELEN SHIRLEY, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC et al.,**<br><br>    Defendants.<br>_____ | 1:21-cv-0259-WAL-EAH |
| **MARY L. MOORHEAD, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC et al.,**<br><br>    Defendants.<br>_____ | 1:21-cv-0260-WAL-EAH |
| **BEECHER COTTON, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC et al.,**<br><br>    Defendants.<br>_____ | 1:21-cv-0261-WAL-EAH |

*Boynes v. Limetree Bay Ventures*
1:21-cv-00253-WAL-EAH
Order
Page 2

**TO:**

| | |
|---|---|
| John K. Dema, Esq. | Ke Zhang, Esq. |
| Rebekka C. Veith, Esq. | Martin A. Sheldon, Esq. |
| Brian James Mersman, Esq. | Michael L. Sheesley, Esq. |
| Gregg R. Kronenberger, Esq. | Kevin F. D'Armour, Esq. |
| C. Hogan Paschal, Esq. | Lisa Michelle Komives, Esq. |
| Gaylin Vogel, Esq. | Carly Jonakin, Esq. |
| Hugh P. Lambert, Esq. | Jon F. Carmer Jr, Esq |
| Alexis Hill, Esq. | Martin A. Shelton, Esq. |
| J. Christopher C. Zainey, Jr., Esq. | Ronald S. Masterson, Esq. |
| William J. Sheppard, Esq. | Meredith Pohl, Esq. |
| Kerry J. Miller, Esq. | Keith Kodosky, Esq. |
| Shubhra Mashelkar, Esq. | Rob Dille, Esq. |
| Lee J. Rohn, Esq. | Charlotte K. Perrell, Esq. |
| Ethan A. Wilkinson, Esq. | Derek Y. Sugimura, Esq. |
| Paul C. Thibodeaux, Esq. | Kenneth M. Klemm, Esq. |
| Christopher G. Garten, Esq. | Adam B. Zuckerman, Esq. |
| Jennifer Jones, Esq. | Jose A. Herrera Paez, Esq. |
| Brendan Doherty, Esq. | Alexander M. Lyon, Esq. |
| Daniel H. Charest, Esq. | Amy L. Champagne, Esq. |
| Earnesta L. Taylor, Esq. | Jennifer G. Levy, Esq. |
| Nick P. Panayotopoulos, Esq. | Anna Rotman, Esq. |
| Charles Edward Lockwood, Esq. | Jennifer A. Adler, Esq. |
| Daniel T. Donovan, Esq. | Hadley J. Hurst, Esq. |
| Erin Quick, Esq. | Brian Epstein, Esq. |
| Mary Elizabeth Miller, Esq. | Kristin Dupre, Esq. |
| Matthew Scott Owen, Esq. | Aimee Adams, Esq. |
| J. Daryl Dodson, Esq. | Anna Katherin Benedict, Esq. |
| Arthur Justin Herskowitz, Esq. | Tracy Myers, Esq. |
| Francis Healy, Esq. | Sarah K. Casey, Esq. |
| Kanaan Le'Roy Wilhite, Esq. | Camalla K. Guyton, Esq. |
| Melvin Brosterman, Esq. | N. Kordell Caldwell, Esq. |
| Adam Nicholas Marinelli, Esq. | Carolyn F. O'Conner, Esq. |
| Lori B. Leskin, Esq. | Joseph T. Hanlon, Esq. |
| Rhonda R. Trotter, Esq. | Julie S. Meaders, Esq. |
| Robert Franciscovich, Esq. | Ronald Schirtzer, Esq. |
| Schuyler A. Smith, Esq. | Leopoldo J. Yanez, Esq. |
| Andres Pino, Esq. | Anne D. Wittmann, Esq. |
| Chivonne Thomas, Esq. | Alexander Heydemann, Esq. |
| Jennifer Quildon Brooks, Esq. | Aaron Cohn, Esq. |
| Ryan C. Stutzman, Esq. | David Kerschner, Esq. |
| Alex M. Moskowitz, Esq. | |

## **ORDER**

**THIS MATTER** comes before the Court on the "Motion to Compel Non-Party Law Firms to Produce Non-Privileged Documents Related to Litigation Concerning Rum Fungus on St. Croix," filed on May 13, 2025 by Attorney Carl Beckstedt on behalf of Defendant Limetree Bay Terminals, LLC, d/b/a Ocean Point Terminals. Dkt. No. 1211.[1] The Court will hold an **in person** hearing on the motion on July 22, 2025.

Accordingly, it is hereby **ORDERED** that the Court will hold an **in-person** hearing on the "Motion to Compel Non-Party Law Firms to Produce Non-Privileged Documents Related to Litigation Concerning Rum Fungus on St. Croix", Dkt. No. 1211, on **Tuesday July 22, 2025 at 10:00 a.m. in STX Courtroom 3** before the undersigned Magistrate Judge.

ENTER:

Dated: July 8, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE

---

[1] All citations to the docket in this Order refer to the docket in *Boynes v. Limetree Bay Ventures, LLC, et al.*, No. 1:21-cv-00253.