# EXHIBIT B

3995324v1

# CLAIM FORM

This Claim Form is solely for **Settlement Class Members** who have suffered harm because of the release Incidents that took place at the Limetree Bay Refinery on February 4, 2021, April 23, 2021, May 5, 2021, and May 12, 2021. If you do not claim to have suffered harm because of those Incidents, then you should not fill out this Claim Form.

A **Settlement Class Member** is any person or entity: (a) that owned or rented property (real and/or personal) in the Affected Geographic Area on or after February 3, 2021; *or* (b) who resided in, worked in, operated a business in, or were present in the Affected Geographic Area during the time period from February 3, 2021 to May 26, 2021.

*The term "Affected Geographic Area" means the western portion of the Island of St. Croix, more particularly described as bounded by 64.74 degrees West Longitude and the sea. A **Settlement Map** of the Affected Geographic Area is located on the Settlement Website, **www.LimetreeBaySettlement.com** and is also available at the law offices listed below.

If you decide to fill out this Claim Form, please answer **all questions honestly and accurately**. You are attesting under penalty of perjury that all of your statements below are true and correct as if you were testifying in court.

**Part I** below is your Claimant Information.

**Part II** below seeks information about any **property damage, nuisance, economic losses, physical health manifestations, and eligible non-reimbursed out-of-pocket expenses** that you suffered arising from the Limetree Bay Refinery Incidents. Payments will be distributed based on a *pro rata* point system described in the **Claimant Payment Formula** posted on the Settlement Website and available at the following law offices:

| | | |
|---|---|---|
| Lee J. Rohn & Associates 56 King Street, Third Floor Hamilton House Christiansted, U.S.V.I (340) 778-8855 info@rohnlaw.com | Colianni and Leonard 2120 Company Street, Christiansted, St. Croix (340) 719-1766 marina@colianni.com | Dema Law 1236 Strand Street, Suite 103 Christiansted, St. Croix (340) 773-6142 dsugimura@demalaw.com |

**Part III** below seeks information about your preferred Form of Payment.

To complete this Claim Form, you must:

    (a) completely fill out Part I -- Claimant Information;
    (b) completely fill out Part II, related to the damages that you claim you suffered;
    (c) completely fill out Part III, related to your form of Settlement Payment;
    (d) personally sign the certification and declaration in Part IV;

1

      (e) attach all documentation of your alleged harm as requested below; and

      (f) timely return your completed Claim Form and any requested documentation to the Settlement Administrator.

**YOU MUST SUBMIT YOUR COMPLETED CLAIM FORM BY [DATE] IN ORDER FOR IT TO BE CONSIDERED TIMELY.**

You may fill out this Claim Form in hard copy or you may download and fill out the electronic Claim Form located at **www.LimetreeBaySettlement.com**. The electronic Claim Form can be uploaded using the HIPAA-compliant portal also located on the website. If you fill out the Claim Form in hard copy, you may return it by uploading it using the HIPAA-compliant portal at **www.LimetreeBaySettlement.com** or by mail to [INSERT MAIL ADDRESS].

If you have any questions about this Claim Form, please email info@LimetreeBaySettlement.com or call the Settlement Administrator toll-free at [INSERT TELEPHONE NUMBER], or contact the Settlement Administrator using the Contact Us form located at **www.LimetreeBaySettlement.com**. For additional information about the Settlement, please visit **www.LimetreeBaySettlement.com**.

## PART I -- CLAIMANT INFORMATION

**Note --** All information you provide on this Claim Form will be kept **strictly confidential** by the Settlement Administrator.

Name of Claimant: _____

An adult family member can submit one Claim Form on behalf of each member of their immediate family, including their spouse and minor children. All adults need to submit their own Claim Form. If you are submitting this Claim Form on behalf of your immediate family, list the family members below on whose behalf this Claim Form is being submitted.

Name of Spouse: _____

Name and age of children: _____

_____

_____

_____

Confirmation Code*: _____
(This is located on the first page of the Notice of Settlement you received. If you do not have a Confirmation Code, you can obtain one on the Settlement Website, www.LimetreeBaySettlement.com.)

2

**Note -- It is <u>your</u> responsibility to let the Settlement Administrator know if your mailing address changes at any time before you receive a Settlement Payment or if you want future mail sent to a different mailing address.**

Current Mailing Address: _____

Telephone: _____        Email: _____

*If you submit a Claim Form **<u>without</u>** a Confirmation Code **<u>you must</u>** submit documentary proof of identification, such as a driver's license, copy of a lease, mortgage, utility bill, credit card statement, deed, pay stub, insurance bill, or court documents (including citations listing your address).

