# **<u>EXHIBIT C</u>**

## CLAIMANT PAYMENT FORMULA

Payments to Eligible Claimants shall be calculated by the Court-appointed Settlement Administrator based on the pro rata point system set forth below encompassing **property damage**, **nuisance**, **economic losses**, **physical health manifestations**, and **non-reimbursed out-of-pocket expenses** incurred that arose from the Limetree Bay Refinery release Incidents of February 4, 2021, April 23, 2021, May 5, 2021, and May 12, 2021. The Settlement Administrator shall tally the points for each Eligible Claimant based upon the Payment Grid below, and calculate each Eligible Claimant's Settlement Payment based upon the total amount of points awarded to all Eligible Claimants:

## SETTLEMENT PAYMENT GRID

**The following Settlement Payment Grid shall be used in conjunction with the Claim Form**

| Points for Property Damage: | Points Assigned* |
|---|---|
| If you owned or own an impacted structure with a cistern in the Affected Geographic Area. | 30 |
| If you owned or own an impacted structure without a cistern in the Affected Geographic Area. | 15 |
| If you rented or rent an impacted structure in the Affected Geographic Area. | 10 |
| If you suffered damage to only other property, such as a car, or unimproved land in the Affected Geographic Area. | 10 |

*All points assigned for Property Damage shall be multiplied by the Geographic Location Points Multiplier located at the end of the Settlement Payment Grid.

| Points for Nuisance: | Points Assigned |
|---|---|
| If you were present in the Affected Geographic Area during any one of the Incidents. | 10 |
| If you were present in the Affected Geographic Area for more than one month during the time period from February 3, 2021 to May 26, 2021. | 15 |
| **Points for Physical Health Manifestations:** | **Points Assigned** |
| If you suffered physical health manifestations but submit no medical records supporting those manifestations. | 10 |
| If you suffered physical health manifestations and have medical records supporting those manifestations. | 15 |
| **Points for Economic Harm:** | **Points Assigned** |
| For each $500 of ***documented*** business interruption losses, lost wages, or unreimbursed out of pocket expenses resulting from the Limetree Bay Refinery Incidents. | 1 (a maximum of 10 points are available for Economic Harm) |

| Geographic Location Points Multiplier | |
|---|---|
| If Property Damage was in Zone A. | 1x |
| If Property Damage was in Zone B. | 3x |
| If Property Damage was in Zone C. | 5x |

INSERT MAP