A Settlement has been reached between the Plaintiffs and certain Settling Defendants in the Class Action Litigation involving alleged release incidents that occurred at the Limetree Bay Refinery from February to May 2021. This Settlement resolves claims brought against Defendants Arclight and Freepoint alleging that Settlement Class Members suffered harm as a result of the release incidents. The Settling Defendants vigorously deny that they violated any law but agreed to the Settlement to avoid the expenses associated with continuing the Litigation. Plaintiffs have not settled and will continue to litigate their claims against the remaining Defendants in the Litigation. **The Settlement entitles Settlement Class Members that suffered harm to compensation, and otherwise affects Settlement Class Members' Legal Rights**. This is just a summary of the Settlement and how it could affect Settlement Class Members' rights. Documents related to the Settlement and the Litigation, including the **Claim Form** necessary to make a claim for a payment from the Settlement, are available at **www.LimetreeBaySettlement.com**.

More details about the Litigation, the Settlement, and your rights are also available at **www.LimetreeBaySettlement.com** or by calling [Toll-Free Number].

**Why am I getting this notice?** You may be a "Settlement Class Member" because you owned or rented property in the Affected Geographic Area on or after February 3, 2021 or you resided in, worked in, operated a business in, or were present in the Affected Geographic Area during the time period from February 3, 2021 to May 26, 2021. A Settlement Map of the Affected Geographic Area is located on the Settlement Website, **www.LimetreeBaySettlement.com**.

**Settlement terms.** Under the Settlement, in exchange for a release of the claims against them, the Settling Defendants have agreed to create a Gross Settlement fund of **$17,500,000** for the benefit of the Settlement Class and from which to pay, subject to the Court's approval, payments to eligible Settlement Class Members who submit Claim Forms, any attorneys' fees and expenses, a service award to the Class Representatives, and notice and administration costs. Payments to eligible Settlement Class Members shall be determined by the Settlement Administrator who shall calculate any Settlement payments using a pro rata point system encompassing property damage, nuisance, economic losses, physical health manifestations, and non-reimbursed out-of-pocket expenses incurred that arose from the Limetree Bay Refinery release incidents.

**How do I receive payment?** To be eligible to receive a payment, you must submit a valid completed **Claim Form** with all requested information and documentation to the Settlement Administrator by the Claim Deadline, which is _____, 2025. Completed Claim Forms may be submitted online at **www.LimetreeBaySettlement.com** or mailed to the Settlement Administrator, [Street Address/City, State, Zip Code].

**Do I have any other options?** If you wish to exclude yourself from the Settlement, you may opt out of the Settlement by mailing a written notice to the Settlement Administrator, postmarked by [DATE]. If you opt out of the Settlement, then you cannot receive a Settlement payment, but you will not be bound by the Settlement. If you do not opt out, then you may object to the Settlement, and you or your lawyer can appear before the Court. Your written objection must be submitted to the Settlement Administrator, postmarked by [DATE]. Specific instructions on how to opt out or object to the Settlement are available at **www.LimetreeBaySettlement.com.**

**Who Represents Me?** The Court has appointed lawyers from Berger Montague PC, Fishman Haygood, L.L.P., and Burns Charest LLP to serve as Co-Lead Class Counsel in the Litigation, and Lee J. Rohn & Associates LLC as Liaison Counsel. They will petition the Court to be paid legal fees and reasonable expenses from the Settlement fund. You may hire your own lawyer at your expense if you so choose.

**When Will the Court Consider the Settlement?** The Court will hold a Final Approval Hearing on _____, 2025 at ___ in Courtroom ____, 3013 Estate Golden Rock, Suite 219, St. Croix, Virgin Islands 00820.

# COURT ORDERED SETTLEMENT NOTICE

***Boynes, et al. v. Limetree Bay Refining, LLC, et al.***, No. 1:21-cv-00253 (D.V.I.)
***Shirley, et al. v. Limetree Bay Ventures, LLC, et al.***, No. 1:21-cv-00259 (D.V.I.)
***Charles, et al. v. Limetree Bay Refining, LLC, et al.***, No. 1:21-cv-00260 (D.V.I.)
***Cotton, et al. v. Limetree Bay Ventures, LLC, et al.***, No. 1:21-cv-00261 (D.V.I)

## Class Action Notice

Opt-Out Deadline:
**[DATE]**

Limetree Bay Settlement Administrator
[STREET ADDRESS]
[CITY, STATE, ZIP CODE]

FIRST CLASS
MAIL
US POSTAGE
PAID
Permit#__

[Postal barcode]
Postal Service: Please do not mark barcode.

Notice ID: <<Notice ID>>
Confirmation Number: <<Confirmation Number>>
[NAME]
[ADDR1]
[ADDR2]
[CITY], [ST] [ZIP]