## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

CLIFFORD BOYNES, et al.,

    Plaintiffs,

    v.                                                                1:21-cv-0253-WAL-EAH

LIMETREE BAY VENTURES, LLC et al.,

    Defendants.

_____

HELEN SHIRLEY, et al.,

    Plaintiffs,

    v.                                                                1:21-cv-0259-WAL-EAH

LIMETREE BAY VENTURES, LLC et al.,

    Defendants.

_____

MARY L. MOORHEAD, et al.,

    Plaintiffs,

    v.                                                                1:21-cv-0260-WAL-EAH

LIMETREE BAY VENTURES, LLC et al.,

    Defendants.

_____

BEECHER COTTON, et al.,

    Plaintiffs,

    v.                                                                1:21-cv-0261-WAL-EAH

LIMETREE BAY VENTURES, LLC et al.,

    Defendants.

_____

*Boynes v. Limetree Bay Ventures, LLC*
1:21-cv-000253-WAL-EAH
Order
Page 2


**TO:**

| | |
|---|---|
| **John K. Dema, Esq.** | **Rhonda R. Trotter, Esq.** |
| **Charlotte K. Perrell, Esq.** | **Robert Franciscovich, Esq.** |
| **Rebekka C. Veith, Esq.** | **Schuyler A. Smith, Esq.** |
| **Derek Y. Sugimura, Esq.** | **Andres Pino, Esq.** |
| **Brian James Mersman, Esq.** | **Chivonne Thomas, Esq.** |
| **Gregg R. Kronenberger, Esq.** | **Jennifer Quildon Brooks, Esq.** |
| **C. Hogan Paschal, Esq.** | **Ryan C. Stutzman, Esq.** |
| **Gaylin Vogel, Esq.** | **Alex M. Moskowitz, Esq.** |
| **Hugh P. Lambert, Esq.** | **Ke Zhang, Esq.** |
| **Alexis Hill, Esq.** | **Martin A. Sheldon, Esq.** |
| **J. Christopher C. Zainey, Jr., Esq.** | **Michael L. Sheesley, Esq.** |
| **William J. Sheppard, Esq.** | **Kevin F. D'Armour, Esq.** |
| **Kerry J. Miller, Esq.** | **Lisa Michelle Komives, Esq.** |
| **Shubhra Mashelkar, Esq.** | **Carly Jonakin, Esq.** |
| **Lee J. Rohn, Esq.** | **Jon F. Carmer Jr, Esq** |
| **Ethan A. Wilkinson, Esq.** | **Martin A. Shelton, Esq.** |
| **Paul C. Thibodeaux, Esq.** | **Ronald S. Masterson, Esq.** |
| **Christopher G. Garten, Esq.** | **Meredith Pohl, Esq.** |
| **Jennifer Jones, Esq.** | **Keith Kodosky, Esq.** |
| **Brendan Doherty, Esq.** | **Rob Dille, Esq.** |
| **Earnesta L. Taylor, Esq.** | **Elizabeth C. Milburn, Esq.** |
| **Nick P. Panayotopoulos, Esq.** | **Adam B. Zuckerman, Esq.** |
| **Charles Edward Lockwood, Esq.** | **Kenneth M. Klemm, Esq.** |
| **Daniel T. Donovan, Esq.** | **Alexandra M. Lyon, Esq.** |
| **Erin Quick, Esq.** | **Amy L. Champagne, Esq.** |
| **Mary Elizabeth Miller, Esq.** | **Jennifer Levy, Esq.** |
| **Matthew Scott Owen, Esq.** | **Anna G. Rotman, Esq.** |
| **J. Daryl Dodson, Esq.** | **Jennifer A. Adler, Esq.** |
| **Arthur Justin Herskowitz, Esq.** | **Aimee M. Adams, Esq.** |
| **Francis Healy, Esq.** | **Camalla K. Guyton, Esq.** |
| **Kanaan Le'Roy Wilhite, Esq.** | **Sarah K. Casey, Esq.** |
| **Adam Nicholas Marinelli, Esq.** | **Nicolas K. Caldwell, Esq.** |
| **Lori B. Leskin, Esq.** | |
| **Anna Katherine Benedict, Esq.** | |

*Boynes v. Limetree Bay Ventures, LLC*
1:21-cv-000253-WAL-EAH
Order
Page 3

### ORDER

**THIS MATTER** comes before the Court *sua sponte*. On April 11, 2025 the Court entered an Amended Scheduling Order setting new dates and deadlines for the parties in this case. Dkt. No. 1060.[1] However, that Order inadvertently contained a typographical error. The entry stated, "[t]he parties shall conduct an in-person mediation session with mediator John W. Perry, Jr. by no later than June 30, 2026 at which each Defendant Party will be present." *Id*. The Order should have stated that mediation shall be conducted no later than **June 30, 2025**. Pursuant to Federal Rule of Civil Procedure 60(a), "a Court may correct a clerical mistake . . . whenever one is found" in an Order. Having found a clerical error, the Court now issues this correction.

Accordingly, it is hereby **ORDERED:**

1. The parties shall conduct an in-person mediation session with mediator John W. Perry, Jr. by no later than **June 30, 2025,** at which each Defendant Party will be present.

2. For any such mediations, as to any insured party, a representative of each carrier must attend with full authority to settle without further consultation or authority to make a final recommendation of settlement to the appropriate decision making body of that carrier.

3. All other aspects of the Court's Amended Scheduling Order, Dkt. No. 1060, shall remain in place.

ENTER:

Dated: April 14, 2025                    /s/ Emile A. Henderson III
                                         EMILE A. HENDERSON III
                                         U.S. MAGISTRATE JUDGE

---

[1] All citations to the docket in this Order refer to the docket in *Boynes v. Limetree Bay Ventures, LLC, et al.*, No. 21-cv-253.