IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0259 |
| MARY L. MOORHEAD, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0261 |

**PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
<u>AND RELATED RELIEF</u>**

i

NOW INTO COURT, through undersigned counsel, come Plaintiffs, on behalf of themselves and the proposed Settlement Class as defined in the Memorandum in Support filed herewith and the Settlement Agreement attached thereto as Exhibit A, and file this Motion seeking preliminary approval of a $550,000.00 Settlement that will resolve all of their claims the Settling Contractor Defendant, Pinnacle Services, LLC, arising out of, or relating to, the series of environmental releases from the Limetree Bay Refinery that occurred during the time period from February 2021 to May 2021.

This Settlement has been reached only after Plaintiffs, through Class Counsel, thoroughly investigated the facts and law relating to the allegations in the Litigation and conducted extensive discovery. The Settling Parties engaged in extensive, difficult, complex, and arm's length-negotiations, including through mediation overseen by the Court-appointed mediator. Plaintiffs and Pinnacle have reached a class action settlement, the second settlement in the Litigation. Plaintiffs now seek to begin the settlement approval process mandated by Federal Rule of Civil Procedure 23(e).

WHEREFORE, Plaintiffs respectfully request that the Court enter the Proposed Preliminary Approval Order (1) conditionally certifying the Settlement Class and preliminarily approving the Settlement as fair, reasonable and adequate; (2) finally appointing the already-appointed Co-Lead Class Counsel to represent the Settlement Class; (3) approving the proposed Notice Plan; (4) establishing the Objection and Opt-Out Deadline; (5) appointing Epiq, which has already been appointed to administer the injunctive water program, as the Settlement Administrator; and (6) setting a date for the Final Approval Hearing. The Parties respectfully request that, in order to facilitate joint administration of this Settlement with the ArcLight/Freepoint Settlement, the Court set for hearing and issue its rulings on this Motion for

1

Preliminary Approval at the same time as it does so for the Motion for Preliminary Approval of the ArcLight/Freepoint Settlement filed on April 3, 2025 ("April 3 Preliminary Approval Motion"). Dkt. 1099.

Respectfully submitted,

DATED: April 29, 2025        BY:   /s/ Kerry J. Miller
Kerry J. Miller, Esq.
Rebekka C. Veith, Esq.
C. Hogan Paschal, Esq.
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
kmiller@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com

DATED: April 29, 2025        BY:   /s/ Hugh Lambert
Hugh Lambert, Esq.
J. Christopher Zainey, Esq.
Brian Mersman, Esq.
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

DATED: April 29, 2025        BY:   /s/ John K. Dema
John K. Dema, Esq.
LAW OFFICES OF JOHN K. DEMA, PC
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820

DATED: April 29, 2025        BY:   /s/ Jennifer Jones
Jennifer Jones, Esq.
9003 Havensight Mall, Ste. 319
St. Thomas, V.I. 00802
Telephone: (340) 779-7386
jjones@vienvironmentallaw.com

Counsel for the *Boynes* Plaintiffs

2

DATED: April 29, 2025                BY:  /s/ *Shanon J. Carson*
                                          Shanon J. Carson, Esq.
                                          Yechiel Michael Twersky, Esq.
                                          John Kerrigan, Esq.
                                          BERGER MONTAGUE PC
                                          1818 Market Street, Suite 3600
                                          Philadelphia, PA 19103
                                          Telephone: (215) 875-3000
                                          scarson@bm.net
                                          mitwersky@bm.net
                                          jkerrigan@bm.net

DATED: April 29, 2025                BY:  /s/ *Lee J. Rohn*
                                          Lee J. Rohn, Esq.
                                          Rhea R. Lawrence, Esq.
                                          1108 King Street, Suite 3 (mailing)
                                          56 King Street, Third Floor (physical)
                                          Christiansted, St. Croix
                                          U.S. Virgin Islands 00820
                                          Telephone: (340) 778-8855
                                          lee@rohnlaw.com
                                          rhea@rohnlaw.com

                                          Counsel for the *Cotton* Plaintiffs

DATED: April 29, 2025                BY: /s/ *Daniel H. Charest*
                                          Warren T. Burns, Esq.
                                          Daniel H. Charest., Esq.
                                          Martin D. Barrie, Esq.
                                          Quinn M. Burns, Esq.
                                          Anna Katherine Benedict, Esq.
                                          BURNS CHAREST LLP
                                          900 Jackson Street, Suite 500
                                          Dallas, Texas 75202
                                          Telephone: (469) 904-4550
                                          wburns@burnscharest.com
                                          dcharest@burnscharest.com
                                          mbarrie@burnscharest.com
                                          qburns@burnscharest.com
                                          abenedict@burnscharest.com

DATED: April 29, 2025                BY:   */s/ Korey A. Nelson*
                                     Korey A. Nelson, Esq.
                                     H. Rick Yelton, Esq.
                                     BURNS CHAREST LLP
                                     365 Canal Street, Suite 1170
                                     New Orleans, LA 70130
                                     Telephone: (504) 799-2845
                                     knelson@burnscharest.com
                                     ryelton@burnscharest.com

DATED: April 29, 2025                BY:   */s/ Timothy W. Burns*
                                     Timothy W. Burns
                                     BURNS BAIR LLP
                                     10 E. Doty Street, Suite 600
                                     Madison, Wisconsin 53703
                                     Telephone: (608) 286-2302
                                     tburns@burnsbair.com

DATED: April 29, 2025                BY:   */s/ Vincent Colianni II*
                                     Vincent Colianni, II, Esq.
                                     Vincent A. Colianni, Esq.
                                     Marina Leonard, Esq.
                                     COLIANNI & LEONARD LLC
                                     2120 Company Street
                                     Christiansted, VI 00820
                                     Telephone: (340) 719-1766
                                     vinny@colianni.com
                                     vince@colianni.com
                                     marina@colianni.com

DATED: April 29, 2025                BY:   */s/ C. Jacob Gower*
                                     C. Jacob Gower, Esq.
                                     GOWER LEGAL LLC
                                     1919 Pine Street
                                     New Orleans, LA 70118
                                     Telephone: (337) 298-9734
                                     jacob@gowerlegal.com

                                     Counsel for the *Shirley* Plaintiffs

DATED: April 29, 2025                BY: */s/ John K. Dema*
                                     John K. Dema, Esq. (V.I. Bar. No. 357)
                                     LAW OFFICES OF JOHN K. DEMA, PC
                                     1236 Strand Street, Suite 103
                                     Christiansted, St. Croix, VI 00820
                                     Telephone: (340) 773-6142
                                     jdema@demalaw.com

4

| | |
|---|---|
| DATED: April 29, 2025 | BY:    */s/ Hugh Lambert*<br>Hugh Lambert, Esq.<br>J. Christopher Zainey, Esq.<br>Brian Mersman, Esq.<br>LAMBERT ZAINEY SMITH & SOSO, APLC<br>701 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-1750<br>Facsimile: (504) 529-2931<br>hlambert@lambertzainey.com<br>czainey@lambertzainey.com<br>bmersman@lambertzainey.com<br><br>Counsel for the *Moorhead* Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court's ECF system on April 29, 2025, which sent notice to counsel of record.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

5