# EXHIBIT C

**Address: INSERT**
**Confirmation Code: 123456789**

***Boynes, et al. v. Limetree Bay Refining, LLC, et al.***, No. 1:21-cv-00253 (D.V.I.)
***Shirley, et al. v. Limetree Bay Ventures, LLC, et al.***, No. 1:21-cv-00259 (D.V.I.)
***Charles, et al. v. Limetree Bay Refining, LLC, et al.***, No. 1:21-cv-00260 (D.V.I.)
***Cotton, et al. v. Limetree Bay Ventures, LLC, et al.***, No. 1:21-cv-00261 (D.V.I)

# NOTICE OF CLASS ACTION SETTLEMENT ("NOTICE")

## IF YOU SUFFERED HARM AS A RESULT OF THE INCIDENTS AT THE LIMETREE BAY REFINERY FROM FEBRUARY TO MAY 2021, YOU MAY BE ENTITLED TO A PAYMENT FROM A CLASS ACTION SETTLEMENT

*A court authorized this Notice.  It is not a solicitation from a lawyer. You are not being sued. Please do not contact the Court. Your legal rights are affected whether you act or don't act. **Read this Notice carefully**.*

## Overview

- In 2021, Plaintiffs filed the above four (4) class action lawsuits (the "Litigation") alleging that the failed restart of the Limetree Bay Refinery located on St. Croix, United States Virgin Islands (the "Refinery") caused the emission, release, and discharge—on multiple occasions—of hazardous and toxic chemicals, substances, gases, and odors, from February 2021 until the Refinery was forced to shut down in May 2021 (the release "Incidents" of February 4, 2021, April 23, 2021, May 5, 2021, and May 12, 2021 (ECF No. 529, ¶ 8, n.2)).

- Plaintiffs allege that these release Incidents caused significant injuries to affected residents of St. Croix, including but not limited to property damage, nuisance, economic losses, physical health manifestations, and non-reimbursed out-of-pocket expenses. The Settling Defendants (defined below) deny the allegations asserted by Plaintiffs in the Litigation and deny any wrongdoing or liability in connection with the release Incidents at the Refinery.

- Plaintiffs have reached agreements to settle their claims against certain of the Defendants in the Litigation (the "Settlement Agreements"), including ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P., Limetree Bay Holdings, LLC, Limetree Bay Preferred Holdings, LLC, Freepoint Commodities LLC, and Pinnacle Services, LLC (the "Settling Defendants"). **Please note that Plaintiffs have not settled, and will continue to litigate, their claims against all the remaining Defendants in the Litigation who are not included in the Settlement Agreements.**

- If you received a Notice about this Settlement by mail or email, you are likely in the Settlement Class and may be eligible to file a Claim for a potential Settlement Payment.

- **IMPORTANT: You must file a Claim by [DATE] to receive a payment from the Settlement. Click here to file a claim. This is a strict deadline.**

- Your legal rights **are affected**, and you have a choice to make. Your options are explained here.

| YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **FILE A CLAIM** | Submit a Claim Form to the Settlement Administrator by **[DATE]** to apply for a potential Settlement Payment. *See* Questions 2–3. |

| DO NOTHING | Receive no payment and give up the right to sue Settling Defendants about the issues in the lawsuits. |
|---|---|
| OPT OUT | Receive no payment from the Settlement and retain any rights you may have to sue Settling Defendants about the issues in the Litigation. To opt out, you must mail a signed request for exclusion by **[DATE]**. *See* Question 4 for details. |
| OBJECT OR COMMENT | Object or comment on the Settlement by **[DATE]**. *See* Question 4 for details. If you object or comment, you can still file a claim and be eligible to receive a Settlement Payment. |

- Questions? Read below, or visit www.LimetreeBaySettlement.com or call [TOLL-FREE NUMBER] for more information.

You are receiving this **NOTICE** because you live in the Affected Geographic Area (defined below) that is alleged to have been impacted by the release Incidents from the Limetree Bay Refinery. Class action lawsuits were filed concerning these events and a Settlement has now been preliminarily approved by the Court with the Settling Defendants. This Notice provides information about the Litigation, the Settlement, and your options as a Settlement Class Member. Please read this Notice carefully because it affects your legal rights. A federal court authorized the sending of this Notice to you. This is not a solicitation.

| 1. | Why Should You Read This Notice? |
|---|---|

You are receiving this Notice because our records indicate that you may be a Settlement Class Member. The term "Settlement Class" means **all persons or entities: a) who owned or rented property (real and/or personal) in the Affected Geographic Area on or after February 3, 2021; or b) who resided in, worked in, operated a business in, or were present in the Affected Geographic Area during the time period from February 3, 2021 to May 26, 2021**, and includes, without limitation, all persons or entities who are retained clients of any law firms comprising Class Counsel before the execution of the Settlement Agreements and who assert claims arising out of the Incidents.

