**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>    **Plaintiffs,**<br><br>     **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br>    **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>    **Plaintiffs,**<br>    **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

**<u>LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINAL'S MOTION TO COMPEL NON-PARTY LAW FIRMS TO PRODUCE NON-PRIVILEGED DOCUMENTS RELATED TO LITIGATION CONCERNING RUM FUNGUS ON ST. CROIX</u>**

Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Terminals"), by and through undersigned counsel, hereby submits its Motion to Compel Non-Party Law Firms to Produce Non-Privileged Documents Related to Litigation Concerning Rum Fungus on St. Croix. This Motion is supported by the accompanying Memorandum of Law in Support of Defendants' Motion to Compel Non-Party Law Firms to Produce Non-Privileged Documents Related to Litigation Concerning Rum Fungus on St. Croix. For the reasons more fully set forth in the Memorandum, this Court should compel the Non-Party Law Firms to fully and adequately respond to Terminals' Non-Party Subpoenas and produce all non-privileged documents related to litigation concerning rum fungus on St. Croix that were requested in the subpoenas. A proposed Order is submitted herewith.

Respectfully submitted,

**Beckstedt & Kuczynski LLP**

Dated: May 13, 2025

*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**

Dated: May 13, 2025

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
3344 Peachtree Road, NE

2

Suite 2400
Atlanta, GA  30326
Tel: (404) 876-2600 / Fax: (404) 875-9433
smashelkar@wwhgd.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant Limetree Bay Terminals,
LLC*