**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>   **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br>    **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>   **Plaintiffs,**<br>    **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

## [PROPOSED] ORDER

THIS MATTER comes before the Court on Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Terminals") Motion to Compel Non-Party Law Firms to Produce Non-Privileged Documents Related to Litigation Concerning Rum Fungus on St. Croix, wherein Terminals requests that the Non-Party Law Firms be compelled to fully and adequately respond to Terminals' Non-Party Subpoenas and produce all non-privileged documents related to litigation concerning rum fungus on St. Croix that were requested in the subpoenas. The Court has examined the record and being satisfied in the premises, it is hereby:

**ORDERED** that the Motion is **GRANTED** and the Non-Party Lawe Firms are hereby ORDERED to fully and adequately respond to Terminals' Non-Party Subpoenas and produce all non-privileged documents related to litigation concerning rum fungus on St. Croix that were requested in the subpoenas.

**IT IS SO ORDERED.**

St. Croix, U.S. Virgin Islands, this _____ day of _____, 2025.

_____
EMILE A. HENDERSON, III
U.S. MAGISTRATE JUDGE