EXHIBIT 5

Page 36

someone retained by your attorneys?

A. By the attorneys.

Q. What were the results of that testing?

A. I cannot recall what the actual.

Q. Did you have any damages to any of your property other than your plants involving rum fungus?

A. It was black stuff on the roof of the property.

Q. Was that ever tested?

A. Yes.

Q. Do you recall approximately when?

A. No.

Q. Was it after the lawsuit was filed?

A. After the lawsuit was filed.

Q. Do you recall ever seeing the results of that testing?

A. No.

Q. So your plants and your roof. Anything else?

A. Plants, roof. Had some material, some wooden structure over the fish pond, like --

Q. At your property?

A. At my property.

Q. Okay. Anything else?

A. I think that's it.

Q. Do you recall suffering any physical symptoms that you believe were tied to this black fungus that was

Page 37

on your property?

A.   No.

Q.   So you were not claiming personal injuries in connection with that case?

A.   No.

Q.   Did you ever recall seeing the black fungus inside of your home or just on the outside?

A.   Just on the outside.

Q.   And I believe you testified, just to clarify, you noticed it about a year before you reached out to the government and ultimately to your attorneys; is that accurate?

A.   Yes, that's accurate.

Q.   Let's talk about your participation in that lawsuit.  What damages were you seeking?  Is it just the property that you outlined for me a few minutes ago?

A.   Yes.

Q.   Did you have damage to your cistern?

A.   Yes.

Q.   And I'm going to get into the cistern in a little bit.  But I assume you have a cistern at your property?

A.   Yes.

Q.   Tell me what damages you claim this black fungus caused --

Page 38

MS. BENEDICT:  Objection.  Form.

BY MS. ADLER:

Q.   -- to your cistern?

MS. BENEDICT:  Objection.  Form.

THE WITNESS:  Water quality.

BY MS. ADLER:

Q.   Water quality?

A.   Yes.

Q.   Can you explain what you mean by that, please?

A.   Water quality is because this black stuff that collects on your roof.  When rain fall, it end up going down into your cistern.

Q.   So you -- the black stuff that you believe was on your roof was coming down through the downspouts and getting into the cistern?

A.   The cistern, that's correct.

Q.   Did you ever -- if you had the ability to, did you ever disconnect the downspout so black stuff wouldn't drain into your cistern?

A.   Could you rephrase that question.

Q.   Sure.  You testified that the fungus from your roof was draining through the downspouts into your cistern; is that accurate?

A.   Yes.

Q.   Did you ever try to disconnect those downspouts

Page 39

so that black fungus would not drain into the cistern?

A.   No.

Q.   Did you have the ability to disconnect them at your home?

A.   Yes, you have the ability.

Q.   But you never did in connection with this black fungus?

A.   No.

Q.   Did you ever clean or have somebody try to clean the black fungus off of your roof?

A.   I tried to.

Q.   You tried to?

A.   Yeah.

Q.   What did you try to do?

A.   Wash it off with water.

Q.   Uh-huh.

A.   That did not work.

Q.   Okay.  Explain a little bit -- did you climb up on the roof?

A.   Yeah.

Q.   And you tried to wash it off with the hose?

A.   Power-wash.

Q.   Okay.  And when you say it did not work, it would not come off?

A.   Yeah, it wouldn't come off because it embedded

Page 40

into the paint.

Q. What at that point was the material of your roof?

A. Galvanized, painted galvanized.

Q. Is that the same as today?

A. Yes.

Q. Other than you climbing up on the roof and trying to pressure-wash it, did you ever try to hire somebody to clean it off of your roof?

A. No.

Q. Was it ever cleaned in connection with the lawsuit?

A. It was cleaned by me. But, as I said, it's embedded into the paint. I paint the roof probably about eight years ago.

Q. Eight years ago from sitting here today?

A. Yeah.

Q. Did you ever get the black fungus off of your roof?

A. Yes.

Q. Were you able to remove the black fungus eventually prior to painting it or did you just paint over it?

A. Just paint over it.

Q. About eight years ago?