EXHIBIT 6

Page 26

that.

BY MS. ADLER:

Q.   So you filed a claim as part of the settlement and received $1,600?

A.   Correct.

Q.   When was that?

A.   Sometime last year.

Q.   2024?

A.   Yeah.

Q.   Did your family members file separate claims?

A.   No, it was one household.

Q.   It was by household?

A.   Yeah.

Q.   Who received $180?

A.   My mom, Bernadette Augustin; my daughter Malaysia Ilarraza, and my husband Jose Ilarraza.

Q.   So just those of you who lived in house?

A.   Right, right.

Q.   Tell me what damages you believe you suffered due to the rum fungus.

A.   You said damages.  Well, there is -- the way the cistern is and we have a concrete roof --

Q.   Okay.

A.   -- there was always some black stuff -- you know, it's still there because every time you try to

Page 27

clean it, it comes back, you know.  You know, it's really harassing with the black stuff, yeah.

Q.   So there is black stuff on your roof that you believe were caused from --

A.   On the cistern.

Q.   On the cistern?

A.   Yeah, some black stuff on the cistern that was -- yeah.

Q.   Inside of the cistern?

A.   No, on the surface.

Q.   Okay.  Not the roof of your home?

A.   No, at the roof of the home is just not as much as the cistern.  The cistern have more of the black stuff.

Q.   Uh-huh.

A.   Yeah, because we live so close.

Q.   To the rum --

A.   Yeah, yeah, we live so close.

Q.   -- factory?  How close do you live?

A.   Enfield Green.

Q.   And how far away is that?

A.   It's not too far.  Not too far.

Q.   When did you first notice this black stuff on your cistern?

A.   I can't recall right now, but it's something

Page 28

when we got there, when we moved there in 2021, it wasn't like that. It wasn't like that. But I guess when certain times I guess atmosphere and, you know, it start getting some black stuff, you know.

But we didn't know what it was. You know, we didn't know what it was at the time. And then we get to know that, you know, that black -- that continuous black stuff could be, you know, from -- on top of the cistern -- could be from the Cruzan Rum.

Q. How did you -- how did you decide to join that litigation to file a claim against the rum company?

A. Because it was on the news.

Q. Okay.

A. And they said that anybody that lives in that -- these communities, you know, they need to come and show proof and, you know, get in the class act lawsuit, so I did because of where I reside and stuff.

Q. Did you ever take any pictures of the black stuff on the cistern?

A. No.

Q. Did you have any of the black, I assume fungus is what you believe it to be?

A. I'm not sure what it -- you know, what it is but, you know, there is some black stuff and that's what they said, so.

Q.   Okay.  Did you see the black stuff on any other part of your property?

A.   On the side of the -- just the side because it's a flat concrete roof, like the side of the roof, the sides.  On top of the roof is clean but the sides, it's like you can't -- yeah.

Q.   The sides of the --

A.   The --

Q.   -- house?

A.   Yeah, the sides of the roof, the corners.

Q.   Uh-huh.

A.   Yeah.

Q.   When you say roof, are you still talking about the roof of the cistern or the roof of the home?

A.   The roof of the home.

Q.   The home?

A.   Yeah.

Q.   So the sides of the roof but not actually on top of the roof?

A.   Correct.

Q.   Did you ever try to clean the black stuff off of either your cistern or the sides of your roof?

A.   My husband, you know, pressure-washed it, but it comes back.

Q.   Is that black stuff still on the roof of your

Page 30

cistern or the sides of your roof today?

A. Yeah, I think -- yeah, I think so, yeah. This -- yeah, it's still visible.

Q. So you -- your husband pressure-washes it to try to clean it --

A. He tried but it's tiring, you know.

Q. Say again, I'm sorry.

A. He tried but it's very tiring to maintain.

Q. How did you determine that that black stuff was part of this litigation?

A. Part of --

Q. The lawsuit.

MS. LEONARD: Objection. Form.

BY MS. ADLER:

Q. Just because of where you lived you decided to file a claim?

A. Correct.

Q. Did you ever receive any notice in the mail about the settlement of the lawsuit?

A. No.

Q. Before you saw the notice on the news, I believe you said --

A. Yes.

Q. -- did you know that there was a lawsuit pending related to rum fungus?

Page 31

A.    No.

Q.    Did you see the black stuff anywhere else other than the sides of your roof and the roof of the cistern?

A.    I'm sure it's -- no, that's only -- that's the only place it's really visible to really see.

Q.    Okay.

A.    Yeah.

Q.    Did you ever see any of the this black stuff in the cistern?

A.    No.

Q.    Did you use the money that you received as part of the settlement to try to clean the black stuff off?

A.    No.  I use the -- I use the money to take care of my mom.

Q.    When is the last time your husband tried to pressure-wash or power-wash the black stuff off of the house or the cistern?

A.    I don't recall right now.

Q.    Was it within the past year?

A.    I'm not sure.

Q.    Other than filing a claim in connection with the rum fungus settlement, have you ever been part of any other litigation or lawsuits?

A.    No, ma'am.

Q.    Are you aware that Limetree Bay Refining filed