**From:** Jacob Gower <jacob@gowerlegal.com>
**Sent:** Friday, August 1, 2025 1:59 PM
**To:** O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com>
**Subject:** Re: Fermin Rodriguez

**EXTERNAL EMAIL** This email originated from outside the organization.

Yes, he's responded to me and relayed that Fermin will be pleading the 5th.

But this isn't the end. More to follow.

**C. Jacob Gower**

(337) 298-9734

Jacob@GowerLegal.com

**From:** O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com>
**Date:** Friday, August 1, 2025 at 12:53 PM
**To:** Jacob Gower <jacob@gowerlegal.com>
**Subject:** FW: Fermin Rodriguez

Hi Jacob-

Have you heard from Mr. Klock? He is not responding to the below email.

Thanks-

Carolyn

Carolyn F. O'Connor
Attorney at Law
Regional Managing Partner

Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940

**EXHIBIT 10**

973.735.5745 (Direct)
973.985.8898 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
carolyn.oconnor@wilsonelser.com
pronouns: she, her, hers



**From:** O'Connor, Carolyn F.
**Sent:** Thursday, July 31, 2025 12:39 PM
**To:** Joseph P. Klock, Jr. <jklock@rascoklock.com>
**Subject:** RE: Fermin Rodriguez


Dear Mr. Klock-


Has a decision been reached on whether or not Mr. Rodriguez is invoking the 5th Amendment?  Please advise.


Carolyn


Carolyn F. O'Connor
Attorney at Law
Regional Managing Partner

Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.5745 (Direct)
973.985.8898 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
carolyn.oconnor@wilsonelser.com
pronouns: she, her, hers



**From:** O'Connor, Carolyn F.
**Sent:** Monday, July 28, 2025 1:15 PM
**To:** Jacob Gower <jacob@gowerlegal.com>; Hanlon, Joseph <Joseph.Hanlon@wilsonelser.com>
**Cc:** Miller, Kerry <kmiller@fishmanhaygood.com>; Hugh P. "Skip" Lambert <hlambert@thelambertfirm.com>; McCleskey, Carly Jonakin <cmccleskey@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>; Paschal, Hogan <hpaschal@fishmanhaygood.com>; Meaders, Julie <jmeaders@fishmanhaygood.com>; Brian Mersman <bmersman@lambertzainey.com>
**Subject:** RE: Fermin Rodriguez

Hi Jacob-

Here you go…

Just to reiterate, we have been authorized by AIG to prepare Mr. Fermin Rodriguez for his Deposition, should his personal counsel advise him to testify at this time. As I advised Brian Mersman this morning, I await advice from Mr. Klock as to Fermin's intentions. Also, I again reached out to Mr. Klock today(via voicemail) and have not heard back.

Carolyn

**Joseph P. Klock, Jr.**

**2555 Ponce de Leon Blvd., Suite 600**

**Coral Gables, FL 33134**

**Tel:    (305) 476-7100**

**Cell:   (305) 469-0770**

**Dir:   (305) 476-7111**

**Fax:   (305) 675-7707**

**Email: jklock@rascoklock.com**



Carolyn F. O'Connor
Attorney at Law
Regional Managing Partner

Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.5745 (Direct)
973.985.8898 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
carolyn.oconnor@wilsonelser.com
pronouns: she, her, hers



**From:** Jacob Gower <jacob@gowerlegal.com>
**Sent:** Monday, July 28, 2025 1:00 PM
**To:** Hanlon, Joseph <Joseph.Hanlon@wilsonelser.com>; O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com>
**Cc:** Miller, Kerry <kmiller@fishmanhaygood.com>; Hugh P. "Skip" Lambert <hlambert@thelambertfirm.com>; McCleskey, Carly Jonakin <cmccleskey@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>; Paschal, Hogan <hpaschal@fishmanhaygood.com>; Meaders, Julie <jmeaders@fishmanhaygood.com>
**Subject:** Re: Fermin Rodriguez and Chris Swanberg deposition dates

> **EXTERNAL EMAIL** This email originated from outside the organization.

