## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br>*Plaintiffs*,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>*Defendants*. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br>*Plaintiffs*,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>*Defendants*. | Civil Action No. 2021-0259 |
| MARY L. MOORHEAD, et al.,<br>*Plaintiffs*,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>*Defendants*. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br>*Plaintiffs*,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>*Defendants*. | Civil Action No. 2021-0261 |

### **DECLARATION OF KENNETH M. KLEMM**

I, Kenneth M. Klemm, declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the following information set forth herein is based on my personal knowledge and is true and correct:

1. I am a partner with Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson").

2. Baker Donelson was engaged in May 2024 to represent EIG Global Partners, LLC and Limetree Bay Ventures, LLC in the above referenced litigation, and attorneys at the firm subsequently complied with procedures for *pro hac vice* admission to appear as counsel of record in these matters.

**EXHIBIT 11**

3. In January 2025, Baker Donelson was engaged as additional counsel for Jeffrey Rinker ("Mr. Rinker") for the limited purpose of representing Mr. Rinker in connection with his deposition and/or trial testimony in the captioned litigation.

4. The scope of Baker Donelson's limited engagement to represent Mr. Rinker did not include criminal matters, including the assertion of rights under the Fifth Amendment, and Baker Donelson did not advise Mr. Rinker as to those matters.

5. At the time Baker Donelson was engaged as additional counsel for Mr. Rinker, Mr. Rinker was represented by Robert Bittman, who continues to represent Mr. Rinker to this date.

6. My law partner, Adam Zuckerman, Mr. Bittman, and I met with Mr. Rinker to prepare him for his deposition on two occasions during the joint representation.

7. Prior to the first week of July 2025, I was unaware that any witness was considering invoking their Fifth Amendment privilege.

8. On July 9, 2025, I received a copy of the letter from Mr. Bittman addressed to Kerry J. Miller, Plaintiffs' counsel, advising that Mr. Rinker will be asserting his rights under the Fifth Amendment to the United States Constitution and will not answer any questions relating, referring, or pertaining to the referenced litigation.

9. Mr. Rinker's assertion of his Fifth Amendment privilege conflicts with the interests of the Movers in the Joint Emergency Motion to Stay who have stated their intention to present Mr. Rinker's testimony in defense of this litigation.[1]

10. Baker Donelson has withdrawn from its limited representation of Mr. Rinker.

---

[1] Mr. Rinker is identified in the Initial Disclosures of EIG GEP and LBV.

11. Baker Donelson represented Rick Caplan ("Mr. Caplan") for the sole purpose of his deposition testimony on July 22, 2025.

12. Baker Donelson represented Shalin Parikh ("Mr Parikh") for the sole purpose of his deposition testimony on July 30, 2025.

13. Neither Mr. Caplan, nor Mr. Parikh, were represented by separate personal counsel.

14. To date, a total of thirty-one (32) depositions have been taken in this matter, including the depositions of sixteen (16) defense witnesses and sixteen (16) plaintiffs. A listing of the depositions that have been taken is attached hereto as Exhibit "A."

Executed on August 5, 2025.

_____
KENNETH M. KLEMM

**EXHIBIT "A" DEPOSITIONS TAKEN**

1. Ryan Alleyne
2. Delia Almestica
3. Agnes Augustus
4. Shiv Baloo  7/18/25 (BP)
5. Clifford Boynes
6. Rick Caplan 7/22/25 (EIG GEP)
7. Esther Clifford
8. Coking.com  6/17/25
9. Kenneth Duinkerk  3/28/25 (LBR)
10. Catherine Elizee  12/6/24 (LBR/LBT)
11. Excel (part 1)  7/25/25
12. John Fowler  3/7/25 (Jacobs Eng.)
13. Jimmy Frank Love  07/17/25 (ETS)
14. Arvind Gadhiya  7/11/25 (BP)
15. Virginie George
16. Jason Gleason  12/5/24 (LBT)
17. Eddie Gonzalez  2/6/25 (Versa Integrity)
18. Alvina Ilarraza
19. Sirdrina Isaac Joseph
20. Jules Isidore
21. David Meier  5/28/25 (UPS)
22. Mary Morehead
23. Shalin Parikh  7/30/22 (EIG GEP)
24. Gregory Travis Penn  12/9/24 (ETS)
25. Cristel Rodriguez
26. Edna Santiago
27. Helen Shirley
28. Jon Sonson
29. Margaret Thompson
30. Guidrycia Wells
31. Jeff Wester  5/30/25 (UPS)
32. Alan Yarosh  3/26/25 (LBR)

* The names of Plaintiffs appear in red

**EXHIBIT 11 A**