# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br>   Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | **Civil Action No. 2021-0253** |
| HELEN SHIRLEY, et al.,<br>   Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | **Civil Action No. 2021-0259** |
| MARY L. MOOREHEAD, et al.,<br>   Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | **Civil Action No. 2021-0260** |
| BEECHER COTTON, et al.,<br>   Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | **Civil Action No. 2021-0261** |

## NOTICE OF DEFENDANT LIMETREE BAY TERMINALS, LLC'S SERVICE OF NON-PARTY SUBPOENA RESPONSES

**PLEASE TAKE NOTICE THAT** on August 8, 2025, Defendant Limetree Bay Terminals, LLC served upon all counsel of record the following documents via email and ShareFile:

- Ocean Systems Laboratory (OCEANS SYS LAB_000001 – 002777)

- OSHA (FOIA_OSHA0000001 – 0000226)

- Crucian Heritage and Nature Tourism, Inc. (CHANT_00001 – 9817)

- St. Croix Environmental Association, Inc. (ST CROIX ENVIRO ASSN_0001-0441)

- St. Croix Foundation for Community Development, Inc. (SCFCD_0001-0778 – 0781)

- Virgin Islands Good Food Coalition, Inc. (VIGFC_0001-0089)

- Virgin Islands – Legislature (LGVI0000001 – 0003997)

- Virgin Islands – Waste Management Authority – Anguilla Landfill Fires (VIWMA ALF_0001 – 0024)

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **Beckstedt & Kuczynski LLP** |
| Dated: August 8, 2025 | */s/ Carl A. Beckstedt III* |
|  | Carl A. Beckstedt III, Esq. |
|  | VI Bar No. 684 |
|  | Beckstedt & Kuczynski LLP |
|  | 2162 Church Street |
|  | Christiansted, St. Croix |
|  | U.S. Virgin Islands 00820 |
|  | Tel: (340) 719-8086 / Fax: (800) 886-6831 |
|  | carl@beckstedtlaw.com |
|  |  |
|  | **Weinberg Wheeler Hudgins Gunn & Dial, LLC** |
|  | */s/ Shubhra R. Mashelkar* |
|  | Shubhra R. Mashelkar |
|  | Ga. Bar No. 475388 |
|  | 3344 Peachtree Road, NE |
|  | Suite 2400 |

Atlanta, GA 30326
Tel: (404) 876-2600 / Fax: (404) 875-9433
smashelkar@wwhgd.com
Admitted *Pro Hac Vice (1:21-cv-00253 only)*

*Attorneys for Defendant Limetree Bay Terminals, LLC*