# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | **Civil Action No. 2021-0253** |
| HELEN SHIRLEY, et al.,<br>   Plaintiffs,<br>   v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | **Civil Action No. 2021-0259** |
| MARY L. MOOREHEAD, et al.,<br>   Plaintiffs,<br>   v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | **Civil Action No. 2021-0260** |
| BEECHER COTTON, et al.,<br><br>   Plaintiffs,<br>   v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>   Defendants. | **Civil Action No. 2021-0261** |

## NOTICE OF SERVICE OF NON-PARTY SUBPOENAS

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiffs, by and through the undersigned counsel, hereby intend to serve the attached subpoena commanding the production of documents, electronically stored information, or tangible things upon Rasco Klock & Nieto, P.L.

Respectfully submitted,

DATED: August 8, 2025　　　　BY:　/s/ *Daniel H. Charest*
　　　　　　　　　　　　　　　　Warren T. Burns, Esq.
　　　　　　　　　　　　　　　　Daniel H. Charest., Esq.
　　　　　　　　　　　　　　　　Martin D. Barrie, Esq.
　　　　　　　　　　　　　　　　Quinn M. Burns, Esq.
　　　　　　　　　　　　　　　　BURNS CHAREST LLP
　　　　　　　　　　　　　　　　900 Jackson Street, Suite 500
　　　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　　　Telephone: (469) 904-4550
　　　　　　　　　　　　　　　　wburns@burnscharest.com
　　　　　　　　　　　　　　　　dcharest@burnscharest.com
　　　　　　　　　　　　　　　　mbarrie@burnscharest.com
　　　　　　　　　　　　　　　　qburns@burnscharest.com

DATED: August 8, 2025　　　　BY: 　/s/ *Korey A. Nelson*
　　　　　　　　　　　　　　　　Korey A. Nelson, Esq.
　　　　　　　　　　　　　　　　H. Rick Yelton, Esq.
　　　　　　　　　　　　　　　　BURNS CHAREST LLP
　　　　　　　　　　　　　　　　365 Canal Street, Suite 1170
　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　Telephone: (504) 799-2845
　　　　　　　　　　　　　　　　knelson@burnscharest.com
　　　　　　　　　　　　　　　　ryelton@burnscharest.com

DATED: August 8, 2025　　　　BY: 　/s/ *Timothy W. Burns*
　　　　　　　　　　　　　　　　Timothy W. Burns
　　　　　　　　　　　　　　　　BURNS BAIR LLP
　　　　　　　　　　　　　　　　10 E. Doty Street, Suite 600
　　　　　　　　　　　　　　　　Madison, Wisconsin 53703
　　　　　　　　　　　　　　　　Telephone: (608) 286-2302
　　　　　　　　　　　　　　　　tburns@burnsbair.com

| | |
|---|---|
| DATED: August 8, 2025 | BY:   */s/ Vincent Colianni II* <br> Vincent Colianni, II, Esq. <br> Vincent A. Colianni, Esq. <br> Marina Leonard, Esq. <br> COLIANNI & LEONARD LLC <br> 2120 Company Street <br> Christiansted, VI 00820 <br> Telephone: (340) 719-1766 <br> vinny@colianni.com <br> vince@colianni.com <br> marina@colianni.com |
| DATED: August 8, 2025 | BY:   */s/ C. Jacob Gower* <br> C. Jacob Gower, Esq. <br> GOWER LEGAL LLC <br> 1919 Pine Street <br> New Orleans, LA 70118 <br> Telephone: (337) 298-9734 <br> jacob@gowerlegal.com <br><br> Counsel for the *Shirley* Plaintiffs |
| DATED: August 8, 2025 | BY:   */s/ Carly E. Jonakin* <br> Kerry J. Miller, Esq. <br> Paul C. Thibodeaux, Esq. <br> E. Blair Schilling, Esq. <br> Rebekka C. Veith, Esq. <br> C. Hogan Paschal, Esq. <br> Carly E. Jonakin, Esq. <br> FISHMAN HAYGOOD, L.L.P. <br> 201 St. Charles Avenue, 46th Floor <br> New Orleans, Louisiana 70170 <br> Telephone: (504) 586-5252 <br> kmiller@fishmanhaygood.com <br> pthibodeaux@fishmanhaygood.com <br> bschilling@fishmanhaygood.com <br> rveith@fishmanhaygood.com <br> hpaschal@fishmanhaygood.com <br> cjonakin@fishmanhaygood.com |
| DATED: August 8, 2025 | BY:   */s/ Hugh Lambert* <br> Hugh Lambert, Esq. <br> J. Christopher Zainey, Esq. <br> Brian Mersman, Esq. <br> LAMBERT ZAINEY SMITH & SOSO, APLC <br> 701 Magazine Street |

<div style="margin-left: 40%;">
New Orleans, Louisiana 70130  
Telephone: (504) 581-1750  
Facsimile: (504) 529-2931  
hlambert@lambertainey.com  
czainey@lambertzainey.com  
bmersman@lambertzainey.com  
</div>

DATED: August 8, 2025      BY: __/s/ John K. Dema_____  
John K. Dema, Esq.  
LAW OFFICES OF JOHN K. DEMA, PC  
1236 Strand Street, Suite 103  
Christiansted, St. Croix, VI 00820  

DATED: August 8, 2025      BY: ___/s/ Jennifer Jones_____  
Jennifer Jones, Esq.  
9003 Havensight Mall, Ste. 319  
St. Thomas, V.I. 00802  
Telephone: (340) 779-7386  
jjones@vienvironmentallaw.com  

Counsel for the *Boynes* Plaintiffs  

DATED: August 8, 2025      BY: ___/s/ Lee J. Rohn_____  
Lee J. Rohn, Esq.  
Rhea R. Lawrence, Esq.  
1108 King Street, Suite 3 (mailing)  
56 King Street, Third Floor (physical)  
Christiansted, St. Croix  
U.S. Virgin Islands 00820  
Telephone: (340) 778-8855  
lee@rohnlaw.com  
rhea@rohnlaw.com  

DATED: August 8, 2025      BY: ___/s/ Shanon J. Carson_____  
Shanon J. Carson, Esq.  
Yechiel Michael Twersky, Esq.  
John Kerrigan, Esq.  
BERGER MONTAGUE PC  
1818 Market Street, Suite 3600  
Philadelphia, PA 19103  
Telephone: (215) 875-3000  
scarson@bm.net  
mitwersky@bm.net  
jkerrigan@bm.net  

Counsel for the *Cotton* Plaintiffs

| | |
|---|---|
| DATED: August 8, 2025 | BY: */s/ John K. Dema*<br>John K. Dema, Esq. (V.I. Bar. No. 357)<br>LAW OFFICES OF JOHN K. DEMA, PC<br>1236 Strand Street, Suite 103<br>Christiansted, St. Croix, VI 00820<br>Telephone: (340) 773-6142<br>jdema@demalaw.com |
| DATED: August 8, 2025 | BY: */s/ Hugh Lambert*<br>Hugh Lambert, Esq.<br>J. Christopher Zainey, Esq.<br>Brian Mersman, Esq.<br>LAMBERT ZAINEY SMITH & SOSO, APLC<br>701 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-1750<br>Facsimile: (504) 529-2931<br>hlambert@lambertainey.com<br>czainey@lambertzainey.com<br>bmersman@lambertzainey.com |

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, a true and correct copy of the foregoing document was electronically served pursuant to the Federal Rules of Civil Procedure.

*/s/ Daniel H. Charest*
Daniel H. Charest