**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>    **Plaintiffs,**<br><br>     **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br>    **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>    **Plaintiffs,**<br>    **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

**DEFENDANT LIMETREE BAY TERMINALS' NOTICE OF SERVICE OF JOINT
DISCLOSURE OF EXPERT TESTIMONY FOR DEFENDANTS BP PRODUCTS
NORTH AMERICA, INC., EIG GLOBAL ENERGY PARTNERS, LLC, LIMETREE BAY**

<u>**REFINING, LLC, A NOMINAL DEFENDANT, LIMETREE BAY VENTURES, LLC, LIMETREE BAY TERMINALS, LLC, AND ELITE TURNAROUND SPECIALISTS, LTD**</u>

PLEASE TAKE NOTICE that, on August 13, 2025, Defendant Limetree Bay Terminals, LLC, caused **JOINT DISCLOSURE OF EXPERT TESTIMONY FOR DEFENDANTS BP PRODUCTS NORTH AMERICA, INC., EIG GLOBAL ENERGY PARTNERS, LLC, LIMETREE BAY REFINING, LLC, A NOMINAL DEFENDANT, LIMETREE BAY VENTURES, LLC, LIMETREE BAY TERMINALS, LLC, AND ELITE TURNAROUND SPECIALISTS, LTD** to be served upon all counsel of record.

Respectfully submitted,

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**

Dated: August 13, 2025

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA  30326
Tel: (404) 876-2600 / Fax: (404) 875-9433
smashelkar@wwhgd.com
*Admitted Pro Hac Vice*

**Beckstedt & Kuczynski LLP**

Dated: August 13, 2025

*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
carl@beckstedtlaw.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2025, a true and correct copy of the foregoing document was electronically served pursual to the Federal Rules of Civil Procedure.

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar