# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Refining*. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Refining*. | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Refining*. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Refining*. | Civil Action No. 2021-0261 |

## INDIVIDUAL SUPPLEMENTAL DISCLOSURE OF
## EXPERT TESTIMONY FOR
## NOMINAL DEFENDANT LIMETREE BAY REFINING, LLC

Nominal Defendant Limetree Bay Refining, LLC ("Refining") through its undersigned counsel, and pursuant to this Court's April 11, 2025, Amended Scheduling Order, hereby submits this individual supplemental list of expert witnesses who Refining may call to offer opinion testimony that addresses both general opinions and opinions that are in whole or in any part specific to the Plaintiffs in the above-captioned matter, subject to the following reservations of rights[1]:

(1)    The right to supplement or amend this disclosure based upon any rulings of this Court or any other court decisions that affect the scope of evidence in this trial, the ability of fact witnesses to offer testimony in support of Refining without risk of criminal prosecution, newly discovered evidence, or in the event Plaintiffs alter or amend their witness disclosures.

(2)    The right to supplement or amend this disclosure in order to address any opinions whether generic or case-specific by Plaintiffs' experts.

(3)    The right to adopt experts designated by any other party to this litigation as Refining's own expert.

(4)    The right to offer rebuttal testimony to Plaintiffs' experts whose testimony cannot reasonably be foreseen until the presentation of

---

[1] This Individual Supplemental Expert Disclosure supplements the Joint Expert Disclosure filed on behalf of Refining and co-Defendants BP Products North America Inc. ("BPPNA"), EIG Global Energy Partners LLC ("EIG"), Limetree Bay Terminals, LLC ("LBT"), Limetree Bay Ventures ("LBV") and Elite Turnaround Specialists, LTD ("ETS").

317960472v1

evidence against Refining.

(5)    The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Refining.

(6)    The right to withdraw or de-designate any retained or non-retained expert prior to testimony, and to state that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel.

(7)    The right to elicit any expert testimony at trial from any qualified person that would be of benefit to the jury to determine material issues of fact pursuant to the Rules of Civil Procedure, Rules of Evidence, and Local Rules.

(8)    The right of all witnesses to testify about their skill, knowledge, experience, training, and education in their respective fields; the relevant medical and scientific literature, techniques, and methods of their fields; and the description and nature of their practice.

(9)    The right to employ demonstrative and/or visual aids at trial to elucidate, support or supplement the testimony of any witness.

(10)   By identifying the witnesses below, Refining does not intend to waive any objections to deposition testimony, exhibits, other evidence or argument.

317960472v1

## RETAINED EXPERT

1.  Noel V. Wood
    256 Shady Oak Rd.
    Roxboro, North Carolina, 27574
    *To be contacted only through counsel*

Noel V. Wood has a Bachelor of Science, Chemical Engineering, University of Missouri. He has over 45 years of experience as a Chemical Engineer in petroleum refining and terminal operations. He served as the Vice President, Director of Capital Projects and Plant Manager at the former HOVIC/Hovensa refinery in St. Croix, U.S. Virgin Islands. He has also managed two gas processing plants, provided oversight for the engineering and construction of new facilities, and conducted process engineering and optimization studies implemented in petroleum refineries. Mr. Wood's background, training, experience, and qualifications are further detailed in his curriculum vitae, attached as Exhibit "A".

Mr. Wood may testify regarding his opinions contained in his forthcoming expert report, which may include opinions and analysis of process data, refinery design, systems and operations, refinery safety policies, procedures and practices, industry best practices, process safety management, hazard analysis, operator training, failure analysis, risk mitigation and regulatory compliance at Limetree Bay Refining, LLC. His opinions and analysis may also address causation and root cause analysis of the release incidents.

4

317960472v1

## OTHER NON-RETAINED EXPERTS

1. Corporate Representative/Scott Sayles – Becht Engineering

Upon information and belief, Becht Engineering Company served as a technical consultant and oversight contractor for the Limetree Bay Refinery restart project. Becht is expected to have specialized knowledge of process system engineering and investigation of the release incidents, including a root cause analysis of the release incidents.

2. Bechtel Engineering Corporate Representative

Upon information and belief, Bechtel Engineering was the licensor of the coking unit who reviewed and opined on root cause analyses related to the release events and is expected to have specialized knowledge of its review and opinions.

3. Consultant Personnel – Jacobs Engineering/Worley.

Upon information and belief, Jacobs Engineering played a central and comprehensive role as the primary engineering, procurement, and construction management contractor for the Limetree Bay Refinery restart project from approximately 2016-2021 and is expected to have specialized knowledge of design, planning, systems, and mechanical engineering issues at the Refinery as relates to the Restart and release incidents.

317960472v1

Respectfully submitted,
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

Dated: August 13, 2025

*/s/ Carolyn F. O'Connor, Esq.*
Carolyn F. O'Connor, Esq.
V.I. Bar Number R2100
Joseph T. Hanlon, Esq.
V.I. Bar Number R2099
7 Giralda Farms
Madison, NJ 07940
Telephone: (973) 624-0800
carolyn.oconnor@wilsonelser.com
joseph.hanlon@wilsonelser.com
*Attorneys for Limetree Bay Refining, LLC*

6

317960472v1

## CERTIFICATE OF SERVICE

I certify that on August 13, 2025, the foregoing notice was served on all counsel of record via electronic mail.


/s/ *Carolyn F. O'Connor, Esq.*
Carolyn F. O'Connor, Esq.

7