# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> *Refining*. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> *Refining*. | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> *Refining*. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> *Refining*. | Civil Action No. 2021-0261 |

## <u>DEFENDANT LIMETREE BAY REFINING, LLC'S NOTICE OF SERVICE OF INDIVIDUAL SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY</u>

Please take notice that, on August 13, 2025, Nominal Defendant Limetree Bay Refining, LLC, caused its Individual Supplemental Disclosure of Expert Testimony to be served upon all counsel of record.

Respectfully submitted,
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

Dated: August 18, 2025          */s/ Joseph T. Hanlon, Esq.*
Joseph T. Hanlon, Esq.
V.I. Bar Number R2099
Carolyn F. O'Connor, Esq.
V.I. Bar Number R2100
7 Giralda Farms
Madison, NJ 07940
Telephone: (973) 624-0800
carolyn.oconnor@wilsonelser.com
joseph.hanlon@wilsonelser.com
*Attorneys for Nominal Defendant*
*Limetree Bay Refining, LLC*

2

317960472v1

## CERTIFICATE OF SERVICE

I certify that on August 13, 2025, the foregoing notice was served on all counsel of record via electronic mail.

*/s/ Joseph T. Hanlon, Esq.*
Joseph T. Hanlon, Esq.

317960472v1