**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> *Defendants.* | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> *Defendants.* | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> *Defendants.* | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> *Defendants.* | Civil Action No. 2021-0261 |

## BP PRODUCTS NORTH AMERICA INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

Defendant BP PRODUCTS NORTH AMERICA INC. ("BPPNA"), by and through undersigned counsel, files its Motion to Dismiss Plaintiffs' Consolidated Second Amended Class Action Complaint ("SAC") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  BPPNA respectfully requests this Court dismiss Plaintiffs claims against it because, as set forth in its accompanying Memorandum of Law, Plaintiffs fail to allege any facts to support a cause of action against BPPNA, and the Contracts referenced and incorporated into the SAC plainly contradict the allegations in the SAC and preclude any viable claims against BPPNA.  As BPPNA was a contractual counterparty, and neither owner, operator, manager, or supervisor of the Limetree Bay Refinery, and even further, Plaintiffs have failed to demonstrate how a party prohibited from operating the refinery— owed any duty to Plaintiffs, and further have also failed to plead any facts as to how BPPNA breached such a duty. As such, any claims for negligence or otherwise fail as a matter of law.

In support of this Motion, BPPNA submits its Memorandum in Support of BPPNA'S Motion to Dismiss, filed contemporaneously herewith.

### REQUEST FOR ORAL ARGUMENT

BPPNA requests the opportunity for oral argument on its Motion, pursuant to LRCi 7.1(d).

**Dated: August 18,  2025**        Respectfully submitted,

/s/ *Chivonne Thomas*

*Counsel for Defendant*        Schuyler A. Smith, Esq. (V.I. Bar No. 1271)
*BP PRODUCTS NORTH*        ssmith@hamiltonmillerlaw.com
*AMERICA INC.*        Jennifer Brooks, Esq. (V.I. Bar No. 1109)
        jmiller@hamiltonmillerlaw.com
        Chivonne Thomas, Esq. (V.I. Bar No. 1186)
        cthomas@hamiltonmillerlaw.com
        Hamilton, Miller & Birthisel, VI P.C.
        150 Southeast Second Avenue, # 1200
        Miami, Florida 33131
        Telephone: 305-379-3686

                *and*

        Lori B. Leskin (admitted *pro hac vice*)
        lori.leskin@arnoldporter.com
        David A. Kerschner (admitted *pro hac vice*)
        david.kerschner@arnoldporter.com
        Robert T. Franciscovich (admitted *pro hac vice*)
        robert.franciscovich@arnoldporter.com
        ARNOLD & PORTER KAYE SCHOLER LLP
        250 W. 55th Street
        New York, NY 10019-9710
        Telephone: (212) 836-8000

        Rhonda R. Trotter (admitted *pro hac vice*)
        rhonda.trotter@arnoldporter.com
        ARNOLD & PORTER KAYE SCHOLER LLP
        777 S. Figueroa Street, Suite 4400
        Los Angeles, CA 90017
        Telephone: (213) 243-4000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **August 18, 2025**, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system and has been served on all counsel of record via transmission generated by CM/ECF.

3

s/ *Chivonne Thomas*
Chivonne Thomas, Esq.