# EXHIBIT 4

# UNREDACTED EXCERPT OF FEBRUARY 2020 TOLLING AGREEMENT

*Execution Version*

### AMENDMENT NO. 1 TO TOLLING AGREEMENT

This Amendment No. 1 to Tolling Agreement (this "Amendment") is made on February 25, 2020 by and between Limetree Bay Refining, LLC ("LBR"), Limetree Bay Refining Marketing, LLC ("LBRM"), BP Products North America Inc. ("Customer") and, solely with respect to Sections 3, 4 and 5(b), BP Corporation North America Inc. ("Guarantor"). All capitalized terms in this Amendment shall have the meaning ascribed to them in the Tolling Agreement (as defined below) unless otherwise defined herein.

WHEREAS, LBR, LBRM and Customer are parties to that certain Tolling Agreement dated as of November 15, 2018, as modified by that certain Waiver No. 1 to Tolling Agreement dated as of November 27, 2019 (the "Tolling Agreement");

WHEREAS, LBR, LBRM and Guarantor are parties to that certain Guaranty Agreement dated as of November 15, 2018 (the "Guaranty Agreement"); and

WHEREAS, LBR, LBRM and Customer desire to amend the Tolling Agreement as set forth herein.

NOW, THEREFORE, for and in consideration of the agreements herein made and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. Amendments.

   (a) Section 1 of the Tolling Agreement is hereby amended by adding the following additional definitions in correct alphabetical order:

      "**Isomerization Unit Startup Date**" has the meaning set forth in Section 3.2(c).

      "**Lenders**" has the meaning assigned to such term in the Term Loan Credit Agreement.

      "**Obligations**" has the meaning assigned to such term in the Term Loan Credit Agreement.

      "**Omnibus Amendment Agreement and Waiver**" means the Omnibus Amendment Agreement and Waiver dated as of November 27, 2019, among LBR, LBRM, Limetree Bay Refining Holdings II, LLC, a US Virgin Islands limited liability company, Limetree Bay Refining Operating, LLC, a U.S. Virgin Islands limited liability company, Goldman Sachs Bank USA, as administrative agent and collateral agent, Deutsche Bank Trust Company Americas, as depositary agent, and the other parties thereto, as amended, amended and restated, supplemented or otherwise modified from time to time.

      "**Revolving Credit Agreement**" means the Credit Agreement dated as of November 20, 2018, among LBR, LBRM, Limetree Bay Refining Holdings II, LLC, a US Virgin Islands limited liability company, Limetree Bay Refining

Confidential

**HIGHLY CONFIDENTIAL**                    **BP_Limetree_0001048**

LBR pursuant to clauses (b)(i) or (b)(ii) of this definition are sufficient to cause the Obligations to be paid in full in cash (or the Lenders have agreed in writing that the Obligations are not required to be repaid in connection with such Toll Redemption), to Customer to pay any Toll Redemption Adjustment Amount and (y) *second*, to LBR;

In each case, the Net Sale Proceeds to be subject to a Toll Redemption shall be first subject to application of Section 8.4(f)."

(d) Section 2.2(a)(ii) of the Tolling Agreement is hereby amended by replacing the reference to "June 30, 2020" with "July 31, 2020".

(e) Section 2.2 of the Tolling Agreement is hereby amended by adding the following provision as a new Section 2.2(d):

"(d) *Specified Unit Delay Penalty*.

(i)    In the event that the Startup of any Specified Unit is not achieved by the Startup date specified for such Specified Unit in Section 3.2(c), LBRM shall (A) make a one-time payment to Customer in an amount equal to $5,750,000 for each Specified Unit (other than the Isomerization Unit) that has not achieved Startup by the Startup date specified for such Specified Unit in Sections 3.2(c)(ii) and (iii), as applicable, and (B) pay to Customer an amount equal to $23,000,000 for each month (for a maximum of two months) that the Startup of any Specified Unit is delayed beyond the Isomerization Unit Startup Date, prorated for the relevant portion of any applicable month (such amounts, set forth in clauses (A) and (B) above, collectively, the "**Specified Unit Delay Penalties**"), which, in each case, shall become due commencing on the Isomerization Unit Startup Date and shall be payable in accordance with Section 2.2(d)(ii) below; *provided*, that, notwithstanding anything to the contrary herein, the aggregate amount of Specified Unit Delay Penalties payable by LBRM hereunder shall not exceed $46,000,000.

(ii)    LBRM shall pay the Specified Unit Delay Penalties to Customer by deducting, from the Toll Start Date until the date on which the Specified Unit Delay Penalties are reduced to zero Dollars ($0), from the LBR Cash Flow Sharing Payments payable to LBR pursuant to Section 5.3 an amount equal to the lesser of (A) the then-remaining Specified Unit Delay Penalties and (B) fifty percent (50%) of the amount to which LBR would otherwise be entitled pursuant to Section 5.3."

(f) Section 3.2(c) of the Tolling Agreement is hereby modified by deleting all bold, stricken text (indicated textually in the same manner as the following example: ~~**stricken text**~~) and adding all bold, double-underlined text (indicated textually in the same manner as the following example: **<u>double-underlined text</u>**), in each case, as shown below:

"(c) If LBR has not Abandoned the Refinery Restart, LBR shall work diligently to complete the entire Refinery Restart scope as set forth in Appendix 2. This includes

4

**HIGHLY CONFIDENTIAL**                    **BP_Limetree_0001051**

to be so limited or modified and shall be enforceable to the maximum extent provided by applicable law.

(f)  This Amendment may be executed in more than one counterpart, each of which shall be deemed to be an original, but all of which together shall constitute one and the same document.

[*Signature Page Follows*.]

7

US-DOCS\112383320.15

**HIGHLY CONFIDENTIAL**                                                    **BP_Limetree_0001054**

In WITNESS WHEREOF, this Amendment has been executed by the authorized representatives of each party as indicated below effective as of the date first written above.

**Limetree Bay Refining Marketing, LLC**

By: _____

Name: Brian K Lever

Title: President

**Limetree Bay Refining, LLC**

By: _____

Name: Brian K Lever

Title: President

**BP Products North America Inc.**

By: _____

Name: _____

Title: _____

Solely with respect to Sections 3, 4 and 5(b):

**BP Corporation North America Inc.**

By: _____

Name: _____

Title: _____

[*Signature Page to Amendment No. 1 to Tolling Agreement*]

**HIGHLY CONFIDENTIAL**                    **BP_Limetree_0001055**

In WITNESS WHEREOF, this Amendment has been executed by the authorized representatives of each party as indicated below effective as of the date first written above.

**Limetree Bay Refining Marketing, LLC**

By: _____

Name: _____

Title: _____

**Limetree Bay Refining, LLC**

By: _____

Name: _____

Title: _____

**BP Products North America Inc.**

By: _____

Name: _Stephanie Cumlewski_

Title: _Vice President_

Solely with respect to Sections 3, 4 and 5(b):

**BP Corporation North America Inc.**

By: _____

Name: _Brian D. Smith_

Title: _Vice President and CFO_

[*Signature Page to Amendment No. 1 to Tolling Agreement*]

**HIGHLY CONFIDENTIAL**                         **BP_Limetree_0001056**