# EXHIBIT 5

# UNREDACTED EXCERPT OF SEPTEMBER 2020 TOLLING AGREEMENT

*Execution Version*

### AMENDMENT NO. 2 TO TOLLING AGREEMENT

This Amendment No. 2 to Tolling Agreement (this "Amendment") is made on September 16, 2020 by and among Limetree Bay Refining, LLC ("LBR"), Limetree Bay Refining Marketing, LLC ("LBRM"), BP Products North America Inc. ("Customer") and, solely with respect to Sections 3, 4 and 5(b), BP Corporation North America Inc. ("Guarantor"). All capitalized terms in this Amendment shall have the respective meaning ascribed to them in the Tolling Agreement (as defined below) unless otherwise defined herein.

WHEREAS, LBR, LBRM and Customer are parties to that certain Tolling Agreement dated as of November 15, 2018, as modified by that certain Waiver No. 1 to Tolling Agreement dated as of November 27, 2019 and as amended by that certain Amendment No. 1 to Tolling Agreement dated as of February 25, 2020 (collectively, the "Tolling Agreement");

WHEREAS, LBR, LBRM and Guarantor are parties to that certain Guaranty Agreement dated as of November 15, 2018 (the "Guaranty Agreement"); and

WHEREAS, LBR, LBRM and Customer desire to further amend the Tolling Agreement as set forth herein, and Guarantor has consented to such amendment and is willing to reaffirm the Guaranty Agreement as described herein.

NOW, THEREFORE, for and in consideration of the agreements herein made and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1.    Amendments.

    (a)    Section 2.2(a)(ii) of the Tolling Agreement is hereby amended by replacing the reference to "July 31, 2020" with "September 15, 2020."

    (b)    Section 2.2(a)(iii) of the Tolling Agreement is hereby amended and restated as follows:

"(iii) The Delay Penalty shall be paid to Customer by deducting from the LBR Cash Flow Sharing Payments payable from time to time to LBR pursuant to Section 5.3 following the Toll Start Date an amount equal to the lesser of (A) the then-remaining Delay Penalty and (B) fifty percent (50%) of the amount to which LBR would otherwise be entitled pursuant to Section 5.3 and then paying such deducted amount to Customer, until such time as the Delay Penalty is reduced to zero Dollars ($0); *provided however*, that at LBR's sole discretion at any point while all or a portion of the Delay Penalty is still outstanding, the then-remaining Delay Penalty may be deferred (with the interest component thereof continuing to accrue) until the Isomerization Unit Startup Date, at which time the deferred Delay Penalty shall be paid to Customer pursuant to the formula set forth at the beginning of this clause (iii) until the date on which the Delay Penalty is reduced to zero Dollars ($0). If the accrued Delay Penalty is not paid by LBR when due, or upon the occurrence of a Refinery Shutdown or any other event that would make the Toll Balance become immediately due, Customer will be entitled to either (1) a reduction

**HIGHLY CONFIDENTIAL**                    **BP_Limetree_0001057**

that such representations are deemed to be given or repeated by each party, as the case may be, on the date of this Amendment.

(c)     Section 13 (Governing Law and Jurisdiction) of the Tolling Agreement shall apply to this Amendment as if entirely set forth herein, *mutatis mutandis*.

(d)     If any provision of this Amendment is held to be unenforceable, this Amendment shall be considered divisible and such provision shall be deemed inoperative to the extent it is deemed unenforceable, and in all other respects this Amendment shall remain in full force and effect; provided, however, that if any such provision may be made enforceable by limitation or modification thereof, then such provision shall be deemed to be so limited or modified and shall be enforceable to the maximum extent provided by applicable law.

(e)     This Amendment may be executed in more than one counterpart, each of which shall be deemed to be an original, but all of which together shall constitute one and the same document.

[*Remainder of the Page Intentionally Left Blank. Signature Page Follows.*]

3

**HIGHLY CONFIDENTIAL**                         **BP_Limetree_0001059**

In WITNESS WHEREOF, this Amendment has been executed by the authorized representatives of each party as indicated below effective as of the date first written above.

**Limetree Bay Refining Marketing, LLC**

By:_____

Name: Forgan McIntosh

Title: Chief Financial Officer


**Limetree Bay Refining, LLC**

By:_____

Name: Forgan McIntosh

Title: Chief Financial Officer


**BP Products North America Inc.**

By:_____

Name: Stephanie Curulewski

Title: Vice President


Solely with respect to Section 3, 4 and 5(b):

**BP Corporation North America Inc.**

By:_____

Name:

Title:

*[Signature Page to Amendment No. 2 to Tolling Agreement]*

**HIGHLY CONFIDENTIAL**                    **BP_Limetree_0001060**

In WITNESS WHEREOF, this Amendment has been executed by the authorized representatives of each party as indicated below effective as of the date first written above.

**Limetree Bay Refining Marketing, LLC**

By:_____

Name:    Forgan McIntosh

Title:    Chief Financial Officer


**Limetree Bay Refining, LLC**

By:_____

Name:    Forgan McIntosh

Title:    Chief Financial Officer


**BP Products North America Inc.**

By:_____

Name:

Title:


Solely with respect to Section 3, 4 and 5(b):

**BP Corporation North America Inc.**

By:_____

Name:    Brian D. Smith

Title:    Vice President and CFO


*[Signature Page to Amendment No. 2 to Tolling Agreement]*

**HIGHLY CONFIDENTIAL**

**BP_Limetree_0001061**