# EXHIBIT 8

**JACOBS**® Consultancy

## LB Refinery Restart 2018

## Statement of Requirements

Limetree Bay Terminals – St. Croix

### Prepared By

Shaun Boardman

Mike Armstrong

November 9, 2018 | Rev 3

CONFIDENTIAL

BP_Limetree_0013431

Limetree Bay Refinery Restart
Premise Document



Document Title: Refinery Restart Premise Document (Statement of Requirements)
Client Name:    Limetree Bay Terminals, LLC
Revision:       Rev 3a
Date:           November 7, 2018

## Document History and Status

| Revision | Date | Description | By | Reviewed | Approved |
|---|---|---|---|---|---|
| Draft | 10/4/2017 | Draft Report Issued for Comments | | | |
| Rev P | 10/20/2017 | Issued for Review | | | |
| Rev P1 | 11/3/2017 | Issued for Approval | | | |
| Rev 0 | 11/27/2017 | Refinery Restart SOR | | | |
| Rev 1 | 01/02/2018 | Refinery Restart SOR | SB | | |
| Rev 2 | 03/28/2018 | For review only | MEA | | |
| Rev 3 | 8/17/2018 | For review only | MEA | | |
| Rev 3a | 11/07/2018 | For review only | MEA | | |

***NOTE: The content of this document is confidential. The document sets out a significant level of detail pertaining to the concept that is being employed and distribution should be limited to a Need-to-Know basis.***

CONFIDENTIAL

i

BP_Limetree_0013432

Limetree Bay Refinery Restart
Premise Document



# Contents

1. **Background** ................................................................................................................ 1
   1.1 Site History ...................................................................................................... 1
   1.2 Objective – This phase of work ....................................................................... 2
2. **Restart Premise** ......................................................................................................... 2
   2.1 Project Milestone Schedule ............................................................................ 5
   2.2 Restart Scope Definitions ............................................................................... 5
3. **Process Basis** ........................................................................................................... 6
   3.1 Overall Refinery Balance ................................................................................ 6
   3.2 Sulfur Balance ................................................................................................ 6
   3.3 Utility & Emissions Balance ............................................................................ 6
   3.4 Restart Configuration ...................................................................................... 8
   3.5 Restart Capacity Utilization ............................................................................ 9
   3.6 Restart Feed Composition ............................................................................ 10
4. **Revamp Scope** ........................................................................................................ 14
   4.1 Process Unit Scope ...................................................................................... 14
   4.2 Utilities and Offsites ..................................................................................... 30
5. **Sulfur Plant Scope** .................................................................................................. 41
6. **Interconnecting Piping** ............................................................................................ 47
7. **Reinstatement Scope** .............................................................................................. 48
   7.1 Preliminary Equipment Assessment ............................................................. 48
8. **HAZOP Requirements for Restart** ........................................................................... 49
9. **Cost Estimate Approach** ......................................................................................... 50


**Appendix A. Configuration Block Flow Diagram** ........................................................... 53
**Appendix B. Unit Assays** ............................................................................................... 58
**Appendix C. : Hydrotreating Unit Scope Block Flow** .................................................... 62
**Appendix D. : Naphtha Fractionation Block Flow** ......................................................... 64
**Appendix E. :  Amine Regeneration Block Flow** ........................................................... 65
**Appendix F. : Fuel Gas System** .................................................................................... 66
**Appendix G. : Sour Water Block Flow Diagram** ............................................................ 67
**Appendix H. : Tankage Block Flow** ............................................................................... 68

CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document



# 1. Background

Limetree Bay Terminals, LLC (Limetree) is restarting a portion of their refinery assets in St. Croix referred to as Limetree Bay Refinery (LBR). Initially, a BP team worked with key personnel at Limetree (and certain of its affiliates) and Jacobs Consultancy to develop an attractive configuration concept. The joint objective is to recommission only a portion of the facility that optimizes the desired safe functionality with the least amount of capital expense (capex) and on-going operating expenses (opex), while minimizing unit modifications and the overall facility footprint - i.e. simple, low life-cycle cost, and high value return. The refinery will seek to capitalize on opportunities that will be created by low sulfur Marine Fuel specifications that go into effect in 2020. Jacobs Consultancy has assisted in this evaluation by scoping the proposed modifications and creating unit balances for the proposal as part of the initial concept study.

Limetree has requested that Jacobs Engineering working with Jacobs Consultancy provide scope, create a cost estimate, and initiate detailed engineering for the proposed refinery recommissioning.

## 1.1    Site History

The St. Croix Refinery was originally built by HESS Oil in 1966. The original refinery was an 85 KBPD hydro-skimming facility. Over the years, the refinery added crude processing capacity and complexity including a world scale residue FCC complex. In 1998, PDVSA acquired 50% of the refinery, forming the joint venture HOVENSA, and the refinery was upgraded to process Venezuelan crudes with the addition of a 4-Drum Coker. The refinery produced a range of gasoline, distillate, fuel oils, and intermediates, primarily for sale into the US and to supply local demand.

In 2012, reduced gasoline demand and product margins in the US along with instability in Venezuela forced the owners to shut down the refinery. Tank farm facilities were maintained and continue to serve as a bunkering and storage port. Process unit equipment was mothballed and maintained with a view to re-starting the refinery. These facilities along with the remainder of assets were transferred to the Arclight subsidiary Limetree Bay Terminals LLC through a bankruptcy process in 2015.

CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

## 1.2  Objective – This phase of work

The objective of this phase of work is to develop engineering scope definition to allow equipment orders to be placed and to provide process packages for detailed engineering.

To this end, the project has carried out process and hydraulic review of the proposed revamp scope, conducted line reviews, and executed Process Hazard Analysis on systems to be changed with the revamp scope.

The final estimate quality of each component is to be quantified, and a risk based approach applied to each cost component which is to be used to account for the final estimate accuracy range so as to deliver a +/- 10% estimate for the total project cost.  This methodology is to be detailed in the Cost Estimate Plan which will be agreed upon by BP and LBR, and reviewed by BP's estimating team.

The estimate will be based on identified scope reviewed with owners.  Options and evaluations stated in this document refer to potential improvements in Capital, Operating or Schedule efficiencies which are to be studied early on in the next phase of the project. The scope is subject to improvements identified during the execute design stage.

# 2. Restart Premise

The Refinery Restart shall be guided by the following over-arching principles:

1.  Maximum reuse of existing Equipment.

2.  Minimum customizing of existing assets: Equipment or systems will not be modified or replaced to meet new performance criteria where they can be expected to perform within 90% of the new desired target operation.

3.  Assume no requirement for BACT / MACT unless identified as required from Environmental permitting study or direction from client.

4.  No new SIS instrumentation for additional levels of protection unless current systems fail to meet minimum codes (US).

5.  For the purposes of the cost estimate development, the project will defer to HOVENSA specs which are the current specs used for the terminal operation.  The Site has recommended that these specifications be used for the Restart Project.

6.  The restart turnaround (TAR) will target a 5 year run before next major turnaround. Refurbishment or replacement costs which can be delayed over 3, but not 5 years should be identified for total cost impact if they cannot be delayed to the next major turnaround.

CONFIDENTIAL

- 2 -

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

This approach aims to spread some of the refurbishment costs between the two turnarounds. The 5 year default may be revised if a shorter duration is shown to be more cost effective. This assessment shall me made by the respective SME's.

7. The restart turnaround will employ maximum use of local refurbishment to limit logistical costs and delays as appropriate. This strategy is to be initiated early on in the project execution phase and will include identification of owner, sub-contractor and vendor refurbishment capabilities & fab shops for piping, instrumentation and mechanical equipment.

8. The project will make use of specialist skills or OEM support on specialized critical equipment. The need for OEM support will be agreed with both LTB and BP by individual equipment need. OEM support costs are to be included in the overall cost estimate.

Additional general concepts include:

1. Limetree Bay Refinery (LBR) has Owner/Operator inspection authority and responsibility for Process Design, Mechanical Integrity and Facility Operations decisions. BP will provide relevant know-how, with the final design per Jacobs Consultancy and Jacobs Engineering direction and as approved by Limetree's representative.

   - LBR will address all permit requirements and will provide guidance on design parameters impacted by permitting process, recognizing that additional scope may be identified within the permitting process.

   - LBR to lay out expectations for unit annual availability assumptions to be targeted; examples from Solomon Crude unit 96%, Coker 95%, Reformer, 97%, etc.

   - LBR to establish unit and equipment inspection intervals

   - LBR operations is accountable to walk down P&ID's for each unit for operability scope prior to project detailed design or execute stage. The onus is thus on the operator to ensure P&I's are as-built for use in setting up operating procedures / HAZOP basis etc.]

   - LBR responsible for identifying any PHA outstanding action items required for startup. Process HAZOPs will be applied to modified units during the Execute stage. Existing units substantially 'as is' will be addressed per OSHA 1910.119. Refer section titled HAZOP Requirements for Restart, section 6.7 for more detail.

   - LBR responsible for Pre-Startup Safety Reviews (PSSR) scope per OSHA 1910 requirements.

2. LBR and BP to establish scope lock date based on project/TAR schedule and planning timeline.

CONFIDENTIAL                                                                    BP_Limetree_0013436

Limetree Bay Refinery Restart
Premise Document



3. Project scope is limited to units in the East Plant and Coker with the exception of gasoline blending, Par-Isom and Utility Fractionator units in west plant.

4. Plan and inspect on a 5-year instead of 3-year period between TARs with ability to shut down individual trains to change catalyst while keeping part of the refinery operating. SME's are asked to identify cases where 3-year vs 5year TAR period would make a cost difference in their recommendation.

5. Catalyst changes would be every 3 years, except Reformer which is targeting a 24 month cycle.

6. Plan for Reformer to be on an 24 month regen cyclewith 10-14 days of regeneration time.

7. Firewater and deluge systems will be in service and functional prior to entry of any hydrocarbons. Commissioning and Start-up activities and Timelines to be aligned with power and utilities in operation.   System requirements are considered part of the reinstatement scope and outside Jacobs scope.

8. A man camp will be required to house workers during the construction through start-up. The man camp at a Canadian location has been purchased and will be relocated to St. Croix.

CONFIDENTIAL

- 4 -

BP_Limetree_0013437

Limetree Bay Refinery Restart
Premise Document



## 2.1     Project Milestone Schedule

| Estimate and Basis | 15-Jan-18 |
|---|---|
| Project Sanction | Feb-18 |
| Early Start of Reinstate | Mar-18 |
| Next Phase Engineering Start | May-18 |
| Mechanical Completion | Aug-19 |
| Commissioning | Oct-19 |

## 2.2   Restart Scope Definitions

The refinery restart will involve a significant number of activities and associated costs which can be grouped under one of three primarily categories defined below:

**Revamp Scope**: Any change aimed at adjusting equipment suitability which result from changes to the original design intent. Includes modifications to equipment or flow schemes resulting in new equipment substitutions or additions, modified existing, repurposed existing equipment not previously employed in that service, rerouting of process streams to new locations with the use of alternative or new lines.

**Reinstatement Scope**: All fit-for-service repairs on equipment or replacement in kind. Activities will include equipment 'Open, clean, nspect, repair as necessary, and close.

CONFIDENTIAL

CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document



# 3. Process Basis

## 3.1 Overall Refinery Balance

The refinery configuration has been developed as a result of discussions and analysis by Limetree and BP, with support from Jacobs Consultancy. The target restart configuration is shown in Appendix A.

This target configuration includes a single train heavy crude and vacuum unit with a coker and does not include vacuum gas oil (VGO) conversion capability, which results in the production of a low sulfur VGO stream that is suitable for selling as low sulfur bunker fuel (or as low sulfur FCC feed stock depending on market incentives). This configuration also includes the following key features:

- Processes primarily heavy crude (Castilla blend as a proxy) with some heavy fuel oil which is expected to be a very low cost feedstocks

- Includes sensitivities with a majority of sweet crude and Fuel Oil feed

- Operates one semi-regen Platformer (Reformer) at its maximum capacity at 93 research octane to achieve a 24-month cycle. The refinery will purchase additional full range naphtha and heavy naphtha to fill the reformer up to its maximum capacity as appropriate.

## 3.2 Sulfur Balance

We estimate that the refinery will generate ~212 LTD of sulfur production on this crude. However, there is room to increase the sulfur content in the crude from ~1.8 wt% to ~2.1 wt%, which would increase the sulfur produced to 246 LTD. Since both sulfur plants (SRU#3 and SRU#4) were designed for 200 LTD each (but typically operated at 160 LTD each), this should be adequate to meet the expected sulfur loading Provisions to implement oxygen enrichment will be made to ensure sulfur conversion capacity can be maintained with the loss of one SRU.

## 3.3 Utility & Emissions Balance

The Base Case Utility and Emissions balances are shown in the table below. All cases which bound the study basis are included in Appendix B. These utility balances are preliminary will be adjusted as unit material balances and utility equipment capabilities are developed.

CONFIDENTIAL

- 6 -

BP_Limetree_0013439

Limetree Bay Refinery Restart
Premise Document



## Preliminary Utility & Emissions Balance

Utility and Emissions - 53, Base Alt Refinery Restart 143 (125 Castilla + 18 FO)



The following is assumed as a starting point regarding plant utilities:

- Since the refinery does not have access to natural gas supply, all of the propane produced in the refinery, and some of the butane must be vaporized and used as fuel gas
- Power will be produced internally by gas turbines. Gas turbines will be fed primarily with LPG.
- Process water will be provided by a third party, so Desalination equipment will not be recommissioned.

CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document



## 3.4　　Restart Configuration

The conceptual flow diagram for the recommissioned facility is shown below. The configuration makes use of existing assets along with selected new units and upgrades to specific units.

The refinery restart configuration uses a single crude train with residue material routed to a coker. A gasoil hydrotreating unit will desulfurize vacuum and coker gasoils to product low sulfur marine gasoil. A distillate hydrotreater will produce ultra-low sulfur diesel (ULSD) and a kerosene hydrotreater will produce ultra-low sulfur kerosene. Platformer and Isomerization units will produce gasoline,



**53. Base Alt Refinery Restart 143 (125 Castilla + 18 FO)**
*Reduce Isom from 30 to 24 kBD and Dec jet from 3000 to 8 ppm (flex to diesel)*

CONFIDENTIAL

- 5 -

Limetree Bay Refinery Restart
Premise Document



## 3.5    Restart Capacity Utilization

Table below sets out the anticipated unit capacities needed for the revamp configuration compared to nameplate capacity.   Our assumptions regarding process modification requirements (separate from any inspection upgrades required) are detailed in Section 4.

### Table of Unit Capacity Targets

| | Nameplate (Design) Capacity KBPD | Target Capacity End-State KBPD |
|---|---|---|
| 3100 CDU 5 | 180 | 180 |
| 4200 VDU 3 | 90 | 90 |
| 8500 Delayed Coker | 62 | 45 |
| 4100 Naphtha Splitter T-4109 | 70 | 36 |
| 4400 Plat 3 (Light Nap HT) | 46 | 24 |
| 0200 PENEX (Par-Isom) | 20 | 24 |
| 5400 Plat 4 (H'bon and Platformer) | 46 | 46 |
| 4600 DD 6 – VGO Hydrotreater | 50 (Diesel, but has run VGO) | 45(VGO) |
| 4300 DD 7 – Diesel Hydrotreater | 55 | 50 |
| 5300 DD 9 – Kerosene Hydrotreater | 50 | 20.8 |
| SWS 3/4/5 | 850  gpm | 660 gpm |
| ARU 4/5/7 | 3350 gpm | 2130 gpm |
| SRU (not including O2 enrichment) | 400 TPD (2x200 TPD) | 360 TPD |

CONFIDENTIAL

- 9 -

BP_Limetree_0013442

Limetree Bay Refinery Restart
Premise Document



## 3.6    Restart Feed Composition

The proposed crude charge is based on crude blend and fuel oil with the key qualities shown in the table below. The blended feed has an API of 28.6 and a sulfur content of 1.8 wt%, which is within the range of past operation ranging from 24 to 32 API and sulfur up to 2.25 wt%. Current proposal is to allow for a heavier crude blend by providing piping to use CDU #6 desalter in parallel with the existing #5 CDU desalting train.  For purposes of equipment rating three cases were considered:  Heavy, Light, and High Sulfur (Sour systems only).  Summary feedstock properties are reflected in the table below. Detailed crude assays for the blended crudes and fuel oil as applied in the initial PetroPlan modelling evaluation are shown in Appendix B.

**End-state Configuration Crude Unit Feed Rates and Qualities**

| Crude | Heavy | Light/MS |
|---|---|---|
| Castilla | 125,000 | 0 |
| Fuel Oil | 18,128 | 54,813 |
| Southern Green Canyon | 0 | 58,223 |
| Domestic Sweet (WTI) | 0 | 66,964 |
| **CDU 5, BPSD** | **143,128** | **180,000** |
| | | |
| **°API** | 18.0 | 26.1 |
| **Sulfur (wt%)** | 1.8 | 2.01 |

Additional feedstocks to the refinery include:

1.  Purchased Full-Range Naphtha (FRN) to be charged to the CDU #6 Stabilizer, T-4107.

2.  Light Straight Run Naphtha (LSR naphtha) to be charged to the either to CDU #6 Stabilizer or direct to the Light Naphtha Hydrobon (#3 Hydrobon).

