IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | **Civil Action No. 2021-0253** |
| HELEN SHIRLEY, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | **Civil Action No. 2021-0259** |
| MARY L. MOORHEAD, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | **Civil Action No. 2021-0260** |
| BEECHER COTTON, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | **Civil Action No. 2021-0261** |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL INFORMATION**

Plaintiffs submit this Notice of Supplemental Information to provide the Court with critical new information further supporting the denial of the Emergency Joint Motion to Stay (Dkt. 1298, 1301) filed by Defendants EIG Global Energy Partners, LLC ("EIG"), Limetree Bay Ventures, LLC ("LBV"), Limetree Bay Refining, LLC ("LBR") and Limetree Bay Terminals, LLC ("LBT") (collectively "Movers").

1

Movers ask this Court to stay all proceedings in this action until May 2026 because a handful of former executives, including Jeffrey Rinker, threatened to invoke their Fifth Amendment rights at their depositions. Defs.' Memorandum in Support of Emergency Mot. to Stay, Dkt. 1301. Movers, without basis, claim that these invocations will prevent them from presenting any "meaningful and substantive defense" in this action. Defs.' Reply in Support of Emergency Mot. to Stay, Dkt. 1330, at 15. This assertion should be rejected, and Movers' baseless motion denied for the reasons asserted in Plaintiffs' opposition. Dkt. 1322.

But now the risk of prejudice that Movers rely on in asking for a stay is further significantly reduced. Indeed, Rinker has confirmed that he will now move forward with his deposition and will not invoke the Fifth Amendment, but will instead provide substantive testimony. More specifically, on August 25, 2025, Rinker moved to dismiss his motion for protective order filed in the Southern District of Texas on July 15, 2025. Ex. A, Rinker Motion to Dismiss, 1. Rinker further confirmed that he "will testify substantively" at his deposition. *Id.* With Rinker now fully testifying, Movers no longer face the purported prejudice they rely on in asking for a stay. *See* Dkt. 1330, at 16–18. This development should be fatal to their request.

DATED: August 26, 2025              Respectfully submitted,

                                    BY:  /s/ *Daniel H. Charest*
                                         Warren T. Burns
                                         Daniel H. Charest
                                         Martin D. Barrie
                                         Quinn M. Burns
                                         Anna Katherine Benedict
                                         BURNS CHAREST LLP
                                         900 Jackson Street, Suite 500
                                         Dallas, Texas 75202
                                         Telephone: (469) 904-4550
                                         wburns@burnscharest.com

    dcharest@burnscharest.com
    mbarrie@burnscharest.com
    qburns@burnscharest.com
    abenedict@burnscharest.com

    Korey A. Nelson
    H. Rick Yelton
    BURNS CHAREST LLP
    201 Saint Charles Avenue, Suite 2900
    New Orleans, Louisiana 70170
    Telephone: (504) 799-2845
    knelson@burnscharest.com
    ryelton@burnscharest.com

BY: */s/ Timothy W. Burns*
    Timothy W. Burns
    BURNS BAIR LLP
    10 E. Doty Street, Suite 600
    Madison, Wisconsin 53703
    Telephone: (608) 286-2302
    tburns@burnsbair.com

BY: */s/ Vincent Colianni II*
    Vincent Colianni, II
    Vincent A. Colianni
    Marina Leonard
    COLIANNI & LEONARD LLC
    2120 Company Street
    Christiansted, St. Croix, VI 00820
    Telephone: (340) 719-1766
    vinny@colianni.com
    vince@colianni.com
    marina@colianni.com

BY: */s/ C. Jacob Gower*
    C. Jacob Gower
    GOWER LEGAL LLC
    1919 Pine Street
    New Orleans, Louisiana 70118
    Telephone: (337) 298-9734
    jacob@gowerlegal.com

BY: */s/ Kerry J. Miller*

3

|  |  |
|---|---|
|  | Kerry J. Miller<br>Paul C. Thibodeaux<br>E. Blair Schilling<br>Rebekka C. Veith<br>C. Hogan Paschal<br>Carly E. Jonakin<br>Julie S. Meaders<br>FISHMAN HAYGOOD, L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170<br>Telephone: (504) 586-5252<br>kmiller@fishmanhaygood.com<br>pthibodeaux@fishmanhaygood.com<br>bschilling@fishmanhaygood.com<br>rveith@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>cjonakin@fishmanhaygood.com<br>jmeaders@fishmanhaygood.com |

BY: */s/ Hugh Lambert*

Hugh Lambert
J. Christopher Zainey
Brian Mersman
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

BY: */s/ Lee J. Rohn*

Lee J. Rohn
Rhea R. Lawrence
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix, VI 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

BY: */s/ Michael Twersky*

Shanon J. Carson
Yechiel Michael Twersky
John Kerrigan

4

>    BERGER MONTAGUE PC
>    1818 Market Street, Suite 3600
>    Philadelphia, Philadelphia 19103
>    Telephone: (215) 875-3000
>    scarson@bm.net
>    mitwersky@bm.net
>    jkerrigan@bm.net

BY:  */s/ John K. Dema*
>    John K. Dema (V.I. Bar. No. 357)
>    LAW OFFICES OF JOHN K. DEMA, PC
>    1236 Strand Street, Suite 103
>    Christiansted, St. Croix, VI 00820
>    Telephone: (340) 773-6142
>    jdema@demalaw.com


**Counsel for Plaintiffs**

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2025, a true and correct copy of the foregoing document was electronically served pursuant to the Federal Rules of Civil Procedure.

                                        */s/Daniel H. Charest*
                                        Daniel H. Charest