## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>　　Plaintiffs,<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>　　Plaintiffs,<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　Defendants. | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>　　Plaintiffs,<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>　　Plaintiffs,<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　Defendants. | **Civil Action No. 2021-0261** |

## **NOTICE OF DEPOSITION OF FERMIN RODRIGUEZ**

Pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs notice the deposition of Fermin Rodriguez on Thursday, September 18, 2025, at 9:00 am, AST at the offices of Lee J. Rohn & Associates, 56 King Street, 3rd Floor, Christiansted, St. Croix, U.S. Virgin Islands 00820. The deposition will also take place via Zoom for remote participation.

The deposition is being taken for use as evidence and/or trial purposes, and/or any other

purpose allowed by the governing rules and will continue from day-to-day until completed. The deposition will be recorded by stenograph, audio and/or video means.

Respectfully submitted,

DATED: September 5, 2025                BY:   *s/ C. Jacob Gower*
                                                            C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
Telephone: (337) 298-9734
jacob@gowerlegal.com

DATED: September 5, 2025                BY:   *s/ Daniel H. Charest*
Warren T. Burns, Esq.
Daniel H. Charest., Esq.
Martin D. Barrie, Esq.
Quinn M. Burns, Esq.
Anna Katherine Benedict, Esq.
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com
mbarrie@burnscharest.com
qburns@burnscharest.com
abenedict@burnscharest.com

DATED: September 5, 2025                BY:   *s/ Korey A. Nelson*
Korey A. Nelson, Esq.
H. Rick Yelton, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
knelson@burnscharest.com
ryelton@burnscharest.com

DATED: September 5, 2025                BY:   *s/ Timothy W. Burns*
Timothy W. Burns
BURNS BAIR LLP
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703

|  |  |
|---|---|
|  | Telephone: (608) 286-2302<br>tburns@burnsbair.com |
| DATED: September 5, 2025 | BY: ___s/ *Vincent Colianni II*___<br>Vincent Colianni, II, Esq.<br>Vincent A. Colianni, Esq.<br>Marina Leonard, Esq.<br>COLIANNI & LEONARD LLC<br>2120 Company Street<br>Christiansted, VI 00820<br>Telephone: (340) 719-1766<br>vinny@colianni.com<br>vince@colianni.com<br>marina@colianni.com<br><br>Counsel for the *Shirley* Plaintiffs |
| DATED: September 5, 2025 | BY: ___s/ *Shanon J. Carson*___<br>Shanon J. Carson, Esq.<br>Yechiel Michael Twersky, Esq.<br>John Kerrigan, Esq.<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>scarson@bm.net<br>mitwersky@bm.net<br>jkerrigan@bm.net |
| DATED: September 5, 2025 | BY: ___s/ *Lee J. Rohn*___<br>Lee J. Rohn, Esq.<br>Rhea R. Lawrence, Esq.<br>1108 King Street, Suite 3 (mailing)<br>56 King Street, Third Floor (physical)<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00820<br>Telephone: (340) 778-8855<br>lee@rohnlaw.com<br>rhea@rohnlaw.com<br><br>Counsel for the *Cotton* Plaintiffs |
| DATED: September 5, 2025 | BY: ___s/ *Carly E. Jonakin*___<br>Kerry J. Miller, Esq.<br>Paul C. Thibodeaux, Esq.<br>E. Blair Schilling, Esq.<br>Rebekka C. Veith, Esq.<br>C. Hogan Paschal, Esq. |

                                                    Carly E. Jonakin, Esq.
                                                    FISHMAN HAYGOOD, L.L.P.
                                                    201 St. Charles Avenue, 46th Floor
                                                    New Orleans, Louisiana 70170
                                                    Telephone: (504) 586-5252
                                                    kmiller@fishmanhaygood.com
                                                    pthibodeaux@fishmanhaygood.com
                                                    bschilling@fishmanhaygood.com
                                                    rveith@fishmanhaygood.com
                                                    hpaschal@fishmanhaygood.com
                                                    cjonakin@fishmanhaygood.com

DATED: September 5, 2025        BY:   *s/ Hugh Lambert*
                                                    Hugh Lambert, Esq.
                                                    J. Christopher Zainey, Esq.
                                                    Brian Mersman, Esq.
                                                    LAMBERT ZAINEY SMITH & SOSO, APLC
                                                    701 Magazine Street
                                                    New Orleans, Louisiana 70130
                                                    Telephone: (504) 581-1750
                                                    Facsimile: (504) 529-2931
                                                    hlambert@lambertainey.com
                                                    czainey@lambertzainey.com
                                                    bmersman@lambertzainey.com

DATED: September 5, 2025        BY:   *s/ John K. Dema*
                                                    John K. Dema, Esq.
                                                    LAW OFFICES OF JOHN K. DEMA, PC
                                                    1236 Strand Street, Suite 103
                                                    Christiansted, St. Croix, VI 00820

DATED: September 5, 2025        BY: *s/ Jennifer Jones*
                                                    Jennifer Jones, Esq.
                                                    9003 Havensight Mall, Ste. 319
                                                    St. Thomas, V.I. 00802
                                                    Telephone: (340) 779-7386
                                                    jjones@vienvironmentallaw.com

                                                    Counsel for the *Boynes* Plaintiffs

DATED: September 5, 2025         BY:   *s/ John K. Dema*
                                                    John K. Dema, Esq. (V.I. Bar. No. 357)
                                                    LAW OFFICES OF JOHN K. DEMA, PC
                                                    1236 Strand Street, Suite 103
                                                    Christiansted, St. Croix, VI 00820
                                                    Telephone: (340) 773-6142
                                                    jdema@demalaw.com

DATED: September 5, 2025            BY:   *s/ Hugh Lambert*
                                                                                   Hugh Lambert, Esq.
                                                                                   J. Christopher Zainey, Esq.
                                                                                   Brian Mersman, Esq.
                                                                                   LAMBERT ZAINEY SMITH & SOSO, APLC
                                                                                   701 Magazine Street
                                                                                   New Orleans, Louisiana 70130
                                                                                   Telephone: (504) 581-1750
                                                                                   Facsimile: (504) 529-2931
                                                                                   hlambert@lambertainey.com
                                                                                   czainey@lambertzainey.com
                                                                                   bmersman@lambertzainey.com

                                                                 Counsel for the *Moorhead* Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this September 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing for parties and counsel who are Filing Users.

                                                                      *s/ C. Jacob Gower*
                                                                      C. Jacob Gower, Esq.