## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>　　　**Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC,**<br>**et al.,**<br>　　　**Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>　　　**Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC,**<br>**et al.,**<br>　　　**Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOORHEAD,**<br>　　　**Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC,**<br>**et al.,**<br>　　　**Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>　　　**Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC,**<br>**et al.,**<br>　　　**Defendants.** | **Civil Action No. 2021-0261** |

**LIMETREE BAY VENTURES, LLC, LIMETREE BAY ENERGY, LLC,**
**LIMETREE BAY TERMINALS, LLC, LIMETREE BAY REFINING, LLC, AND EIG**
**GLOBAL ENERGY PARTNERS, LLC'S JOINT MOTION TO DISMISS THE**
**CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**

COME NOW, Defendants Limetree Bay Ventures, LLC ("LBV"), Limetree Bay Energy,

LLC ("LBE"), Limetree Bay Terminals, LLC ("Terminals"), Limetree Bay Refining, LLC

("LBR"), and EIG Global Energy Partners, LLC ("EIG GEP") (collectively, "Defendants"), by

and through their undersigned counsel, who hereby move to dismiss Plaintiffs' Consolidated

Second Amended Class Action Complaint [Docket No. 1327, *Boynes et al.* (Civil No. 3:21-cv-

253)] with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

This motion is based upon the accompanying Joint Memorandum of Law, which addresses bases for dismissal of certain causes of action common to LBV, LBE, Terminals, LBR, and EIG GEP, as well as the following supplemental memoranda and supporting papers filed as exhibits thereto which set forth additional bases for dismissal applicable to specific Defendants or groups of Defendants:

Exhibit A       EIG GEP's Supplemental Memorandum

Exhibit B       LBV and LBE's Supplemental Memorandum

Exhibit C       Terminals and LBR's Supplemental Memorandum together with exhibits thereto

A proposed Order is attached for the Court's consideration.

Respectfully submitted,

Dated:  September 12, 2025

/s/ Adam B. Zuckerman
Kenneth M. Klemm (solely with respect to case nos. 21-00253, 00260 & 00261, admitted *pro hac vice*)
Adam B. Zuckerman (solely with respect to case nos. 21-00253, 00259 & 00260, admitted *pro hac vice*)
Anne Derbes Wittmann (admitted *pro hac vice*)
Leonard J. Yanez (admitted *pro hac vice*)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
kklemm@bakerdonelson.com
azuckerman@bakerdonelson.com
awittmann@bakerdonelson.com
lyanez@bakerdonelson.com

*and*

Amy L. Champagne (solely with respect to case nos. 21-00253, 00259 & 00261, admitted *pro hac vice*)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-8912
achampagne@bakerdonelson.com

*and*

Dated:  September 12, 2025

/s/ Adam N. Marinelli
Adam N. Marinelli (V.I. Bar No. 1294)
BOLTNAGI PC
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
Telephone: (340) 774-2944
amarinelli@vilaw.com

**Counsel for Limetree Bay Ventures, LLC and Limetree Bay Energy, LLC**

Dated: September 12, 2025

/s/ Carl A. Beckstedt
Carl A. Beckstedt III, Esq.
V.I. Bar No. 684
**BECKSTEDT & KUCZYNSKI LLP**
Attorneys for Limetree Bay Terminals, LLC
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**

Dated: September 12, 2025

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA  30326
Tel: (404) 876-2600 / Fax: (404) 875-9433
smashelkar@wwhgd.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant Limetree Bay Terminals, LLC*

Dated: September 12, 2025

**Wilson Elser Moskowitz Edelman & Dicker LLP**

*/s/ Carolyn F. O'Connor, Esq*
Carolyn F. O'Connor, Esq.
V.I. Bar Number R2100
Joseph T. Hanlon, Esq.
V.I. Bar Number R2099
7 Giralda Farms,
Madison, NJ 07940
Telephone: (973) 624-0800
carolyn.oconnor@wilsonelser.com
joseph.hanlon@wilsonelser.com

*Attorneys for Defendant Limetree Bay Refining, LLC*

## CERTIFICATE OF SERVICE

I certify that on September 12, 2025, the foregoing notice was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to all counsel of record.

*/s/ Adam B. Zuckerman*
Adam B. Zuckerman