## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>         **Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>         **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>         **Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>         **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOORHEAD,**<br>         **Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>         **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>         **Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>         **Defendants.** | **Civil Action No. 2021-0261** |

**[PROPOSED] ORDER GRANTING LIMETREE BAY VENTURES, LLC, LIMETREE BAY ENERGY, LLC, LIMETREE BAY TERMINALS, LLC, LIMETREE BAY REFINING, LLC, AND EIG GLOBAL ENERGY PARTNERS, LLC'S JOINT MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION <u>COMPLAINT</u>**

**WHEREAS**, this matter came before the Court on the Joint Motion to Dismiss Plaintiffs' Consolidated Second Amended Class Action Complaint ("SAC") filed by Defendants Limetree Bay Ventures, LLC, Limetree Bay Energy, LLC, Limetree Bay Terminals, LLC, Limetree Bay Refining, LLC, and EIG Global Energy Partners, LLC, seeking dismissal of the SAC pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted ("Motion to Dismiss"); For the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that the Motion to Dismiss is **GRANTED** and that all claims asserted in the SAC against Defendants Limetree Bay Ventures, LLC, Limetree Bay Energy, LLC, Limetree Bay Terminals, LLC, Limetree Bay Refining, LLC, and EIG Global Energy Partners, LLC are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Date: _____, 2025

_____
Wilma A. Lewis
District Judge