## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>  **Plaintiffs,**<br><br>  **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>  Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>  **Plaintiffs,**<br>  **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>  Defendants. | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>  **Plaintiffs,**<br>  **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>  Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>  **Plaintiffs,**<br>  **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>  Defendants. | **Civil Action No. 2021-0261** |

**DEFENDANTS LIMETREE BAY TERMINALS, LLC, LIMETREE BAY VENTURES, LLC, EIG GLOBAL ENERGY PARTNERS, LLC, LIMETREE BAY ENERGY, LLC, AND NOMINAL DEFENDANT LIMETREE BAY REFINING, LLC'S MOTION FOR LEAVE TO EXTEND DEADLINE IN AMENDED SCHEDULING ORDER**

Defendants Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Terminals"),

Limetree Bay Ventures, LLC ("Ventures"), EIG Global Energy Partners, LLC ("EIG GEP"),

Limetree Bay Energy, LLC ("Energy"), and Nominal Defendant Limetree Bay Refining, LLC ("Refining") (collectively, "Defendants"), by and through undersigned counsel, move under Federal Rule of Civil Procedure 16(b)(4) and LRCi 16.1 to modify the Amended Scheduling Order (Dkt. No. 1160, as corrected by Dkt. No. 1161) solely as to the deadline to amend pleadings and add parties. This Motion is supported by the accompanying Memorandum of Law in Support of Defendants' Motion to Extend Deadline in Amended Scheduling Order. For the reasons more fully set forth in the Memorandum, good cause exists to extend the deadline to amend pleadings and add parties until 60 days after the Court's ruling on Defendants' pending joint motion to dismiss the Consolidated Second Amended Class Action Complaint (Dkt. No. 1426, filed Sept. 12, 2025). A proposed Order is submitted herewith.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to LRCi 7.1, undersigned counsel certifies that on September 26, 2025, Defendants' counsel conferred by email with Plaintiffs' counsel regarding the relief sought in this Motion. Plaintiffs' counsel stated that they oppose the relief.

Respectfully submitted,

**BECKSTEDT & KUCZYNSKI LLP**

Dated: September 30, 2025         /s/ Carl A. Beckstedt III
Carl A. Beckstedt III, Esq.
VI Bar No. 684
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
carl@beckstedtlaw.com

2

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL LLC**

Dated: September 30, 2025

*/s/Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA  30326
Tel: (404) 876-2600 / Fax: (404) 875-9433
smashelkar@wwhgd.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant Limetree Bay Terminals, LLC*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

Dated: September 30, 2025

*/s/ Joseph Hanlon*
Carolyn F. O'Connor, Esq.
V.I. Bar No.: R2100
Joseph T. Hanlon, Esq.
V.I. Bar No.: R2099
7 Giralda Farms
Madison, NJ 07940
Telephone: (973) 624-0800
Carolyn.oconnor@wilsonelser.com
Joseph.hanlon@wilsonelser.com

*Attorneys for Nominal Defendant Limetree Bay Refining, LLC*

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

Dated: September 30, 2025

*/s/ Adam B. Zuckerman*
Kenneth M. Klemm (solely with respect to case nos. 21-00253, 00260 & 00261, admitted *pro hac vice*)
Adam B. Zuckerman (solely with respect to case nos. 21-00253, 00259 & 00260, admitted *pro hac vice*)
Anne Derbes Wittmann (admitted *pro hac vice*)

3

Leonard J. Yanez (admitted *pro hac vice*)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
kklemm@bakerdonelson.com
awittmann@bakerdonelson.com
lyanex@bakerdonelson.com

*and*

Amy L. Champagne (solely with respect to case nos. 21-00253, 00259 & 00261, admitted *pro hac vice*)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-8912
achamagne@bakerdonelson.com

*and*

**BOLTNAGI P.C.**

Dated: September 30, 2025            */s/ Adam N. Marinelli*
Adam N. Marinelli (V.I. Bar No.: 1294)
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
Telephone: (340) 774-2944
amarinelli@wwhgd.com

*Attorneys for Defendants Limetree Bay Ventures, LLC, Limetree Bay Energy, LLC, and EIG Global Energy Partners, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

WE HEREBY CERTIFY that on September 30, 2025, a true and correct copy of the foregoing, was served via CM/ECF on all counsel of record.

4