# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br>    Plaintiffs,<br><br>   v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | **Civil Action No. 2021-0253** |
| HELEN SHIRLEY, et al.,<br>    Plaintiffs,<br><br>   v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | **Civil Action No. 2021-0259** |
| MARY L. MOOREHEAD, et al.,<br>    Plaintiffs,<br><br>   v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | **Civil Action No. 2021-0260** |
| BEECHER COTTON, et al.,<br>    Plaintiffs,<br><br>   v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | **Civil Action No. 2021-0261** |

## NOTICE OF DEFENDANT LIMETREE BAY TERMINALS, LLC'S SERVICE OF NON-PARTY SUBPOENA RESPONSES

**PLEASE TAKE NOTICE THAT** on October 3rd, 2025, Defendant Limetree Bay Terminals, LLC served upon all counsel of record the following documents via email and ShareFile:

- Virgin Islands – Waste Management Authority – Anguilla Landfill Fires (VIWMA ALF_0025 - 0043)

- Federal Aviation Administration (FAA_ 00001-00005)

- Virgin Islands Department of Natural Resources (VIDPNR_00001-000153)

- Environmental Protection Agency (FOIA_EPA_000001 – 012149)

This 6th day of October 2025.

        **Beckstedt & Kuczynski, LLP**
        */s/ Carl A. Beckstedt III*
        Carl A. Beckstedt III, Esq.
        VI Bar No. 684
        2162 Church Street
        Christiansted, St. Croix
        U.S. Virgin Islands 00820
        T: 340-719-8086 / F: 800-886-6831
        carl@beckstedtlaw.com

        **Weinberg Wheeler Hudgins Gunn & Dial, LLC**
        */s/ Shubhra R. Mashelkar*
        Shubhra R. Mashelkar
        Ga. Bar No. 475388
        *Admitted Pro Hac Vice (1:21-cv-00253 only)*
        3344 Peachtree Road, NE
        Suite 2400
        Atlanta, GA 30326
        T: 404-876-2600 / F: 404-875-9433
        smashelkar@wwhgd.com

        *Attorneys for Defendant Limetree Bay Terminals, LLC*

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>     Plaintiffs,<br><br>   v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>     Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>     Plaintiffs,<br><br>   v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>     Defendants. | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>     Plaintiffs,<br><br>   v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>     Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>     Plaintiffs,<br><br>   v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>     Defendants. | **Civil Action No. 2021-0261** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day I have served a copy of the within and foregoing **NOTICE OF DEFENDANT LIMETREE BAY TERMINALS, LLC'S SERVICE OF NON-PARTY SUBPOENA RESPONSES**, upon all parties to this matter by filing said document with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

This 6th day of October 2025.

**Beckstedt & Kuczynski, LLP**
*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
T: 340-719-8086 / F: 800-886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**
*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
*Admitted Pro Hac Vice (1:21-cv-00253 only)*
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
T: 404-876-2600 / F: 404-875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*