**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    *Defendants.* | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    *Defendants.* | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    *Defendants.* | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    *Defendants.* | Civil Action No. 2021-0261 |

**NOTICE OF SERVICE OF ELITE TURNAROUND SPECIALISTS, LTD.'S SECOND
SUPPLEMENTAL IDENTIFICATION OF REBUTTAL EXPERTS**

Defendant Elite Turnaround Specialists, Ltd. ("Elite") through its attorneys, Laborde
Siegel LLC and Ogletree, Deakins, Nash, Smoak & Stewart, LLC, and provides notice it has served
its Second Supplemental Identification of Rebuttal Experts on all counsel of record pursuant to
Rule 26(a) of the Federal Rules of Civil Procedure.

DATED: October 10, 2025

Respectfully submitted,

_____

Brendan P. Doherty
Texas Bar No. 24075923
Louisiana Bar No. 28556
bdoherty@labordesiegel.com
Alexander L. Cochran
Texas Bar No. 24108163
acochran@labordesiegel.com
Laborde Siegel LLC
5151 San Felipe, Suite 750
Houston, Texas 77056
832-255-6000 (Phone)
832-255-6001 (Fax)

*/s/ J. Michael DiGiglia\* (signed with
permission)*
J. Michael DiGiglia
Louisiana Bar No. 24378
Colorado Bar No. 30712
jdigiglia@labordesiegel.com
Laborde Siegel LLC
701 Poydras Street, Suite 4800
New Orleans, LA 70139
504-561-0400 (Phone)
504-561-1011 (Fax)

Listed Counsel from Louisiana and Texas
admitted *pro hac vice*

2

and

*/s/ Adam G. Christian* (signed with permission)
Adam G. Christian
V.I. Bar No. 441
Simone R.D. Francis
V.I. Bar No. 537
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, LLC
1336 Beltjen Road, Suite 201
St. Thomas, VI 00802-4701
340) 714-1235 (phone)
340 714-1245 (fax)

**Attorneys for Elite Turnaround Specialists, Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served through the CM/ECF System of this Court on all counsel of record.

Dated: October 10, 2025

Brendan P. Doherty