# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2021-0253 |
| | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **HELEN SHIRLEY, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2021-0259 |
| | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **MARY L. MOORHEAD, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2021-0260 |
| | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **BEECHER COTTON, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2021-0261 |
| | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |

# ORDER

THIS MATTER comes before the Court on Defendants EIG Global Energy Partners, LLC ("EIG"), Limetree Bay Ventures, LLC ("LBV"), Limetree Bay Refining, LLC ("Refining"), and Limetree Bay Terminals, LLC's ("Terminals") (collectively, "Moving Defendants") "Joint Motion to File Exhibit Under Seal" ("Motion to Seal") (Dkt. No. 1299) and the Court's two Orders (Dkt. Nos. 1474, 1511) allowing such filing.

Moving Defendants sought, in their Motion to Seal, leave to file under seal "Exhibit 8," a Grand Jury Subpoena (Dkt. No. 1299 at 2), referenced in Terminals and Refining's "Memorandum in Support of Emergency Joint Motion to Stay" ("Motion to Stay") (Dkt. No. 1301 at 6).[1] The Court granted the Motion to Seal and ordered Moving Defendants to file Exhibit 8 under seal by October 8, 2025. (Dkt. No. 1474). No such filing occurred. Accordingly, the Court further extended the deadline to October 20, 2025. (Dkt. No. 1511). Once again, this deadline was seemingly ignored. While the Court will extend the deadline yet again, counsel is advised that the Court will not view favorably further failures to comply with its deadlines. *See Darrah v. Virgin Islands ex rel. Juan F. Luis Hosp.*, 2011 WL 6181352 at *4 (D.V.I. Dec. 13, 2011) ("It is important to correct counsel's mistaken belief regarding the optional nature of deadlines . . .").

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that Moving Defendants shall have up to and including **Friday, October 24, 2025** to file **UNDER SEAL** Exhibit 8 referenced in Moving Defendants' "Joint Motion to File Exhibit Under Seal" (Dkt. No. 1299); and it is further

---

[1] EIG and LBV initially joined in the Motion to Stay (Dkt. No. 1298 at 1) but later withdrew from the Motion to Stay (Dkt. No. 1414 at 1). Thus, EIG and LBV are not Moving Defendants for the Motion to Stay. However, EIG and LBV did not withdraw from the Motion to Seal and remain Moving Defendants in connection with the Motion to Seal.

2

**ORDERED** that the Clerk's Office shall grant access to the sealed document to counsel for Plaintiffs and counsel for Moving Defendants EIG Global Energy Partners, LLC, Limetree Bay Ventures, LLC, Limetree Bay Refining, LLC, and Limetree Bay Terminals, LLC.

**SO ORDERED.**

Date:  October 22, 2025                                         _____/s/_____
                                                                                    WILMA A. LEWIS
                                                                                    Senior District Judge