IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | ) | |
| Plaintiffs, | ) | 1:21-cv-00253 |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **HELEN SHIRLEY, et al.,** | ) | |
| Plaintiffs, | ) | 1:21-cv-00259 |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **MARY L. MOORHEAD, et al.,** | ) | |
| Plaintiffs, | ) | 1:21-cv-00260 |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **BEECHER COTTON, et al.,** | ) | |
| Plaintiffs, | ) | 1:21-cv-00261 |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |

**ORDER EXTENDING EXPERT DEADLINES**

Before the Court is the motion [ECF 1486][1,2] filed by Plaintiffs and Defendants EIG Global Energy Partners, LLC, Limetree Bay Ventures, LLC, Limetree Bay Refinning, LLC (a nominal

---

[1] For the corresponding docket number in the consolidated matters, *see* 1:21-cv-00259 [ECF 1215]; 1:21-cv-00260 [ECF 1288]; and 1:21-cv-00261 [ECF 1482].

[2] Unless stated otherwise, all ECF citations that follow herein are to the record in *Boynes v. Limetree Bay Ventures, LLC*, 1:21-cv-00253.

1

defendant), Limetree Bay Terminals, LLC, BP Products North America, Inc., Elite Turnaround Specialists, LTD, and Excel Construction & Maintenance VI, Inc. (collectively the "Moving Parties"), wherein the parties seek to extend the expert deadlines. The Court, finding that good cause has been shown and further deeming it appropriate to rule on said motion without the need of responsive briefing pursuant to LRCi 6.1(b)(6), it is hereby

**ORDERED** that the motion [ECF 1486][3] is **GRANTED** *nunc pro tunc* to October 13, 2025; it is further

**ORDERED** that the Scheduling Order [ECF 1160][4] is amended as follows:

(a) The parties shall have up to and including **November 7, 2025**, to file Initial Expert Reports.

(b) The parties shall have up to and including **December 22, 2025**, to file Rebuttal Expert Reports.

(c) The parties shall have up to and including **January 28, 2026**, to file Reply Expert Reports.

(d) Expert discovery shall **CLOSE** on **March 6, 2026**.

**ORDERED** that all other aspects of the Scheduling Order [ECF 1160][5] shall remain in place.

ENTER:

Dated: November 3, 2025

*/s/ G. Alan Teague*
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE

---

[3] For the corresponding docket number in the consolidated matters, *see* 1:21-cv-00259 [ECF 1215]; 1:21-cv-00260 [ECF 1288]; and 1:21-cv-00261 [ECF 1482].

[4] This amendment is applicable to all of the consolidated matters.

[5] This order is applicable to all of the consolidated matters.