**IN THE DISTRICT COURT OF THE UNITED STATES VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**
Civil Action No. 1:21-CV-00253-WAL-GAT

| | |
|---|---|
| CLIFFORD BOYNES, *et al.*,<br>      Plaintiffs,<br><br>vs.<br><br>LIMETREE BAY VENTURES, LLC, *et al.*<br>      Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, *et al.*,<br>      Plaintiffs,<br><br>vs.<br><br>LIMETREE BAY VENTURES, LLC, *et al.*<br>      Defendants. | Civil Action No. 2021-0259 |
| MARY L. MOORHEAD, *et al.*,<br>      Plaintiffs,<br><br>vs.<br><br>LIMETREE BAY VENTURES, LLC, *et al.*<br>      Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, *et al.*,<br>      Plaintiffs,<br><br>vs.<br><br>LIMETREE BAY VENTURES, LLC, *et al.*<br>      Defendants. | Civil Action No. 2021-0261 |

## NOTICE OF APPEARANCE

**To:**    To clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

**Fermin Rodriguez**

I request that copies of all documents filed with this court be served via the court's

CM/ECF system and/or physical mail be served on the undersigned at Ceradini Law, PLLC,

8480 Honeycutt Road, Ste. 200, Raleigh, NC 27615.

Respectfully submitted, this the 4th day of November, 2025.

By: /s/ Matthew P. Ceradini
Matthew P. Ceradini
USVI Bar No: R2005
Ceradini Law, PLLC
8480 Honeycutt Rd., Ste. 200, Raleigh, NC 27615
Phone: 919-931-0702 / Fax: 919-825-1805
m.ceradini@ceradinilaw.com
*Local Counsel for Fermin Rodriguez*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on counsel of record for all parties below on this date by this Court's CM/ECF system, which will send notification to the following counsel of record in accordance with the Rules of this Court.

This the 4th day of November, 2025,

/s/ Matthew P. Ceradini.
Matthew P. Ceradini, Esq.
