**IN THE DISTRICT COURT OF THE UNITED STATES VIRGIN ISLANDS
DIVISION OF ST. CROIX**
Civil Action No. 1:21-CV-00253-WAL-GAT

| | |
|---|---|
| CLIFFORD BOYNES, *et al.*,<br>　　Plaintiffs,<br><br>　　vs.<br><br>LIMETREE BAY VENTURES, LLC, *et al*.<br>　　Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, *et al.*,<br>　　Plaintiffs,<br><br>　　vs.<br><br>LIMETREE BAY VENTURES, LLC, *et al*.<br>　　Defendants. | Civil Action No. 2021-0259 |
| MARY L. MOORHEAD, *et al.*,<br>　　Plaintiffs,<br><br>　　vs.<br><br>LIMETREE BAY VENTURES, LLC, *et al*.<br>　　Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, *et al.*,<br>　　Plaintiffs,<br><br>　　vs.<br><br>LIMETREE BAY VENTURES, LLC, *et al*.<br>　　Defendants. | Civil Action No. 2021-0261 |

**MOTION FOR ADMISSION PRO HAC VICE**

　　**NOW COMES**, Matthew P. Ceradini, Esq. of Ceradini Law, PLLC, counsel for Fermin Rodriguez and acting as Local Counsel, hereby moves to admit attorney Joseph P. Klock, Jr.,

Esq. of Rosco | Klock, *pro hac vice* pursuant to District Court Rules of Civil Procedure, Rule 83.1.

Attorney Klock is a member in good standing of the Florida Bar, is admitted to practice before the United States Court of Appeals for the Eleventh Circuit, and is eligible for *pro hac vice* admission to the U.S. District Court for the U.S. Virgin Islands pursuant to Rule 83.1. Attorney Klock's Pro Hac Vice Application is attached hereto as **Exhibit A**.

**WHEREFORE**, Attorney Ceradini respectfully requests that this Honorable Court grant Attorney Klock admission pro hac vice pursuant to Rule 83.1, so that he may appear as counsel for Fermin Rodriguez in the above-captioned matter.

Respectfully submitted, this the 4th day of November, 2025.

> By: /s/ Matthew P. Ceradini
> Matthew P. Ceradini
> USVI Bar No: R2005
> Ceradini Law, PLLC
> 8480 Honeycutt Rd., Ste. 200, Raleigh, NC 27615
> Phone: 919-931-0702 / Fax: 919-825-1805
> m.ceradini@ceradinilaw.com
> *Local Counsel for Fermin Rodriguez*
>
> By: /s/ Joseph P. Klock, Jr., Esq.
> Joseph P. Klock, Jr., Esq.
> Rosco Klock Attorneys
> 2555 Ponce de Leon Blvd, Ste. 600
> Coral Gables, FL 33134
> Tel. 305-476-7100
> Fax. 305-675-7707
> jklock@rascoklock.com
> *Pro Hac Vice Counsel for Fermin Rodriguez*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on counsel of record for all parties below on this date by this Court's CM/ECF system, which will send notification to the following counsel of record in accordance with the Rules of this Court.

This the 4th day of November, 2025,

                                              /s/ Matthew P. Ceradini.
                                              Matthew P. Ceradini, Esq.

# EXHIBIT A

# DISTRICT COURT OF THE VIRGIN ISLANDS

## PRO HAC VICE APPLICATION

*You must fill in all blanks and answer all questions. If a particular question does not apply to you, write "none" or "N/A".* **Applications which are not properly completed will be returned.**

| | |
|---|---|
| **NAME** | Joseph P. Klock, Jr. |
| **FIRM** | Rasco Klock |
| **ADDRESS** | 2555 Ponce de Leon Blvd., Ste. 600, Coral Gables, FL 33134 |
| **MAIN FIRM PHONE NO.** | 305-476-7100 |
| **FAX NO.** | 305-675-7707 |
| **E-MAIL ADDRESS** | jklock@rascoklock.com |

Case caption for which admission is sought: Clifford Boynes, et al., v. Limetree Bay Ventures, LLC, et al, 1:21-cv-00253-WAL-GAT

Motion made by: Matthew P. Ceradini, Esq., Ceradini Law, PLLC

Party applicant represents: Fermin Rodriguez

### A. BACKGROUND QUESTIONNAIRE

*Please answer these questions yes or no. If you answer yes to any of these questions you must submit a statement under the penalties of perjury which includes the relevant facts, court, charge, date, whether the occurrence was disclosed to the highest court of the state(s) in which you are admitted, disposition, whether the occurrence was an isolated incident, and any other facts you deem relevant.*

1. Are there any disciplinary proceedings pending against you?

    ☐ YES   ☒ NO

2. Have you ever been denied admission to practice, disbarred, suspended from practice, or disciplined by any court or bar authority?

