**IN THE DISTRICT COURT OF THE UNITED STATES VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**
Civil Action No. 1:21-CV-00253-WAL-GAT

| | |
|---|---|
| CLIFFORD BOYNES, *et al.*, <br>     Plaintiffs, <br><br> vs. <br><br> LIMETREE BAY VENTURES, LLC, *et al*. <br>     Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, *et al.*, <br>     Plaintiffs, <br><br> vs. <br><br> LIMETREE BAY VENTURES, LLC, *et al*. <br>     Defendants. | Civil Action No. 2021-0259 |
| MARY L. MOORHEAD, *et al.*, <br>     Plaintiffs, <br><br> vs. <br><br> LIMETREE BAY VENTURES, LLC, *et al*. <br>     Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, *et al.*, <br>     Plaintiffs, <br><br> vs. <br><br> LIMETREE BAY VENTURES, LLC, *et al*. <br>     Defendants. | Civil Action No. 2021-0261 |

**NOTICE OF FILING**

Attorney Matthew P. Ceradini, on behalf of Fermin Rodriguez, hereby gives Notice of Filing the attached Proposed Order on the Motion for Admission *Pro Hac Vice* (Doc. 1542), which was filed on November 4, 2025, in this matter.

Respectfully submitted, this the 4th day of November, 2025.

By: /s/ Matthew P. Ceradini
Matthew P. Ceradini
USVI Bar No: R2005
Ceradini Law, PLLC
8480 Honeycutt Rd., Ste. 200, Raleigh, NC 27615
Phone: 919-931-0702 / Fax: 919-825-1805
m.ceradini@ceradinilaw.com
*Local Counsel for Fermin Rodriguez*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on counsel of record for all parties below on this date by this Court's CM/ECF system, and by email to counsel indicated hereing, which will send notification to the following counsel of record in accordance with the Rules of this Court.

Via CM/ECF:

All Counsel of Record.

Via Email:

Joseph P. Klock, Jr., Esq.
Rosco Klock Attorneys
2555 Ponce de Leon Blvd, Ste. 600
Coral Gables, FL 33134
Tel. 305-476-7100
Fax. 305-675-7707
jklock@rascoklock.com
*Pro Hac Vice Applicant*

This the 4th day of November, 2025,

/s/ Matthew P. Ceradini.
Matthew P. Ceradini, Esq.