**IN THE DISTRICT COURT OF THE UNITED STATES VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**
Civil Action No. 1:21-CV-00253-WAL-GAT

| | |
|---|---|
| CLIFFORD BOYNES, *et al.*, <br>     Plaintiffs, <br><br> vs. <br><br> LIMETREE BAY VENTURES, LLC, *et al*. <br>     Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, *et al.*, <br>     Plaintiffs, <br><br> vs. <br><br> LIMETREE BAY VENTURES, LLC, *et al*. <br>     Defendants. | Civil Action No. 2021-0259 |
| MARY L. MOORHEAD, *et al.*, <br>     Plaintiffs, <br><br> vs. <br><br> LIMETREE BAY VENTURES, LLC, *et al*. <br>     Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, *et al.*, <br>     Plaintiffs, <br><br> vs. <br><br> LIMETREE BAY VENTURES, LLC, *et al*. <br>     Defendants. | Civil Action No. 2021-0261 |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

THIS MATTER is before the Court on the Motion For Admission *Pro Hac Vice* of Joseph P. Klock, Jr., filed by Matthew P. Ceradini, Esq. (Doc. 1542) of the Virgin Islands Bar

Association pursuant to LRCi 83.1(b)(2).  The Petitioner has satisfied all the requirements of Rule 83.1(b)(2) of the Local Rules of Civil Procedure and has paid the appropriate fee.

The record shows that Attorney Klock is currently in good standing in the State of Florida, and his state bar number is 156678.  He seeks admission to represent Fermin Rodriguez, a non-party respondent who has been subpoenaed in this Matter to give deposition testimony.

Attorney Klock shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the motion, it is,

**ORDERED** that the motion is **GRANTED** and pursuant to LRC1 83.1(b)(2), Joseph P. Klock, Jr., Esq., is admitted *pro hac vice* to practice before this Court in this case, and he shall file a notice of appearance on the docket.  He shall appear before this Court in person to take the oath when he is in the jurisdiction.

Dated: _____            _____
                                    U.S. Magistrate Judge, Presiding