**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>     **Plaintiffs,**<br><br>     **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>     **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>     **Plaintiffs,**<br><br>     **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>     **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>     **Plaintiffs,**<br><br>     **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>     **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>     **Plaintiffs,**<br><br>     **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>     **Defendants.** | **Civil Action No. 2021-0261** |

<u>**SECOND AMENDMENT TO DEFENDANTS' JOINT DISCLOSURE**</u>
<u>**OF EXPERT TESTIMONY**</u>

Defendants BP Products North America Inc. ("BPPNA"), EIG Global Energy Partners, LLC ("EIG GEP"), Limetree Bay Energy, LLC, Limetree Bay Refining, LLC a Nominal Defendant ("LBR"), Limetree Bay Ventures, LLC ("LBV"), Limetree Bay Terminals, LLC ("LBT"), and Elite Turnaround Specialists, LTD ("ETS") (collectively "Defendants") through their undersigned counsel, and pursuant to this Court's April 11, 2025 Amended Scheduling Order, hereby modify their August 13, 2025 Joint Disclosure of Expert Testimony as follows:

1. Defendants withdraw experts Kevin Moran and Dr. Mark Wuddivira, Ph.D., as experts from whom Initial Reports will be provided on or before November 7, 2025.

2. Nothing herein shall preclude Defendants from utilizing Mr. Moran and/or Dr. Wuddivira as experts who may be called upon to offer opinion testimony that addresses both general opinions and opinions that are in whole or in part specific to the subject matters addressed by Plaintiffs' experts in their Initial Reports, or from submitting Rebuttal Reports on or before December 22, 2025, addressing the subject matters and Plaintiffs' experts' opinions identified in Defendants' September 10, 2025, Joint Disclosure of Rebuttal Expert Testimony.

Dated: November 7, 2025

**Beckstedt & Kuczynski, LLP**
*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
T: (340) 719-8086 / F: (800) 886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**

Dated: November 7, 2025

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
*Admitted Pro Hac Vice (1:21-cv-00253 only)*
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
T: (404) 876-2600 / F: (404) 875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*

**Wilson Elser Moskowitz Edelman & Dicker LLP**

Dated: November 7, 2025

*/s/ Carolyn F. O'Connor*
VI Bar No. R2100
Joseph T. Hanlon, Esq
VI Bar No. R2099
7 Giralda Farms
Madison, NJ 07940
T: (973) 624-0800
Carolyn.oconnor@wilsonelser.com
Joseph.hanlon@wilsonelser.com

*Attorneys for Nominal Defendant Limetree Bay Refining, LLC*

**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**

Dated: November 7, 2025

*/s/ Amy Champagne*
Kenneth M. Klemm
*Admitted Pro Hac Vice (1:21-cv-00253, 00259, 00260 only)*
Adam B. Zuckerman
*Admitted Pro Hac Vice (1:21-cv-00253, 00259, 00260 only)*
Anne Derbes Wittmann (admitted *pro hac vice*)
Leonard J. Yanez (admitted *pro hac vice*)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
T: (504) 566-5200
kklemm@bakerdonelson.com

awittmann@bakerdonelson.com
lyanex@bakerdonelson.com

*and*

Amy L. Champagne *(1:21-cv-00253, 00259, 00260 only)*
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
T: (601) 351-8912
achampagne@bakerdonelson.com

*and*

**Boltnagi P.C.**

Dated: November 7, 2025

/s/ *Adam N. Marinelli*
Adam N. Marinelli
VI Bar No. 1294
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
T: (340) 774 – 2944
Adam.marinelli@vilaw.com

*Attorneys for Defendants Limetree Bay Ventures, LLC, Limetree Bay Energy, LLC, and EIG Global Energy Partners, LLC*

**Laborde Siegel LLC**

/s/ *Alexander L. Cochran*
Brendan P. Doherty (admitted *pro hac vice*)
TX Bar No. 24075923
LA Bar No. 28556
Alexander L. Cochran (admitted *pro hac vice*)
TX Bar No. 24108163
5151 San Felipe, Suite 750
Houston, Texas 77056
T: (832) 255-6000 / F: (832) 255-6001
acochran@labordesiegel.com

*and*

Dated: November 7, 2025

Dated: November 7, 2025

J. Michael DiGiglia (admitted *pro hac vice*)
**Laborde Siegel LLC**
701 Pydras Street, Suite 4800
New Orleans, Louisiana 70139
T: (504) 561-0400 / F: (504) 561-1011
jdigiglia@labordesiegel.com

a*nd*

Dated: November 7, 2025

Adam G. Christian
**Ogletree, Deakins, Nash, Smoak & Stewart, LLC**
VI Bar No. 537
1336 Beltjen Road Suite 201
St. Thomas, Virgin Islands 00802-4701
T: (340 714-1235 / F: (340) 714-1245
adam.christian@ogletree.com

*Attorneys for Defendants Elite Turnaround Specialists, LTD*

**Hamilton, Miller & Birthisel, VI P.C.**

Dated: November 7, 2025

*/s/ Chivonne Thomas*
Schuyler A. Smith, Esq.
VI Bar No. 1271
Jennifer Brooks, Esq.
VI Bar No. 1109
Chivonne Thomas
VI Bar No. 1186
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
T: (305) 379-3686
ssmith@hamiltonmillerlaw.com
jmiller@hamiltonmillerlaw.com
cthomas@hamiltonmillerlaw.com

*and*

Lori B. Leskin (admitted *pro hac vice*)
David A. Kerschner (admitted *pro hac vice*)
Robert T. Franciscovich (admitted *pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, New York 10019-9710

T: (212) 836-8000
Lori.leskin@arnoldporter.com
David.kerschner@arnoldporter.com
Robert.franciscovich@arnoldporter.com

*and*

Rhonda R. Trotter (admitted *pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
777 S. Figueroa Street, Suite 4400
Los Angeles, California 90017
T: (213) 243-4000
Rhonda.trotter@arnoldporter.com

*Attorneys for CP Products North America Inc.*

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day I have served a copy of the within and foregoing **SECOND AMENDMENT TO DEFENDANTS' JOINT DISCLOSURE OF EXPERT TESTIMONY**, upon all parties to this matter by filing said document with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

This 7th day of November 2025.

**Beckstedt & Kuczynski, LLP**
*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
T: 340-719-8086 / F: 800-886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**
*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
*Admitted Pro Hac Vice (1:21-cv-00253 only)*
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
T: 404-876-2600 / F: 404-875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*