**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

**AMENDMENT TO DEFENDANT'S INDIVIDUAL SUPPLEMENTAL**
**DISCLOSURE OF EXPERT TESTIMONY**

Defendant Limetree Bay Terminals, LLC (LBT"), through its undersigned counsel, and pursuant to this Court's April 11, 2025 Amended Scheduling Order, hereby modifies its August 13, 2025 Individual Supplemental Disclosure of Expert Testimony as follows:

1. Defendant Limetree Bay Terminals, LLC ("LBT") withdraws experts its designation of Derek Gilboe as an expert from whom an Initial Report will be provided on or before November 7, 2025.

2. Nothing herein shall preclude LBT from utilizing Mr. Gilboe as an expert who may be called upon to offer opinion testimony that addresses both general opinions and opinions that are in whole or in part specific to the subject matters addressed by Plaintiffs' experts in their Initial Reports, or from submitting Rebuttal Reports on or before December 22, 2025, addressing the subject matters and Plaintiffs' experts' opinions identified in Defendants' Joint September 10, 2025 Disclosure of Rebuttal Expert Testimony.

Dated: November 7, 2025

**Beckstedt & Kuczynski, LLP**
*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
T: (340) 719-8086 / F: (800) 886-6831
carl@beckstedtlaw.com

Dated: November 7, 2025

**Weinberg Wheeler Hudgins Gunn & Dial, LLC** */s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
*Admitted Pro Hac Vice (1:21-cv-00253 only)*
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
T: (404) 876-2600 / F: (404) 875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day I have served a copy of the within and foregoing

**AMENDMENT TO DEFENDANT'S INDIVIDUAL SUPPLEMENTAL DISCLOSURE OF**

**EXPERT TESTIMONY**, upon all parties to this matter by filing said document with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

This 7th day of November 2025.

**Beckstedt & Kuczynski, LLP**
*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
T: 340-719-8086 / F: 800-886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**
*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
*Admitted Pro Hac Vice (1:21-cv-00253 only)*
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
T: 404-876-2600 / F: 404-875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*