**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al., | Civil Action No. 2021-0253 |
| *Plaintiffs*, | |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| *Defendants*. | |
| HELEN SHIRLEY, et al., | Civil Action No. 2021-0259 |
| *Plaintiffs*, | |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| *Defendants*. | |
| FRANCIS E. CHARLES, et al., | Civil Action No. 2021-0260 |
| *Plaintiffs*, | |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| *Defendants*. | |
| BEECHER COTTON, et al., | Civil Action No. 2021-0261 |
| *Plaintiffs*, | |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| *Defendants*. | |

**<u>NOTICE OF SERVICE OF DEFENDANT BP PRODUCTS NORTH AMERICA, INC.'S SERVICE OF INITIAL EXPERT REPORT OF HORACE O. HOBBS, P.E. AND AMENDMENT TO INITIAL EXPERT DISCLOSURES</u>**

Defendant BP Products North America, Inc. ("BPPNA"), through its undersigned counsel, provides notice that on November 7, 2025, BPPNA served the initial expert report of Horace O. Hobbs, P.E. and Amendment to Initial Expert Disclosures, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

**Dated: November 7, 2025**          Respectfully submitted,


                                                       /s/ Chivonne Thomas

*Counsel for Defendant*          Schuyler A. Smith, Esq. (V.I. Bar No. 1271)
*BP PRODUCTS NORTH*          ssmith@hamiltonmillerlaw.com
*AMERICA INC.*          Jennifer Brooks, Esq. (V.I. Bar No. 1109)
                                           jmiller@hamiltonmillerlaw.com
                                           Chivonne Thomas, Esq. (V.I. Bar No. 1186)
                                           cthomas@hamiltonmillerlaw.com
                                           Hamilton, Miller & Birthisel, VI P.C.
                                           150 Southeast Second Avenue, # 1200
                                           Miami, Florida 33131
                                           Telephone: 305-379-3686

                                                       *and*

                                           Lori B. Leskin (admitted *pro hac vice*)
                                           lori.leskin@arnoldporter.com
                                           David A. Kerschner (admitted *pro hac vice*)
                                           david.kerschner@arnoldporter.com
                                           Robert T. Franciscovich (admitted *pro hac vice*)
                                           robert.franciscovich@arnoldporter.com
                                           ARNOLD & PORTER KAYE SCHOLER LLP
                                           250 W. 55th Street
                                           New York, NY 10019-9710
                                           Telephone: (212) 836-8000

Rhonda R. Trotter (admitted *pro hac vice*)
rhonda.trotter@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
Telephone: (213) 243-4000

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2025 a true and correct copy of the foregoing was served on counsel of record via e-mail.

/s/ Chivonne Thomas

Chivonne Thomas, Esq.

4