**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Defendants*. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Defendants*. | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Defendants*. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Defendants*. | Civil Action No. 2021-0261 |

1

**EIG GLOBAL ENERGY PARTNERS, LLC'S,
LIMETREE BAY VENTURES, LLC'S, AND LIMETREE BAY ENERGY, LLC'S
<u>MODIFICATION OF THEIR SUPPLEMENTAL EXPERT DISCLOSURES</u>**

Defendants, EIG Global Energy Partners, LLC ("EIG GEP"), Limetree Bay Ventures, LLC ("LBV"), and Limetree Bay Energy, LLC ("LBE") (collectively "Defendants"), through their undersigned counsel, and pursuant to this Court's April 11, 2025, Amended Scheduling Order [Doc. 1160], hereby modify their separate August 13, 2025, Supplemental Disclosure of Expert Testimony as follows:

1. Defendants withdraw experts Jerome DeHey and Glenn D. West as experts from whom Initial Reports will be provided on or before November 7, 2025.

2. Nothing herein shall preclude Defendants from utilizing Mr. DeHey and/or Mr. West as experts who may be called upon to offer opinion testimony that addresses both general opinions and opinions that are in whole or in part specific to the subject matters addressed by Plaintiffs' experts in their Initial Reports, or from submitting Rebuttal Reports on or before December 22, 2025, addressing the subject matters and Plaintiffs' experts' opinions identified in Defendants' September 10, 2025, Joint Disclosure of Rebuttal Expert Testimony.

3. Nothing herein otherwise withdraws or amends Defendants' August 13, 2025, Supplemental Disclosure of Expert Testimony or any other joint expert disclosure to which Defendants are parties.

2

Respectfully submitted,

Dated: November 7, 2025

*/s/ Amy L. Champagne*

Kenneth M. Klemm (solely with respect to case nos. 21-00253, 00260 & 00261, admitted *pro hac vice*)

Adam B. Zuckerman (solely with respect to case nos. 21-00253, 00259 & 00260, admitted *pro hac vice*)

Anne Derbes Wittmann (admitted *pro hac vice*)

Leonard J. Yanez (admitted *pro hac vice*)

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

201 St. Charles Avenue, Suite 3600

New Orleans, Louisiana 70170

Telephone: (504) 566-5200

kklemm@bakerdonelson.com

azuckerman@bakerdonelson.com

awittmann@bakerdonelson.com

lyanez@bakerdonelson.com

*and*

Amy L. Champagne (solely with respect to case nos. 21-00253, 00259 & 00261, admitted *pro hac vice*)

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

One Eastover Center

100 Vision Drive, Suite 400

Jackson, Mississippi 39211

Telephone: (601) 351-8912

achampagne@bakerdonelson.com

*and*

Dated: November 7, 2025

*/s/ Adam N. Marinelli*

Adam N. Marinelli (V.I. Bar No. 1294)

BOLTNAGI PC

Merchants Financial Center

4608 Tutu Park Mall, Suite 202

St. Thomas, Virgin Islands 00802-1816

Telephone: (340) 774-2944

amarinelli@vilaw.com

*Attorneys for EIG Global Energy Partners, LLC and Limetree Bay Ventures, LLC*

3

## CERTIFICATE OF SERVICE

I certify that on November 7, 2025, the foregoing **EIG GLOBAL ENERGY PARTNERS, LLC'S, LIMETREE BAY VENTURES, LLC'S, AND LIMETREE BAY ENERGY, LLC'S MODIFICATION OF THEIR SUPPLEMENTAL EXPERT DISCLOSURES** was served on all counsel of record via electronic mail.

*/s/ Amy L. Champagne*

4