**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br>    **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>    **Plaintiffs,**<br>    **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

**DEFENDANTS' NOTICE OF SERVICE
OF INITIAL EXPERT REPORT OF SAUL SOLOMON**

PLEASE TAKE NOTICE that, on November 7, 2025, Defendants, EIG Global Energy Partners, LLC, Limetree Bay Energy, LLC, and Limetree Bay Ventures, LLC, caused the following Expert Report to be served upon all counsel of record.

1.  Expert Report of Saul Solomon, dated November 7, 2025.

|  |  |
|---|---|
|  | **Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.** |
| Dated: November 7, 2025 | /s/ Anne Derbes Wittmann |
|  | Kenneth M. Klemm |
|  | *Admitted Pro Hac Vice (1:21-cv-00253, 00259, 00260 only)* |
|  | Adam B. Zuckerman |
|  | *Admitted Pro Hac Vice (1:21-cv-00253, 00259, 00260 only)* |
|  | Anne Derbes Wittmann (admitted *pro hac vice*) |
|  | Leonard J. Yanez (admitted *pro hac vice*) |
|  | 201 St. Charles Ave., Suite 3600 |
|  | New Orleans, Louisiana 70170 |
|  | T: (504) 566-5200 |
|  | kklemm@bakerdonelson.com |
|  | awittmann@bakerdonelson.com |
|  | lyanex@bakerdonelson.com |

*and*

|  |  |
|---|---|
|  | Amy L. Champagne *(1:21-cv-00253, 00259, 00260 only)* |
| Dated: November 7, 2025 | **Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.** |
|  | One Eastover Center |
|  | 100 Vision Drive, Suite 400 |
|  | Jackson, Mississippi 39211 |
|  | T: (601) 351-8912 |
|  | achampagne@bakerdonelson.com |

*and*

2

**Boltnagi P.C.**

Dated: November 7, 2025

*/s/ Adam N. Marinelli*
Adam N. Marinelli
VI Bar No. 1294
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
T: (340) 774 – 2944
Adam.marinelli@vilaw.com

*Attorneys for Defendants Limetree Bay Ventures, LLC,
Limetree Bay Energy, LLC, and EIG Global Energy
Partners, LLC*

3

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day I have served a copy of the foregoing **DEFENDANTS' NOTICE OF SERVICE OF INITIAL EXPERT REPORT OF SAUL SOLOMON**, upon all parties to this matter by filing said document with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

This 7th day of November 2025.

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

/s/ *Anne Derbes Wittmann*
Kenneth M. Klemm
*Admitted Pro Hac Vice (1:21-cv-00253, 00259, 00260 only)*
Adam B. Zuckerman
*Admitted Pro Hac Vice (1:21-cv-00253, 00259, 00260 only)*
Anne Derbes Wittmann (admitted *pro hac vice*)
Leonard J. Yanez (admitted *pro hac vice*)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
T: (504) 566-5200
kklemm@bakerdonelson.com
awittmann@bakerdonelson.com
lyanex@bakerdonelson.com

and

**Boltnagi P.C.**

/s/ *Adam N. Marinelli*
Adam N. Marinelli
VI Bar No. 1294
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
T: (340) 774 – 2944
Adam.marinelli@vilaw.com

*Attorneys for Defendants Limetree Bay Ventures, LLC, Limetree Bay Energy, LLC, and EIG Global Energy Partners, LLC*