# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,** | **Civil Action No. 2021-0253** |
| Plaintiffs, | |
| v. | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |
| **HELEN SHIRLEY, et al.,** | **Civil Action No. 2021-0259** |
| Plaintiffs, | |
| v. | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |
| **MARY L. MOORHEAD, et al.,** | **Civil Action No. 2021-0260** |
| Plaintiffs, | |
| v. | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |
| **BEECHER COTTON, et al.,** | **Civil Action No. 2021-0261** |
| Plaintiffs, | |
| v. | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |

Consolidated Case Nos. 1:21-cv-00253, 1:21-cv-00259, 1:21-cv-00260, 1:21-cv-00261
Defendant Elite Turnaround Specialists, Ltd.'s Notice of Withdrawal of
Opposition to Motion to Approve Settlement
Page 2 of 3

## DEFENDANT ELITE TURNAROUND SPECIALISTS, LTD.'S NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION TO APPROVE SETTLEMENT

**COMES NOW** Defendant Elite Turnaround Specialists, Ltd. ("Elite"), by their undersigned attorneys, and gives notice that it withdraws its opposition to Plaintiffs' Motion for Preliminary Settlement Approval and Related Relief [Boynes ECF #1098] as set forth in Certain Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Settlement Approval and Related Relief [Boynes ECF #1172].

Respectfully submitted,

DATED: December 3, 2025

Brendan P. Doherty
Texas Bar No. 24075923
Louisiana Bar No. 28556
bdoherty@labordesiegel.com
Alexander L. Cochran
Texas Bar No. 24108163
acochran@labordesiegel.com
LABORDE SIEGEL
5151 San Felipe, Suite 750
Houston, Texas 77056
832-255-6000 (Phone)
832-255-6001 (Fax)

*/s/ J. Michael DiGiglia (signed w. permission)* *
J. Michael DiGiglia
Louisiana Bar No. 24378
Colorado Bar No. 30712
jdigiglia@labordesiegel.com
LABORDE SIEGEL
701 Poydras Street, Suite 4800
New Orleans, LA 70139
504-561-0400 (Phone)
504-561-1011 (Fax)

**Consolidated Case Nos. 1:21-cv-00253, 1:21-cv-00259, 1:21-cv-00260, 1:21-cv-00261**
**Defendant Elite Turnaround Specialists, Ltd.'s Notice of Withdrawal of**
**Opposition to Motion to Approve Settlement**
**Page 3 of 3**

Listed Counsel from Louisiana and Texas
admitted *pro hac vice*

and

<u>*/s/ Adam G. Christian (signed with*</u>
<u>*permission)**</u>
Adam G. Christian
V.I. Bar No. 441
Simone R.D. Francis
V.I. Bar No. 537
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, LLC
1336 Beltjen Road, Suite 201
St. Thomas, VI 00802-4701
340) 714-1235 (phone)
340 714-1245 (fax)

*Attorneys for Elite Turnaround Specialists,*
*Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served through the CM/ECF System of this Court on all counsel of record.

Dated: December 3, 2025

Brendan P. Doherty