IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,**<br>　　　　Plaintiffs,<br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **1:21-cv-00253** |
| **HELEN SHIRLEY, et al.,**<br>　　　　Plaintiffs,<br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **1:21-cv-00259** |
| **MARY L. MOORHEAD, et al.,**<br>　　　　Plaintiffs,<br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **1:21-cv-00260** |
| **BEECHER COTTON, et al.,**<br>　　　　Plaintiffs,<br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **1:21-cv-00261** |

**ORDER GRANTING MOTION TO WITHDRAW *PRO HAC VICE***

**THIS MATTER** comes before the Court on the Motion to Withdraw as Attorney, filed by Lee J. Rohn, Esq. on behalf of Plaintiffs on December 4, 2025. [ECF 1613].[1] In the motion, counsel states that Dena R. Young, Esq. was admitted *pro hac vice* in this matter on July 14, 2021. *See*

---

[1] For the corresponding docket number in the consolidated matters, *see* 1:21-cv-00259, [ECF 1339]; and 1:21-cv-00260, [ECF 1412]; and 1:21-cv-00261, [ECF 1606].

1

[ECF 70].[2] Plaintiffs' counsel state that Attorney Dena Young is no longer employed at the law firm Berger Montague PC and, as a result, her *pro hac vice* admission is no longer needed. [ECF 1613]. Attorneys Lee J. Rohn, Shanon J. Carson, Yechiel Michael Twersky, John G. Albanese, and John Quinn Kerrigan of Berger Montague will continue as counsel for the record for Plaintiffs. *Id.* Lastly, the motion avers that Plaintiffs emailed all counsel of record regarding the instant request and no party has objected pursuant to LRCi 7.1(f). *Id.*

Upon consideration of said motion and the record herein, it is now hereby

**ORDERED** that Plaintiffs' Motion to Withdraw as Attorney at [ECF 1613] is **GRANTED**; it is further

**ORDERED** that Dena R. Young, Esq. is **RELIEVED AND TERMINATED** as *pro hac vice* counsel of record for Plaintiffs; it is further

**ORDERED** that within 14 days from the date of entry of this Order, Attorney Rohn shall mail via certified mail a copy of this order on each individual Plaintiff and file with the Court notice confirming that such mailing has been made.

ENTER:

Dated:  December 5, 2025

*/s/ G. Alan Teague*
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE

---

[2] The Court notes that the original Order granting *pro hac vice* admission for Attorney Young was only submitted on the *Cotton* docket (1:21-cv-261) at [ECF 70] at the time of filing.