**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,** | |
| Plaintiffs, | |
| v. | **Civil Action No. 2021-0253** |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |
| **HELEN SHIRLEY, et al.,** | |
| Plaintiffs, | **Civil Action No. 2021-0259** |
| v. | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |
| **MARY L. MOOREHEAD, et al.,** | |
| Plaintiffs, | |
| v. | **Civil Action No. 2021-0260** |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |
| **BEECHER COTTON, et al.,** | |
| Plaintiffs, | **Civil Action No. 2021-0261** |
| v. | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | |
| Defendants. | |

**<u>DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER AND REOPEN FACT DISCOVERY</u>**

Pursuant to Fed. R. Civ. P. 16(b)(4), Defendants Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("LBT") and Limetree Bay Refining, LLC ("LBR"), by and through undersigned counsel, hereby submit their Motion to Amend the Scheduling Order and Reopen Fact Discovery. This Motion is supported by the accompanying Memorandum of Law in Support of Defendants' Motion to Amend the Scheduling Order and Reopen Fact Discovery.  For the reasons more fully set forth in the Memorandum, good cause exists to amend the Scheduling Order and reopen fact discovery, and Defendants' Motion should be Granted. A proposed Order is submitted herewith.

Respectfully submitted,

**Beckstedt & Kuczynski LLP**

Dated: December 5, 2025

*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**

Dated: December 5, 2025

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA  30326
Tel: (404) 876-2600 / Fax: (404) 875-9433
smashelkar@wwhgd.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant Limetree Bay Terminals, LLC*

Dated: December 5, 2025

**WILSON ELSER, LLP**

/s/ Carolyn F. O'Connor, Esq
Carolyn F. O'Connor, Esq.
V.I. Bar Number R2100
Joseph T. Hanlon, Esq.
V.I. Bar Number R2099
7 Giralda Farms,
Madison, NJ 07940
Telephone: (973) 624-0800
carolyn.oconnor@wilsonelser.com
joseph.hanlon@wilsonelser.com

*Attorneys for Limetree Bay Refining, LLC a nominal defendant.*