**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 1:21-cv-253** |
| ) | |
| **LIMETREE BAY VENTURES, LLC, et al.**, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| **HELEN SHIRLEY, et al.**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 1:21-cv-259** |
| ) | |
| **LIMETREE BAY VENTURES, LLC, et al.**, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| **FRANCIS E. CHARLES** and ) | |
| **THERESA J. CHARLES**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 1:21-cv-260** |
| ) | |
| **LIMETREE BAY VENTURES, LLC, et al.**, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| **BEECHER COTTON, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 1:21-cv-261** |
| ) | |
| **LIMETREE BAY VENTURES, LLC, et al.**, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**EXCEL CONSTRUCTION AND MAINTENANCE VI, INC.'S**
**MOTION TO APPEAR BY VIDEOCONFERENCE AT THE**
**<u>PRELIMINARY SETTLEMENT HEARING</u>**

Defendant, **EXCEL CONSTRUCTION AND MAINTENANCE VI, INC.** ("Excel"), by and through its counsel, STEFAN B. HERPEL and CHARLOTTE K. PERRELL, hereby files this Motion to Appear by Videoconference at the Preliminary Settlement Hearing scheduled for December 10, 2025 at 9:30 a.m. before Senior District Judge Wilma A. Lewis (the "Hearing"). In support of this Motion, Excel states as follows:

The hearing in this case is to preliminarily approve the ArcLight/Freepoint and Pinnacle settlements. Excel's settlement is not at issue. Excel has no position and does not intend to speak on matters at the upcoming hearing since it does not concern Excel's settlement.

**WHEREFORE** counsel respectfully requests that Excel be granted permission to attend the hearing by videoconference

Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

**DATED**: December 8, 2025

By: /s/ Stefan Herpel
**STEFAN B. HERPEL** (VI Bar No. 1019)
1131 King Street #204
Christiansted, VI 00820
Telephone:   (340) 773-3200
E-Mail:         sherpel@dnfvi.com

**DUDLEY NEWMAN FEUERZEIG LLP**

**DATED**: December 8, 2025

By: /s/ Charlotte K. Perrell
**CHARLOTTE K. PERRELL**
(VI Bar No. 1281)
Law House – 1000 Frederiksberg Gade
St. Thomas, VI 00802-6736
P.O. Box 756
St. Thomas, VI 00804-0756
Telephone:   (340) 774-4422
E-Mail:         cperrell@DNFvi.com

Counsel for Defendant,
EXCEL CONSTRUCTION AND MAINTENANCE VI, INC.

2

R:\DOCS\9557\7\PLDG\362843402.DOC