**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al., <br> *Plaintiffs*, <br> v. <br> LIMETREE BAY VENTURES, LLC, et al., <br> *Defendants*. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al., <br> *Plaintiffs*, <br> v. <br> LIMETREE BAY VENTURES, LLC, et al., <br> *Defendants*. | Civil Action No. 2021-0259 |
| MARY L. MOORHEAD, et al., <br> *Plaintiffs*, <br> v. <br> LIMETREE BAY VENTURES, LLC, et al., <br> *Defendants*. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al., <br> *Plaintiffs*, <br> v. <br> LIMETREE BAY VENTURES, LLC, et al., <br> *Defendants*. | Civil Action No. 2021-0261 |

**EIG GLOBAL ENERGY PARTNERS, LLC, AND LIMETREE BAY VENTURES, LLC'S NOTICE OF WITHDRAWAL FROM CERTAIN DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT <u>APPROVAL AND RELATED RELIEF</u>**

EIG Global Energy Partners, LLC ("EIG GEP") and Limetree Bay Ventures, LLC ("LBV"), through undersigned counsel, hereby withdraw from the Certain Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Settlement Approval and Related Relief (the "Opposition," Doc. No. 1172) filed on April 17, 2025. Defendants Limetree Bay Terminals, LLC, d/b/a Ocean Point Terminals, BP Products North America, Inc., and Limetree Bay Refining, LLC (a nominal defendant), remain

as respondents. Undersigned counsel has conferred with counsel for Plaintiffs, who do not oppose the withdrawal of EIG GEP and LBV from the Opposition.

Respectfully submitted,

Dated: December 9, 2025

*/s/ Kenneth M. Klemm*

Kenneth M. Klemm (solely with respect to case nos. 21-00253, 00260 & 00261, admitted *pro hac vice*)
Adam B. Zuckerman (solely with respect to case nos. 21-00253, 00259 & 00260, admitted *pro hac vice*)
Anne Derbes Wittmann (admitted *pro hac vice*)
Leonard J. Yanez (admitted *pro hac vice*)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
kklemm@bakerdonelson.com
azuckerman@bakerdonelson.com
awittmann@bakerdonelson.com
lyanez@bakerdonelson.com

*and*

Amy L. Champagne (solely with respect to case nos. 21-00253, 00259 & 00261, admitted *pro hac vice*)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-8912
achampagne@bakerdonelson.com

*and*

Dated: December 9, 2025

*s/ Adam N. Marinelli*

Adam N. Marinelli (V.I. Bar No. 1294)
BOLTNAGI PC
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
Telephone: (340) 774-2944
amarinelli@vilaw.com

2

*ATTORNEYS FOR EIG GLOBAL ENERGY PARTNERS, LLC, AND LIMETREE BAY VENTURES, LLC*

## CERTIFICATE OF SERVICE

I certify that on December 9, 2025, the foregoing notice was served on all counsel of record via electronic mail.

_/s/ Kenneth M. Klemm_

3