## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 2021-0253** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| **Defendants.** | ) | |
| | ) | |
| **HELEN SHIRLEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 2021-0259** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| **Defendants.** | ) | |
| | ) | |
| **MARY L. MOORHEAD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 2021-0260** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| **Defendants.** | ) | |
| | ) | |
| **BEECHER COTTON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 2021-0261** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| **Defendants.** | ) | |

## ORDER

THIS MATTER comes before the Court on the Preliminary Settlement Hearing held today, December 10, 2025.  At the conclusion of the Hearing, counsel for Plaintiffs, Attorney Daniel Charest, identified six items that had been discussed during the Hearing which required follow-up submissions to the Court by Plaintiffs, and which they agreed to file with the Court on or before Wednesday, December 17, 2025.  In addition to those six items, the Court will now direct Plaintiffs to include in their submissions an explanation as to why the "Releasing Parties"—Plaintiffs and the Settlement Class—in the Settlement Agreements do not include, for example, the class members' heirs, beneficiaries, assignees, and the like.  (Dkt. Nos. 1099-1 at 20, 1199-1 at 10).

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that Plaintiffs shall have up to and including December 17, 2025 within which to file the additional information addressing the six items discussed during the Hearing; and it is further

**ORDERED** that Plaintiffs shall include in their submission an explanation as to why the definition of "Releasing Parties" does not include those associated with the settlement class as described herein.

**SO ORDERED.**

Date:   December 10, 2025

_____/s/_____
WILMA A. LEWIS
Senior District Judge