**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br>    Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al., <br>    Plaintiffs, <br>    v. <br> LIMETREE BAY VENTURES, LLC, et al., <br>    Defendants. | Civil Action No. 2021-0259 |
| MARY L. MOORHEAD, et al., <br>    Plaintiffs, <br>    v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br>    Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al., <br><br>    Plaintiffs, <br>    v. <br> LIMETREE BAY VENTURES, LLC, et al., <br>    Defendants. | Civil Action No. 2021-0261 |

**PLAINTIFFS' NOTICE OF ADDITIONAL INFORMATION**

Plaintiffs submit this Notice of Additional Information to (1) address the six items discussed during the Court's December 10, 2025 Preliminary Settlement Hearing (the "Hearing") that required follow-up submissions from Plaintiffs, as directed by the Court; and (2) provide additional information requested by the Court in its subsequent December 10, 2025 Order (Dkt. No. 1633) concerning the definition of "Releasing Parties" in the underlying Settlement Agreement. *Id.*[1] Plaintiffs respond as follows:

1. Item One (Point Allocation – Exposure): With respect to the point allocation in the Settlement Payment Grid, Plaintiffs have considered the Court's statements concerning the potential need to better account for exposure in light of Plaintiffs' medical monitoring claims and, accordingly, have adjusted the Settlement Payment Grid, including to increase the points allocated to cistern-related impact. Revised versions of the Settlement Payment Grid and Claim Form reflecting these adjustments as well as other changes are attached in both clean and redline as Exhibit A and Exhibit B.

2. Item Two (Zone Map): Attached as Exhibit C is the Limetree Settlement Affected Zones map.

3. Item Three (Additional Notice Terms): Plaintiffs have modified the Long Form Notice to add a provision notifying Settlement Class Members of their right to hire separate counsel and to add language to clarify that the two settlements (both the Arclight/Freepoint settlement and the Pinnacle settlement) are being administered at the same time. Plaintiffs have also added additional pertinent information to both the

---

[1] Specifically, the Court requested "an explanation as to why the 'Releasing Parties'—Plaintiffs and the Settlement Class—in the Settlement Agreements do not include, for example, the class members' heirs, beneficiaries, assignees, and the like." *Id.*

Summary Notice and the Long Form Notice. Revised versions of the Summary Notice and Long Form Notice reflecting these adjustments as well as other changes are attached in both clean and redline as Exhibit D and Exhibit E.

4. Item Four (Translation): Plaintiffs agree with the Court that it is important to provide Spanish language translations of certain Settlement-related materials. Accordingly, Plaintiffs will ensure that there is a Spanish language version of the Settlement website, and that the Summary Notice will be provided to Settlement Class Members in both English and Spanish.

5. Item Five (Virtual Prepaid Card Payment): After further communications from the proposed Settlement Administrator, Plaintiffs have determined that the best course in connection with this Settlement is to remove the "Virtual Prepaid Card" payment option. In light of this, Plaintiffs have removed the "Virtual Prepaid Card" payment option from the "Form of Payment" section of the Claim Form. *See* Exhibit B.

6. Item Six (Final Approval Hearing Date): Plaintiffs respectfully propose that the Court set the Final Approval Hearing at the Court's earliest convenience and consistent with the deadlines set forth in Plaintiffs' Proposed Orders of Preliminary Approval with respect to the Settlements. *See* Dkt. Nos. 1099-6 and 1198-1.

7. "Releasing Parties" Definition: Plaintiffs appreciate the Court's observation with respect to the definition of the "Releasing Parties" in the Settlement Agreement and have considered it in the context of all the provisions of the Settlement Agreement, including paragraph 50 of the Agreement ("Binding Effect"), which confirms that the "Settlement Agreement shall be binding upon, and inure to the benefit of, the heirs, successors, assigns, executors, and legal representatives of the Parties to this Settlement

3

Agreement and all Released Parties." Accordingly, Plaintiffs propose adding the language from the "Binding Effect" provision of the Settlement Agreement to the Long Form Notice. This proposed revision is reflected in the revised Long Form Notice, attached as Exhibit E.

