**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

**SECOND AMENDMENT TO DEFENDANT'S INDIVIDUAL SUPPLEMENTAL
DISCLOSURE OF EXPERT TESTIMONY**

Defendant Limetree Bay Terminals, LLC ("LBT"), by and through their undersigned counsel, and pursuant to this Court's April 11, 2025 Amended Scheduling Order, hereby modify their November 17, 2025 Amended Individual Supplemental Disclosure of Expert Testimony to amend its initial, supplemental and amended designations to add Colin Campbell as an expert from whom an Initial Report will be provided on or before December 30, 2025, and is subject to the following reservations of rights:

(1) The right to supplement or amend this disclosure based upon any rulings of this Court or any other court decisions that affect the scope of evidence in this trial, new discovered evidence, or in the event Plaintiffs alter or amend their witness disclosures.

(2) The right to supplement or amend this disclosure in order to address any opinions whether generic or case-specific by Plaintiffs' experts.

(3) The right to offer rebuttal testimony to Plaintiffs' experts whose testimony cannot reasonably be foreseen until the presentation of evidence against Defendants.

(4) The right to call undesignated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Defendants.

(5) The right to withdraw or de-designate any expert prior to testimony, and to state that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel.

(6) The right to elicit any expert testimony at trial from any qualified person that would be of benefit to the jury to determine material issues of fact pursuant to the Rules of Civil Procedure, Rules of Evidence, and Local Rules.

(7)     The right of all witnesses to testify about their skill, knowledge, experience, training, and education in their respective fields; the relevant medical and scientific literature, techniques, and methods of their fields; and the description and nature of their practice.

(8)     The right to employ demonstrative and/or visual aids at trial to elucidate, support or supplement the testimony of any witness.

(9)     By identifying the witnesses below, Defendants do not intend to waive any objections to deposition testimony, exhibits, other evidence or argument.

## **RETAINED EXPERT**

1. Colin Campbell
   RTP Environmental Associates, Inc. ("RTP")
   304-A West Millbrook Road
   Raleigh, NC 27609
   Telephone: (919) 845-1422

Colin Campbell is the Principal and managing director in RTP's North Carolina office.  He holds a Bachelor of Science degree in Mechanical Engineering and a Bachelor of Science degree in Economics from North Carolina State University. Mr. Campbell has more than thirty years of experience in the areas of permitting and compliance matters of the Clean Air Act, helping stationary source owners and operators to meet Clean Air Act regulatory requirements and supporting State permitting authorities in developing and implementing these programs. He regularly provides training to all parts of the community engaged in implementing the Clean Air Act programs – the regulated community, other consultants, environmental

attorneys, State permitting authorities, and personnel from U.S. EPS's headquarters and from the agency's regional office air divisions. Mr. Campbell's background, training, experience, and qualifications are further detailed in his curriculum vitae, attached hereto as Exhibit "**A**".

Mr. Campbell will provide testimony regarding his analysis and opinions in response to the opinions of Plaintiff's expert, Robert J. Weber.

This 30th day of December 2025.

**Beckstedt & Kuczynski, LLP**
*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
T: 340-719-8086 / F: 800-886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**
*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
*Admitted Pro Hac Vice (1:21-cv-00253 only)*
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
T: 404-876-2600 / F: 404-875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>　　**Plaintiffs,**<br><br>　　**v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　**Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>　　**Plaintiffs,**<br><br>　　**v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　**Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>　　**Plaintiffs,**<br><br>　　**v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　**Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>　　**Plaintiffs,**<br><br>　　**v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　**Defendants.** | **Civil Action No. 2021-0261** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day I have served a copy of the within and foregoing **SECOND AMENDMENT TO DEFENDANT'S INDIVIDUAL SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY**, upon all parties to this matter by filing said document with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

This 30th day of December 2025.

**Beckstedt & Kuczynski, LLP**
*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
T: 340-719-8086 / F: 800-886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**
*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
*Admitted Pro Hac Vice (1:21-cv-00253 only)*
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
T: 404-876-2600 / F: 404-875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*