# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>    **Plaintiffs,**<br><br>        **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br>    **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>    **Plaintiffs,**<br>    **v.**<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

327214840v.1

## <u>NOMINAL DEFENDANT LIMETREE BAY REFINING, LLC'S</u>
## <u>NOTICE OF SERVICE OF NOEL V. WOOD'S REBUTTAL REPORT</u>

PLEASE TAKE NOTICE that, on December 30, 2025, Nominal Defendant Limetree Bay Refining, LLC caused the following Expert Report to be served upon all counsel of record.

1. Rebuttal Report of Noel V. Wood, dated December 30, 2025.

Respectfully submitted,
**WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP**

Dated: December 30, 2025        */s/ Carolyn O'Connor, Esq.*
Carolyn F. O'Connor, Esq.
V.I. Bar Number R2100
Joseph T. Hanlon, Esq.
V.I. Bar Number R2099
7 Giralda Farms
Madison, NJ 07940
Telephone: (973) 624-0800
carolyn.oconnor@wilsonelser.com
joseph.hanlon@wilsonelser.com
*Attorneys for Nominal Defendant
Limetree Bay Refining, LLC*

2

327214840v.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, a true and correct copy of the foregoing document was electronically served pursuant to the Federal Rules of Civil Procedure.

/s/ Carolyn F. O'Connor
Carolyn F. O'Connor

327214840v.1