**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>   *Defendants.* | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>   *Defendants.* | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al.,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>   *Defendants.* | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>   *Defendants.* | Civil Action No. 2021-0261 |

1

**<u>NOTICE OF SERVICE OF DEFENDANT</u>**
**<u>BP PRODUCTS NORTH AMERICA, INC.'S</u>**
**<u>REBUTTAL EXPERT REPORT OF HORACE O. HOBBS,</u>**
**<u>P.E. AND MICHAEL E.CASEY, PH.D</u>**

Defendant BP Products North America, Inc. ("BPPNA"), through its undersigned counsel, provides notice that on December 30, 2025, BPPNA served the rebuttal reports of Horace O. Hobbs, P.E. and Michael E. Casey, Ph.D, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

**Dated: December 30, 2025**            Respectfully submitted,

                                 /s/ Chivonne A. Thomas

*Counsel for Defendant*          Schuyler A. Smith, Esq. (V.I. Bar No. 1271)
*BP PRODUCTS NORTH*              ssmith@hamiltonmillerlaw.com
*AMERICA INC.*                   Jennifer Brooks, Esq. (V.I. Bar No. 1109)
                                 jmiller@hamiltonmillerlaw.com
                                 Chivonne Thomas, Esq. (V.I. Bar No. 1186)
                                 cthomas@hamiltonmillerlaw.com
                                 Hamilton, Miller & Birthisel, VI P.C.
                                 150 Southeast Second Avenue, # 1200
                                 Miami, Florida 33131
                                 Telephone: 305-379-3686

                                     *and*

                                 Lori B. Leskin (admitted *pro hac vice*)
                                 lori.leskin@arnoldporter.com
                                 David A. Kerschner (admitted *pro hac vice*)
                                 david.kerschner@arnoldporter.com
                                 Robert T. Franciscovich (admitted *pro hac vice*)
                                 robert.franciscovich@arnoldporter.com
                                 ARNOLD & PORTER KAYE SCHOLER LLP
                                 250 W. 55th Street
                                 New York, NY 10019-9710
                                 Telephone: (212) 836-8000

Rhonda R. Trotter (admitted *pro hac vice*)
rhonda.trotter@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
Telephone: (213) 243-4000

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 30, 2025 a true and correct copy of the foregoing was served on counsel of record via e-mail.

*/s/Chivonne A. Thomas*
Chivonne Thomas, Esq.
