**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al., | Civil Action No. 2021-0253 |
| *Plaintiffs*, | |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| *Defendants*. | |
| HELEN SHIRLEY, et al., | Civil Action No. 2021-0259 |
| *Plaintiffs*, | |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| *Defendants*. | |
| FRANCIS E. CHARLES, et al., | Civil Action No. 2021-0260 |
| *Plaintiffs*, | |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| *Defendants*. | |
| BEECHER COTTON, et al., | Civil Action No. 2021-0261 |
| *Plaintiffs*, | |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| *Defendants*. | |

1

## NOTICE OF SERVICE OF DEFENDANTS'
## JOINT REBUTTAL EXPERT REPORTS

Defendants BP Products North America Inc. ("BPPNA"), EIG Global Energy Partners, LLC ("EIG GEP"), Limetree Bay Energy, LLC, Limetree Bay Refining, LLC a Nominal Defendant ("LBR"), Limetree Bay Ventures, LLC ("LBV"), Limetree Bay Terminals, LLC ("LBT"), and Elite Turnaround Specialists, LTD ("ETS") (collectively "Defendants") through their undersigned counsel, provide notice that on December 30, 2025, Defendants served the rebuttal expert reports for the following experts:

- Karen M. Vetrano, Ph.D.

- Mark Yocke, Ph.D.

- Robyn L. Prueitt, Ph.D., DABT, ATS

- Tarek Saba, Ph.D.

- Kevin Moran

- Robin Cantor, Ph.D.

- Trevor Phillips, FRICS, ASA, CCIM, CRE

- Ariel F. Grajales-Cruz, MD

Respectfully submitted,

**Beckstedt & Kuczynski LLP**

Dated: December 30, 2025

*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III,
Esq. VI Bar No. 684
Beckstedt & Kuczynski
LLP 2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**

Dated: December 30, 2025

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388, *Admitted Pro Hac Vice*
3344 Peachtree Road,
NE Suite 2400
Atlanta, GA 30326
Tel: (404) 876-2600 / Fax: (404) 875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*

Dated: December 30, 2025

/s/ Adam B. Zuckerman

Kenneth M. Klemm (solely with respect to case nos. 21-00253, 00260 & 00261, admitted *pro hac vice*)

Adam B. Zuckerman (solely with respect to case nos. 21-00253, 00259 & 00260, admitted *pro hac vice*)

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
201 St. Charles Avenue, Suite 3600 New Orleans, Louisiana 70170 Telephone: (504) 566-5200 kklemm@bakerdonelson.com
azuckerman@bakerdonelson.com

*and*

Amy L. Champagne (solely with respect to case nos. 21-00253, 00259 & 00261, admitted *pro hac vice*)

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-8912
achampagne@bakerdonelson.com

*and*

Dated: December 30, 2025

/ s/ Adam N. Marinelli

Adam N. Marinelli (V.I. Bar No. 1294)
BOLTNAGI PC
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
Telephone: (340) 774-2944
amarinelli@vilaw.com

*Attorneys for EIG Global Energy Partners, LLC, Limetree Bay Ventures, LLC, and Limetree Bay Energy, LLC*

4

Dated: December 30, 2025

*/s/ Chivonne A.S. Thomas*

Schuyler A. Smith (V.I. Bar No. 1271)
Jennifer Miller Brooks (V.I. Bar No. 1109)
Chivonne A.S. Thomas (V.I. Bar No. 1168)
**HAMILTON, MILLER & BIRTHISEL, VI P.C.**
150 Southeast Second Ave, Ste. 1200
Miami, Florida 33131
Telephone: (305) 379-3686
ssmith@hamiltonmillerlaw.com
jmiller@hamiltonmillerlaw.com
cthomas@hamiltonmillerlaw.com

*and*

Dated: December 30, 2025

*/s/ Robert T. Franciscovich*

Lori B. Leskin (admitted *pro hac vice*)
Rhonda R. Trotter (admitted *pro hac vice*)
Robert Franciscovich (admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
lori.leskin@arnoldporter.com
rhonda.trotter@arnoldporter.com
robert.franciscovich@arnoldporter. com

*Attorneys for BP Products North America, Inc.*

Dated: December 30, 2025

*/s/ Carolyn F. O'Connor, Esq.*

Carolyn F. O'Connor, Esq.
V.I. Bar Number R2100
Joseph T. Hanlon, Esq.
V.I. Bar Number R2099
**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
7 Giralda Farms
Madison, NJ 07940
Telephone: (973) 624-0800
carolyn.oconnor@wilsonelser.com
joseph.hanlon@wilsonelser.com

*Attorneys for Limetree Bay Refining, LLC*

6

Dated: December 30, 2025

/s/ Alex Cochran

Alex Cochran (admitted *pro hac vice*)
**LABORDE SIEGEL LLC**
5151 San Filipe, Suite 750
Houston, Texas 70139
Telephone: (832) 255-6026
acochran@labordesiegel.com

*Attorneys for Elite Turnaround Specialists, LTD*

6

## **CERTIFICATE OF SERVICE**

I certify that on December 30 2025 the foregoing notice was served on all counsel of record via electronic mail.

/s/ Chivonne A. Thomas
Chivonne A. Thomas, Esq.