**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al., <br>     Plaintiffs, <br><br>     v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br>     Defendants. | **Civil Action No. 2021-0253** |
| HELEN SHIRLEY, et al., <br>     Plaintiffs, <br><br>     v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br>     Defendants. | **Civil Action No. 2021-0259** |
| MARY L. MOOREHEAD, et al., <br>     Plaintiffs, <br><br>     v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br>     Defendants. | **Civil Action No. 2021-0260** |
| BEECHER COTTON, et al., <br>     Plaintiffs, <br><br>     v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br>     Defendants. | **Civil Action No. 2021-0261** |

<u>**DEFENDANTS' NOTICE OF SERVICE OF JOINT**</u>

<u>**REBUTTAL EXPERT REPORTS**</u>

PLEASE TAKE NOTICE that, on December 30, 2025, Defendants BP Products North America, Inc., EIG Global Energy Partners, LLC, Limetree Bay Energy, LLC, Limetree Bay Ventures, LLC, Limetree Bay Refining, LLC (a Nominal Defendant), and Limetree Bay Terminals, LLC caused the following Rebuttal Expert Reports to be served upon all counsel of record.

1. Expert Report of Robin Cantor, Ph.D., dated December 30, 2025.

2. Expert Rebuttal Report of Kevin Moran, dated December 30, 2025

3. Expert Report of Trevor Phillips, FRICS, ASA, CCIM, CRE, dated December 30, 2025.

4. Expert Repot of Robyn Prueitt, Ph.D., DABT, ATS, dated December 22, 2025.

5. Expert Report of Tarek Saba, Ph.D., dated December 30, 2025.

6. Expert Report of Karen M. Vetrano, Ph.D., dated December 22, 2025.

7. Expert Report of Mark Yocke, Ph.D., dated December 30, 2025.

|  |  |
|---|---|
| Dated: December 30, 2025 | **Beckstedt & Kuczynski, LLP**<br>*/s/ Carl A. Beckstedt III*<br>Carl A. Beckstedt III, Esq.<br>VI Bar No. 684<br>2162 Church Street<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00820<br>T: (340) 719-8086 / F: (800) 886-6831<br>carl@beckstedtlaw.com |
| Dated: December 30, 2025 | **Weinberg Wheeler Hudgins Gunn & Dial, LLC** */s/*<br>*Shubhra R. Mashelkar*<br>Shubhra R. Mashelkar<br>Ga. Bar No. 475388<br>*Admitted Pro Hac Vice (1:21-cv-00253 only)*<br>3344 Peachtree Road, NE<br>Suite 2400<br>Atlanta, GA 30326<br>T: (404) 876-2600 / F: (404) 875-9433 |

smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*

**Wilson Elser Moskowitz Edelman & Dicker LLP**

Dated: December 30, 2025

*/s/ Carolyn F. O'Connor*
VI Bar No. R2100
Joseph T. Hanlon, Esq
VI Bar No. R2099
7 Giralda Farms
Madison, NJ 07940
T: (973) 624-0800
Carolyn.oconnor@wilsonelser.com
Joseph.hanlon@wilsonelser.com

*Attorneys for Nominal Defendant Limetree Bay Refining, LLC*

**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**

Dated: December 30, 2025

*/s/ Amy Champagne*
Kenneth M. Klemm
*Admitted Pro Hac Vice (1:21-cv-00253, 00259, 00260 only)*
Adam B. Zuckerman
*Admitted Pro Hac Vice (1:21-cv-00253, 00259, 00260 only)*
Anne Derbes Wittmann (admitted *pro hac vice*)
Leonard J. Yanez (admitted *pro hac vice*)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
T: (504) 566-5200
kklemm@bakerdonelson.com
awittmann@bakerdonelson.com
lyanex@bakerdonelson.com

*and*

Amy L. Champagne *(1:21-cv-00253, 00259, 00260 only)*

Dated: December 30, 2025

**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
T: (601) 351-8912

3

achampagne@bakerdonelson.com


*and*


**Boltnagi P.C.**

Dated: December 30, 2025          */s/ Adam N. Marinelli*
                                 Adam N. Marinelli
                                 VI Bar No. 1294
                                 Merchants Financial Center
                                 4608 Tutu Park Mall, Suite 202
                                 St. Thomas, Virgin Islands 00802-1816
                                 T: (340) 774 – 2944
                                 Adam.marinelli@vilaw.com

                                 *Attorneys for Defendants Limetree Bay Ventures, LLC,*
                                 *Limetree Bay Energy, LLC, and EIG Global Energy*
                                 *Partners, LLC*

**Hamilton, Miller & Birthisel, VI P.C.**

Dated: December 30, 2025          */s/ Chivonne Thomas*
                                 Schuyler A. Smith, Esq.
                                 VI Bar No. 1271
                                 Jennifer Brooks, Esq.
                                 VI Bar No. 1109
                                 Chivonne Thomas
                                 VI Bar No. 1186
                                 150 Southeast Second Avenue, Suite 1200
                                 Miami, Florida 33131
                                 T: (305) 379-3686
                                 ssmith@hamiltonmillerlaw.com
                                 jmiller@hamiltonmillerlaw.com
                                 cthomas@hamiltonmillerlaw.com

                                    *and*

                                 Lori B. Leskin (admitted *pro hac vice*)
                                 David A. Kerschner (admitted *pro hac vice*)
                                 Robert T. Franciscovich (admitted *pro hac vice*)
                                 **Arnold & Porter Kaye Scholer LLP**
                                 250 W. 55th Street
                                 New York, New York 10019-9710
                                 T: (212) 836-8000

4

Lori.leskin@arnoldporter.com
David.kerschner@arnoldporter.com
Robert.franciscovich@arnoldporter.com

*and*

Rhonda R. Trotter (admitted *pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
777 S. Figueroa Street, Suite 4400
Los Angeles, California 90017
T: (213) 243-4000
Rhonda.trotter@arnoldporter.com

*Attorneys for BP Products North America Inc.*

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |

BEECHER COTTON, et al.,
   Plaintiffs,

   v.

LIMETREE BAY VENTURES, LLC, et
al.,
   Defendants.

**Civil Action No. 2021-0261**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF SERVICE OF JOINT REBUTTAL EXPERT REPORTS**, upon all parties to this matter by filing said document with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

This 30th day of December 2025.

**Beckstedt & Kuczynski, LLP**
*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
T: 340-719-8086 / F: 800-886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC** */s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
*Admitted Pro Hac Vice (1:21-cv-00253 only)*
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
T: 404-876-2600 / F: 404-875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*