## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>**Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>**Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>**Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOORHEAD, et al.,**<br>**Plaintiffs,**<br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>**Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>**Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>**Defendants.** | **Civil Action No. 2021-0261** |

## NOTICE OF SERVICE OF PLAINTIFFS' EXPERT REBUTTAL REPORTS

PLEASE TAKE NOTICE THAT on December 30, 2025, Plaintiffs served upon all counsel of record, the following experts' rebuttal reports:

1. Glen Stevick, PhD, PE;

2. James C. Spindler, PhD;

1

3. Erno Sajo, PhD;

4. Marco Kaltofen, PhD, PE;

5. Emily Fucile Sanchez;

6. William Huber, PhD, PSTAT;

7. Kenneth M. Rudo, PhD;

8. Randall ("Randy") Bell, PhD, MAI;

Respectfully submitted,

DATED: December 30, 2025           BY: ___/s/ *Daniel H. Charest*_____
                                         Warren T. Burns, Esq.
                                         Daniel H. Charest., Esq.
                                         Martin D. Barrie, Esq.
                                         Quinn M. Burns, Esq.
                                         Anna Katherine Benedict, Esq.
                                         BURNS CHAREST LLP
                                         900 Jackson Street, Suite 500
                                         Dallas, Texas 75202
                                         Telephone: (469) 904-4550
                                         wburns@burnscharest.com
                                         dcharest@burnscharest.com
                                         mbarrie@burnscharest.com
                                         qburns@burnscharest.com
                                         abenedict@burnscharest.com


DATED: December 30, 2025           BY: ___/s/ *Korey A. Nelson*_____
                                         Korey A. Nelson, Esq.
                                         H. Rick Yelton, Esq.
                                         BURNS CHAREST LLP
                                         201 Saint Charles Avenue, Suite 2900
                                         New Orleans, LA 70170
                                         Telephone: (504) 799-2845
                                         knelson@burnscharest.com
                                         ryelton@burnscharest.com

DATED: December 30, 2025           BY: ___/s/ *Vincent Colianni II*_____
                                         Vincent Colianni, II, Esq.
                                         Vincent A. Colianni, Esq.
                                         Marina Leonard, Esq.
                                         COLIANNI & LEONARD LLC
                                         2120 Company Street
                                         Christiansted, VI 00820

2

Telephone: (340) 719-1766
vinny@colianni.com
vince@colianni.com
marina@colianni.com

DATED: December 30, 2025          BY: _/s/ C. Jacob Gower_____
C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
Telephone: (337) 298-9734
jacob@gowerlegal.com

DATED: December 30, 2025          BY: _/s/ Y. Michael Twersky_____
Shanon J. Carson, Esq.
Yechiel Michael Twersky, Esq.
John Kerrigan, Esq.
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net
jkerrigan@bm.net

DATED: December 30, 2025          BY: _/s/ Lee J. Rohn_____
Lee J. Rohn, Esq.
Rhea R. Lawrence, Esq.
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

DATED: December 30, 2025          BY: _/s/ Kerry J. Miller_____
Kerry J. Miller, Esq.
Paul C. Thibodeaux, Esq.
E. Blair Schilling, Esq.
Rebekka C. Veith, Esq.
C. Hogan Paschal, Esq.
Carly E. Jonakin, Esq.
FISHMAN HAYGOOD, L.L.P.
201 Saint Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5252

3

kmiller@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com
bschilling@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com
cjonakin@fishmanhaygood.com

DATED: December 30, 2025    BY: ___*/s/ Hugh Lambert*_____
Hugh Lambert, Esq.
J. Christopher Zainey, Esq.
Brian Mersman, Esq.
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

DATED: December 30, 2025    BY: ___*/s/ Jennifer Jones*_____
Jennifer Jones, Esq.
9003 Havensight Mall, Ste. 319
St. Thomas, V.I. 00802
Telephone: (340) 779-7386
jjones@vienvironmentallaw.com

DATED: December 30, 2025    BY: */s/ John K. Dema*_____
John K. Dema, Esq. (V.I. Bar. No. 357)
LAW OFFICES OF JOHN K. DEMA, PC
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820
Telephone: (340) 773-6142
jdema@demalaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court's ECF system on December 30, 2025, which sent notice to counsel of record.

*/s/ Daniel H. Charest*_____
Daniel H. Charest

4