**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al., <br><br>     *Plaintiffs,* <br><br>     v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br>     *Defendants.* | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al., <br><br>     *Plaintiffs,* <br><br>     v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br>     *Defendants.* | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al., <br><br>     *Plaintiffs,* <br><br>     v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br>     *Defendants.* | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al., <br><br>     *Plaintiffs,* <br><br>     v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br>     *Defendants.* | Civil Action No. 2021-0261 |

1

## NOTICE OF SERVICE OF DEFENDANT BP PRODUCTS NORTH AMERICA, INC.'S REPLY EXPERT REPORTS OF HORACE O. HOBBS, P.E. AND MICHAEL E.CASEY, PH.D

Defendant BP Products North America, Inc. ("BPPNA"), through its undersigned counsel, provides notice that on January 28, 2026, BPPNA served the reply reports of Horace O. Hobbs, P.E. and Michael E. Casey, Ph.D, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

**Dated: January 28, 2026**          Respectfully submitted,

*/s/ Chivonne A. Thomas*

*Counsel for Defendant*          Schuyler A. Smith, Esq. (V.I. Bar No. 1271)
*BP PRODUCTS NORTH*          ssmith@hamiltonmillerlaw.com
*AMERICA INC.*          Jennifer Brooks, Esq. (V.I. Bar No. 1109)
          jmiller@hamiltonmillerlaw.com
          Chivonne Thomas, Esq. (V.I. Bar No. 1186)
          cthomas@hamiltonmillerlaw.com
          Hamilton, Miller & Birthisel, VI P.C.
          150 Southeast Second Avenue, # 1200
          Miami, Florida 33131
          Telephone: 305-379-3686

                    *and*

          Lori B. Leskin (admitted *pro hac vice*)
          lori.leskin@arnoldporter.com
          David A. Kerschner (admitted *pro hac vice*)
          david.kerschner@arnoldporter.com
          Robert T. Franciscovich (admitted *pro hac vice*)
          robert.franciscovich@arnoldporter.com
          ARNOLD & PORTER KAYE SCHOLER LLP
          250 W. 55th Street
          New York, NY 10019-9710
          Telephone: (212) 836-8000

          Rhonda R. Trotter (admitted *pro hac vice*)
          rhonda.trotter@arnoldporter.com
          ARNOLD & PORTER KAYE SCHOLER LLP

777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
Telephone: (213) 243-4000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 28, 2026 a true and correct copy of the foregoing was served on counsel of record via e-mail.

/s/Chivonne A. Thomas

Chivonne Thomas, Esq.