**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

**DEFENDANTS' NOTICE OF SERVICE OF JOINT**

**EXPERT REPLY REPORTS**

PLEASE TAKE NOTICE that, on January 28, 2026, Defendants BP Products North America, Inc., EIG Global Energy Partners, LLC, Limetree Bay Energy, LLC, Limetree Bay Ventures, LLC, Limetree Bay Refining, LLC (a Nominal Defendant), and Limetree Bay Terminals, LLC caused the following Expert Reply Reports to be served upon all counsel of record.

1. Expert Report of Robin Cantor, Ph.D., dated January 28, 2026.

2. Expert Reply Report of Katie Palmquist, Ph.D., dated January 28, 2026.

3. Expert Report of Trevor Phillips, FRICS, ASA, CCIM, CRE, dated January 28, 2026.

4. Expert Repot of Robyn Prueitt, Ph.D., DABT, ATS, dated January 26, 2026.

5. Expert Reply Report of Tarek Saba, Ph.D., dated January 28, 2026.

|  |  |
|---|---|
| Dated: January 28, 2026 | **Beckstedt & Kuczynski, LLP**<br>*/s/ Carl A. Beckstedt III*<br>Carl A. Beckstedt III, Esq.<br>VI Bar No. 684<br>2162 Church Street<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00820<br>T: (340) 719-8086 / F: (800) 886-6831<br>carl@beckstedtlaw.com |
| Dated: January 28, 2026 | **Weinberg Wheeler Hudgins Gunn & Dial, LLC** */s/*<br>*Shubhra R. Mashelkar*<br>Shubhra R. Mashelkar<br>Ga. Bar No. 475388<br>*Admitted Pro Hac Vice (1:21-cv-00253 only)*<br>3344 Peachtree Road, NE<br>Suite 2400<br>Atlanta, GA 30326<br>T: (404) 876-2600 / F: (404) 875-9433<br>smashelkar@wwhgd.com<br><br>*Attorneys for Defendant Limetree Bay Terminals, LLC* |

**Wilson Elser Moskowitz Edelman & Dicker LLP**

Dated: January 28, 2026

*/s/ Carolyn F. O'Connor*
VI Bar No. R2100
Joseph T. Hanlon, Esq
VI Bar No. R2099
7 Giralda Farms
Madison, NJ 07940
T: (973) 624-0800
Carolyn.oconnor@wilsonelser.com
Joseph.hanlon@wilsonelser.com

*Attorneys for Nominal Defendant Limetree Bay Refining, LLC*

**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**

Dated: January 28, 2026

*/s/ Amy Champagne*
Kenneth M. Klemm
*Admitted Pro Hac Vice (1:21-cv-00253, 00259, 00260 only)*
Adam B. Zuckerman
*Admitted Pro Hac Vice (1:21-cv-00253, 00259, 00260 only)*
Anne Derbes Wittmann (admitted *pro hac vice*)
Leonard J. Yanez (admitted *pro hac vice*)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
T: (504) 566-5200
kklemm@bakerdonelson.com
awittmann@bakerdonelson.com
lyanex@bakerdonelson.com

*and*

Amy L. Champagne *(1:21-cv-00253, 00259, 00260 only)*

Dated: January 28, 2026

**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
T: (601) 351-8912
achampagne@bakerdonelson.com

*and*

**Boltnagi P.C.**

Dated: January 28, 2026

*/s/ Adam N. Marinelli*
Adam N. Marinelli

3

VI Bar No. 1294
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
T: (340) 774 – 2944
Adam.marinelli@vilaw.com

*Attorneys for Defendants Limetree Bay Ventures, LLC, Limetree Bay Energy, LLC, and EIG Global Energy Partners, LLC*

**Hamilton, Miller & Birthisel, VI P.C.**

Dated: January 28, 2026

*/s/ Chivonne Thomas*
Schuyler A. Smith, Esq.
VI Bar No. 1271
Jennifer Brooks, Esq.
VI Bar No. 1109
Chivonne Thomas
VI Bar No. 1186
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
T: (305) 379-3686
ssmith@hamiltonmillerlaw.com
jmiller@hamiltonmillerlaw.com
cthomas@hamiltonmillerlaw.com

 *and*

Lori B. Leskin (admitted *pro hac vice*)
David A. Kerschner (admitted *pro hac vice*)
Robert T. Franciscovich (admitted *pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, New York 10019-9710
T: (212) 836-8000
Lori.leskin@arnoldporter.com
David.kerschner@arnoldporter.com
Robert.franciscovich@arnoldporter.com

 *and*

Rhonda R. Trotter (admitted *pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
777 S. Figueroa Street, Suite 4400
Los Angeles, California 90017
T: (213) 243-4000
Rhonda.trotter@arnoldporter.com

*Attorneys for BP Products North America Inc.*

4

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF SERVICE OF JOINT EXPERT REPLY REPORTS**, upon all parties to this matter by filing said document with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

This 28th day of January 2026.

**Beckstedt & Kuczynski, LLP**
*/s/ Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
T: 340-719-8086 / F: 800-886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**
*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388
*Admitted Pro Hac Vice (1:21-cv-00253 only)*
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
T: 404-876-2600 / F: 404-875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*