**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **LIMETREE BAY VENTURES, LLC, et al.,** <br> **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,** <br> **Plaintiffs,** <br> **v.** <br> **LIMETREE BAY VENTURES, LLC, et al.,** <br> **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOORHEAD, et al.,** <br> **Plaintiffs,** <br> **v.** <br><br> **LIMETREE BAY VENTURES, LLC, et al.,** <br> **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,** <br><br> **Plaintiffs,** <br> **v.** <br> **LIMETREE BAY VENTURES, LLC, et al.,** <br> **Defendants.** | **Civil Action No. 2021-0261** |

## NOTICE OF SERVICE OF PLAINTIFFS' EXPERT REPLY REPORTS

PLEASE TAKE NOTICE THAT on January 28, 2026, Plaintiffs served upon all counsel of record, the following experts' reply reports:

1. Glen Stevick, PhD, PE;

2. James C. Spindler, PhD;

3. Erno Sajo, PhD;

4. Marco Kaltofen, PhD, PE;

5. Remy Hennet;

6. Emily Fucile Sanchez;

7. William Huber, PhD, PSTAT;

8. Stevie Henry;

9. Kenneth M. Rudo, PhD;

10. Randall ("Randy") Bell, PhD, MAI; and

11. Ricardo Alvarez.

Respectfully submitted,

DATED: January 28, 2026        BY: ___/s/ *Daniel H. Charest*_____
                                Warren T. Burns, Esq.
                                Daniel H. Charest., Esq.
                                Martin D. Barrie, Esq.
                                Quinn M. Burns, Esq.
                                Anna Katherine Benedict, Esq.
                                BURNS CHAREST LLP
                                900 Jackson Street, Suite 500
                                Dallas, Texas 75202
                                Telephone: (469) 904-4550
                                wburns@burnscharest.com
                                dcharest@burnscharest.com
                                mbarrie@burnscharest.com
                                qburns@burnscharest.com
                                abenedict@burnscharest.com

DATED: January 28, 2026        BY: ___/s/ *Korey A. Nelson*_____
                                Korey A. Nelson, Esq.
                                H. Rick Yelton, Esq.
                                BURNS CHAREST LLP
                                365 Canal Street, Suite 1170
                                New Orleans, LA 70130
                                Telephone: (504) 799-2845
                                knelson@burnscharest.com
                                ryelton@burnscharest.com

DATED: January 28, 2026        BY: ___/s/ *Vincent Colianni II*_____

Vincent Colianni, II, Esq.
Vincent A. Colianni, Esq.
Marina Leonard, Esq.
COLIANNI & LEONARD LLC
2120 Company Street
Christiansted, VI 00820
Telephone: (340) 719-1766
vinny@colianni.com
vince@colianni.com
marina@colianni.com

DATED: January 28, 2026        BY: ___/s/ C. Jacob Gower_____
C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
Telephone: (337) 298-9734
jacob@gowerlegal.com

DATED: January 28, 2026        BY: ___/s/ Y. Michael Twersky_____
Shanon J. Carson, Esq.
Yechiel Michael Twersky, Esq.
John Kerrigan, Esq.
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net
jkerrigan@bm.net

DATED: January 28, 2026        BY: ___/s/ Lee J. Rohn_____
Lee J. Rohn, Esq.
Rhea R. Lawrence, Esq.
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

DATED: January 28, 2026        BY: ___/s/ Kerry J. Miller_____
Kerry J. Miller, Esq.
Paul C. Thibodeaux, Esq.
Rebekka C. Veith, Esq.
C. Hogan Paschal, Esq.

Carly J. McCleskey, Esq.
MILLER, THIBODEAUX, DYSART, VEITH
& PASCHAL, LLC
643 Magazine Street, Suite 405
New Orleans, Louisiana 70130
Telephone: (504) 977-9150
kmiller@mtdvp.com
pthibodeaux@mtdvp.com
rveith@mtdvp.com
hpaschal@mtdvp.com
cmccleskey@mtdvp.com

DATED: January 28, 2026          BY:    /s/ Hugh Lambert
                                         Hugh Lambert, Esq.
                                         J. Christopher Zainey, Esq.
                                         Brian Mersman, Esq.
                                         LAMBERT ZAINEY SMITH & SOSO, APLC
                                         701 Magazine Street
                                         New Orleans, Louisiana 70130
                                         Telephone: (504) 581-1750
                                         Facsimile: (504) 529-2931
                                         hlambert@lambertzainey.com
                                         czainey@lambertzainey.com
                                         bmersman@lambertzainey.com

DATED: January 28, 2026          BY:    /s/ Jennifer Jones
                                         Jennifer Jones, Esq.
                                         9003 Havensight Mall, Ste. 319
                                         St. Thomas, V.I. 00802
                                         Telephone: (340) 779-7386
                                         jjones@vienvironmentallaw.com

DATED: January 28, 2026          BY: /s/ John K. Dema
                                         John K. Dema, Esq. (V.I. Bar. No. 357)
                                         LAW OFFICES OF JOHN K. DEMA, PC
                                         1236 Strand Street, Suite 103
                                         Christiansted, St. Croix, VI 00820
                                         Telephone: (340) 773-6142
                                         jdema@demalaw.com

                                         *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court's ECF system on January 28, 2026, which sent notice to counsel of record.

/s/ Daniel H. Charest
Daniel H. Charest