**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 2021-0253** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **HELEN SHIRLEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 2021-0259** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **MARY L. MOORHEAD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 2021-0260** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **BEECHER COTTON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 2021-0261** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**Attorneys:**
**Y. Michael Twersky, Esq.**
Philadelphia, PA
**Daniel H. Charest**
Dallas, TX
**Korey A. Nelson, Esq.**
**C. Jacob Gower, Esq.**
**Kerry J. Miller, Esq.**
**Hugh Lambert, Esq.**
New Orleans, LA
**Lee J. Rohn, Esq.**
**Vincent Colianni, II, Esq.**
**John K. Dema, Esq.**
St. Croix, U.S.V.I.
**Jennifer Jones, Esq.**
St. Thomas, U.S.V.I.
*For Plaintiffs*

**Daniel T. Donovan, Esq.**
Washington, DC
**Charles E. Lockwood, Esq.**
St. Croix, U.S.V.I.
*For ArcLight*

**Francis C. Healy, Esq.**
New York, NY
**J. Daryl Dodson, Esq.**
St. Thomas, U.S.V.I.
*For Freepoint*

**Martin Shelton, Esq.**
Atlanta, GA
**Alex M. Moskowitz, Esq.**
St. Thomas, U.S.V.I.
*For Pinnacle*

## **ORDER**

**THIS MATTER** comes before the Court on the "Joint Motion for Extension of Time for Settling Defendants to Respond to Plaintiffs' Consolidated Second Amended Class Action Complaint" ("Joint Motion") (Dkt. No. 1385).[1] Settling Defendants[2] request in their Joint Motion that their time to respond to Plaintiffs' Consolidated Second Amended Class Action Complaint ("CSAC") (Dkt. No. 1327) be extended indefinitely in light of the two proposed settlements currently pending before the Court (Dkt. Nos. 1098, 1198), which would address Plaintiffs' claims against Settling Defendants and may obviate their need to respond to Plaintiffs' CSAC.

---

[1] All docket numbers refer to the designated lead docket for the consolidated action, *Boynes v. Limetree*, No. 21-cv-0253. (Dkt. No. 526 at 3, n.2).

[2] Settling Defendants are: Pinnacle Services, LLC ("Pinnacle"), ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P., Limetree Bay Holdings, LLC, Limetree Bay Preferred Holdings, LLC (collectively, "ArcLight"), and Freepoint Commodities LLC ("Freepoint").

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that the Joint Motion is GRANTED IN PART and DENIED IN PART; and it is further

**ORDERED** that Pinnacle Services, LLC ("Pinnacle") shall have up to and including thirty (30) days following the entry of any Order which either denies preliminary approval of Pinnacle's proposed settlement (Dkt. No. 1198) or denies final approval of Pinnacle's proposed settlement within which to respond to the CSAC; and it is further

**ORDERED** that ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P., Limetree Bay Holdings, LLC, Limetree Bay Preferred Holdings, LLC (collectively, "ArcLight"); and Freepoint Commodities LLC ("Freepoint") shall have up to and including thirty (30) days following the entry of any Order which either denies preliminary approval of ArcLight and Freepoint's proposed settlement (Dkt. No. 1098) or denies final approval of ArcLight and Freepoint's proposed settlement within which to respond to the CSAC; and it is further

**ORDERED** that, in the event that a response to the CSAC is required by any of the Settling Defendants as set forth above, any further deadlines will be governed by the applicable Federal Rules of Civil Procedure, District Court local rules or Court Order.

**SO ORDERED**.

Date: February 10, 2026 _____/s/_____
WILMA A. LEWIS
Senior District Judge

3