**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| CLIFFORD BOYNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2021-0253 |
| | ) | |
| v. | ) | |
| | ) | |
| LIMETREE BAY VENTURES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| HELEN SHIRLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2021-0259 |
| | ) | |
| v. | ) | |
| | ) | |
| LIMETREE BAY VENTURES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MARY L. MOORHEAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2021-0260 |
| | ) | |
| v. | ) | |
| | ) | |
| LIMETREE BAY VENTURES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BEECHER COTTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2021-0261 |
| | ) | |
| v. | ) | |
| | ) | |
| LIMETREE BAY VENTURES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**UPON CONSIDERATION** of Plaintiffs'[1] "Motion for Preliminary Settlement Approval and Related Relief" (Dkt. No. 1098)[2] seeking preliminary approval of a $17,500,000 settlement with the "ArcLight and Freepoint" Defendants[3]; Limetree Bay Terminals, LLC (D.B.A. Ocean Point Terminals), Limetree Bay Refining, LLC, BP Products North America, Inc.'s (together, "Opposing Defendants"[4]) "Response in Opposition to Plaintiffs' Motion for Preliminary Settlement Approval and Related Relief" (Dkt. No. 1172); Plaintiffs' identically titled "Motion for Preliminary Settlement Approval and Related Relief" (Dkt. No. 1198) seeking preliminary approval of a $550,000 settlement with Pinnacle Services, LLC ("Pinnacle"); and Plaintiffs' "Notice of Additional Information" (Dkt. No. 1637), and for the reasons stated in the accompanying Memorandum Opinion filed contemporaneously herewith, and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' "Motion for Preliminary Settlement Approval and Related Relief" (Dkt. No. 1098) for the ArcLight and Freepoint Settlement is **GRANTED**; and it is further

---

[1] Plaintiffs are: Clifford Boynes, Margaret Thompson, Delia Almestica, Edna Santiago, Guidrycia Wells, Mary Moorhead, Sirdrina Isaac-Joseph, Esther Clifford, Alvina Jean-Marie Ilarraza, Ryan Alleyne, Agnes Augustus, Helen Shirley, Cristel Rodriguez, John Sonson, Isidore Jules, Virginie George, and minor child "O.N.", individually and on behalf of all others similarly situated.

[2] All docket numbers, unless noted otherwise, refer to the designated lead docket for the consolidated action, *Boynes v. Limetree*, No. 21-cv-0253. (Dkt. No. 526 at 3, n.2).

[3] The "ArcLight and Freepoint" Defendants are: (1) ArcLight Capital Partners, LLC; (2) ArcLight Energy Partners Fund VI, L.P.; (3) ArcLight Limetree AIV, L.P.; (4) Limetree Bay Holdings, LLC; (5) Limetree Bay Preferred Holdings, LLC; and (6) Freepoint Commodities LLC.

[4] While Universal Plant Services, (VI), LLC ("UPS"), Elite Turnaround Specialists, Ltd. ("Elite"), EIG Global Energy Partners, LLC ("EIG"), and Limetree Bay Ventures, LLC ("LBV"), initially joined in the Opposition (Dkt. No. 1172 at 2), UPS, Elite, EIG, and LBV later withdrew from the Opposition (Dkt. Nos. 1598 at 2, 1609 at 2, 1631 at 1). Accordingly, UPS, Elite, EIG, and LBV are not included as Opposing Defendants.

**ORDERED** that Plaintiffs' "Motion for Preliminary Settlement Approval and Related Relief" (Dkt. No. 1198) for the Pinnacle Settlement is **GRANTED**; and it is further

**ORDERED** that the ArcLight and Freepoint Settlement and the Pinnacle Settlement shall be **JOINTLY ADMINISTERED**; and it is further

**ORDERED** that the Settlement Class is preliminarily certified for settlement purposes as defined in the Motions pursuant to Rule 23(a) and Rule 23(b):

> all persons or entities: a) who owned or rented property (real and/or personal) in the Affected Geographic Area on or after February 3, 2021; or b) who resided in, worked in, operated a business in, or were present in the Affected Geographic Area during the time period from February 3, 2021 to May 26, 2021, and includes, without limitation, all persons or entities who are retained clients of any law firms comprising Class Counsel before the date of execution of the Settlement Agreement and who assert claims arising out of the Incidents.

