# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Defendants.* | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Defendants.* | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Defendants.* | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>*Defendants.* | Civil Action No. 2021-0261 |

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF REBECCA MALLER-STEIN

COMES NOW Chivonne A.S. Thomas, Esq., counsel for Defendant BP PRODUCTS NORTH AMERICA INC., hereby moves for the *pro hac vice* admission of Rebecca Maller-Stein, Esq., pursuant to Rule 83.1(2) of the Local Rules of Civil Procedure and states the following in support thereof.

1. Defendant, by and through undersigned counsel Chivonne A.S. Thomas, Esq., a member of the Virgin Islands Bar, respectfully requests the Honorable Court to approve the pro hac vice admission of Rebecca Maller-Stein, an associate at Arnold & Porter Kaye Scholer LLP.

2. Attorney Maller-Stein is a member in good standing and is licensed an authorized to practice law in: the State of New York, the U.S. District Court, Eastern District of New York, and the U.S. District Court, Southern District of New York. As evidence thereof, a Certificate of Good Standing is attached hereto as **Exhibit A.**

3. Attorney Maller-Stein has attached the District Court of the Virgin Islands *Pro Hac Vice* Application hereto as **Exhibit B** in furtherance of this Motion in accordance with the Local Rules of the District Court of the Virgin Islands.

4. As stated in the attached Application, Attorney Maller-Stein has never been the subject of any professional discipline, inquiry, and/or investigation.

1

5. By signature on the attached affirmation, Attorney Maller-Stein agrees to be bound by the grievance procedures of the Virgin Islands Bar Association, and hereby subjects himself to the disciplinary and contempt jurisdiction of this Court.

6. The pro hac vice admission fee of $250.00 has been paid to the Clerk, District Court of the Virgin Islands.

Defendant BP PRODUCTS NORTH AMERICA INC. also attaches the following exhibit in support of its Motion:

**Exhibit C** Affidavit of Chivonne A.S. Thomas in Support of Motion for Admission *Pro Hac Vice*

WHEREFORE, Defendant BP PRODUCTS NORTH AMERICA INC., by and through undersigned counsel, respectfully requests that this Honorable Court approve the *pro hac vice* admission of Attorney Rebecca Maller-Stein.

Dated: February 25, 2026               Respectfully submitted,

*Counsel for Defendant*
*BP PRODUCTS*
*NORTH AMERICA INC.*               /s/ *Chivonne Thomas*
                                   Chivonne A.S. Thomas (V.I. Bar No. 1271)
                                   Jennifer Miller Brooks (V.I. Bar No. 1109)
                                   Chivonne A.S. Thomas (V.I. Bar No. 1168)
                                   **HAMILTON, MILLER & BIRTHISEL, VI**
                                   150 Southeast Second Ave, Ste. 1200
                                   Miami, Florida 33131
                                   Telephone: (305) 379-3686
                                   ssmith@hamiltonmillerlaw.com
                                   jmiller@hamiltonmillerlaw.com
                                   cthomas@hamiltonmillerlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this February 25, 2026, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system and has been served on all counsel of record below via transmission of Notices of Electronic Filing generated by CM/ECF and/or via e-mail.

                                         */s/ Chivonne Thomas*
                                         Chivonne A.S. Thomas, Esq.

**HAMILTON, MILLER & BIRTHISEL, VI P.C.**
A U.S. VIRGIN ISLANDS PROFESSIONAL CORPORATION
MAILING ADDRESS: 150 SOUTHEAST SECOND AVENUE, SUITE 1200, MIAMI, FLORIDA 33131 • 305-379-3686 • FAX 305-379-3690