## <u>PART II – DAMAGES CLAIMED</u>

If you claim to have suffered **property damage**, **nuisance**, **economic losses**, **physical health manifestations**, and/or **non-reimbursed out-of-pocket expenses** arising from the release Incidents from the Limetree Bay Refinery from February to May 2021, you may be eligible to receive a monetary award based upon your answers to the questions below. **Please carefully review and answer each question below**. Each answer you provide below is submitted under penalty of perjury as if you were testifying in court.

| ANSWER EACH QUESTION BELOW | |
| --- | --- |
| Question: | Response: |
| 1. Did you suffer **property damage** because of the release Incidents from the Limetree Bay Refinery? The term property damage includes, without limitation, contamination of a water cistern. | Click the appropriate box:<br>☐ Yes<br>☐ No |
| 2. If you answered yes to Question No. 1, please check the appropriate Response box about the type of property damage suffered. | Click **only <u>one</u>** of the below boxes, as appropriate:<br><br>☐ I **owned or own** an impacted structure **with a cistern** in the Affected Geographic Area on or after February 3, 2021. |

3

| | |
|---|---|
| | ☐I **owned or own** an impacted structure **without a cistern** in the Affected Geographic Area on or after February 3, 2021.<br><br>☐I **rent or rented** an impacted structure in the Affected Geographic Area on or after February 3, 2021.<br><br>☐I suffered damage to **other property** only, such as a car, or unimproved land, in the Affected Geographic Area on or after February 3, 2021.<br><br>If yes to the last question above, identify the other property that suffered damage:<br><br>_____ |
| 3. If you answered yes to Question No. 1, please check the appropriate Response box about the location of property damage suffered.<br><br>*Note, please see the **Settlement Map** to respond to this question, which can be found at www.LimetreeBaySettlement.com. | Click **only <u>one</u>** of the below boxes, as appropriate:<br>☐My Property Damage was in Zone A.<br>☐My Property Damage was in Zone B.<br>☐My Property Damage was in Zone C. |
| 4. Were you **present in** the Affected Geographic Area during the period from February 3, 2021 to May 26, 2021? | Click the appropriate box:<br>☐ Yes<br>☐ No |
| 5. What was the duration of your time in the Affected Geographic Area during the period from February 3, 2021 to May 26, 2021 (when the release Incidents occurred)? | Click **all boxes** that apply:<br><br>☐ I was present in the Affected Geographic Area during one of the Incidents.<br><br>☐ I was present in the Affected Geographic Area for more than one month during the time-period from February 3, 2021 to May 26, 2021. |
| 6. Did you work or operate a business in the Affected Geographic Area during the | Click the appropriate box:<br>☐ Yes<br>☐ No |

| period from February 3, 2021 to May 26, 2021? | |

7. Describe any **physical health manifestations** that resulted from exposure to the release Incidents from the Limetree Bay Refinery (**leave blank if inapplicable**). If you are filling out this Claim Form for immediate family members that are identified above, be specific as to each person in your immediate family who is claiming physical health manifestations.

*Please attach and return to the Settlement Administrator any medical records of physical health manifestations suffered by you or any immediate family member because of exposure to the Incidents from the Limetree Bay Refinery. Note that submitting such proof of physical health manifestations as documented by medical records may entitle you to a higher Settlement Payment.

8. Describe any **lost wages**, and the amount, that you suffered because of the release Incidents from the Limetree Bay Refinery (leave blank if inapplicable).

*To recover for such losses, you must provide supporting documentation such as income statements, pay stubs, or similar financial documents showing lost wages, including decreased earnings figures for the period after the Incidents as compared to before.

9. Describe any **business losses**, and the amount, that you suffered because of the release Incidents from the Limetree Bay Refinery (leave blank if inapplicable).

*To recover for such losses, you must provide supporting documentation such as tax forms or similar financial documents showing business income losses incurred, including decreased earnings or revenue figures for the period after the Incidents as compared to before.

5

10. Set forth and describe any **out-of-pocket expenses** that you incurred because of the release Incidents from the Limetree Bay Refinery**,** such as for the purchase of water, travel related to obtaining water, cistern cleaning, unreimbursed medical expenses, or any other unreimbursed expenses arising from the Incidents, and the specific amount of each such expenses incurred (leave blank if inapplicable).

| Specific description of each non-reimbursed out-of-pocket expense for which you are requesting reimbursement | Date of the expense | Dollar amount of the specific expense |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Amount Claimed: | | |

*You may insert more lines if needed.

*To recover for any such losses, you <u>must</u> attach and return to the Settlement Administrator the corresponding receipt, invoice, credit card statement, medical record, insurance record, copy of returned check, or other reasonable form of evidence documenting that you incurred each expense listed above.

## PART III– FORM OF PAYMENT

**Please make sure the email or phone number you provide to receive payments matches your contact information above. Please check one of the following payment options for your claimed Settlement Payment:**

☐ Virtual Prepaid Card – Enter the email address where you will receive the Virtual Prepaid

Card:

☐ Venmo - Enter the mobile number associated with your account:

☐ Zelle - Enter the email address or mobile number associated with your Zelle account:

☐ ACH - Enter bank account and routing numbers:

☐ Physical Check - Payment will be mailed to the address provided above.

## PART IV – CERTIFICATION AND DECLARATION

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the United States of America that all of the information I have provided above is true and correct to the best of my knowledge, and that I (a) owned or rented property (real and/or personal) in the Affected Geographic Area on or after February 3, 2021; *or* (b) resided in, worked in, operated a business in, or was present in the Affected Geographic Area during the time period from February 3, 2021 to May 26, 2021.

_____          _____

SIGNATURE                                                                                    DATE

_____

PRINT NAME

## PART V -- REMINDER CHECKLIST BEFORE YOU SUBMIT THIS CLAIM FORM

1. Make sure that you fully completed Part I – Claimant Information.
2. Make sure that you fully completed Part II as applicable to your personal situation.
3. Make sure that you fully completed Part III – Form of Payment.
4. Make sure that you signed the Certification and Declaration in Part IV.
5. Make sure that when you return your Claim Form you include a copy of all required documentation requested above.
6. Make sure that you retain a copy of this Claim Form and your supporting documentation for your records.

7