The term "Affected Geographic Area" means the western portion of the Island of St. Croix, more particularly described as bounded by 64.74 degrees West Longitude and the sea. A **Settlement Map** of the Affected Geographic Area is located on the Settlement Website, www.LimetreeBaySettlement.com and is also available at the law offices listed below, and pasted below:

INSERT PICTURE OF MAP

To address the harm caused by the failed restart of the Refinery, Plaintiffs filed their first lawsuit on May 19, 2021, immediately following the release Incidents. On March 5, 2024, Plaintiffs filed a Consolidated Amended Class Action Complaint. Through the Litigation, Plaintiffs seek to hold accountable all entities and persons allegedly responsible for the release Incidents and to seek to remedy the property damage, nuisance, economic losses, physical health manifestations, and non-reimbursed out-of-pocket expenses suffered by Plaintiffs and Class Members as a result of the release Incidents. The Settling Defendants deny the allegations asserted by Plaintiffs in the Litigation and deny any wrongdoing or liability in connection with the release Incidents at the Refinery.

Following an extensive mediation process overseen by a Court-appointed mediator, Plaintiffs and the Settling Defendants have agreed to a Settlement that has been preliminarily approved by the Federal Court. As a Settlement Class Member, you are entitled to submit a Claim to the Settlement Administrator to apply for and be considered for a Settlement Payment, as further addressed in this Notice and the Settlement Agreements. **Settlement Class Members can submit such a Claim by filling out and returning the enclosed Claim Form or by submitting their Claim Form online at www.LimetreeBaySettlement.com by no later than [DATE].**

The United States District Court of the Virgin Islands has preliminarily approved this Settlement as fair and reasonable and authorized this Notice to be sent to you. The Court will hold a

Final Approval Hearing on _____, 2025 at _____, in Courtroom _____, 3013 Estate Golden Rock, Suite 219, St. Croix, Virgin Islands 00820. Additional information about this Litigation and the Settlement can be found at **www.LimetreeBaySettlement.com**.

| 2. | What Are the Terms of the Settlement? |
|---|---|

Under the terms of the Settlement Agreements, copies of which are available at www.LimetreeBaySettlement.com, the Settling Defendants have agreed to collectively pay the non-reversionary cash amount of Eighteen Million, Fifty Thousand Dollars (**$18,050,000.00)** (the "Gross Settlement Fund") to settle Plaintiffs' claims against the Settling Defendants. By entering into the Settlement Agreements, the Settling Defendants do not admit any liability, fault, or violation of law and deny all allegations and claims against them, but entered into the Settlement Agreements to avoid the risk, burden, and expense of continued litigation. However, none of this money will ever be returned to the Settling Defendants under any circumstance if the Settlement is finally approved.

The Settlement Fund will be used to pay: (a) all Settlement Payments to Settlement Class Members; (b) all settlement administration fees and costs as approved by the Court; (c) Class Counsel's attorneys' fees, not to exceed one-third (33%) of the Gross Settlement Fund, plus costs, subject to the approval of the Court; and (d) service awards in an amount not to exceed $5,000.00 for each Settlement Class Representative.

To become eligible for a Settlement Payment, a Settlement Class Member must submit a Claim Form with all requested information and documentation to the Settlement Administrator by the Claim Deadline, which is _____, 2025. The Settlement Administrator shall receive, process and make determinations regarding all Claim Forms and will calculate any Settlement Payments to eligible Settlement Class Members using a pro rata point system taking into account claimed property damage (including but not limited to contamination to water cisterns), nuisance, economic losses, physical health manifestations, and non-reimbursed out-of-pocket expenses incurred that arose from the Limetree Bay Refinery release Incidents. The Settlement Administrator shall tally the points for each eligible Settlement Class Member based upon the Settlement Payment Grid set forth as an Exhibit to the ArcLight/Freepoint Settlement (available at www.LimetreeBaySettlement.com) for use by the Settlement Administrator, and shall calculate each eligible Settlement Class Member's payment based upon the total amount of points awarded to all eligible Settlement Class Members.

If a Claim Form submitted to the Settlement Administrator is determined to be deficient, the Settlement Administrator shall send a deficiency letter giving the Settlement Class Member who submitted the deficient Claim Form twenty-one (21) days to respond and cure any deficiency. The Settlement Class Member shall have one opportunity to cure any deficiencies identified by the Settlement Administrator.