Carolyn or Joe — could you please share the contact info for Mr. Rodriguez's personal counsel?


**C. Jacob Gower**

(337) 298-9734

Jacob@GowerLegal.com

**From:** Hanlon, Joseph <Joseph.Hanlon@wilsonelser.com>
**Date:** Sunday, July 27, 2025 at 4:00 PM
**To:** Miller, Kerry <kmiller@fishmanhaygood.com>
**Cc:** Jacob Gower <jacob@gowerlegal.com>, Hugh P. "Skip" Lambert <hlambert@thelambertfirm.com>, McCleskey, Carly Jonakin <cmccleskey@fishmanhaygood.com>, Veith, Rebekka C. <rveith@fishmanhaygood.com>, Paschal, Hogan <hpaschal@fishmanhaygood.com>, Meaders, Julie <jmeaders@fishmanhaygood.com>, O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com>
**Subject:** RE: Fermin Rodriguez and Chris Swanberg deposition dates

Thanks Kerry, Please schedule for Wilson Elser's office in Dallas:

Santander Tower

1601 Elm Street, Suite 2600

Dallas, TX 75201

Joseph Hanlon
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.5746 (Direct)
732.615.8044 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
joseph.hanlon@wilsonelser.com



**From:** Miller, Kerry <kmiller@fishmanhaygood.com>
**Sent:** Saturday, July 26, 2025 12:30 AM
**To:** Hanlon, Joseph <Joseph.Hanlon@wilsonelser.com>
**Cc:** Jacob Gower <jacob@gowerlegal.com>; Hugh P. "Skip" Lambert <hlambert@thelambertfirm.com>; McCleskey, Carly Jonakin <cmccleskey@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>; Paschal, Hogan <hpaschal@fishmanhaygood.com>; Meaders, Julie <jmeaders@fishmanhaygood.com>; O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com>
**Subject:** Re: Fermin Rodriguez and Chris Swanberg deposition dates

**EXTERNAL EMAIL** This email originated from outside the organization.

Joe - let's confirm 9/24. We'll send you a revised notice next week. Same location as before?

Thanks

Kerry

Sent from my iPhone

On Jul 25, 2025, at 9:18 AM, Hanlon, Joseph <Joseph.Hanlon@wilsonelser.com> wrote:

Hi Kerry,  For Chris Swanberg, we can offer 9/24, 9/25, 10/8 or 10/9.  Thanks.  Joe

Joseph Hanlon
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.5746 (Direct)
732.615.8044 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
joseph.hanlon@wilsonelser.com

**From:** Miller, Kerry <kmiller@fishmanhaygood.com>
**Sent:** Wednesday, July 23, 2025 3:05 PM
**To:** O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com>
**Cc:** Jacob Gower <jacob@gowerlegal.com>; Hugh P. "Skip" Lambert <hlambert@thelambertfirm.com>; Hanlon, Joseph <Joseph.Hanlon@wilsonelser.com>; McCleskey, Carly Jonakin <cmccleskey@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>; Paschal, Hogan <hpaschal@fishmanhaygood.com>; Meaders, Julie <jmeaders@fishmanhaygood.com>
**Subject:** Re: Fermin Rodriguez and Chris Swanberg deposition dates

**EXTERNAL EMAIL** This email originated from outside the organization.

Hi Carolyn and Joe - We really need to get dates for the depositions of Fermin Rodriguez and Chris Swanberg from you asap. If you can't confirm dates by Friday at noon, we will seek intervention from the court.

Thanks

Kerry

Sent from my iPhone

On Jul 16, 2025, at 1:28 PM, O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com> wrote:

Hi Jacob-

I was authorized by AIG on Tuesday July 15, 2025(yesterday) at 10:25 am to prepare him for his deposition.  I have not yet spoken with him about it.  I have a mediation with Lee Rohn's Office tomorrow and BP's deposition to attend on Friday.  I will circle back to you when I get to speak with Fermin, although I understand that he too has personal counsel he wants involved.