3.  Heavy Straight Run naphtha to be charged directly to the #4 Plat Hydrobon unit.

4.  Propane (Fuel Gas)

Assays for naphtha feeds are shown in Appendix B.

## 3.7    Additional Scope Considerations

CONFIDENTIAL

- 10 -

BP_Limetree_0013443



### 3.7.1    Gasoline Blending / RVP control

Two light naphtha streams, Par-Isom Isomerate and Merox treated coker light naphtha, are potentially two light, both in terms of gravity and vapor pressure, to be stored in tanks.   Current plan is to blend these streams with stabilized reformate before routing to a storage tank.  This strategy has some risks.   Notably without ratio controllers it will be difficult to ensure there is adequate mixing to maintain RVP and gravity in tanks.  An additional risk is that the Merox naphtha will contain di-olefins, mercaptans, and 70 ppm sulfur with the potential to put off-spec a larger quantity of naphtha.   Blending with platformate also reduces blending flexibility potentially leading to higher giveaway (e.g. no isomerate sales).

While the potential scheme can be made to work, there are potential modifications and investments that can made which will reduce risk and increase flexibility.  Among these options are:

a)  Hydrotreat all coker naphtha – Hydrotreating the coker naphtha in DD9 will eliminate di-olefins and mercaptans.   In addition, the product stream will be blended with straight run naphtha and stabilized in CDU 5, eliminating any need to separately store the light stream.

b)  Restart the FCC SHU unit – The FCC Selective Hydrogenation unit will eliminate mercaptans and di-olefins in the light coker naphtha.  This reduces risk to the gasoline pool, but does not eliminate the need to blend streams

c)  Route isomerate and coker naphtha to a sphere – Several spheres are available that can be used to store the light naphtha streams, increasing blending and product sales flexibility.

d)  Provide a cooler/chiller to allow separate storage of light naphtha streams – Reducing TVP by means of increased cooling could allow independent storage of isomerate and treated coker naphtha (gravity limits on floating roof would have to be addressed). Chiller investment would have to be justified by increased blending flexibility and reduced giveaway.

e)  Produce an isopentane stream – There are idle columns within the refinery that could be re-purposed as de-isopentanizers.  Removing IC5s' from isomerate and light coker naphtha would allow the bulk of the stream to be stored, though a home for the IC5 stream would need to be found.

f)  Provide platformate/light naphtha ratio controllers – Ratio controllers in offsites could be used to maintain the ratio of platformate to light naphtha.  The benefit would be to reduce the amount of platformate blended with light naphtha, increasing overall flexibility and reducing risk of high TVP material in tankage.

CONFIDENTIAL

CONFIDENTIAL



### 3.7.2    Fuel Oil Processing

The project team has reviewed multiple options to increase fuel oil processing capability.  As noted, a major project driver is MARPOL regulations which will potentially decrease prices for high sulfur fuel oil.  Since the base scheme indicates coker capacity, the team has studied alternative strategies to increase fuel oil in the coker feed.  The primary options are as follows:

a) Routing fuel oil direct to coker – The original proposal was to add a dedicated fuel oil feed system including exchangers and fractionator feed nozzle.  LBR elected to remove this scope for cost reasons.  While it is still possible to route fuel oil to the coker through the vac resid feed line, this entails mixing fuel oil from storage (offloaded by ship) with hot vac resid which carries significant risks of flashing and feed instability.  We are thus recommending that this option be eliminated from consideration in the current restart strategy.

b) Increase fuel oil in crude – CDU5 has additional bottoms capacity in excess VDU3 capacity.   In addition, the vacuum column has additional bottoms capacity beyond the 45 KBPD assumed.  Thus, in the heavy crude case, an additional 15 KBPD could be added CDU feed with an additional 5 KBPD going to the vacuum column (running 3 of 3 feed pumps), and an additional 10 KBPD of atmospheric resid by-passing to the coker, increasing coker charge to 60 KBPD, near name-plate capacity.

c) Running the fuel oil fractionator – T-160 Utility Fractionator, located in the West Plant, can be used to generate additional coker feed and by-pass fuel oil around CDU 5.  The column will remove diesel and kerosene/naphtha from fuel oil and route the bottoms product to the coker and to VDU 3.  The advantage to this scheme versus inclusion in CDU 5 feed, is that the fuel oil potentially will have less straight run VGO which may de-rate coker capacity if CDU 5 ATB is routed to the coker.  In addition, this option relieves constraints on CDU 5 desalter API and flux.  The utility fract also eliminates fuel oil contamination issues that may lead to excessive crude train fouling.  The disadvantages to this scheme include the following:

- The material will not be desalted leading to higher salt content and potential corrosion at the coker.
- Because of the tower configuration, the utility fractionator will leave more kerosene and diesel material in the bottoms than CDU 5, We calculate 6% 650- material in CDU 5 bottoms with 16% 650- material in the utility frac bottoms, even assuming a higher coil outlet temperature.

.

CONFIDENTIAL

- 12 -

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

This option will be evaluated once sufficient inspection data is avaialbe. A decision to proceed will be made following the evaluation.

d) Routing fuel oil to VDU 3 – As with the coker, it should always be possible to route fuel oil direct to VDU 3. This disadvantage to this strategy is that the fuel oil will by-pass the CDU 5 desalter and load up the VDU prestripper with diesel. Further, in normal operation CDU 5 should be producing enough vacuum resid to keep VDU 3 at full capacity. Thus the strategy to route fuel oil direct to VDU 3 would only be considered if CDU 5 capacity were limited due to other constraints or because of limits on CDU 5 desalter API.

Current project scope includes restarting Utility Fractionator. Some additional scope may be required, primarily for fuel gas handling facilities.

CONFIDENTIAL

- 13 -

BP_Limetree_0013446



# 4. Revamp Scope

The following sections highlight specific modifications that will be required along with anticipated limits and bottlenecks that will be reviewed.  Modifications were defined based on the following work::

- Generated heat and mass balance for the selected units based on feed composition and product requirements described in Section 3.

- Identified modifications for equipment and piping that will not meet unit processing and hydraulic requirements.

- Identified and confirmed internal tankage/oil movements logistics in order to import and deliver crude, fuel oil and naphtha feeds to units, transfer intermediates between units and to tankage, and transfer finished products to tankage and blending facilities. .

The above deliverables will be used to define the extent of the Revamp scope and provide the basis for the Revamp portion of the Cost Estimate.

## 4.1    Process Unit Scope

### 4.1.1    Crude / Vacuum

The process configuration has assumed the following crude unit capabilities:

- Unit 3100 #5 Crude Unit (CDU 5) is capable of processing crudes with TAN of 1.5 and Sulfur of 2.1 wt% in the range of 24 – 32° API up to 180 KBPD.  At gravities lower than 24°API, rate will be limited by desalter dimensions.  Process unit basis is 143 KBPD of heavy crude and 168 KBPD of light crude.

- Unit 4100 #6 Crude Unit (CDU 6) desalter can be recommissioned to run in parallel to the #5 Crude Unit desalter.  This would allow a total crude charge of 150 KBPD at an 18° API.  In addition to desalters, , the naphtha stabilizer and splitter will also be reinstated.

- Unit 4200 #3 Vacuum Unit (VDU 3) is capable of processing 90 KBPD of Atmos Resid with bottoms yield up to 50 KBPD based on current pump capacity.

### 3100 CDU 5
The following revamp scope for CDU 5 has been identified:

- Line-up and charge capability must allow for 18,000 bpd of imported fuel oil to be optionally routed to the Crude Unit Feed, the Vacuum unit or the Coker.  This material may be routed through existing crude charge lines but will require segregated tankage.

CONFIDENTIAL

- 14 -



- Jet stripper is not required as part for the base process configuration. Jet mode operation and jet productions may requirement reinstatement of this column. Though the stripper will not be operated it will need to be included in the reinstate scope as it will not be isolated from CDU 5, effectively being "live" to the process. Operations will require appropriate procedures to vent and drain this column as part of start-up and normal operation.
- Desalting: Desalter configuration will employ both CDU 5 stages and CDU 6 first stage drum (1st stage 2 parallel vessels, 2nd stage 1 vessel)) to minimize 1st stage flux criteria. Stripped sour water is introduced into second stage and cascaded to the first stages with ability for fresh (purchased RO) water addition included first stage. The following additional scope is required.
  - Reinstated D-3101A: Confirm that Transformers are 250 kVa as per drawings and that all equipment is in working order.
  - Revamp D-3101B: Replace/upgrade Transformers to the 250 kVa (D-3101 A should already be upgraded).
  - Reinstated CDU 6 desalter D-4101A and replace/upgrade transformers to 250 kVa (3 in each vessel).
  - Provide jump-over piping for oil and water to and from D-4101 A, including relief protection. Flares lines from PSV's from D-4101 A to the CDU 5 Crude Tower (T-101 A) will.
  - Gas Compressors: CDU 5 offgas compressors C-3101 A/B are confirmed as unavailable in drawings and field walk down confirms that the A compressor is missing. C-3101 A will be replaced with CDU 6 compressor C-4101 B and C-3101 B will be refurbished.
  - Provide Heavy Atmospheric Gas oil color analyzer.

.

## 4100 CDU 6

The following CDU 6 equipment, in addition to the first stage Desalter (D-4101 A) will also be reinstated and revamped, primarily to support CDU 5 and Naphtha train operation.

- Reinstate CDU 6 stabilizer, T-4107, and splitter, T-4109. The revamp scope for this equipment will be described in the Naphtha Fractionation Section 4.1.4.

The Project has confirmed that desalter instrumentation, including AGAR probes, desalter sample coolers and level instrumentation is available. The control scheme will be modified in line with the split in make-up water to control levels in multiple vessels.

## 4200 VDU 3

CONFIDENTIAL

- 15 -

Limetree Bay Refinery Restart
Premise Document



The following VDU 3 revamp scope has been identified:

- Reduced crude feed drum P&I shows Cold Feed from Storage feed line tie-in which could be used for the Fuel Oil option. LBR has requested the ability to process 12 KBPD of fuel oil direct to the vacuum unit and coker. It is anticipated the fuel oil will share tankage and feed line with atmospheric tower bottoms storage.

Vacuum residue can be routed to fixed roof heated day storage tank in the Coker facility. The unit is designed with the ability to bypass atmospheric tower bottoms (ATB) around the unit direct to the coker rundown. By-passed ATB shares the Vacuum Tower Bottoms rundown line to the coker. Vacuum resid rundown capacity has been confirmed to exceed 50 KBPD without any modifications to existing pumps.

**0160 Utility Fractionator**

Utility Fractionator T-160 is being considered to preheat and remove diesel and lighter material from fuel oil. The topped fuel oil could then be charged direct to the coker with kerosene and diesel products routed to DD7 for hydrotreating. This unit could be used to segregate fuel oils that are highly fouling or otherwise problematic from CDU-5 charge

CONFIDENTIAL

CONFIDENTIAL

BP_Limetree_0013449



### 4.1.2    8500 Coker

8500 Delayed Coking Unit is the newest build unit included in the restart scope and it has been assumed that the unit can be recommissioned with limited scope. The unit has a name-plate capacity of 64 KBPD and an assumed 60% turndown capability. The 45 KBPD target capacity for the restart Coker is based on reinstating all 4 drums with all heaters, the main fractionator and gas plant. Design modification will include an option to import maximum amount of vacuum resid or FO direct to the Coker Fractionator.  Regulatory emissions compliance requirements following the recently implemented Refinery Sector Rule Review require Coker drum educting to meet 2 psi drum venting criteria.  This requirement will be assessed as part of the Coker restart estimate.

The following revamp scope has been identified:

- Coker heater will run at 80% of design, 18 hr cycles allowing 30 - 35 ft ullage in coker drums for the heavy crude case.  Light crude case cycles will extend to 24 hrs for same. Sludge injection system must be included and functional.  Sludge injection will be in batch mode using tanker truck transfers to the sludge injection drum.
- Coke drum switch valves are manual top and bottom (confirmed with site). Appropriate valves will be equipped with limit switches to indicate position. Associated software for interlocks and/or permissive systems to be provided. Type of software and level of integration has not been defined.  Many of the necessary level switches already exist, and Jacobs has worked with Limetree SME to identified some additional switches consistent with industry best practice.
- Coke drum eductor scope will allow de-pressuring coke-drums to 2 psi before opening to atmosphere. Gas will be educted from the blowdown drum inlet to the tower overhead.  One of the existing coke drum ejectors, S-8518 A/B/C/D. will be repurposed for this service depending on field condition. The ejectors which are not relocated will be moved to warehouse.
- Drawings indicate that the unit has a combo cutting tool which will be re-instated.
- The unit will be equipped with Delta valves on the bottom head along with the associated hydraulic system.   The valves will not be equipped with a center-fill device, but will be designed to allow a center fill device to be added at a later stage.

Stripped sour water has historically been used for cutting coke, though this has resulted in some odor and corrosion issues.  These issues need to be addressed with adequate stripping at SWS.

CONFIDENTIAL

- 17 -

**JACOBS**

No issues identified for quench system, anti-foam injection or on main fractionator. Fractionator which is 80% loaded. Overhead compressor capacity ok. System has capability to take blowdown through compressors. Plan to run Coker light naphtha splitter and route overhead to existing FCC C5+ Merox treater (7590).

Coker LPG will be treated in the Coker Merichem treater to remove H2S and mercaptans. Hydrotreated naphtha will be used as the Merichem naphtha wash in place of Sulfolane raffinate and alkylate which was historically used.

Coker splitter T-8511 will be returned to service to split light coker naphtha from heavy coker naphtha. Heavy naphtha will be hydrotreated in DD-7 and routed through naphtha fractionation to the reformer. Light naphtha will be routed either to a hydrotreater (DD 7, DD9) or to a Merox extraction unit.

Coke storage and handling is assumed to be capable for the coke production proposed. Reinstatement and rating of these facilities is outside of Jacobs scope.

### 4.1.3    Distillate Hydrotreaters

Distillate hydrotreaters include Gas Oil Hydrotreater DD 6, Diesel Hydrotreater DD 7, and Kerosene Hydrotreater DD 9. There is some integration between the units, with diesel and naphtha from DD 6 overhead being routed to DD 7 charge. Hydrotreaters will be supplied by reformer hydrogen with the two higher pressure units, DD 6 and DD 7, venting to a PSA unit to increase hydrogen purity and utilization. A detailed block flow of the hydrotreating system is shown in Appendix C.

#### 4.1.3.1    4600 DD 6 (VGO)

The initial process configuration study assumed Diesel Desulfurizer #6 (DD 6) can be upgraded to a mild hydrocracking unit for the restart through the addition of a parallel reactor train appropriated from DD 4 (West Plant). This no longer appears feasible, and the unit will be revamped to achieve acceptable catalyst cycle lengths as a VGO hydrotreater.

The following DD 6 revamp scope has been identified:

- Axens has determined that and inter-bed quench should not be required. Current mark-ups include piping modifications for this quench, pending confirmation from Axens. Axens will provide an updated price for new trays and quench deck.

- Treat ratio requires 3 recip recycle compressors running. Compressors will retain engine drivers. No emissions control additions to engine drivers will be made pending environmental permit review.

CONFIDENTIAL

- 16 -

**JACOBS**

- Lift in stripper / fractionator will limit diesel recovery to 15%-20%. Axens has proposed that the stripper be converted from reboiler configuration to a charge heater configuration in order to maintain some lift.

- Provide Feed/effluent exchanger by-pass to allow adequate charge heater control.

- Add reactor effluent/LPS Liquid shell and tube exchangers (E-46XX A/B) to meet reactor effluent cooling requirements. As a result of the new exchanger, VGO temperature to rundown cooler E-4604 will increase requiring the metallurgy of this exchanger to be upgraded.

- Upgrade compressors seal systems. Double seal w/seal gas. Expect Lube systems to be replaced.

- Add sulfur analyzers; sulfur analyzers are required on the DD 6 stripper column (T-4601) bottoms for heavy gasoil product, targeting 1500 ppm sulfur

- Add Fractionator $\Delta$P cells.

- Install an Emergency Isolation Valve linked to rich amine header pressure to protect against pressure break-through on the HP amine contactor, T-4601.

Continuous water wash is designed for both the fractionator overhead and reactor effluent coolers. Water wash make-up system is adequate for required water wash based on predicted ammonium bi-sulphide levels. Because of the increase in bi-sulfide salts production, LBR may wish to look at increasing water wash rates with new pumps to improve condenser reliability or alternatively upgrade reactor effluent condenser (E-4602) metallurgy.

Materials have been reviewed, both for TAN levels and for High Temperature Hydrogen Attack (HTHA).

Unit is designed for depressurization and the sizing has been found to be adequate for the proposed service.

Feed filters are designed for 49,800 BPD with backwashing capabilities.

### 4.1.3.2  4300 DD 7 (Diesel Desulfurizer)

CONFIDENTIAL

- 19 -

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

With a nameplate capacity of 55 KBPD, the process configuration study assumed that Diesel Desulfurizer #7 (DD 7) can be utilized as 50 KBPD diesel hydrotreater.

A 16 MMSCFD Pressure Swing Absorber (PSA) for purification and recycle of purge streams, located near DD 7, is required to increase recovery and utilization of hydrogen. The unit will take purge gas from DD 7 and DD 6.