    ☐ YES   ☒ NO

3. If you have been suspended or disbarred from the practice of law by any court or bar authority, have you been reinstated?

    ☐ YES   ☐ NO   ☒ N/A

4. Have you ever resigned from the practice of law in any court?

    ☐ YES   ☒ NO

Pro Hac Vice Application
05/2011
Page 1 of 3

5. Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime or are any criminal charges pending against you?

☐ YES  ☒ NO

6. Have you ever been held in contempt of court?

☐ YES  ☒ NO

7. Have you ever been denied *pro hac vice* admission in a jurisdiction?

☐ YES  ☒ NO

**B. APPLICANT'S CERTIFICATION**

1. I have been admitted to practice law in the following jurisdictions (states, territories, or the District of Columbia):

| COURT | DATE OF ADMISSION/BAR NO. |
|---|---|
| Florida | 05.01.73 |
| Pennsylvania | 05.73 (Inactive) |
| D.C. | 1978 (Inactive) |

2. Unless otherwise indicated in Section A, I am a member in good standing of the bars of each of the jurisdictions listed above.

3. I am familiar with the Rules of Professional Conduct, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, and the Local Rules of the District Court of the Virgin Islands.

4. My principal law office is located in Miami, Fla. (Coral Gables)

5. I am a member of the bar of the following United States Courts:

| U.S. COURT | DATE OF ADMISSION/BAR NO. |
|---|---|
| U.S. Supreme Court | 1978 |
| U.S. S.D. Fla | 1973 |
| U.S. N.D Fla | |
| U.S. 11th Circuit * | 1973 |

\* originally 5th Circuit

Pro Hac Vice Application
05/2011
Page 2 of 3

6. Have you ever been admitted *pro hac vice* in any previous matters in the District Court of the Virgin Islands?

☒ YES ☐ NO

*If yes, please indicate the case name, case number, date of previous pro hac vice admission to this Court.*

| CASE NAME / NUMBER | DATE OF PRO HAC VICE ADMISSION | CASE STATUS |
|---|---|---|
| Atlantic Basin Refining Inc. v. JP Energy Partners 1:15-cv-0071 (WAL) | 12/7/15 | Pending after 10 years |

7. I understand that it is my responsibility to notify the Attorney Admission Coordinator of any change in my address.

8. I understand that I submit myself to the jurisdiction of this Court for any disciplinary action to which I may be subject.

**I hereby certify under the penalties of perjury that the foregoing statements and answers are true and correct.**

_____
Signature
Joseph P. Klock Jr.

For Court Use Only

Fee:
☐ Check   ☐ Cash   Amount: _____

Staff Notes
_____
_____

(THIS APPLICATION SHOULD ACCOMPANY THE MOTION FOR ADMISSION AND BE ATTACHED TO ALL COPIES FORWARDED TO THE COUNSEL OF RECORD.)

Pro Hac Vice Application
05/2011
Page 3 of 3

DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

ATLANTIC BASIN REFINING, INC.,

　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　1:15-CV-71

ARCLIGHT CAPITAL PARTNERS, LLC and
JP ENERGY PARTNERS, LP,

　　　　　　　　　　Defendants

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER is before the Court on the Motion for *Pro Hac Vice* Admission of Joseph P. Klock, Jr. [5] filed by Andrew C. Simpson, Esquire (no. 451) of the Virgin Islands Bar Association pursuant to LRCi 83.1(b)(2). The Petitioner has satisfied all the requirements of Rule 83.1(b)(2) of the Local Rules of Civil Procedure and he has paid the appropriate fee.

The record shows that Attorney Klock is currently in good standing in the State of Florida and his state bar number is 156678. He seeks admission to represent the Plaintiff in this matter.

Attorney Klock shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hace vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the motion, it is;

**ORDERED** that the motion is GRANTED and pursuant to LRCi 83.1(b)(2) Joseph P. Klock, Jr., Esquire, is admitted *pro hac vice* to practice before this Court in this case and he shall file a notice appearance on the docket. He shall appear before this Court in person to take the oath when he is in this jurisdiction.

ENTER:

Dated: December 7, 2015

/s/ George W. Cannon, Jr.
U.S. MAGISTRATE JUDGE