Respectfully submitted,

DATED: December 17, 2025          BY:   */s/ Y. Michael Twersky*
                                        Shanon J. Carson, Esq.
                                        Yechiel Michael Twersky, Esq.
                                        John Kerrigan, Esq.
                                        BERGER MONTAGUE PC
                                        1818 Market Street, Suite 3600
                                        Philadelphia, PA 19103
                                        Telephone: (215) 875-3000
                                        scarson@bm.net
                                        mitwersky@bm.net
                                        jkerrigan@bm.net


DATED: December 17, 2025          BY:   */s/ Lee J. Rohn*
                                        Lee J. Rohn, Esq.
                                        Rhea R. Lawrence, Esq.
                                        1108 King Street, Suite 3 (mailing)
                                        56 King Street, Third Floor (physical)
                                        Christiansted, St. Croix
                                        U.S. Virgin Islands 00820
                                        Telephone: (340) 778-8855
                                        lee@rohnlaw.com
                                        rhea@rohnlaw.com


DATED: December 17, 2025          BY:   */s/ Daniel Charest*
                                        Warren T. Burns, Esq.
                                        Daniel H. Charest., Esq.
                                        Martin D. Barrie, Esq.
                                        Quinn M. Burns, Esq.
                                        Anna Katherine Benedict, Esq.
                                        BURNS CHAREST LLP
                                        900 Jackson Street, Suite 500
                                        Dallas, Texas 75202
                                        Telephone: (469) 904-4550
                                        wburns@burnscharest.com

4

dcharest@burnscharest.com
mbarrie@burnscharest.com
qburns@burnscharest.com
abenedict@burnscharest.com

DATED: December 17, 2025

BY: ___*/s/ Korey A. Nelson*_____
Korey A. Nelson, Esq.
H. Rick Yelton, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
knelson@burnscharest.com
ryelton@burnscharest.com

DATED: December 17, 2025

BY: ___*/s/ Vincent Colianni II*_____
Vincent Colianni, II, Esq.
Vincent A. Colianni, Esq.
Marina Leonard, Esq.
COLIANNI & LEONARD LLC
2120 Company Street
Christiansted, VI 00820
Telephone: (340) 719-1766
vinny@colianni.com
vince@colianni.com
marina@colianni.com

DATED: December 17, 2025

BY: ___*/s/ C. Jacob Gower*_____
C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
Telephone: (337) 298-9734
jacob@gowerlegal.com

DATED: December 17, 2025

BY: ___*/s/ Kerry J. Miller*_____
Kerry J. Miller, Esq.
Paul C. Thibodeaux, Esq.
E. Blair Schilling, Esq.
Rebekka C. Veith, Esq.
C. Hogan Paschal, Esq.
Carly E. Jonakin, Esq.
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor

5

New Orleans, Louisiana 70170
Telephone: (504) 586-5252
kmiller@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com
bschilling@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com
cjonakin@fishmanhaygood.com

DATED: December 17, 2025        BY:  */s/ Hugh Lambert*
                                Hugh Lambert, Esq.
                                J. Christopher Zainey, Esq.
                                Brian Mersman, Esq.
                                LAMBERT ZAINEY SMITH & SOSO, APLC
                                701 Magazine Street
                                New Orleans, Louisiana 70130
                                Telephone: (504) 581-1750
                                Facsimile: (504) 529-2931
                                hlambert@lambertainey.com
                                czainey@lambertzainey.com
                                bmersman@lambertzainey.com

DATED: December 17, 2025        BY:  */s/ John K. Dema*
                                John K. Dema, Esq.
                                LAW OFFICES OF JOHN K. DEMA, PC
                                1236 Strand Street, Suite 103
                                Christiansted, St. Croix, VI 00820

DATED: December 17, 2025        BY:  */s/ Jennifer Jones*
                                Jennifer Jones, Esq.
                                9003 Havensight Mall, Ste. 319
                                St. Thomas, V.I. 00802
                                Telephone: (340) 779-7386
                                jjones@vienvironmentallaw.com

DATED: December 17, 2025        BY: */s/ John K. Dema*
                                John K. Dema, Esq. (V.I. Bar. No. 357)
                                LAW OFFICES OF JOHN K. DEMA, PC
                                1236 Strand Street, Suite 103
                                Christiansted, St. Croix, VI 00820
                                Telephone: (340) 773-6142
                                jdema@demalaw.com

DATED: December 17, 2025        BY:  */s/ Hugh Lambert*
                                Hugh Lambert, Esq.
                                J. Christopher Zainey, Esq.

6

Brian Mersman, Esq.
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served pursuant to the Federal Rules of Civil Procedure.

*/s/ Y. Michael Twersky*
Yechiel Michael Twersky

7