(Dkt. Nos. 1099-1 at 10; 1199-1 at 8); and it is further

**ORDERED** that Clifford Boynes, Margaret Thompson, Delia Almestica, Edna Santiago, Guidrycia Wells, Mary Moorhead, Sirdrina Isaac-Joseph, Esther Clifford, Alvina Jean-Marie Ilarraza, Ryan Alleyne, Agnes Augustus, Helen Shirley, Cristel Rodriguez, John Sonson, Isidore Jules, Virginie George, and minor child "O.N." are **APPOINTED** as Class Representatives of the preliminarily certified Settlement Class for both Settlements; and it is further

**ORDERED** that Kerry Miller of Fishman Haygood, L.L.P., Daniel Charest of Burns Charest LLP, and Shanon J. Carson of Berger Montague PC are **APPOINTED** as Co-Lead Class Counsel, and Lee J. Rohn of Lee J. Rohn & Associates LLC is **APPOINTED** as Liaison Counsel for both Settlements; and it is further

**ORDERED** that both Settlements are preliminarily approved as fair, reasonable, and adequate, and in the best interest of Plaintiffs and the Settlement Class, pursuant to Rule 23(e); and it is further

**ORDERED** that the revised Claimant Payment Formula (Dkt. No. 1637-1), Claim Form (Dkt. No. 1637-2); and the Affected Zone Map (Dkt. No. 1637-3) are **APPROVED**; and it is further

**ORDERED** that the proposed Notice Plan (Dkt. Nos. 1099-at 24-26), as modified in Plaintiffs' "Notice of Additional Information" (Dkt. No. 1637), and Notices of Settlement (Dkt. Nos. 1637-4; 1637-5) are **APPROVED**; and it is further

**ORDERED** that Epiq Systems, Inc. is **APPOINTED** as the Settlement Administrator to perform all duties ascribed to is under the Settlements; and it is further

**ORDERED** that a Final Approval Hearing will be **SCHEDULED** by further Order of the Court; and it is further

**ORDERED** that any Settlement Class Member who wishes to be excluded from the Class must **SUBMIT** a written request for exclusion in accordance with the procedures identified in the Notice (Dkt. No. 1637-5 at 7-8) by the deadline set below; and it is further

**ORDERED** that any Settlement Class Member who does not submit a valid and timely written request for exclusion shall be **BOUND** by all subsequent proceedings, orders, and judgment stemming from the Settlements; and it is further

**ORDERED** that any Settlement Class Member who wishes to object to the Settlements must **SUBMIT** a written objection in accordance with the procedures identified in the Notice (Dkt. No. 1637-5 at 8-9) by the deadline set below; and it is further

**ORDERED** that any objecting Settlement Class Member who wishes to **APPEAR** at the Final Approval Hearing must **FILE** a Notice of Intent to Appear by the deadline set below; and it is further

4

**ORDERED** that the following deadlines shall be observed:

| Event | Deadline |
|---|---|
| **Notice Date** for the Mailing of the Notice and Claim Form to Settlement Class Members | **Mar. 18, 2026** |
| **Filing Deadline** for a Motion for Attorneys' Fees, Costs, and Service Awards | **Apr. 27, 2026** |
| **Opt-Out Deadline** for Settlement Class Members to Opt-Out of the Settlements | **May 18, 2026** |
| **Objection Deadline** for Settlement Class Members to Object to the Settlements | **May 18, 2026** |
| **Filing Deadline** for a Declaration regarding the Preliminary Completion of the Notice[5] | **May 18, 2026** |
| **Filing Deadline** for Plaintiffs' Responses to any filed Objections | **June 25, 2026** |
| **Claim Form Deadline** for Settlement Class Members to file Claim Forms | **July 16, 2026** |
| **Filing Deadline** for a Declaration regarding the Completion of the Notice | **July 16, 2026** |
| **Filing Deadline** for a Motion for Final Approval of Class Action Settlement | **July 31, 2026** |
| **Filing Deadline** for any opposition to the Motion for Final Approval of Class Action Settlement | **Aug. 14, 2026** |
| **Filing Deadline** for any reply to any opposition, if filed, to the Motion for Final Approval of Class Action Settlement | **Aug. 21, 2026** |
| **Filing Deadline** for any reply papers in further support of the settlement, attorneys' fees and expenses, and/or any replies to the responses to filed objections | **Aug. 28, 2026** |
| **Filing Deadline** for any Notice of Intent to Appear at the Final Approval Hearing by objecting Class Members | **Sept. 4, 2026** |

**ORDERED** that proof of compliance under the Class Action Fairness Act of 2005 (28 U.S.C.§ 1715) shall be filed with the Motion for Final Approval; and it is further

---

[5] The Preliminary Completion of Notice shall contain a progress report on all Notice efforts—mailing, radio, publication, etc.—included in the Notice Plan.

**ORDERED** that all proceedings in this case with respect to Plaintiffs' claims against the Settling Defendants other than those necessary to carry out or enforce the terms of the Settlement Agreements are **STAYED** pending the Final Approval Hearing.

**SO ORDERED**.

Dated: February 16, 2026

_____/s/_____
WILMA A. LEWIS
Senior District Judge