If a Claim Form submitted to the Settlement Administrator conclusively establishes (as determined by the Settlement Administrator) that the Claim is not eligible for a Settlement Payment under the Settlement Agreements, then the Settlement Administrator shall deny the Claim.

A.    **Timing of Payments**. The Settlement Administrator shall issue all payments owed to Settlement Class Members as soon as practicable and within sixty (60) days after the Settlement

Agreements receive final approval by the Court and the time for any appeals have expired, or any appeals have been resolved. The Settlement Administrator shall issue its payments via check (standard mail), Venmo, Zelle, ACH, or virtual prepaid card at the election of the Settlement Class Member, who can make such election on their Claim Form or via the Settlement Website.

B.     **Uncashed Checks**. All checks issued by the Settlement Administrator shall remain valid for one hundred eighty (180) days ("Check Cashing Period"). Ninety (90) days after the later of the Check Cashing Period or the conclusion of the Litigation, the total amount of any uncashed settlement checks will be distributed to a *cy pres* recipient to be agreed to by the Parties, subject to approval by the Court.

C.     **Released Claims.** In consideration of the benefits provided to Settlement Class Members by the Settling Defendants as described in the Settlement Agreements, Plaintiffs and the Settlement Class shall release and discharge Settling Defendants and their present and former parent companies, subsidiaries, shareholders, members, officers, directors, employees, attorneys, and successors (the "Released Parties") from all claims, demands, actions, and causes of action of any kind or nature whatsoever, whether at law or equity, known or unknown, direct, indirect, or consequential, liquidated or unliquidated, foreseen or unforeseen, developed or undeveloped, arising under common law, statutory law, or otherwise, whether based on federal, state or local law, statute, ordinance, regulation, code, contract, common law, or any other source, or any claim that Plaintiffs or any Settlement Class Members ever had, now have, may have, or hereafter can, shall, or may ever have against the Released Parties, on the basis of, arising from, or relating to the claims alleged in the Litigation. With respect to the subject matter of the Litigation, Plaintiffs and Settlement Class Members hereby expressly waive the benefits of any statutory provision or common law rule that provides, in substance or effect, that a general release does not extend to claims which the party does not know or suspect to exist in its favor at the time of executing the release, which if known by it, would have materially affected its settlement with any other party. *The term Released Parties shall not include Non-Released Parties, which the Settlement Agreements define as (a) any non-Settling Defendant in the Litigation (including their parent companies, subsidiaries, shareholders, members, officers, directors, employees, contractors, insurers, attorneys, and successors), (b) Limetree Bay Energy, LLC, and (c) Limetree Bay Refining, LLC or its Trustee.*

| | |
|---|---|
| **3.** | **How Do I Submit A Claim Form?** |

Please note that the Claim Form is solely for Settlement Class Members who have suffered harm because of the release Incidents that took place at the Limetree Bay Refinery from February to May 2021. **If you do not claim to have suffered harm because of those Incidents, then you should not fill out the Claim Form.**

**To be considered valid and timely Claim Forms must be submitted by DATE.** Settlement Class Members may submit multiple Claim Forms before DATE, but shall not recover twice for the same item of alleged damage or harm. An adult family member can submit one Claim Form on behalf of each member of their immediate family, including their spouse and minor children. Otherwise, however, all adults need to submit their own Claim Form. If you are submitting this Claim Form on behalf of your immediate family, the Claim Form will ask you to list the immediate family members on whose behalf the Claim Form is being submitted.

You may fill out the Claim Form in hard copy or you may download and fill out the electronic Claim Form located at www.LimetreeBaySettlement.com. The electronic Claim Form can be uploaded using the HIPAA-compliant portal also located on the website. If you fill out the Claim Form in hard copy, you may return it by uploading it using the HIPAA-compliant portal at www.LimetreeBaySettlement.com or by mail to [INSERT MAIL ADDRESS].

If you have any questions about this Claim Form, please call the Settlement Administrator toll-free at [INSERT TELEPHONE NUMBER] or contact the Settlement Administrator using the Contact Us form located at www.LimetreeBaySettlement.com. For additional information about the Settlement, please visit www.LimetreeBaySettlement.com. You may also visit the following law offices:

| **Lee J. Rohn & Associates** | **Colianni and Leonard** | **Dema Law** |
|---|---|---|
| 56 King Street, Third Floor Hamilton House Christiansted, U.S.V.I (340) 778-8855 info@rohnlaw.com | 2120 Company Street, Christiansted, St. Croix (340) 719-1766 marina@colianni.com | 1236 Strand Street, Suite 103 Christiansted, St. Croix (340) 773-6142 dsugimura@demalaw.com |

**Important -- It is <u>your</u> responsibility to let the Settlement Administrator know if your mailing address changes at any time before you receive a Settlement Payment or if you want future mail sent to a different mailing address. If you fail to keep your address current, you may not receive your Settlement Payment to the extent you are entitled to one.**

## 4.    What Are My Rights?

If you wish to participate in the Settlement, you must submit a Claim Form by DATE, as described above, in order to receive any Settlement Payment to which you are entitled.