I can be your point of contact for Fermin Rodriguez accordingly.

Thanks-

Carolyn

Carolyn F. O'Connor
Attorney at Law
Regional Managing Partner

Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.5745 (Direct)
973.985.8898 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
carolyn.oconnor@wilsonelser.com
pronouns: she, her, hers

<~WRD0001.jpg>

**From:** Jacob Gower <jacob@gowerlegal.com>
**Sent:** Wednesday, July 16, 2025 2:20 PM
**To:** O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com>; Hanlon, Joseph <Joseph.Hanlon@wilsonelser.com>
**Cc:** Hugh P. Skip Lambert <hlambert@thelambertfirm.com>; Kerry J. Miller <kmiller@fishmanhaygood.com>
**Subject:** Re: Fermin Rodriguez deposition

**EXTERNAL EMAIL** This email originated from outside the organization.

Carolyn —

Following up on my last email. Any word on whether you will represent Mr. Rodriguez? Or on who his counsel will be?

I need to get the depo reset ASAP. I'd prefer not to have to subpoena Mr. Rodriguez to make that happen. But without Andy Simpson at the helm, I don't have a point of contact.

Thanks,

**C. Jacob Gower**

(337) 298-9734

Jacob@GowerLegal.com

**From:** O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com>
**Date:** Friday, July 4, 2025 at 8:09 AM
**To:** Jacob Gower <jacob@gowerlegal.com>
**Cc:** Hugh P. Skip Lambert <hlambert@thelambertfirm.com>
**Subject:** Re: Fermin Rodriguez deposition

Happy 4th of July!

Carolyn F. O'Connor
Attorney at Law

Regional Managing Partner
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.5745 (Direct)
973.985.8898 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
carolyn.oconnor@wilsonelser.com

pronouns: she, her, hers

On Jul 4, 2025, at 8:48 AM, Jacob Gower <jacob@gowerlegal.com> wrote:

**EXTERNAL EMAIL** This email originated from outside the organization.

Carolyn —

As I'm sure you saw, Mr. Rodriguez asked that his deposition be postponed so he can get LBR insurer-appointed counsel. I have no clue why he felt that way, but I obliged.

I suspect that Andy's note below will either come across your desk - or Fermin will become your problem. If either comes to pass, I'm holding the second and third weeks of August in hopes they work for rescheduling.

Happy 4th. Thanks,

**C. Jacob Gower**

(337) 298-9734

[Jacob@GowerLegal.com](mailto:Jacob@GowerLegal.com)

**From:** Andrew C. Simpson <[asimpson@coralbrief.com](mailto:asimpson@coralbrief.com)>
**Date:** Thursday, July 3, 2025 at 2:00 PM
**To:** Jacob Gower <[jacob@gowerlegal.com](mailto:jacob@gowerlegal.com)>
**Subject:** Fermin Rodriguez deposition

Dear Jacob:

  As you know, I have been coordinating, as counsel for Port Hamilton Refining and Transportation, LLLP ("Port Hamilton"), the coming refinery inspection and the deposition of Fermin Rodriguez. I had intended to attend the deposition as counsel for Port Hamilton to protect against the disclosure of any business confidences or privileges held by Port Hamilton

  Mr. Rodriguez and I discussed the deposition today and when I explained my role in the deposition, he indicated that he wanted to ensure that he was fully represented. I've investigated and believe that he may be entitled to counsel appointed by LBR's insurance carrier. I've begun the process of trying to get the carrier to appoint counsel but I'm not going to have an answer before Monday at the earliest. By then, any attorney representing him will need time to get up to speed and prepare Mr. Rodriguez for his deposition. Consequently, the deposition cannot go forward this coming Wednesday.

  This will not affect the ability to hold the site inspection on Tuesday; however, if you wish to postpone the site inspection under the circumstances, Port Hamilton will accommodate you in rescheduling it.

  I apologize for the short notice but wanted to get this out to you before the holiday weekend has advanced to far so that you can get notice to anyone who is traveling for Mr. Rodriguez's deposition.