Wash water system design looks adequate. Assume injection quills are to be replaced. In general, credible options to minimize sour water make and ideas on heat recovery or fuel reduction are to be evaluated for possible incorporation.

The following items have been identified for the revamp scope for DD 7

- Install a 16 MMSCFD package PSA Polybed Unit by UOP taking purge stream from DD 6 and DD 7. Offgas will be routed either to the GRU 2 compressor suction or direct to the fuel gas header.

- Install an Emergency Isolation Valve linked to rich amine header pressure to protect against pressure break-through on the HP amine contactor, T-4302.

The unit has been found to have adequate hydrogen quench. The unit also has a sulfur analyzer confirmed to be adequate for the current service.

Materials have been reviewed for HTHA and conditions are adequate for the proposed feed stocks and hydrogen purity.

The unit has adequate depressurization facilities.

Exchanger by-passing will not be required and reactor effluent exchangers should be adequate to control both separator and heater inlet temperatures.

### 4.1.3.3  5300 DD 9

DD9 will be re-instated as a kerosene hydrotreater. This unit is not included in the base case balance. The proposed charge will be a blend of 18.8 KBPD of kerosene plus 2.0 KBPD of Light Coker Naphtha. As the unit capacity is significantly higher (50 KBPD), only one reactor train will be used. We have identified the following revamp scope items:

CONFIDENTIAL

- 20 -

BP_Limetree_0013453

**JACOBS**

- Install a new sulfur analyzer for kerosene product (targeting 8 ppm product sulfur).
- Install a jump-over to allow high pressure purge gas from DD 7 to provide hydrogen to DD 9 make-up drum.  A pressure controller will be required at the drum inlet.

### 4.1.4    Naphtha Train and Light Ends Processing

The reconfiguration study made the following key assumptions for naphtha processing:

1. 4850 #2 Gas Recovery Unit will be utilized for gas recovery and treating.  Low pressure gas from the Crude, Vacuum, and hydrotreaters, will be collected, amine treated and compressed in this unit.  The compressor discharge will be mixed from higher pressure gases from HP Amine treater, T-4840  before mixing with sweet gases from the platformer and routed to the fuel gas system along with vaporized propanes and butanes.

2. 3200 LPGT 1 and 4820 LPGT 2 will be used to treat LPG products for Crude unit and platformer LPG. 4860 LPG 3 unit will de-ethanize and split the LPG, removing C5+ material as debutanizer bottoms.  Unit 3202 De-isopentanizer will be used to split straight run naphtha to the isomerization and platformer units.

3. 4400 #3 Hydrobon will be converted to a light naphtha hydrotreater with a capacity of up to 30 KBPD.  Hydrotreated naphtha will flow to the 0200 Penex unit which will be upgraded to the UOP Par-Isom technology and debottlenecked to 24 KBPD.  The revamped unit will have a single reactor.

4. 5400 #4 Hydrobon and Platformer will continue to operate as a naphtha reformer, at maximum capacity.  Severity and capacity will be determined by hydrogen requirements and run length in addition to other economic factors.  We have assumed that the semi-regen platformer can operate 24 months at 46 KBPD capacity and 93 octane before regeneration is required.

5. Heavy Coker naphtha will be processed in DD 7 diesel hydrotreater.  Coker Light Naphtha will be routed to the C5 Merox Unit in the FCC Complex (Unit 7590) for caustic extraction merox treating.

The revised scheme will use parallel Stabilizer / Naphtha Splitter trains to handle the quantity of purchased, Crude overhead, and DHT naphthas. The proposal is to line up CDU 5 LN and DD 7 overhead naphtha to T3107 and purchased naphthas to T4107. Naphtha splitters T4109 and re-purposed De-isopentanizer column T3201 will be put into naphtha splitter service downstream of the stabilizers with piping to

**JACOBS**

allow balancing between splitter towers. Naphtha Train Block Flow is shown in Appendix D.

#### 4.1.4.1  Stabilizers

T-3107 is equipped with #600 steam capability. While this column has the ability to use diesel pumparound as a heat source, proposed operation is to use the steam heaters. The unit will also re-instate T-3108 and unit charge pumps, P-3104A/B/C. Recontact tower T-3108 is required as a surge drum for stabilizer feed and to recontact compressor offgas.

T-4107 will be recommissioned to process purchased light and full range naphtha. T-4107 reboiler will need to be revamped to utilize 600# steam in place of CDU 6 diesel pumparound. While the CDU 6 compressor will not be commissioned, recontact Drum T-4108 will also be required as a feed surge drum for purchased.

The following revamp scope is identified for stabilizers:

- Resize and replace T-3107 CDU 5 Naphtha Stabilizer trays to reduce weeping.
- Provide line from storage for purchased light naphtha and full range naphtha to T-4108. Lines from tankage have been identified, and additional controllers will be installed.
- Resize and replace T-4019 Naphtha Stabilizer trays to reduce weeping.
- Convert T-4109 reboiler, E-4112 from LAGO pumparound service to 600# steam service. This change will require a new exchanger tube bundle and new steam piping
- Provide control valves to balance flow from T-3107 and T-4107 bottoms between T-3201 Deisopentanizer and T-4109 Naphtha Splitter.

PSV's loading for reboiler tube failure will need to be checked for these proposed changes.

#### 4.1.4.2  Splitters

T-4109 CDU 6 Naphtha Splitter and T-3201 Deisopentanizer towers will be utilized as Naphtha Splitters in the restarted refinery. The following process modifications will be required:

- Install a new line connecting T-3107 bottoms to T-3201 feed.

CONFIDENTIAL

CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

- Convert T-3201 reboiler (E-3201 A/B) from 120# steam to 300 # steam, installing piping.   The bundle is rated for the higher pressure.

- Convert T-4109 reboiler (E-4119 A/B) from 120# to 300# steam, installing piping.  The bundle is rated

Hydraulic checks and PSV capacity to be confirmed.  The design case assumes purchased light and full range naphtha will be charged to T-4107 and split in the two splitter columns with straight run material.   With this higher load case, splitters will target 1.2 vol% C6 naphthenes and aromatics (benzene pre-cursors) in splitter bottoms, accepting that pool benzene exceedance may require purchase of credits.

### 4.1.4.3   4400 Hydrobon #3 – Light Naphtha Hydrotreater (LNHT)

The proposed balance utilizes Hydrobon #3 to hydrotreat light naphtha upstream of the Par-Isom unit (modified 0200 Penex). Hydrobon #3 will be running much lighter feed than originally designed. The light end section on the stripper should be adequate for this service.

The hydrotreated naphtha will need to be cooled to 120°F and pumped to the Par-Isom. The unit will use platformer feed charge pump, P-4452, and Platformate net bottoms coolers, E-4456, to pump and cool hydrotreated light naphtha to the Par-Isom feed driers, S-275.

### 4.1.4.4   0200 Penex – Par-Isom Unit

The Penex unit  is slated to be converted to a 24 KBPD Par-Isom (UOP technology) isomerization unit. The unit catalyst will be a non-chlorinated metal oxide catalyst which reduces feed and hydrogen treating requirements.  Existing unit reactors will be abandoned in place and a new single reactor will be installed, relocating former DD2 reactor R-800. Process flow scheme is shown below.

Process licensors have since advised that the reactor pressure must exceed 250 psig which has led to a revised scope of work as follows:

- Relocate reactor R-800 to the 0200 plot and pipe the reactor with feed from E-279 and effluent to E-260 B.
- By-pass Feed / Lag Reactor Effluent Exchanger E-203 A.

CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

- Pipe T-151 stabilizer and ancillary equipment to take half of the HP separator product liquid. The other half will be routed to existing stabilizer T-202.
- Repair and replace missing and undersized equipment around T-151. This scope is still being developed due to insufficient data from the field.

### 0200 Single Reactor Par-Isom Flow Scheme



The following existing equipment will be abandoned in place:

- R-201/202/203/204 reactors

- Chloride injection equipment including Injection Pumps P-278 A/B and Injection Drum D-280

- Chloride scrubbing equipment including Scrubber T-276, By-pass Scrubber D-288, and Caustic Circulation pumps P-277

Other related scope and studies will include:

- Isomerate product will be routed to tankage with platformate in order to maintain RVP

CONFIDENTIAL

- 24 -

**JACOBS**

- Hydraulic review and relief valve studies will be required along with verification of process configuration when the heat and material balance is finalized with licensors.

- Materials of construction have been reviewed for utilizing the #3 Hydrobon unit in light naphtha service.

### 4.1.4.5   5400 Hydrobon and Platformer #4

The Platformer #4 will be operating in a similar mode to original design intent as a Heavy Naphtha Hydrotreater and Reformer

The unit has been reviewed by Axens. No process modifications are required although Axens plans to extend standpipes to allow more catalyst volume. The costs of these updated internals have been issued to LBR by Axens.

The following revamp scope has been identified:

- Install parallel chloride guard beds, D-5463A/B to be treat reformer net gas.

- Install chloride guard bed, D-5464 for LPG product stream

Purchased HVN will be routed to Plat4 Hydrobon feed surge drum from offsites Naphtha Storage.

### 4.1.4.6    7500/7590 Light Coker Naphtha Merox Treating

Plant 7590 C5 Merox treating within the FCC gas treating complex will be re-instated to remove mercaptans from light coker naphtha.  The treated naphtha will then be suitable for gasoline blending.  Unit 7590 includes the caustic extractor and sand filter vessels.  The caustic regeneration system in unit 7500 will also be required to regenerate and circulate the Merox caustic.

The following revamp scope is identified for the Light Coker Naphtha Merox Treating Unit:

- Add a line routing light coker naphtha to 7590 Extractor, T-7591.

- Add a by-pass to allow treated coker naphtha to be routed to gasoline through the TAME unit product line.

CONFIDENTIAL

- 25 -

**JACOBS**

- Add antioxidant/antipolymerant additive injection skid to prevent oxidation/polymerization of di-olefins in coker naphtha

- Add jump-over to route hydrotreated heavy naphtha as disulfide oil wash to unit 7500.

Within the LPG Merox unit, the LPG Amine Contactor (T-7501) and Extractor (T-7502) along with other LPG treating equipment will not be restarted. This equipment will need to be isolated with air gapping to avoid process contamination and loss of containment. Excluded equipment should be indicated and appropriate isolation points will be highlighted on P&ID mark-ups.

### 4.1.4.7    4840 HP Absorber / 4850 Gas Recovery Unit GRU 2

Sour offgases from CDU 5, CDU 6, VDU 3, DD 6, DD 7, PSA and Hydrobons 3 and 4 are treated in GRU 2 low pressure contactor T-4850 and treated gasses are compressed by C-3105 A/B/C, running 2 of 3 available compressors. Compressed gas is routed to HP amine contactor T-4840 to meet 65 ppm $H_2S$ in RFG criteria.

The following revamp scope is identified:

- Route PSA off-gas to GRU compressor C-4105 suction.

As part of the GRU 2 start-up, we recommend recommissioning Lean Oil Absorber T-4811 (part of Unit 4810). This lean absorber can increase recovery of C5+ material from fuel gas, utilizing CDU 5 kerosene as sponge oil.

### 4.1.4.8    3201 / 4810 /4820 / 4860 LPG Treating and Fractionation

The refinery will be burning all produced propane and a large percentage of the produced butane as part of the energy balance. Product butane should be suitable for butane sales and gasoline blending. Sour LPG from Crude stabilizers will be treated in existing Merox units 3201 LPG 1 and 4820 LPG 2. Along with the two Merox units, 4810 disulfide oil handling will also require re-instatement to treat Di-sulfide oil and Merox vent gas. Treated LPG from the two units along with Platformer 4 and (potentially) Isom LPG will be routed to 4860 LPG 3 for fractionation of LPG into propane, butane and debutanized light naphtha. Debutanizer tower bottoms will be routed the Hydrobon #3 Isom feed hydrotreater.

CONFIDENTIAL

- 26 -

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

No revamp scope has been identified for these units. Jacobs has reviewed Merox vent gas and di-sulphide oil routing and found appropriate connections to operating units. .

### 4.1.5    4830 /5830 / 7450 / 7460 Amine Recovery Units

Unit 4830 ARU 4 and 4840 ARU 5 will be restarted to process the rich amine from East Plant sources (DD6, DD7, GRU 2, HP Gas, and LPG Treaters). These units will both be converted to MDEA upon restart (processing MEA at shutdown). In addition, the single rich amine flash drum shared by these units (D-4831) is not adequate for the amine circulation and an additional rich amine drum will be added.

Unit 7460 ARU 7 will be dedicated to Coker service (fuel gas and amine contactor) using MDEA. This arrangement reflects the operating mode at shutdown and will not require any scope. Loads for the high sulfur case have been checked and found adequate.

7450 ARU 6 is smallest of the three and will be used in dedicated service to handle the Sulphur unit rich/lean amine loads to/from the SCOT tail gas unit. 7460 ARU 7 will be used as back-up capacity in swing service, processing excess ARU 5 amine along with amine from the coker treaters. ARU 6 rich amine flash drum will take feed from East Plant units (i.e. everything but Coker) and will feed ARU regenerator tower. New rich amine pumps will be provided on theSCOT unit to feed the ARU 6 regenerator. A block flow of the revised system is shown in Appendix E

The following revamp scope is identified:

- Install Emergency Isolation Valves to prevent breakthrough from the High Pressure recycle gas contactors in DD 6 and DD 7.

5830    ARU 5   AMINE UNIT NO. 5

- Install new rich amine flash drum D-5838 with flashed rich amine pumps P-5835 A/B and oil skimming pump P-5836

7450    ARU 6   AMINE UNIT NO. 6

- Connect ARU 6 lean and rich amine with TGTU including new rich amine pumps on the TGTU.

- ARU 6 regenerator T-7451 will be isolated from Rich amine flash drum D-7452, This drum and pumps will be kept out of service.

All system hydraulics have been reviewed for the high sulfur feed scenario. A block flow of the Amine systems is shown in Appendix E.

CONFIDENTIAL

- 27 -

BP_Limetree_0013460

Limetree Bay Refinery Restart
Premise Document



### 4.1.6    4740 / 4750 / 4760 Sulfur and Treating Units

Sulfur Recovery: Scope will include reinstate of Claus units 4740 SRU 3 and 4750 SRU 4. Piping will be configured to normally run through Claus units and tail gas sent to the tail gas unit. If the SCOT TGU shuts down, flow is diverted directly to the incinerator. 7450 ARU-6 will provide lean amine and receiving back rich amine from BEAV 2 TGU. Tail gas is then sent to the existing incinerator.

Current Max Sulfur Case is 315 TPD of Sulfur production.   This will require both plants to operate with throughput being reduced for a single plant turnaround.   Sulfur plants will be designed to incorporate oxygen injection at a later date, but start-up will not include oxygen injection facilities.

Current plan assumes that no back-up to the SCOT tail gas system is required.

CONFIDENTIAL

- 26 -

BP_Limetree_0013461

Limetree Bay Refinery Restart
Premise Document



### 4.1.7    4720 / 4730 / 7400 Sour Water Strippers

SWS 5 was built as part of the FCC complex. SWS 5 has been rated as 350 gpm capacity which is too small for the proposed revamp. A second unit would be required to provide assurance.  Additional units SWS 3 and SWS 4 have 250 gpm capacity each.

Nameplate capacity: 7400 SWS 5 350 gpm, 4730 SWS 4 250 gpm klb/hr, 4720 SWS 3 250 gpmklb/hr.

The original sour water tanks, TK4725/26, were removed.  TK 7443 will be converted to sour water service and will provide more than 15 days of storage capacity.

Estimated maximum Sour Water production rate of  660 gpm(high Sulfur case) will exceed the capacity of SWS 5.  At least two strippers must be reinstated for start-up. For reliability reasons and to control inventoryall three strippers will be reinstated . The following revamp scope has been identified.

- Commission TK 7443 as the Sour Water Feed Tank.  The floating roof tank to include a diesel layer and oil skimmer to control emissions.

- Add flash drum D-9060 to flash sour water from all sources prior to routing to tank 7443 with new pumps P-9060 A/B.

- Add new pumps P-7443 A/B to pump sour water from TK 7443 to Sour Water units.   Current TK 7443 pumps are required for hydrocarbon services.

- Add appropriate lines and control valves to route sour water from the TK 7443 to all 3 stripping columns.

A block flow diagram of the Sour Water systems is shown in Appendix G.

CONFIDENTIAL

CONFIDENTIAL

BP_Limetree_0013462

Limetree Bay Refinery Restart
Premise Document



## 4.2    Utilities and Offsites

### 4.2.1    Steam and Power Systems

The refinery will produce all steam and power internally.  In addition, there will be no export of power.  As such turbines and boilers will be run at lower capacity to allow for swings in power demand in the refinery.

3400 Gas Turbines: Reinstate turbines #4, #7, #8, #9, #10 and #13 (6 turbines). Load checking still being completed by Process.

3301/3700 Boilers: Will need to reinstate boilers #8, #9 and #10.  A steam line will be installed connecting East to West Plant.

The following revamp scope is anticipated for the Gas Turbine and boiler systems:

- CEMS analyzers will be required 3 of the Gas Turbines.

- CEMS analyzers will be required for boilers 8 and 9

- SCRs will not be required for Gas turbines or boilers.  Ultra low NOX burners will be installed  on Boilers 8 and 9 to control NOX emissions.