If you wish to exclude yourself from the Settlement so that you do not receive any Settlement Payment to which you may be entitled and are not bound by any release of claims, then you must submit a written request to opt out of the Settlement to the Settlement Administrator, postmarked by DATE. Your request for exclusion must include your printed name, address, telephone number, email address, a statement that you request exclusion from the Settlement Class, and it must be personally signed by you.  Requests for exclusion cannot be made on a group or class basis. **All Settlement Class Members who do not timely and properly request exclusion from the Settlement Class will in all respects be bound by all terms of the Settlement Agreements and the Court's Final Approval Order.** The request for exclusion must be sent to the Settlement Administrator at INSERT ADDRESS. **Any person who requests exclusion from the Settlement will not be entitled to any Settlement Payment and will not be bound by the Settlement Agreements or have any right to object, appeal, or comment thereon**.

If you wish to submit a Claim Form and seek a Settlement Payment but submit an objection to the Settlement, you must submit a written objection to the Settlement Administrator postmarked by

DATE, explaining why you believe that the Settlement Agreements should not be approved by the Court as fair, reasonable and adequate. The written statement must include the following information: (a) the objector's name, address, telephone number, email address, and, if represented by counsel, the name, address, telephone number, and email address of his or her counsel; (b) all grounds for the objection, accompanied by any legal support for the objection known to the objector or his or her counsel; (c) copies of any papers, briefs, or other documents upon which the objection is based or upon which the objector or his or her counsel intends to rely; (d) a statement of whether the objector or their counsel intends to appear at the Court's Final Approval Hearing concerning the Settlement, either in person or through counsel; and (e) the objector's handwritten signature.

If you wish to send the Settlement Administrator a letter in support of the Settlement, you are free to do so, and may send your letter to INSERT ADDRESS.

| 5. | Who Are The Attorneys Representing The Class? |
|----|----|

The attorneys who represent the Settlement Class are listed below:

| Co-Lead Class Counsel | Co-Lead Class Counsel | Co-Lead Class Counsel |
|----|----|----|
| Kerry J. Miller<br>FISHMAN HAYGOOD, L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>kmiller@fishmanhaygood.com | Daniel H. Charest<br>BURNS CHAREST LLP<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>dcharest@burnscharest.com | Shanon J. Carson<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>scarson@bm.net |
| **Lee J. Rohn & Associates**<br>56 King Street, Third Floor<br>Hamilton House<br>Christiansted, U.S.V.I<br>(340) 778-8855<br>info@rohnlaw.com | **Colianni and Leonard**<br>2120 Company Street,<br>Christiansted, St. Croix<br>(340) 719-1766<br>marina@colianni.com | **Dema Law**<br>1236 Strand Street, Suite 103<br>Christiansted, St. Croix<br>(340) 773-6142<br>dsugimura@demalaw.com |

.

| 6. | How Will The Attorneys For The Settlement Class Be Paid? |
|----|----|

You do not have to pay the attorneys who represent the Settlement Class. The Settlement Agreements provide that attorneys' fees and costs will be paid from the Gross Settlement Fund **subject to the approval of the Court**. The attorneys' request for fees will not exceed one-third of the Gross Settlement Fund plus reimbursement of reasonable out-of-pocket expenses.

| 7. | Who May I Contact If I Have Further Questions? |
|----|----|

If you need more information or have any questions, please call the Settlement Administrator toll-free at [INSERT TELEPHONE NUMBER] or contact the Settlement Administrator using the

Contact Us form located at www.LimetreeBaySettlement.com. For additional information about the Settlement, please visit www.LimetreeBaySettlement.com.

This Notice only summarizes the Litigation, the Settlement and related matters. For more information, you may also inspect the Court files at the Office of the Clerk, United States District Court of the Virgin Islands located at 3013 Estate Golden Rock, Suite 219, St. Croix, Virgin Islands, 00820, from 8:00 a.m. to 5:00 p.m., Monday through Friday.

**PLEASE DO NOT CONTACT THE COURT.**