  I do not have contact information for all of the attorneys involved in the litigation; accordingly, I ask that you disseminate this to them as well.

Kind regards,

Andy

Andy Simpson

Andrew C. Simpson P.C.

2191 Church St., Ste. 5

Christiansted, St. Croix

U.S. Virgin Islands 00820

340.719.3900 x101

645-225-4701 (direct)


email:  asimpson@coralbrief.com <mailto:asimpson@coralbrief.com>

web:   http://www.coralbrief.com <http://www.coralbrief.com/>


Fellow, American Academy of Appellate Lawyers <https://www.appellateacademy.org/>

Member, Federation of Defense and Corporate Counsel <https://www.thefederation.org/>

Member, The Harmonie Group <https://www.harmonie.org/>


This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: asimpson@coralbrief.com or via telephone: 340-719-3900 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature, as a legal opinion, or as an agreement to engage our services.  To engage our services, you must have a fully executed retainer agreement or engagement letter.


IMPORTANT NOTICE: Beware of Cyber Fraud.

You should NEVER wire money to any bank account that Wilson Elser

Moskowitz Edelman & Dicker LLP provides to you either in the body

of this or any email or in an attachment without first speaking

with the attorney in our office who is handling your transaction.

Further, DO NOT accept emailed wire instructions from anyone else

without voice verification. Even if an email looks like it has come

from this office or someone involved in your transaction,

CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE

to verify the information before wiring any money.

Failure to do so is at your own risk.

Be particularly wary of any request to change wire instructions

you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be

viewed only by the individual or entity to whom it is addressed.

It may contain information that is privileged, confidential and

exempt from disclosure under applicable law. Any dissemination,

distribution or copying of this communication is strictly prohibited

without our prior permission. If the reader of this message is not

the intended recipient, or the employee or agent responsible for

delivering the message to the intended recipient, or if you have

received this communication in error, please notify us immediately by

return e-mail and delete the original message and any copies of it

from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &

Dicker LLP, please see our website at www.wilsonelser.com or refer to

any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.

You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction, CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money. Failure to do so is at your own risk. Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by

return e-mail and delete the original message and any copies of it

from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &

Dicker LLP, please see our website at [www.wilsonelser.com](www.wilsonelser.com) or refer to

any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.

You should NEVER wire money to any bank account that Wilson Elser

Moskowitz Edelman & Dicker LLP provides to you either in the body

of this or any email or in an attachment without first speaking

with the attorney in our office who is handling your transaction.

Further, DO NOT accept emailed wire instructions from anyone else

without voice verification. Even if an email looks like it has come

from this office or someone involved in your transaction,

CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE

to verify the information before wiring any money.

Failure to do so is at your own risk.

Be particularly wary of any request to change wire instructions

you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be

viewed only by the individual or entity to whom it is addressed.

It may contain information that is privileged, confidential and

exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at [www.wilsonelser.com](www.wilsonelser.com) or refer to any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.

You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction, CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money.

Failure to do so is at your own risk.

Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction.

Further, DO NOT accept emailed wire instructions from anyone else

without voice verification. Even if an email looks like it has come

from this office or someone involved in your transaction,

CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE

to verify the information before wiring any money.

Failure to do so is at your own risk.

Be particularly wary of any request to change wire instructions

you have already received.


CONFIDENTIALITY NOTICE: This electronic message is intended to be

viewed only by the individual or entity to whom it is addressed.

It may contain information that is privileged, confidential and

exempt from disclosure under applicable law. Any dissemination,

distribution or copying of this communication is strictly prohibited

without our prior permission. If the reader of this message is not

the intended recipient, or the employee or agent responsible for

delivering the message to the intended recipient, or if you have

received this communication in error, please notify us immediately by

return e-mail and delete the original message and any copies of it

from your computer system.


For further information about Wilson, Elser, Moskowitz, Edelman &

Dicker LLP, please see our website at www.wilsonelser.com or refer to

any of our offices.


Thank you.