Coker LPG and fuel gas will be dedicated to boilers and to gas turbines to reduce olefins in the fuel gas system and \o reduce swings in the fuel gas header.  Emission controls and monitoring for all boilers and gas turbines will be required as per environmental permit.

### 4.2.2    1630 / 1632 Tankage

The Limetree bay facility has maintained several of the tanks for product storage and terminal operation.  The below summary of tanks were identified by the Limetree Bay Terminal management as the recommended to be made available for feed, intermediate and product handling as outlined in this process scope.  The Figure and Table below shows those tanks which are currently planned to be converted to refinery service. Estimate to include an evaluation of all OSBL piping and controls between tanks, operating units and docks.

Fuel oil tankage in the west plant has a steam heating system to keep tanks hot.

Additional study will be required to identify lines from storage and to verify that pumping capacity is sufficient for transfer requirements.

A list of required tankage is shown in the following table.  Block flow of Tankage to units is shown in Appendix H.

CONFIDENTIAL

- 30 -

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

CONFIDENTIAL

- 31 -

BP_Limetree_0013464

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

**Initially proposed tankage allocation**

CONFIDENTIAL

- 32 -

BP_Limetree_0013465

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

| TANK# | ROOF TYPE | NOM DIA. | GAUGE HT | AVE BBLS/FT | SHELL CAP MBBLS | PRODUCT I | CUSTOMER | PRODUCT II |
|---|---|---|---|---|---|---|---|---|
| 6814 | EXT | 193.00 | 65.45 | 5,214 | 292,000 | Gasoline | Refinery | Heavy/FR Naphtha |
| 6815 | EXT | 193.00 | 65.31 | 5,214 | 292,000 | 6 OIL | Refinery | Heavy/FR Naphtha |
| 6816 | EXT | 193.00 | 65.28 | 5,214 | 292,000 | 6 OIL | Refinery | Heavy/FR Naphtha |
| 6825 | CR | 150.00 | 50.06 | 3,167 | 152,000 | 6 OIL | Refinery | LKGO/HKN |
| 6836 | EXT | 91.00 | 55.67 | 1,167 | 56,000 | Gasoline | Refinery | Sweet Naphtha |
| 6838 | EXT | 150.00 | 61.08 | 3,161 | 177,000 | Gasoline | Refinery | Isomerate |
| 6839 | EXT | 150.00 | 63.83 | 3,161 | 177,000 | Gasoline | Refinery | Isomerate |
| 6840 | EXT | 150.00 | 63.75 | 3,161 | 177,000 | Gasoline | Refinery | Platformate |
| 6841 | INT | 150.00 | 57.73 | 3,161 | 177,000 | Gasoline | Refinery | Platformate |
| 6866 | SPHERE | 44.00 | 43.96 | C3 | 7,900 | BUTANE | Refinery | LKN |
| 6867 | SPHERE | 44.00 | 43.92 | C3 | 7,900 | BUTANE | Refinery | Coker LPG |
| 6892 | SPHERE | 65.00 | N/A | C4 | 25,600 | BUTANE | Refinery | C4 - Butane |
| 7405 | CR | 284.00 | 58.64 | 11,286 | 632,000 | 6 OIL | Refinery | #6 Fuel Oil / Resid |
| 7406 | CR | 284.00 | 57.72 | 11,286 | 632,000 | 6 OIL | Refinery | #6 Fuel Oil / Resid |
| 7413 | CR | 193.00 | 57.79 | 5,214 | 292,000 | 6HSB | Refinery | VGO HT |
| 7417 | INT | 193.00 | 57.77 | 5,214 | 292,000 | RCO | Refinery | RO Water |
| 7425 | INT | 193.00 | 57.44 | 5,214 | 292,000 | Gasoline | Refinery | RBOB (Gasoline) |
| 7426 | INT | 193.00 | 57.41 | 5,214 | 292,000 | Gasoline | Refinery | RBOB (Gasoline) |
| 7427 | CR | 284.00 | 57.71 | 11,286 | 632,000 | 6 OIL | Refinery | VGO |
| 7443 | EXT | 193.00 | 64.35 | 5,214 | 292,000 | Gasoline | Process Tank | Sour Water |
| 7444 | EXT | 193.00 | 64.74 | 5,214 | 292,000 | Gasoline | Refinery | SLOP |
| 7445 | EXT | 193.00 | 65.03 | 5,214 | 292,000 | Gasoline | Refinery | SLOP |
| 7446 | CR | 193.00 | 56.85 | 5,214 | 292,000 | 6 OIL | Refinery | Sour Diesel |
| 7447 | EXT | 193.00 | 65.11 | 5,214 | 292,000 | Gasoline | Refinery | Light Naphtha |
| 7448 | INT | 193.00 | 57.57 | 5,214 | 292,000 | Gasoline | Refinery | Light Naphtha |
| 7501 | CR | 193.00 | 58.04 | 5,214 | 292,000 | 6 OIL | Refinery | VGO |
| 7502 | CR | 193.00 | 58.06 | 5,214 | 292,000 | 6 OIL | Refinery | VGO (LS/HS Swing) |
| 7510 | EXT | 284.00 | 64.53 | 11,286 | 632,000 | CRUDE | Refinery | CRUDE |
| 7511 | EXT | 284.00 | 64.70 | 11,286 | 632,000 | CRUDE | Refinery | CRUDE |
| 7512 | EXT | 284.00 | 64.77 | 11,286 | 632,000 | CRUDE | Refinery | CRUDE |
| 7514 | EXT | 284.00 | 64.57 | 11,286 | 632,000 | RCO | Refinery | CRUDE |
| 7515 | EXT | 284.00 | 63.91 | 11,286 | 632,000 | CRUDE | Refinery | CRUDE |
| 7516 | EXT | 284.00 | 64.56 | 11,286 | 632,000 | CRUDE | Refinery | CRUDE |
| 7530 | SPHERE | 65.00 | 64.67 | C4 | 25,600 | BUTANE | Refinery | C4 - Butane |
| 7531 | SPHERE | 52.00 | 51.50 | C3 | 13,100 | Propane | Refinery | C3 - Propane |
| 7532 | SPHERE | 52.00 | N/A | C3 | 13,100 | Propane | Refinery | C3 - Propane |
| 7533 | SPHERE | 52.00 | 51.58 | C3 | 13,100 | Propane | Refinery | C3 - Propane |
| 7534 | SPHERE | 52.00 | 51.79 | C3 | 13,100 | Propane | Refinery | C3 - Propane |
| 7535 | SPHERE | 65.00 | 65.11 | C4 | 25,600 | BUTANE | Refinery | C4 - Butane |
| 7603 | INT | 196.00 | 71.90 | 5,377 | 371,000 | JET | Refinery | JET |
| 7604 | INT | 196.00 | 71.80 | 5,377 | 371,000 | ULSD | Refinery | ULSD |
| 7605 | EXT | 196.00 | 75.74 | 5,375 | 344,000 | ULSD | Refinery | ULSD |
| 7991 | SPHERE | 66.00 | 65.99 | C4's | 26,800 | BUTANE | Refinery | C4 - Butane |
| 7992 | SPHERE | 66.00 | 65.96 | C4's | 26,800 | BUTANE | Refinery | C4 - Butane |

CONFIDENTIAL

- 36 -

 BP_Limetree_0013466

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

| TANK# | ROOF TYPE | NOM DIA. | GAUGE HT | AVE BBLS/FT | SHELL CAP MBBLS | PRODUCT I | CUSTOMER | PRODUCT II |
|-------|-----------|----------|----------|-------------|-----------------|-----------|----------|------------|
| 6814 | EXT | 193.00 | 65.45 | 5,214 | 292,000 | Gasoline | Refinery | Heavy/FR Naphtha |
| 6815 | EXT | 193.00 | 65.31 | 5,214 | 292,000 | 6 OIL | Refinery | Heavy/FR Naphtha |
| 6816 | EXT | 193.00 | 65.28 | 5,214 | 292,000 | 6 OIL | Refinery | Heavy/FR Naphtha |
| 6825 | CR | 150.00 | 50.06 | 3,167 | 152,000 | 6 OIL | Refinery | LKGO/HKN |
| 6836 | EXT | 91.00 | 55.67 | 1,167 | 56,000 | Gasoline | Refinery | Sweet Naphtha |
| 6838 | EXT | 150.00 | 61.08 | 3,161 | 177,000 | Gasoline | Refinery | Isomerate |
| 6839 | EXT | 150.00 | 63.83 | 3,161 | 177,000 | Gasoline | Refinery | Isomerate |
| 6840 | EXT | 150.00 | 63.75 | 3,161 | 177,000 | Gasoline | Refinery | Platformate |
| 6841 | INT | 150.00 | 57.73 | 3,161 | 177,000 | Gasoline | Refinery | Platformate |
| 6866 | SPHERE | 44.00 | 43.96 | C3 | 7,900 | BUTANE | Refinery | LKN |
| 6867 | SPHERE | 44.00 | 43.92 | C3 | 7,900 | BUTANE | Refinery | Coker LPG |
| 6892 | SPHERE | 65.00 | N/A | C4 | 25,600 | BUTANE | Refinery | C4 - Butane |
| 7405 | CR | 284.00 | 58.64 | 11,286 | 632,000 | 6 OIL | Refinery | #6 Fuel Oil / Resid |
| 7406 | CR | 284.00 | 57.72 | 11,286 | 632,000 | 6 OIL | Refinery | #6 Fuel Oil / Resid |
| 7413 | CR | 193.00 | 57.79 | 5,214 | 292,000 | 6HSB | Refinery | VGO HT |
| 7417 | INT | 193.00 | 57.77 | 5,214 | 292,000 | RCO | Refinery | RO Water |
| 7425 | INT | 193.00 | 57.44 | 5,214 | 292,000 | Gasoline | Refinery | RBOB (Gasoline) |
| 7426 | INT | 193.00 | 57.41 | 5,214 | 292,000 | Gasoline | Refinery | RBOB (Gasoline) |
| 7427 | CR | 284.00 | 57.71 | 11,286 | 632,000 | 6 OIL | Refinery | VGO |
| 7443 | EXT | 193.00 | 64.35 | 5,214 | 292,000 | Gasoline | Process Tank | Sour Water |
| 7444 | EXT | 193.00 | 64.74 | 5,214 | 292,000 | Gasoline | Refinery | SLOP |
| 7445 | EXT | 193.00 | 65.03 | 5,214 | 292,000 | Gasoline | Refinery | SLOP |
| 7446 | CR | 193.00 | 56.85 | 5,214 | 292,000 | 6 OIL | Refinery | Sour Diesel |
| 7447 | EXT | 193.00 | 65.11 | 5,214 | 292,000 | Gasoline | Refinery | Light Naphtha |
| 7448 | INT | 193.00 | 57.57 | 5,214 | 292,000 | Gasoline | Refinery | Light Naphtha |
| 7501 | CR | 193.00 | 58.04 | 5,214 | 292,000 | 6 OIL | Refinery | VGO |
| 7502 | CR | 193.00 | 58.06 | 5,214 | 292,000 | 6 OIL | Refinery | VGO (LS/HS Swing) |
| 7510 | EXT | 284.00 | 64.53 | 11,286 | 632,000 | CRUDE | Refinery | CRUDE |
| 7511 | EXT | 284.00 | 64.70 | 11,286 | 632,000 | CRUDE | Refinery | CRUDE |
| 7512 | EXT | 284.00 | 64.77 | 11,286 | 632,000 | CRUDE | Refinery | CRUDE |
| 7514 | EXT | 284.00 | 64.57 | 11,286 | 632,000 | RCO | Refinery | CRUDE |
| 7515 | EXT | 284.00 | 63.91 | 11,286 | 632,000 | CRUDE | Refinery | CRUDE |
| 7516 | EXT | 284.00 | 64.56 | 11,286 | 632,000 | CRUDE | Refinery | CRUDE |
| 7530 | SPHERE | 65.00 | 64.67 | C4 | 25,600 | BUTANE | Refinery | C4 - Butane |
| 7531 | SPHERE | 52.00 | 51.50 | C3 | 13,100 | Propane | Refinery | C3 - Propane |
| 7532 | SPHERE | 52.00 | N/A | C3 | 13,100 | Propane | Refinery | C3 - Propane |
| 7533 | SPHERE | 52.00 | 51.58 | C3 | 13,100 | Propane | Refinery | C3 - Propane |
| 7534 | SPHERE | 52.00 | 51.79 | C3 | 13,100 | Propane | Refinery | C3 - Propane |
| 7535 | SPHERE | 65.00 | 65.11 | C4 | 25,600 | BUTANE | Refinery | C4 - Butane |
| 7603 | INT | 196.00 | 71.90 | 5,377 | 371,000 | JET | Refinery | JET |
| 7604 | INT | 196.00 | 71.80 | 5,377 | 371,000 | ULSD | Refinery | ULSD |
| 7605 | EXT | 196.00 | 75.74 | 5,375 | 344,000 | ULSD | Refinery | ULSD |
| 7991 | SPHERE | 66.00 | 65.99 | C4's | 26,800 | BUTANE | Refinery | C4 - Butane |
| 7992 | SPHERE | 66.00 | 65.96 | C4's | 26,800 | BUTANE | Refinery | C4 - Butane |

CONFIDENTIAL

- 34 -

BP_Limetree_0013467

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

**Tanks converted to Refinery Service**



### 4.2.3 9025 Gasoline Blending

Recommissioning of existing Gasoline Blending system will be included in reinstate however existing system is to be evaluated for meeting expected product and blend-stock line-up / tankage needs as well as any new on-line product analyzer product requirements.

The following revamp scope is identified in the gasoline blending area:

- Recommission existing pumps P-3381 A/B in gasoline blending service. Conditions and flow rates will need to be verified because of the change in service.

CONFIDENTIAL

- 35 -

- Add two RVP analyzers along with online distillation analyzers. Safe RVP operating targets to be established by LBR.

### 4.2.4    4700 Sulfur Handling

The sulfur forming units will take liquid sulfur from SRU #3 and #4 and convert it into solid particles that can be shipped by truck to the dock for loading onto ships.

The revamp scope for the Sulfur Forming area includes:

- Install a new conveyor belt and structure.

- Install a new Silo and structure

Sulfur handling has been removed from Jacobs scope and thus will not be reflected in cost estimating, unless added as a below-the-line addition requested by LBR.  LBR has engaged Savage to provide Sulfur handling facilities.

### 4.2.5    3302 Fuel Gas Systems

A block flow of naphtha, LPG, and light gas treating is shown in the sketch below.  A large portion of refinery fuel gas will be provided by LPG as feed to gas turbines or from vaporizers into the fuel gas system. Coker gas will be treated within the coker facility while the remainder of sour gas in the #2 GRU.  Likewise, the coker LPG will be treated within the coker Merichem unit while saturated LPG will be treated in LPG plants #1 and #2.  We note there is currently no splitter for coker LPG and it is utilized primarily as charge to gas turbines.

- Revamp of the system will include the following: Add 2 new CEMS in fuel gas downstream of D-3354/3307

The fuel gas system has been modeled for the proposed heavy crude case.  Coker LPG will be used primarily for boilers and Gas Turbines to minimize olefins in the fuel gas header.  PSA offgas from the hydrotreaters will be routed to GRU 2 suction to allow higher hydrogen recovery.

The system and unit balances are designed for PSA and Sulfur plant modifications. Further review of partial unit operation and reduced rate scenarios will have to be reviewed to ensure that adequate fuel utilities can be provided.  Hydraulics throughout the system will need to be verified based on required flow rates.

Naphtha, LPG and Fuel Gas block flow is shown below and a detailed schematic of the fuel gas system is shown in Appendix F.

CONFIDENTIAL

CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

Naphtha, LPG and Fuel Gas System Block Flow



## 4.2.6    3304 / 7940 Flare Systems

FCC LP Flare to be re-instated for the East Plant. No.3 Flare will be reinsated for the West Plant. H2S scavenger injection can be used to control Sulfur emissions in the flare header. Scope is to include CEMS analyzers for H2S monitoring, flow and BTU value.

Revamp Scope includes the following:

- Install CEMS analyzers to flare systems

- Add hydrogen sulfide scavengers to flare systems. HOLD this revision for approval by client.

To ensure compliance with the consent decree and reduce the hydrogen sulfide scrubbing additive requirement, potential revisions to the PSV and flare system include::

- Install purge panels for all the recip compressors (at minimum for those that have measurable levels of hydrogen sulfide); double seals with nitrogen or hydrogen as buffer

CONFIDENTIAL    BP_Limetree_0013470



- Install blocks and bypasses on any single relief valves to allow them to be worked on-line.  Note the bypasses need to be high performance / tight shutoff

- Pre-drill gate valves to allow for bonnet injection for fugitive emissions control

- Install soft seats or bubble tight valves in emergency service that can go to flare (dump valves on HDS units)

- Install soft seats or rupture disks under key relief valves.

### 4.2.7    Propane unloading and storage facilities

Propane import facilities currently in use for the tank farm power supply will be required to import propane for fuel.

### 4.2.8    Other Utilities

Given unit operating capacities, steam and power demands, and product requirements, concept study assumed most of the utility facilities will be adequately sized for the proposed new service.  This should be verified along with the condition of these facilities to identify any refurbishment costs.  Note that in the original operation, some utilities were dependent on local suppliers and may no longer be available.

#### 4.2.8.1   Fire Water system

Fire Water systems will be re-instated pending inspection and maintenance.

#### 4.2.8.2   Process Sewers

Scope and path forward to be defined by LTB.

#### 4.2.8.3   3530 Benzene stripper

3530 Benzene Stripper facilities will be restarted to treat refinery waste water.

#### 4.2.8.1   1660/1662 API Separators

1660 API Separator #1 in the west plant will need to be recommissioned and pumping capacity will need to be increased.  1662 API Separator #3 will also be restarted for the east plant.  This facility will require a

Reinstate scope for the API Separators will be the following:

Limetree Bay Refinery Restart
Premise Document



- Install additional pumping capacity for API Separator #1
- Install skimmer for API Separator #3.

#### 4.2.8.2   Fresh water (RO) demand

Initial balance shows water demand of 600,000 GPD.  Allowing for internal demand, losses, contamination, we estimate leased capacity from Seven Seas to be 900,000 gpd (14,000 bpd).  Plenty of water storage tanks are available.

Water usage will largely be affected by condensate return and sour water disposition. LTB to establish appropriate target for the estimate basis including demand for Terminals, refinery potable, refinery housing among others.

Additional RO units will be leased as required.

### 4.2.9    ISBL / OSBL support system considerations to be included under Revamp

The following support systems with ISBL and OSBL operations are to be evaluated for addition or update/changes to existing:

Flare Stack/Equipment
CEMS Analyzers / GC (Gas Chromatograph) Shelters
Fire Detection
Sulfur Pelletizer (outside of scope To be included in SRU New unit scope).
Electrical grid, power station, and MCC's.
Fuel gas mixing and header system.
Chemical injection and skid systems. - Connections
Liquid feeds/products handling/metering systems; docks, dredging, tankage, etc.
Coke solids handling, storage and exporting equipment/dock/jetty. – outside of scope

Other areas required for utility supply include:

CONFIDENTIAL

- 39 -

Limetree Bay Refinery Restart
Premise Document



7930 FCC Utilities  - Air compressors within the utilities will be required.  Linde O2 System is being reviewed to increase SRU 3 and 4 capacity.  Tempered water system may also be required in support of these systems.

9065 Ballast Oil System - Restart existing ballast oil system

TETRA Sludge Handling COKE PREP FACILITY - Sludge handling will be  by batch truck transfers to the coker area.

CONFIDENTIAL

- 40 -

BP_Limetree_0013473

Limetree Bay Refinery Restart
Premise Document



# 5. Sulfur Plant Scope

The Sulfur plant and Tail Gas treating system will be a mix of refurbishment (Reinstate) and Revamp.

### 5.1.1    Sulfur Tail Gas Treater

The BEAV 2 unit will be replaced by a Scot Tail Gas unit to treat the total capacity of SRU3 and SRU 4. A new 600# steam reheater will be installed. The reactor and amine treating tower system will be revamped with lean and rich amine lines to ARU 6. New quench and absorber columns will be installed along with 4 new pumps (quench circulation and rich amine services).

### 5.1.2    Sulfur Handling

Sulfur handling facilities have been contracted to Savage Services who will be responsible for equipment design, installation, and operation.

### 5.1.3    SRU#3 / SRU#4 Modification Scope

At the same time, a reinstate/revamp with modifications is planned for the existing SRU#3 and SRU#4 plants.  The following scope is anticipated:

Claus Units 3 and 4 shall be re-used, with some modifications.

| Item | Number | Action | Comment |
| --- | --- | --- | --- |
| Acid Gas KO Drum | T-4742 | Reinstate | |
| Sour Water Pumps | P-4742 A/B | Reinstate | |
| Sour Water Gas KO Drum | T-4741 | Reinstate | |
| Sour Water Pumps | P-4741 A/B | Reinstate | |
| Air Blower (Motor) | C-4742 A | Revamp | Increase head of blowers from 7.5 psig to 12 psig. |
| Air Blower (Turbine) | C-4742 B | | Increase head of blowers from 7.5 psig to 12 psig. |

CONFIDENTIAL

BP_Limetree_0013474

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

| Item | Number | Action | Comment |
|---|---|---|---|
| Main Reaction Furnace | H-4741 | Revamp | Replace burner with two Duiker LMV-500 design<br>Replace refractory with fire resistant refractory.<br>Add temperature measurement locations.<br>Validate Burner Management System. |
| Oxygen Unit | | Revamp or Reinstate | O2 unit currently on FCC area and requires pipe and controls to Claus Units. Options to relocate, upgrade, or replace are being evaluated with Linde. |
| Steam Generator | E-4741 | Revamp | Verify thermal flux at hot end of boiler is acceptable.<br>Review gas exit temperature. |
| Condenser | E-4742 | Reinstate | |
| Reheater | H-4742 | Revamp | Replace with shell & tube HX (600# steam) |
| Reactor | R-4741 | Revamp | Replace catalyst in all sections with Claus catalyst. |
| Condenser | E-4743 | Reinstate | |
| Reheater | H-4743 | Revamp | Replace with shell & tube HX (600# steam) |
| Condenser | E-4744 | Reinstate | |
| Reheater | H-4744 | Revamp | Replace with shell & tube HX (600# steam) |
| Condenser | E-4745 | Reinstate | |
| Tail Gas Analyser | | Revamp | |
| Sulphur Dip Legs | | Revamp | New sultraps |
| Sulphur Pit | | Revamp | Remove sulfur and repair walls and floor, install in-pit degassing as per Comprimo specification. |
| Sulphur Pumps | | Hold | Inspect, plan to re-use if as-is if adequate. |
| Acid Gas KO Drum | T-4752 | Reinstate | |
| Sour Water Pumps | P-4752 A/B | Reinstate | |
| Sour Water Gas KO Drum | T-4751 | Reinstate | |

CONFIDENTIAL

CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

| Item | Number | Action | Comment |
|---|---|---|---|
| **Sour Water Pumps** | P-4751 A/B | Reinstate | |
| **Air Blower (Motor)** | C-4751 | Revamp | Increase head of blowers from 7.5 psig to 12 psig |
| **Main Reaction Furnace** | H-4751 | Revamp | |
| **O2 Unit** | | Revamp or Reinstate | |
| **Steam Generator** | E-4751 | Revamp | Verify thermal flux at hot end of boiler is acceptable. Review gas exit temperature. |
| **Condenser** | E-4752 | Reinstate | |
| **Reheater** | E-4756 | Reinstate | |
| **Reactor** | R-4751 | Revamp | Replace catalyst in all sections with Claus catalyst. |
| **Condenser** | E-4753 | Reinstate | |
| **Reheater** | E-4756 | Reinstate | |
| **Condenser** | E-4754 | Reinstate | |
| **Reheater** | E-4758 | Reinstate | |
| **Condenser** | E-4755 | Reinstate | |
| **Tail Gas Analyser** | | Revamp | |
| **Trim Heater** | S-4751 | Remove | |
| **Sulphur Dip Legs** | | Revamp | New sultraps |
| **Sulphur Pit** | | Revamp | Remove sulfur and repair walls and floor, Install in-pit degassing as per Comprimo specification. |
| **Sulphur Pumps** | | Hold | Inspect,plan to re-use as-is if adequate. |

CONFIDENTIAL

- 45 -

BP_Limetree_0013476

Limetree Bay Refinery Restart
Premise Document



| Item | Number | Action | Comment |
|---|---|---|---|
| Sulfur former | | Revamp | Sulfur handling and loading facilities to be provided by Savage Services |
| Sulfur Pelletizers | | Reinstate | |
| Sulfur Ship Loader | | Reinstate | |

### 5.1.4    Tail Gas Units

Limetree Bay had a single Beavon Stretford Tail Gas Unit in the East Plant. Beavon Stretford technology units are unacceptable operationally, environmentally and technically in the present day and shall be replaced by re-using the front end of the unit but replacing the H2S extraction part with an amine system.  A new amine absorber and quench water column system will be used to remove $H_2S$ from tail gas. ARU 6 will be used to regenerate rich amine with new piping required to connect the units.

| Item | Number | Action | Comment |
|---|---|---|---|
| Reducing Gas Generator | H-4761 | Demolish | Replace In-Line fired heater with 600 psig heat exchanger |
| Air Blower | C-4761 | IDLE | |
| Hydrogenation Reactor | R-4761 | Revamp | Add new Low Temperature TGU catalyst |
| Hydrogen Supply | | Revamp | Install H2 supply line.  Connect to PSA unit. |
| Reactor Effluent Cooler | E-4761 | IDLE | Could be removed if discovered to be in poor condition.  Demo if required by project. |
| Quench and Absorber Column | T-4761 | Revamp | Replace tower and packing with new Quench and Absorber Columns and internal packing. |
| Quench Water Pumps | P-4761 | Reinstate | |
| Quench Cooler | E-4762 | Reinstate | |
| Quench pH Analyzer | | Revamp | |
| TGU Analyzer | | Revamp | H2S, COS, CS2 and CO2 |
| Exhaust Blower | C-4763 | IDLE | Replace with Recycle steam driven educator |
| Incinerator | | Revamp | Re-use existing Incinerator and Stack |
| Stack | | Reinstate | Re-use existing Incinerator and Stack |

CONFIDENTIAL

- 44 -

**JACOBS**

| Item | Number | Action | Comment |
|---|---|---|---|
| Solvent Regenerator | T-7451 | Reinstate | ARU 6 |
| Overhead Condenser | E-7451 | Reinstate | ARU 6 |
| Overhead Drum | D-7451 | Reinstate | ARU 6 |
| Overhead Reflux Pumps | P-7451 A/B | Reinstate | ARU 6 |
| Reboilers | E-7452 A/B | Reinstate | ARU 6 |
| Condensate Pots | D-7454 A/B | Reinstate | ARU 6 |
| Amine Tank | TK-7491 | Reinstate | ARU 6 |
| Fresh Amine Pumps | P-7454 A/B | Reinstate | ARU 6 |
| Sump Vessel | D-7455 | Reinstate | ARU 6 |
| Sump Pumps | P-7455 A/B | Reinstate | ARU 6 |
| Feed/Effluent Heat Exchangers | E-7453 A/B | Reinstate | ARU 6 |
| Amine Pumps | P-7452 A/B | Reinstate | ARU 6 |
| Amine Cooler | E-7454 | Reinstate | ARU 6 |
| Amine Filters | F-7454, F-7451, F-7452 | Reinstate | ARU 6 |
| Carbon Adsorber | S-7453 | Reinstate | ARU 6 |
| Rich Amine Flash Drum | D7452 | Reinstate | ARU 6 |
| RAFD Pumps | P-7453 A/B | Reinstate | ARU 6 |
| RAFD Oil Pumps | P-7456 | Remove | ARU 6 |
| Amine Reclaimer Separator | D-7460 | Remove | ARU 6 |
| Reclaimer Caustic Pot | D-7461 | Remove | ARU 6 |
| Vacuum KO Drum | D-7462 | Remove | ARU 6 |
| Amine Reclaimer | E-7455 | Remove | ARU 6 |
| Amine Reclaimer Condenser | E-7456 | Remove | ARU 6 |
| Seal Liquid Cooler | E-7457 | Remove | ARU 6 |

CONFIDENTIAL

BP_Limetree_0013478

**JACOBS**

| Item | Number | Action | Comment |
|---|---|---|---|
| **Amine Reclaimer Vacuum Pumps** | P-7468 A/B | Remove | ARU 6 |
| **Reclaimed Amine Pumps** | P-7461 A/B | Remove | ARU 6 |
| **Incinerator** | | Reinstate | Re-use existing Incinerator and Stack |
| **Stack** | | Reinstate | Re-use existing Incinerator and Stack |

BP_Limetree_0013479

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

# 6. Interconnecting Piping

All unit interconnect piping has been traced hydraulics have been verified.  Appendix H shows the detailed interconnects.  There is some scope in terms of jump-overs, control valves, blinds, and instrumentation.   New long pipe-runs have been minimized to the extent possible.

CONFIDENTIAL



# 7. Reinstatement Scope

## 7.1     Preliminary Equipment Assessment

Establishing the extent of Equipment repairs or replacement required for reinstatement is one component in determining the overall refinery restart cost.  Jacobs is not responsible for this portion of the scope or cost estimate.

Limetree Bay Refinery Restart
Premise Document



# 8. HAZOP Requirements for Restart

The refinery units have not been risk-assessed in at least 5 years and the facility will therefore require revalidation HAZOPs to be performed for each of the restart units per OSHA 1910.119 requirements. These revalidation HAZOP's are required every 5 years by law.

The facility owner will determine the approach and timing required to complete the HAZOP review. The cost allocation to complete the HAZOP review will be included in the estimate under "Owner's Costs".

Revalidation HAZOP's effort is not expected to be included in the Restart Project scope and is the responsibility of the facility owner. The owner may solicit assistance of Jacobs or others to complete this work.

Note: To support the initial cost estimate, the higher level risk assessment HAZID methodology will be applied to all revamp units. *This is not an OSHA 1919 requirement, but is designed to identify those process related risks which may have significant impact the refinery restart schedule or cost estimate.*

CONFIDENTIAL

- 49 -

Limetree Bay Refinery Restart
Premise Document



# 9. Cost Estimate Approach

The estimate will be broken down by Process Units/Areas and further into the "buckets" for Reinstate, Revamp and Common scope per the preliminary basis shown below. Final accounting will depend upon the assessed condition of equipment following visual inspection and review of available inspection records.

| Units | Unit No. | Process Units/Areas | Revamp Scope | Reinstate Scope | Common |
|---|---|---|---|---|---|
| 1 | 3400 | Gas Turbines | Y | Y | Y |
| 2 | 3301 | Boilers | Y | Y | |
| 3 | 3300 | Utilities | Y | Y | |
| 4 | | OSBL and Storage | Y | Y | |
| 5 | 3100 | CDU#5 | Y (Integrate Desalter, updgrade compressor) | Y | |
| 6 | 4100 | #6 CDU (Partial) | Y (Desalter and Naph Frac) | Y | |
| 7 | 4200 | VDU#3 | N | Y | |
| 8 | 4850 | GRU#2 | N | Y | |
| 9 | 3200 | LPG#1 | N | Y | |
| 10 | 4820 | LPG#2 | N | Y | |
| 11 | 4860 | LPG#3 | N | Y | |
| 12 | 3202 | DIP (T-3201) | Y (Naph Frac) | Y | |
| 13 | 4740 | SRU#3 | Y (REVAMP Beavon2 to Scot Tail Gas Unit,new r/d system, intermed storage, degassing new 600# steam heaters on recycle gas lines to R-4751 similar to SRU#4 design) | Y | |
| 14 | 4830 | ARU#4 | N | Y | |
| 15 | 5830 | ARU #5 | Y (New Rich oil flash drum) | Y | |

CONFIDENTIAL

- 50 -

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

| Units | Unit No. | Process Units/Areas | Revamp Scope | Reinstate Scope | Common |
|---|---|---|---|---|---|
| 16 | 7450 | ARU #6 | Y (Integrate with Scot TGU) | Y | |
| 17 | 7400 | SWS #5 | N | Y | |
| 18 | 5400 | HYDROBON / PLAT #4 | Y (Add Chloride treating for LPG/Net H2) | Y | |
| 19 | 8500 | COKER | Y (Ejector, Delta Valve, instrumentation) | Y | |
| 20 | 4750 | SRU#4 | Y (New Scot Tail Gas Unit, new rundown system, intermediate storage, degassing) | Y | |
| 21 | 7460 | ARU #7 | N | Y | |
| 22 | 4730 | SWS #4 | Y | Y | |
| 23 | 4720 | SWS #3 | Y ( Convert TK-7443 to sour water service and provide SW flash drum) | Y | |
| 24 | 4300 | DD 7 | Y (New PSA) | Y | |
| 25 | 4600 | DD 6 | Y (New HX, modify fractionator reboiler) | Y | |
| 26 | 4400 | HYDROBON / PLAT #3 | Y (Convert Hydrobon to light Naphtha HDT) | Y | |
| 27 | 0200 | Penex | Y (Convert to Par-Isom. Add new reactor from DD2) | Y | |

CONFIDENTIAL

CONFIDENTIAL

**JACOBS**

| Units | Unit No. | Process Units/Areas | Revamp Scope | Reinstate Scope | Common |
|---|---|---|---|---|---|
| 28 | 4760 | Beavon 2 | Y (Isolate and demolish Stratford 2 unit, replace with Scot TGU) | Y | |
| 29 | 4700 | Sulfur Storage | To be coordinated by Savage Services | N | |
| 30 | | Sulfur Storage Basin @ Docks | N Scope shared with Savage Services | Y (Remove all temporarily stored items and debris, Site Prep, reinstate conveyor system for ship loading) | |
| 31 | 3530 | Benzene Stripper | N | Y | |
| 32 | 7500 | LPG Merox | Y (Anti-oxidant injection, route Lt Ckr Naphtha) | Y | |
| 32 | WEST | Gasoline Blending | N | Y | |
| 33 | 8600 | Coker Storage & Handling | | Y | |

CONFIDENTIAL

CONFIDENTIAL

BP_Limetree_0013485



# Appendix A.  Configuration Block Flow Diagram

Block Flow diagrams and Utility Summary Estimates are included for the following boundary cases which set the basis for the Refinery restart:

| BFD | Block Flow / Utility Summary Title | Case Description |
|---|---|---|
| 1 | Basei P1 Refinery Restart Configuration | Heavy Crude Case |
| 2 | Case4i P1 Refinery Restart Configuration | Light Crude Case |

CONFIDENTIAL

CONFIDENTIAL

BP_Limetree_0013486

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

### 53. Base Alt Refinery Restart 143 (125 Castilla + 18 FO)
*Reduce Isom from 30 to 24 kBD and Dec jet from 3000 to 8 ppm (flex to diesel)*



**H2 Balance***

| Producers | MMSCFD | SCFB |
|---|---|---|
| Ref | 45.8 | 995 |
| Bal | -0.7 | |
| Consumers | | |
| LNHT | -0.5 | 23 |
| Isom | -4.5 | 187 |
| NHT | -2.0 | 45 |
| DHT | -10.5 | 345 |
| GOHT | -25.8 | 573 |
| DD9 | -1.7 | 135 |

*^ 100% purity basis, chem-sol*

**Light ends yields (perfect cuts), BPSD**

| Unit | C2- FOEB | C3 | C4 |
|---|---|---|---|
| Purch Naph | 0 | 0 | 375 |
| CDU5 (w/ T-) | 0 | 46 | 445 |
| Vac3 | 0 | 0 | 0 |
| LNHT | 63 | 0 | 0 |
| Isom | 840 | 0 | 0 |
| NHT | 131 | 0 | 0 |
| Ref | 131 | 1,337 | 1,828 |
| DHT | 211 | 0 | 0 |
| MHC | 106 | 34 | 61 |
| RenewHTU | 0 | 0 | 0 |
| DCU | 3,524 | 2,200 | 1,742 |
| Gas plant | 723 | -1,049 | -89 |
| Net | 5,730 | 2,569 | 4,362 |

**Gasoline Props for F2 VOC BOB** / **F2 VOC BOB**

| | | | | | | C3 Rec | C4 Recov |
|---|---|---|---|---|---|---|---|
| | | | | | | 71% | 98%+ |
| Volume BPSD | 0 | 40,529 | 0 | 40,529 | 23,362 | 0 | F2 VOC BOB |
| SG | 0.674 | 0.772 | 0.585 | 0.777 | 0.674 | 0.585 | |
| Sulfur, wppm | 0.0 | 0.5 | 0.1 | 0.5 | 0.0 | 0.1 | |
| Aromatics, vol% | 0.0 | 40.0 | 0.0 | 40.0 | 0.0 | 0.0 | |
| RON | 79.5 | 88.0 | 94.0 | 88.0 | 79.5 | 94.0 | |
| MON | 77.5 | 79.0 | 89.1 | 79.0 | 77.5 | 89.1 | |
| RM2 | 78.5 | 83.5 | 90.5 | 83.5 | 78.5 | 91.6 | >83.5 |
| rvp, psi | 12.8 | 2.5 | 51.6 | 2.5 | 12.8 | 51.6 | <6.5 |
| Benzene, lv% | 0.00 | 0.80 | 0.00 | 0.80 | 0.0 | 0.0 | |

*^ Might target 83 RM2 BOB when higher aromatics and ethanol bump (84 i.pool)*
*RM2 giveaway - add purch naph*

**Subgrade Gasoline BOB**

| | LN | Ref | LCkN | C4 | Sub BOB | | | |
|---|---|---|---|---|---|---|---|---|
| Volume BPSD | 23,362 | 40,529 | 2,089 | 0 | 65,980 | | | |
| SG | 0.674 | 0.777 | 0.714 | 0.585 | 0.739 | | | |
| Sulfur, wppm | 0.0 | 0.5 | 250 | 0.1 | 8.0 | | | |
| Aromatics, vol% | 0.0 | 40.0 | 14.0 | 0.0 | 25.0 | | | |
| RON | 79.5 | 88.0 | 81.0 | 94.0 | 84.8 | | | |
| MON | 77.5 | 79.0 | 74.0 | 89.1 | 78.3 | | | |
| RM2 | 78.5 | 83.5 | 77.5 | 91.6 | 81.5 | | | |
| rvp, psi | 12.8 | 2.5 | 12.0 | 51.6 | 6.9 | | | |
| Benzene, lv% | 0.0 | 0.8 | 0.2 | 0.0 | 0.5 | | | |
| Distillation TBP °F | | | | | | | | |
| 0 | 10 | 82 | 26 | - | 23 | | | |
| 5 | 44 | 126 | 53 | - | 81 | | | |
| 10 | 77 | 149 | 81 | - | 109 | | | |
| 30 | 121 | 230 | 120 | - | 138 | | | |
| 50 | 135 | 255 | 144 | - | 169 | | | |
| 70 | 144 | 285 | 170 | - | 252 | | | |
| 90 | 161 | 326 | 202 | - | 310 | | | |
| 95 | 177 | 331 | 217 | - | 325 | | | |
| 100 | 207 | 350 | 228 | - | 340 | | | |

CONFIDENTIAL

BP_Limetree_0013487

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

### Utility and Emissions - 53. Base Alt Refinery Restart 143 (125 Castilla + 18 FO)

| Process Unit | Capacity | Units | Power KW | Steam 600 psig kB/hr | 300 psig kB/hr | 150 psig kB/hr | 50 psig kB/hr | Proc Water | BFW kB/hr | Cond. kB/hr | Sour Water kB/hr | Waste Water kB/hr | Refinery Fuel Gas MMBTU/hr | Refinery Fuel Gas MMBTU/hr | Pilot Gas MMBTU/h | SOx MT/day | NOx MT/day | Direct CO2 MT/day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDUS (w/ T-3107) | 143,128 | BSD Chg. | (5,912) | (33.6) | (4.7) | (28.9) | | (90) | | 27.4 | | 125 | 0.0 | 370.2 | 11 | 0.04 | 0.22 | 567 |
| Fuel Oil Fractionator (T-160) | 0 | BSD Chg. | (0) | | | | | | | | | | 0.0 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| Vac3 | 90,000 | BSD Chg. | (3,768) | (15.3) | (34.9) | (0.9) | 14.1 | | | | 37.0 | | 8.4 | 270.2 | 8 | 0.03 | 0.16 | 414 |
| DCU | 45,493 | BSD Chg. | (14,406) | (20) | | 7 | | (57) | (63) | 73 | 60.0 | | 838.3 | 269.0 | 8 | 0.03 | 0.16 | 412 |
| Merox | 10,730 | BSD Chg. | (515) | | (3) | | | | | 3 | | | 0.0 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| GOHT | 44,992 | BPSD | (2,265) | | (1) | (11) | | (43) | | | 56 | | 98.8 | 153.8 | 0 | 0.01 | 0.09 | 229 |
| DHT | 30,508 | BPSD | (1,807) | (42) | | | 42 | (19) | | 20 | | | 113.2 | 70.9 | 0 | 0.01 | 0.04 | 106 |
| KHT | 12,600 | BPSD | (463) | (7) | | | 7 | (8) | | 8 | | | 78.5 | 29.3 | 0 | 0.00 | 0.02 | 44 |
| LNHT | 24,037 | BSD Chg. | (841) | (6) | | | 6 | | | | | | 15.9 | 29.0 | 1 | 0.00 | 0.02 | 44 |
| Isom | 24,000 | BSD Chg. | (1,759) | (43) | (9) | (5) | 6 | | | 51 | | | 181.7 | 36.0 | 0 | 0.00 | 0.02 | 54 |
| NHT | 46,020 | BSD Chg. | (1,610) | (9) | | | | | | 9 | | | 13.1 | 113.1 | 3 | 0.01 | 0.07 | 173 |
| Ref | 46,000 | BPSD | (2,414) | 32 | (11) | | | (133) | | 106 | 6 | 1 | 33.1 | 580.7 | 17 | 0.06 | 0.35 | 890 |
| Naphtha Stabilizer (T-4107) | 15,255 | BPSD | (311) | (27) | | | | | | 27 | | | 0.0 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| Naphtha Splitters (T-3201/T-4109) | 35,035 | BPSD | (205) | | (71) | | | | | 71 | | | 0.0 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| RenewHTU | 0 | BPSD | | | | (0) | | | | 0 | | | 0.0 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| LPG Frac and GRU | 6,931 | BPSD | (1,535) | | (15) | (19) | | | | 35 | | | 175.2 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| Sulfur Plant | 252 | LT/d | (2,388) | (8) | | 66 | (9.1) | | (68) | 20 | 1 | | 0 | 14 | 0 | 2.66 | 0.01 | 21 |
| Amine Regen | 227 | TPD AG | (296) | | | | (114) | | | 114 | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| SW Stripper | 188 | MLB/h | (45) | | | | (28) | 188 | | 28 | (188) | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| H2 Plant | 0.0 | MMSCFD | | | | | | (0) | | | | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Tempered water | 0 | gpm | | (12) | | | 12 | | | (5) | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Misc (buildings and offsites) | - | | (4,500) | | | | (20) | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Dearators | 769 | MLB BFW | -579 | (32) | | | (37) | | 769 | (732) | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Other utilities | | | | (17) | | (12) | 17 | | | | | | | | | | | |
| Desul Requirements | 0 | MLB/h | 0 | | | | | | | 180 | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| HP MP Letdowns | 265 | MLB/h | 0 | (265) | 771 | | | | | (5) | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| MHP MP Letdowns | 137 | MLB/h | 0 | | (137) | 137 | | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | |
| MP LP Letdowns | 123 | MLB/h | 0 | | | (123) | 123 | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | |
| C3 Vaporizer | 2,569 | | 0 | | | (4) | | | | | | | 407.7 | 0 | 0 | 0.00 | 0.00 | 0 |
| C4 Vaporizer | 4,362 | | 0 | | | (7) | | | | | | | 778.1 | 0 | 0 | 0.00 | 0.00 | 0 |
| Purch LPG Vaporizer | 1,562 | BPSD | 0 | | | (7) | | | | | | | 279 | 0 | 0 | 0.00 | 0.00 | 0 |
| Gas Turbine / Steam Gen | 52.1 | MW | 52117 | 341 | | | | | (341) | | | | 0 | 826 | 0 | 0.08 | 0.49 | 1232 |
| HP Steam Turbine Generator | 0 | MLB/h | 0 | | | | | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| MP to Cond Steam Turbine Generator | 0 | MLB/h | 0 | | | | | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Process Boilers | 80 | MLB/h | 0 | 80 | | | | | (80) | | | | 0 | 107 | 0 | 0.01 | 0.06 | 159 |
| GT-13 Duct firing (up to 200kpph, efficient) | 85 | MLB/h | 0 | 85 | | | | | (85) | | | | 0 | 101 | 0 | 0.01 | 0.06 | 151 |
| Terminal base demand | 7 | MW | (7,000) | | | | | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Spinning Reserve | 0 | MW | | | | | | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| **TOTALS** | | | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | -127 | 3019 | 2970 | 49 | 2.9 | 1.8 | 4497 |

Notes

Hydrocracker Electricity includes H2 compression costs.

Nat Gas purchase includes nat gas that is used for 1st Energy Steam Production (not shown here)

Sulfur plant SOx assumes that 99.5% of Sulfur is recovered (typical SuperClaus and SCOT tail gas recovery efficiencies)

Gas plant steam/electricity/power are included in appropriate process units (crude, sat gas plant, Coker gas plant, FCC unsat gas plant, etc.)

Steam and power tuned to site data for Reformer and Vac unit

| | | |
|---|---|---|
| Fuel Gas Sale: | 0 | MMBTU/h |
| Fuel Purch: | 278.8 | MMBTU/h |

H2 Purchase, MMSCFD (100% H2): 0.0

**Indirect CO2 Emissions:**

| | |
|---|---|
| CO2 from Power MTD (gxd    0.01719 MTD/kWh) | 0 |
| CO2 from H2 Purchase, MTD | 0 |
| Total Indirect CO2 Emissions, MTD | 0 |
| **Total Indirect+Direct CO2 Emissions, MTD:** | **4497** |
| 111.36    CO2 #/bbl of crude | 69.3 |

CONFIDENTIAL

55

BP_Limetree_0013488

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

## 54. Base Light Crude
### Reduce Isom from 30 to 24 kBD and Dec jet from 3000 to 8 ppm (flex to diesel)



Limetree Bay Refinery Restart
Premise Document

# JACOBS

## Utility and Emissions - 54. Base Light Crude

| Process Unit | Capacity | Units | Power KW | Steam (positive = generation) 600 psig klb/hr | 300 psig klb/hr | 150 psig klb/hr | 50 psig klb/hr | Proc Water | BFW klb/hr | Cond. klb/hr | Sour Water klb/hr | Waste Water klb/hr | Refinery Fuel Gas Generated MMBTU/hr | Refinery Fuel Gas Consumed MMBTU/hr | Pilot Gas MMBTU/h | SOx MT/day | NOx MT/day | Direct CO2 MT/day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDUS (w/ T-3107) | 180,000 | BSD Chg. | (7,435) | (42.2) | (5.9) | (36.4) | | (113) | | 34.4 | | 158 | 6.9 | 465.5 | 14 | 0.04 | 0.28 | 714 |
| Fuel Oil Fractionator (T-160) | 0 | BSD Chg. | (0) | | | | | | | | | | 0.0 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| Vac3 | 90,000 | BSD Chg. | (3,768) | (15.3) | (34.9) | (0.9) | 14.1 | | | | 37.0 | | 8.4 | 270.2 | 8 | 0.03 | 0.16 | 414 |
| DCU | 54,189 | BSD Chg. | (17,160) | (24) | | 8 | | (68) | (75) | 87 | 71.5 | | 800.1 | 320.4 | 10 | 0.03 | 0.19 | 491 |
| Merox | 17,035 | BSD Chg. | (860) | | (6) | | | | | 6 | | | 0.0 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| GOHT | 46,332 | BPSD | (2,333) | | (1) | (11) | | (44) | | 58 | | | 97.0 | 158.3 | 0 | 0.02 | 0.09 | 236 |
| DHT | 49,545 | BPSD | (2,935) | (68) | | | 68 | (31) | | 32 | | | 144.5 | 115.2 | 0 | 0.01 | 0.07 | 172 |
| KHT | 19,941 | BPSD | (737) | (11) | | | 11 | (12) | | 13 | | | 28.4 | 46.4 | 0 | 0.00 | 0.03 | 69 |
| LNHT | 24,037 | BSD Chg. | (841) | (6) | | | 6 | | | | | | 16.0 | 29.0 | 1 | 0.00 | 0.02 | 44 |
| Isom | 24,000 | BSD Chg. | (1,759) | (43) | (9) | (5) | 6 | | | 51 | | | 182.3 | 36.0 | 0 | 0.00 | 0.02 | 54 |
| NHT | 46,021 | BSD Chg. | (1,610) | (9) | | | | | | 9 | | | 13.5 | 113.1 | 3 | 0.01 | 0.07 | 173 |
| Ref | 46,000 | BPSD | (2,414) | 32 | (11) | | | (133) | 104 | 6 | 1 | | 68.6 | 580.7 | 17 | 0.05 | 0.35 | 890 |
| Naphtha Stabilizer (T-4107) | 8,166 | BPSD | (166) | (15) | | | | | 15 | | | | 0.0 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| Naphtha Splitters (T-3201/T-4109) | 39,108 | BPSD | (279) | | (79) | | | | 79 | | | | 0.0 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| RenewHTU | 0 | BPSD | | | | (0) | | | 0 | | | | 0.0 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| LPG Frac and GRU | 10,051 | BPSD | (2,226) | | | (27) | (28) | | 50 | | | | 205.8 | 0.0 | 0 | 0.00 | 0.00 | 0 |
| Sulfur Plant | 335 | LT/d | (3,169) | (11) | | 87 | (12.1) | | (83) | 20 | 1 | | 0 | 18 | 0 | 3.53 | 0.01 | 27 |
| Amine Regen | 301 | TPD AG | (397) | | | | (151) | | | 151 | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| SW Stripper | 218 | MLB/h | (52) | | | | (33) | 218 | | 33 | (218) | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| H2 Plant | 0.0 | MMSCFD | | | | | | | (0) | | | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Tempered water | 0 | gpm | | (12) | | | 12 | | | (5) | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Misc (buildings and offsites) | - | | (4,500) | | | | (20) | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Deaerators | 867 | MLB BFW | -652 | (36) | | | (42) | 867 | (825) | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Other utilities | | | | (17) | | (12) | 17 | | | | | | | | | | | |
| Desal Requirements | 0 | MLB/h | 0 | | | | | | 198 | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| HP MP Letdowns | 299 | MLB/h | 0 | (299) | 305 | | | | (6) | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| MHP MP Letdowns | 159 | MLB/h | 0 | | (159) | 159 | | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | |
| MP LP Letdowns | 151 | MLB/h | 0 | | | (151) | 151 | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | |
| C3 Vaporizer | 3,480 | | 0 | | | (5) | | | | | | | 552.3 | 0 | 0 | 0.00 | 0.00 | 0 |
| C4 Vaporizer | 6,572 | | 0 | | | (10) | | | | | | | 1172.3 | 0 | 0 | 0.00 | 0.00 | 0 |
| Purch LPG Vaporizer | 113 | BPSD | 0 | | | (0) | | | | | | | 20 | 0 | 0 | 0.00 | 0.00 | 0 |
| Gas Turbine / Steam Gen | 59.7 | MW | 59734 | 357 | | | | | (357) | | | | 0 | 898 | 0 | 0.09 | 0.54 | 1338 |
| HP Steam Turbine Generator | 0 | MLB/h | 0 | | | | | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| MP to Cond Steam Turbine Generator | 0 | MLB/h | 0 | | | | | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Process Boilers | 80 | MLB/h | 0 | 80 | | | | | (80) | | | | 0 | 107 | 0 | 0.01 | 0.06 | 159 |
| GT-13 Duct firing (up to 200kpph, el/accm) | 140 | MLB/h | 0 | 140 | | | | | (140) | | | | 0 | 165 | 0 | 0.02 | 0.10 | 247 |
| Terminal base demand | 7 | MW | (7,000) | | | | | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| Spinning Reserve | 0 | MW | | | | | | | | | | | 0 | 0 | 0 | 0.00 | 0.00 | 0 |
| TOTALS | | | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | -159 | 3376 | 3323 | 53 | 3.8 | 2.0 | 5030 |

Notes

Hydrocracker Electricity includes H2 compression costs.

Nat Gas purchase includes nat gas that is used for 1st Energy Steam Production (not shown here)

Sulfur plant SOx assumes that 99.5% of Sulfur is recovered (typical SuperClaus and SCOT tail gas recovery efficiencies)

Gas plant steam/electricity/power are included in appropriate process units (crude: sat gas plant, Coker gas plant, FCC unsat gas plant, etc.)

Steam and power tuned to site data for Reformer and Vac unit

| | | |
|---|---|---|
| Fuel Gas Sale: | 0 | MMBTU/h |
| Fuel Purch: | 20.2 | MMBTU/h |

H2 Purchase, MMSCFD (100% H2):

Indirect CO2 Emissions:

| | |
|---|---|
| CO2 from Power MTD (gxd   0.01719 MTD/kWh) | 0 |
| CO2 from H2 Purchase, MTD | 0 |
| Total Indirect CO2 Emissions, MTD | 0 |
| Total Indirect+Direct CO2 Emissions, MTD: | 5030 |
| CO2 #/bbl of crude | 61.6 |

H2 Purchase, MMSCFD (100% H2):   0.0

111.36

CONFIDENTIAL

CONFIDENTIAL

BP_Limetree_0013490

Limetree Bay Refinery Restart
Premise Document



# Appendix B. Unit Assays

## Castilla Blend - Summary Crude Oil Assay Report

| Source of Sample | | Light Hydrocarbon Analysis | | | Assay Summary / TBP Data | | |
|---|---|---|---|---|---|---|---|
| Reference: | M12CAS1m3 | H2S* | ppm wt | - | Gravity (°API) | 18.8 | |
| | | Methane | %wt | 0.00 | Sulphur (%wt) | 1.6 | |
| Name: | Castilla Blend | Ethane | %wt | 0.00 | | | |
| | | Propane | %wt | 0.02 | Yield on Crude | %wt | %vol |
| Origin: | Colombia | Isobutane | %wt | 0.04 | Gas to C4 | 0.25 | 0.40 |
| | | n-Butane | %wt | 0.18 | Light Distillate to 149°C | 9.95 | 13.50 |
| Sample Date: | 10/20/2011 | Isopentane | %wt | 1.21 | Kerosene 149 - 232°C | 4.90 | 5.65 |
| | | n-Pentane | %wt | 1.60 | Gas Oil 232 - 369°C | 21.25 | 22.25 |
| Comments: | | Cyclopentane | %wt | 0.04 | Vacuum Gas Oil 369°C - 550°C | 32.20 | 31.35 |
| | | C6 paraffins | %wt | 2.14 | Residue above 550°C | 31.45 | 26.85 |
| | | C6 naphthenes | %wt | 0.59 | | | |
| | | Benzene | %wt | 0.12 | Volume expansion: 0.1 per cent vol | | |
| | | *Dissolved in liquid | | | on crude distributed across whole distillation | | |

| Cut Data | Crude | Distillates | | | | | | | | | Residues | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Light Naphtha | Heavy Naphtha | Kero | Light Gas Oil | Heavy Gas Oil | Light Vacuum Gas Oil | Heavy Vacuum Gas Oil | | AtRes | | VacRes | |
| Start (°C API) | IBP | C5 | 95 | 149 | 175 | 232 | 342 | 369 | 509 | 550 | 413 | 403 | 540 | 585 |
| End (°C API) | FBP | 95 | 149 | 175 | 232 | 342 | 369 | 509 | 550 | 585 | FBP | FBP | FBP | FBP |
| Yield on crude (% wt) | 100 | 6.60 | 3.35 | 1.60 | 3.30 | 16.40 | 4.85 | 25.95 | 6.20 | 4.85 | 63.45 | 37.45 | 31.45 | 26.60 |
| Yield on crude (% vol) | 100 | 9.35 | 4.20 | 1.90 | 3.75 | 17.25 | 4.95 | 25.45 | 5.90 | 4.45 | 58.20 | 41.75 | 26.85 | 22.40 |
| Density at 15°C (kg/litre) | 0.9410 | 0.6645 | 0.7580 | 0.7888 | 0.8295 | 0.8909 | 0.9225 | 0.9581 | 0.9921 | 1.0191 | 0.9273 | 1.0418 | 1.1002 | 1.1170 |
| Total Sulphur (% wt) | 1.6 | 0.025 | 0.004 | 0.029 | 0.086 | 0.5 | 1.04 | 1.44 | 1.92 | 2.15 | 2.3 | 2.59 | 3.00 | 3.26 |
| Mercaptan Sulphur (ppm wt) | 7 | 48 | 4 | 2 | 3 | 10 | - | - | - | - | - | - | - | - |
| Total Nitrogen (ppm wt) | 3400 | 0 | 0.1 | 0.3 | 0.9 | 42 | 330 | 1500 | 3300 | 4200 | 4370 | 7600 | 8700 | 9600 |
| Basic Nitrogen (ppm wt) | 844 | - | - | - | - | 34 | 120 | 420 | 875 | 1105 | 1304 | 1420 | 2107 | 2313 |
| Acidity (mgKOH/g) | 0.35 | 0.008 | 0.010 | 0.011 | 0.022 | 0.11 | 0.19 | 0.25 | 0.33 | 0.24 | 0.15 | 0.13 | 2.30 | 0.03 |
| Viscosity at 20°C (cSt) | 456.6 | - | - | - | - | - | - | - | - | - | | | | - |
| Viscosity at 30°C (cSt) | 246.5 | - | - | - | - | - | - | - | - | - | | | | - |
| Viscosity at 40°C (cSt) | 143.8 | - | - | - | 1.317 | - | - | - | - | - | | | | - |
| Viscosity at 50°C (cSt) | 89.66 | - | - | - | - | 3.178 | 10.63 | - | - | - | | | | - |
| Viscosity at 60°C (cSt) | - | - | - | - | 1.022 | - | - | 49.74 | 1441 | 14540 | 8635 | | | - |
| Viscosity at 100°C (cSt) | - | - | - | - | - | 1.401 | 3.004 | 10.58 | 92.43 | 397.2 | 138 | 1.4E+07 | 3.5E+09 | 4.9E+12 |
| Viscosity at 120°C (cSt) | - | - | - | - | - | - | - | - | - | - | 46.2 | 3.5E+05 | 3.4E+07 | 2.5E+10 |
| Viscosity at 150°C (cSt) | - | - | - | - | - | - | - | - | - | - | | 1.4E+04 | 1.4E+06 | 7E+07 |
| Paraffins (%wt) | - | 84.30 | 41.14 | 43.17 | - | - | - | - | - | - | | | | - |
| Naphthenes (%wt) | - | 13.89 | 42.35 | 36.82 | - | - | - | - | - | - | | | | - |
| Aromatics (%wt) | - | 1.81 | 16.51 | 20.01 | - | 28.5 | - | - | - | - | | | | - |
| n-Paraffins (%wt) | - | 39.03 | 21.25 | 20.29 | - | - | - | - | - | - | | | | - |
| Research Octane Number | - | 69 | 56 | 28 | - | - | - | - | - | - | | | | - |
| Smoke Point (mm) | - | - | - | - | 19.5 | 12.3 | - | - | - | - | | | | - |
| Aromatics (%vol) | - | - | - | - | 14.7 | 25.3 | - | - | - | - | | | | - |
| Naphthalenes (%wt) | - | - | - | - | 1.15 | 6.70 | - | - | - | - | | | | - |
| Pour Point (°C) | -39 | - | - | - | - | -30 | -12 | 15 | - | - | 42 | 117 | 102 | 141 |
| Cloud Point (°C) | - | - | - | - | - | -27 | -6 | - | - | - | | | | - |
| Freeze Point (°C) | - | - | - | - | -60.5 | -25.5 | - | - | - | - | | | | - |
| Cetane Index ASTM D4737-9 | - | - | - | - | 34.8 | 37.9 | 42.3 | - | - | - | | | | - |
| Refractive index at 70°C | - | - | - | - | 1.4371 | 1.4713 | 1.4911 | 1.5123 | 1.5370 | - | | | | - |
| Aniline Point (°C) | - | - | - | - | - | - | 57.0 | 62.7 | 69.0 | 71.0 | | | | - |
| Wax (%wt) | 2.0 | - | - | - | 0.0 | 0.4 | 2.3 | 4.0 | 3.3 | 2.3 | 2.7 | 1.3 | 0.75 | 0.5 |
| Carbon Residue (%wt) | 12.1 | - | - | - | - | - | - | 0.15 | 2.65 | 6.22 | 18 | 32 | 37.6 | 43.6 |
| Asphaltenes (%wt) | 10 | - | - | - | - | - | - | - | - | - | 5.7 | 26.3 | 31 | 35.5 |
| Vanadium (ppm wt) | 252 | - | - | - | - | - | - | - | - | - | 345 | 568 | 800 | 942 |
| Nickel (ppm wt) | 62 | - | - | - | - | - | - | - | - | - | 90 | 135 | 187 | 232 |
| Iron (ppm wt) | 6 | - | - | - | - | - | - | - | - | - | 8 | 13 | 16 | 22 |

CONFIDENTIAL

58

BP_Limetree_0013491

Limetree Bay Refinery Restart
Premise Document



## Southern Green Canyon - Summary Crude Oil Assay Report

### Source of Sample

| | |
|---|---|
| Reference: | M16CRY1m1 |
| Name: | Southern Green Canyon |
| Origin: | United States of America |
| Sample Date: | 4/27/2016 |
| Comments: | |

### Light Hydrocarbon Analysis

| | | |
|---|---|---|
| $H_2S$* | ppm wt | - |
| Methane | %wt | 0.00 |
| Ethane | %wt | 0.02 |
| Propane | %wt | 0.40 |
| Isobutane | %wt | 0.23 |
| n-Butane | %wt | 1.10 |
| Isopentane | %wt | 0.73 |
| n-Pentane | %wt | 1.16 |
| Cyclopentane | %wt | 0.04 |
| C6 paraffins | %wt | 1.92 |
| C6 naphthenes | %wt | 0.61 |
| Benzene | %wt | 0.05 |
| *Dissolved in liquid | | |

### Assay Summary / TBP Data

| | | |
|---|---|---|
| Gravity (°API) | | 28.0 |
| Sulphur (%wt) | | 2.24 |

| Yield on Crude | %wt | %vol |
|---|---|---|
| Gas to C4 | 1.80 | 2.80 |
| Light Distillate to 149°C | 12.15 | 15.15 |
| Kerosene 149 - 232°C | 10.60 | 11.85 |
| Gas Oil 232 - 369°C | 20.50 | 21.10 |
| Vacuum Gas Oil 369°C - 550°C | 28.30 | 26.80 |
| Residue above 550°C | 26.65 | 22.30 |

*Volume expansion: 0.3 per cent vol on crude distributed across whole distillation*

### Cut Data

| Cut Data | Crude | Light Naphtha | Heavy Naphtha | Heavy Naphtha | Kero | Light Gas Oil | Heavy Gas Oil | Light Vacuum Gas Oil | Heavy Vacuum Gas Oil | Heavy Vacuum Gas Oil | AtRes | VacRes | VacRes | VacRes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start (°C API) | IBP | C5 | 95 | 149 | 175 | 232 | 342 | 369 | 509 | 550 | 369 | 509 | 550 | 585 |
| End (°C API) | FBP | 95 | 149 | 175 | 232 | 342 | 369 | 509 | 550 | 585 | FBP | FBP | FBP | FBP |
| Yield on crude (% wt) | 100 | 5.80 | 6.40 | 3.45 | 7.20 | 16.25 | 4.25 | 22.00 | 6.30 | 4.95 | 54.95 | 32.95 | 26.65 | 21.70 |
| Yield on crude (% vol) | 100 | 7.55 | 7.55 | 3.95 | 7.90 | 16.85 | 4.25 | 21.00 | 5.80 | 4.45 | 49.10 | 28.10 | 22.30 | 17.85 |
| Density at 15°C (kg/litre) | 0.8867 | 0.6716 | 0.7452 | 0.7694 | 0.8014 | 0.8514 | 0.8899 | 0.9264 | 0.9595 | 0.9888 | 0.9897 | 1.0371 | 1.0572 | 1.0742 |
| Total Sulphur (% wt) | 2.24 | 0.004 | 0.015 | 0.094 | 0.277 | 1.11 | 1.86 | 2.13 | 2.89 | 3.41 | 3.56 | 4.52 | 4.91 | 5.25 |
| Mercaptan Sulphur (ppm wt) | 5 | 4 | 4 | 3 | 10 | 4 | - | - | - | - | - | - | - | - |
| Total Nitrogen (ppm wt) | 1800 | 0 | 0 | 0.1 | 0.4 | 40 | 290 | 930 | 2000 | 2700 | 3200 | 4700 | 5400 | 6000 |
| Basic Nitrogen (ppm wt) | 498 | - | - | - | - | 23 | 93 | 290 | 555 | 735 | 893 | 1296 | 1471 | 1639 |
| Acidity (mgKOH/g) | 0.06 | 0.007 | 0.010 | 0.017 | 0.044 | 0.10 | 0.10 | 0.06 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.02 |
| Viscosity at 20°C (cSt) | 43.32 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Viscosity at 30°C (cSt) | 28.54 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Viscosity at 40°C (cSt) | 19.83 | - | - | - | 1.283 | - | - | - | - | - | - | - | - | - |
| Viscosity at 50°C (cSt) | 14.4 | - | - | - | - | 2.89 | 8.373 | - | - | - | - | - | - | - |
| Viscosity at 60°C (cSt) | - | - | - | - | 0.9984 | - | - | 25.11 | 253.6 | 1403 | 1543 | - | - | - |
| Viscosity at 100°C (cSt) | - | - | - | - | - | 1.341 | 2.767 | 7.338 | 35.13 | 111 | 142 | 8012 | 72600 | 2009000 |
| Viscosity at 120°C (cSt) | - | - | - | - | - | - | - | - | - | - | 62.24 | 1855 | 11710 | 188100 |
| Viscosity at 150°C (cSt) | - | - | - | - | - | - | - | - | - | - | - | 350.3 | 1467 | 12700 |
| Paraffins (%wt) | - | 81.53 | 53.42 | 59.27 | - | - | - | - | - | - | - | - | - | - |
| Naphthenes (%wt) | - | 17.60 | 37.97 | 27.56 | - | - | - | - | - | - | - | - | - | - |
| Aromatics (%wt) | - | 0.87 | 8.61 | 13.17 | - | 28.6 | - | - | - | - | - | - | - | - |
| n-Paraffins (%wt) | - | 35.89 | 24.71 | 26.74 | - | - | - | - | - | - | - | - | - | - |
| Research Octane Number | - | 67 | 47 | 25 | - | - | - | - | - | - | - | - | - | - |
| Smoke Point (mm) | - | - | - | - | 25.0 | 16.8 | - | - | - | - | - | - | - | - |
| Aromatics (%vol) | - | - | - | - | 16.4 | 25.3 | - | - | - | - | - | - | - | - |
| Naphthalenes (%vol) | - | - | - | - | 0.64 | 6.83 | - | - | - | - | - | - | - | - |
| Pour Point (°C) | -42 | - | - | - | - | -24 | -3 | 24 | - | - | 21 | 90 | 114 | 129 |
| Cloud Point (°C) | - | - | - | - | - | -21 | 2 | - | - | - | - | - | - | - |
| Freeze Point (°C) | - | - | - | - | -56.0 | -18.0 | - | - | - | - | - | - | - | - |
| Cetane Index ASTM D4737-9 | - | - | - | - | 45.4 | 51.8 | 55.9 | - | - | - | - | - | - | - |
| Refractive index at 70°C | - | - | - | - | 1.4246 | 1.4543 | 1.4737 | 1.4939 | 1.5160 | - | - | - | - | - |
| Aniline Point (°C) | - | - | - | - | - | - | 72.8 | 78.8 | 83.5 | 84.9 | - | - | - | - |
| Wax (%wt) | 4.0 | - | - | - | 0.0 | 1.4 | 4.7 | 6.7 | 7.4 | 7.2 | 6.2 | 5.8 | 5.5 | 5 |
| Carbon Residue (%wt) | 7.3 | - | - | - | - | - | - | 0.06 | 1.68 | 4.74 | 13.3 | 22.1 | 27 | 32.1 |
| Asphaltenes (%wt) | 4.5 | - | - | - | - | - | - | - | - | - | 8.2 | 13.7 | 16.7 | 19.9 |
| Vanadium (ppm wt) | 107 | - | - | - | - | - | - | - | - | - | 195 | 325 | 401 | 488 |
| Nickel (ppm wt) | 28 | - | - | - | - | - | - | - | - | - | 52 | 86 | 106 | 129 |
| Iron (ppm wt) | 6 | - | - | - | - | - | - | - | - | - | 12 | 20 | 24 | 29 |

CONFIDENTIAL

CONFIDENTIAL    BP_Limetree_0013492

Limetree Bay Refinery Restart
Premise Document



## WTI @ Echo Terminal - Summary Crude Oil Assay Report

| Source of Sample | | Light Hydrocarbon Analysis | | | Assay Summary / TBP Data | | |
|---|---|---|---|---|---|---|---|
| Reference: | T15WTE1 | H₂S* | ppm wt | - | Gravity (°API) | | 40.5 |
| | | Methane | %wt | 0.00 | Sulphur (%wt) | | 0.432 |
| Name: | WTI @ Echo Terminal | Ethane | %wt | 0.02 | | | |
| | | Propane | %wt | 0.26 | Yield on Crude | %wt | %vol |
| Origin: | West Texas | Isobutane | %wt | 0.22 | Gas to C₄ | 1.70 | 2.45 |
| | | n-Butane | %wt | 1.10 | Light Distillate to 149°C | 24.40 | 27.90 |
| Sample Date: | 11/22/2014 | Isopentane | %wt | 1.21 | Kerosene 149 - 232°C | 16.20 | 16.80 |
| | | n-Pentane | %wt | 1.94 | Gas Oil 232 - 369°C | 22.75 | 22.05 |
| Comments: | | Cyclopentane | %wt | 0.28 | Vacuum Gas Oil 369°C - 550°C | 22.85 | 20.80 |
| | | C6 paraffins | %wt | 3.62 | Residue above 550°C | 12.10 | 10.00 |
| | | C6 naphthenes | %wt | 1.10 | | | |
| | | Benzene | %wt | 0.22 | Volume expansion:  0.3  per cent vol | | |
| | | *Dissolved in liquid | | | on crude distributed across whole distillation | | |

| Cut Data | Crude | Distillates | | | | | | | | | Residues | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Light Naphtha | Heavy Naphtha | Kero | Light Gas Oil | Heavy Gas Oil | Light Vacuum Gas Oil | Heavy Vacuum Gas Oil | | | AtRes | | VacRes | |
| Start (°C API) | IBP | C₅ | 95 | 149 | 175 | 232 | 342 | 369 | 509 | 550 | 369 | 509 | 550 | 585 |
| End (°C API) | FBP | 95 | 149 | 175 | 232 | 342 | 369 | 509 | 550 | 585 | FBP | FBP | FBP | FBP |
| Yield on crude (% wt) | 100 | 11.20 | 13.30 | 5.70 | 10.50 | 18.65 | 4.10 | 17.80 | 5.05 | 3.20 | 34.95 | 17.15 | 12.10 | 8.90 |
| Yield on crude (% vol) | 100 | 13.40 | 14.50 | 6.05 | 10.75 | 18.15 | 3.85 | 16.30 | 4.50 | 2.80 | 30.80 | 14.50 | 10.00 | 7.20 |
| Density at 15°C (kg/litre) | 0.8223 | 0.6800 | 0.7509 | 0.7709 | 0.7994 | 0.8406 | 0.8700 | 0.8959 | 0.9221 | 0.9403 | 0.9308 | 0.9699 | 0.9914 | 1.0113 |
| Total Sulphur (% wt) | 0.432 | 0.006 | 0.016 | 0.023 | 0.04 | 0.199 | 0.491 | 0.561 | 0.945 | 1.18 | 1.05 | 1.55 | 1.81 | 2.04 |
| Mercaptan Sulphur (ppm wt) | 19 | 40 | 56 | 45 | 29 | 9 | - | - | - | - | - | - | - | - |
| Total Nitrogen (ppm wt) | 960 | 0 | 0.1 | 0.1 | 0.4 | 30 | 230 | 910 | 2200 | 3000 | 2700 | 4600 | 5600 | 6500 |
| Basic Nitrogen (ppm wt) | 266 | - | - | - | - | 9 | 44 | 280 | 635 | 850 | 751 | 1238 | 1491 | 1723 |
| Acidity (mgKOH/g) | 0.16 | 0.006 | 0.007 | 0.012 | 0.034 | 0.14 | 0.23 | 0.22 | 0.23 | 0.22 | 0.19 | 0.17 | 0.14 | 0.11 |
| Viscosity at 20°C (cSt) | 5.531 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Viscosity at 30°C (cSt) | 4.28 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Viscosity at 40°C (cSt) | 3.415 | - | - | - | 1.461 | - | - | - | - | - | - | - | - | - |
| Viscosity at 50°C (cSt) | 2.796 | - | - | - | - | 2.917 | 7.447 | - | - | - | - | - | - | - |
| Viscosity at 60°C (cSt) | - | - | - | - | 1.155 | - | - | 19.55 | 107.3 | 348.1 | 128.1 | - | - | - |
| Viscosity at 100°C (cSt) | - | - | - | - | - | 1.455 | 2.623 | 6.394 | 22.35 | 51.92 | 25.35 | 275.6 | 1261 | 6534 |
| Viscosity at 120°C (cSt) | - | - | - | - | - | - | - | - | - | - | 14.75 | 116.6 | 433.8 | 1800 |
| Viscosity at 150°C (cSt) | - | - | - | - | - | - | - | - | - | - | - | 42.87 | 125.4 | 400.5 |
| Paraffins (%wt) | - | 75.11 | 49.09 | 60.09 | - | - | - | - | - | - | - | - | - | - |
| Naphthenes (%wt) | - | 22.94 | 38.23 | 29.43 | - | - | - | - | - | - | - | - | - | - |
| Aromatics (%wt) | - | 1.95 | 12.69 | 10.48 | - | 19.1 | - | - | - | - | - | - | - | - |
| n-Paraffins (%wt) | - | 34.86 | 21.55 | 30.81 | - | - | - | - | - | - | - | - | - | - |
| Research Octane Number | - | 66 | 54 | -4 | - | - | - | - | - | - | - | - | - | - |
| Smoke Point (mm) | - | - | - | - | 25.3 | 19.0 | - | - | - | - | - | - | - | - |
| Aromatics (%vol) | - | - | - | - | 15.0 | 16.6 | - | - | - | - | - | - | - | - |
| Naphthalenes (%wt) | - | - | - | - | 0.59 | 5.35 | - | - | - | - | - | - | - | - |
| Pour Point (°C) | -39 | - | - | - | - | -18 | 9 | 30 | - | - | 39 | 63 | 72 | 81 |
| Cloud Point (°C) | - | - | - | - | - | -16 | 9 | - | - | - | - | - | - | - |
| Freeze Point (°C) | - | - | - | - | -55.0 | -13.5 | - | - | - | - | - | - | - | - |
| Cetane Index ASTM D4737-9 | - | - | - | - | 46.0 | 56.4 | 65.1 | - | - | - | - | - | - | - |
| Refractive index at 70°C | - | - | - | - | 1.4217 | 1.4466 | 1.4612 | 1.4771 | 1.4911 | - | - | - | - | - |
| Aniline Point (°C) | - | - | - | - | - | - | 83.3 | 94.5 | 103.5 | 106.6 | - | - | - | - |
| Wax (%wt) | 6.0 | - | - | - | 0.0 | 3.2 | 12.1 | 15.3 | 14.8 | 15.0 | 14.5 | 13.8 | 13.3 | 12.7 |
| Carbon Residue (%wt) | 2.2 | - | - | - | - | - | - | 0.24 | 2.34 | 4.76 | 6.19 | 12.4 | 16.6 | 20.8 |
| Asphaltenes (%wt) | 1 | - | - | - | - | - | - | - | - | - | 3 | 6.1 | 8.5 | 11.1 |
| Vanadium (ppm wt) | 18 | - | - | - | - | - | - | - | - | - | 52 | 106 | 150 | 202 |
| Nickel (ppm wt) | 6 | - | - | - | - | - | - | - | - | - | 18 | 38 | 53 | 72 |
| Iron (ppm wt) | 9 | - | - | - | - | - | - | - | - | - | 26 | 54 | 76 | 102 |

CONFIDENTIAL

60



# St. Croix USGC 3% FO - Summary Crude Oil Assay Report

| Source of Sample | | Light Hydrocarbon Analysis | | | Assay Summary / TBP Data | | |
|---|---|---|---|---|---|---|---|
| Reference: | USGCFO | H2S* | ppm wt | - | Gravity (°API) | 10.3 | |
| | | Methane | %wt | 0.00 | Sulphur (%wt) | 3.38 | |
| Name: | St. Croix USGC 3% FO | Ethane | %wt | 0.00 | | | |
| | | Propane | %wt | 0.00 | Yield on Crude | %wt | %vol |
| Origin: | Unknown | Isobutane | %wt | 0.00 | Gas to C4 | #NUM! | #NUM! |
| | | n-Butane | %wt | 0.00 | Light Distillate to 149°C | 0.00 | 0.00 |
| Sample Date: | - | Isopentane | %wt | 0.00 | Kerosene 149 - 232°C | 3.10 | 3.80 |
| | | n-Pentane | %wt | 0.00 | Gas Oil 232 - 369°C | 17.10 | 18.85 |
| Comments: | | Cyclopentane | %wt | 0.00 | Vacuum Gas Oil 369°C - 550°C | 33.85 | 34.80 |
| | | C6 paraffins | %wt | 0.00 | Residue above 550°C | 46.00 | 42.60 |
| | | C6 naphthenes | %wt | 0.00 | | | |
| | | Benzene | %wt | 0.00 | *Volume expansion:    0.2   per cent vol* | | |
| | | *Dissolved in liquid | | | *on crude distributed across whole distillation* | | |

| Cut Data | Crude | Distillates: Light Naphtha | Heavy Naphtha | | Kero | Light Gas Oil | Heavy Gas Oil | Light Vacuum Gas Oil | Heavy Vacuum Gas Oil | | Residues: AtRes | VacRes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start (°C API) | IBP | C5 | 95 | 149 | 175 | 232 | 342 | 369 | 509 | 550 | 369 | 509 | 550 | 585 |
| End (°C API) | FBP | 95 | 149 | 175 | 232 | 342 | 369 | 509 | 550 | 585 | FBP | FBP | FBP | FBP |
| Yield on crude (% wt) | 100 | 0.00 | 0.00 | 0.65 | 2.45 | 12.00 | 5.10 | 27.60 | 6.25 | 6.55 | 79.85 | 52.25 | 46.00 | 39.45 |
| Yield on crude (% vol) | 100 | 0.00 | 0.00 | 0.85 | 2.95 | 13.45 | 5.40 | 28.50 | 6.30 | 6.55 | 77.40 | 48.90 | 42.60 | 36.05 |
| Density at 15°C (kg/litre) | 0.9973 | 0.6814 | 0.7534 | 0.7863 | 0.8212 | 0.8880 | 0.9373 | 0.9643 | 0.9820 | 0.9987 | 1.0283 | 1.0632 | 1.0753 | 1.0892 |
| Total Sulphur (% wt) | 3.38 | 0.015 | 0.112 | 0.396 | 0.886 | 1.83 | 2.27 | 2.63 | 3.17 | 3.45 | 3.79 | 4.39 | 4.56 | 4.74 |
| Mercaptan Sulphur (ppm wt) | 2 | 45 | 60 | 44 | 25 | 6 | - | - | - | - | - | - | - | - |
| Total Nitrogen (ppm wt) | 3400 | 0 | 0 | 0 | 0.3 | 83 | 450 | 1400 | 2800 | 3400 | 4300 | 5700 | 6100 | 6600 |
| Basic Nitrogen (ppm wt) | 1130 | - | - | - | - | 43 | 140 | 440 | 855 | 1060 | 1400 | 1908 | 2051 | 2216 |
| Acidity (mgKOH/g) | 0.25 | 0.007 | 0.025 | 0.045 | 0.074 | 0.14 | 0.18 | 0.20 | 0.20 | 0.20 | 0.17 | 0.16 | 0.16 | 0.15 |
| Viscosity at 20°C (cSt) | 44990 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Viscosity at 30°C (cSt) | 13110 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Viscosity at 40°C (cSt) | 4553 | - | - | - | 1.408 | - | - | - | - | - | - | - | - | - |
| Viscosity at 50°C (cSt) | 1829 | - | - | - | - | 3.515 | 9.766 | - | - | - | - | - | - | - |
| Viscosity at 60°C (cSt) | - | - | - | - | 1.064 | - | - | 34.09 | 228.2 | 507.7 | 31840 | - | - | - |
| Viscosity at 100°C (cSt) | - | - | - | - | - | 1.497 | 3.05 | 10.37 | 66.86 | 184 | 1532 | 260100 | 2243000 | 7.6E+07 |
| Viscosity at 120°C (cSt) | - | - | - | - | - | - | - | - | - | - | 519.5 | 48680 | 329100 | 7463000 |
| Viscosity at 150°C (cSt) | - | - | - | - | - | - | - | - | - | - | - | 6683 | 33540 | 463500 |
| Paraffins (%wt) | - | 73.25 | 43.95 | 39.87 | - | - | - | - | - | - | - | - | - | - |
| Naphthenes (%wt) | - | 25.60 | 47.07 | 35.58 | - | - | - | - | - | - | - | - | - | - |
| Aromatics (%wt) | - | 1.16 | 8.98 | 24.54 | - | 26.6 | - | - | - | - | - | - | - | - |
| n-Paraffins (%wt) | - | 29.67 | 18.58 | 20.89 | - | - | - | - | - | - | - | - | - | - |
| Research Octane Number | - | 68 | 55 | 39 | - | - | - | - | - | - | - | - | - | - |
| Smoke Point (mm) | - | - | - | - | 22.6 | 14.3 | - | - | - | - | - | - | - | - |
| Aromatics (%vol) | - | - | - | - | 27.3 | 23.3 | - | - | - | - | - | - | - | - |
| Naphthalenes (%wt) | - | - | - | - | 1.22 | 7.40 | - | - | - | - | - | - | - | - |
| Pour Point (°C) | 15 | - | - | - | - | -21 | 3 | 27 | - | - | 39 | 75 | 81 | 90 |
| Cloud Point (°C) | - | - | - | - | - | -21 | 1 | - | - | - | - | - | - | - |
| Freeze Point (°C) | - | - | - | - | -56.0 | -16.0 | - | - | - | - | - | - | - | - |
| Cetane Index ASTM D4737-9 | - | - | - | - | 37.7 | 39.4 | 37.0 | - | - | - | - | - | - | - |
| Refractive index at 70°C | - | - | - | - | 1.4303 | 1.4729 | 1.4915 | 1.5124 | 1.5219 | - | - | - | - | - |
| Aniline Point (°C) | - | - | - | - | - | - | 64.1 | 71.5 | 78.4 | 80.5 | - | - | - | - |
| Wax (%wt) | 6.0 | - | - | - | 0.0 | 2.0 | 4.6 | 8.1 | 11.4 | 10.6 | 6.4 | 5.5 | 4.7 | 3.8 |
| Carbon Residue (%wt) | 15.4 | - | - | - | - | - | - | 0.24 | 3.49 | 7.06 | 19.3 | 29.4 | 32.9 | 37.2 |
| Asphaltenes (%wt) | 8.6 | - | - | - | - | - | - | - | - | - | 10.7 | 16.4 | 18.5 | 21.2 |
| Vanadium (ppm wt) | 122 | - | - | - | - | - | - | - | - | - | 153 | 234 | 265 | 309 |
| Nickel (ppm wt) | 43 | - | - | - | - | - | - | - | - | - | 54 | 82 | 93 | 108 |
| Iron (ppm wt) | 6 | - | - | - | - | - | - | - | - | - | 8 | 12 | 14 | 16 |

CONFIDENTIAL

61

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

## Appendix C. : Hydrotreating Unit Scope Block Flow

CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document

**JACOBS**



CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

## Appendix D. : Naphtha Fractionation Block Flow

CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

## Appendix E. :  Amine Regeneration Block Flow

Amine Regeneration Plan Rev. P5



CONFIDENTIAL

Limetree Bay Refinery Restart
Premise Document

**JACOBS**

## Appendix F. : Fuel Gas System



Limetree Bay Refinery Restart
Premise Document

**JACOBS**

## Appendix G. : Sour Water Block Flow Diagram



Limetree Bay Refinery Restart
Premise Document

**JACOBS**

## Appendix H. : Tankage Block Flow



CONFIDENTIAL

BP_Limetree_0013501

Limetree Bay Refinery Restart
Premise Document

**JACOBS**



LB Refinery Restart 2018
Crude/ Fuel Oil Unloading and Charge

Notes ( per C. Dubrovsky)
- 7405/7406 is "clean" Fuel Oil
- 7417 is for dirty Fuel Oil to Coker only.

| NNF |
| --- |
| BLOCK FLOW DIAGRAM |
| OIL MOVEMENT |
| DATE: 09/06/2018 | REV P11 |

SHEET 2 OF 2

CONFIDENTIAL

BP_Limetree_0013502