# EXHIBIT B

## DECLARATION OF REBECCA MALLER-STEIN
## IN SUPPORT OF *PRO HAC VICE* ADMISSION

I, Rebecca Maller-Stein, Esq., being duly sworn hereby state as follows:

1. I, Rebecca Maller-Stein, Esq., declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2. I am of legal age, a resident of New York and am familiar with the facts asserted herein.

3. I am licensed to practice law in the State of New York, the U.S. District Court, Eastern District of New York, and the U.S. District Court, Southern District of New York. I am in good standing in the above jurisdiction.

4. I have been requested by BP PRODUCTS NORTH AMERICA, INC. ("Defendant") to represent their interests in a pending action in the District Court of the Virgin Islands, Division of St. Croix, *BEECHER COTTON, PAMELA COLON, SIRDINA ISAAC-JOSEPH, ESTHER CLIFFORD, SYLVIA BROWNE, ALVINA JEAN-MARIE ILARRAZA, RYAN ALLEYNE, AGNES AUGUSTUS, and CESARINA MIRANDA, individually and on behalf of all others similarly situated v. LIMETREE BAY VENTURES, LLC, LIMETREE BAY HOLDINGS, LLC, LIMETREE BAY REFINING, LLC, LBR LIQUIDATING TRUST, DAVID M. DUNN, LIMETREE BAY TERMINALS, LLC, DBA OCEAN POINT TERMINALS, ARCLIGHT CAPITAL PARTNERS, LLC, FREEPOINT COMMODITIES,*

*LLC, EIG GLOBAL ENERGY PARTNERS, LLC, BP PRODUCTS NORTH AMERICA, INC., UNIVERSAL PLANT SERVICES, (VI), LLC, EXCEL CONSTRUCTION & MAINTENANCE VI, INC., ELITE TURNAROUND SPECIALISTS, LTD., PINNACLE SERVICES LLC, VERSA INTEGRITY GROUP, INC., NATIONAL INDUSTRIAL SERVICES, LLC, and JOHN DOES 1-10.*

5. This is the first time that I have requested *pro hac vice* admission in this jurisdiction.

6. For the foregoing reasons, I respectfully request my *pro hac vice* admission be permitted in the above-referenced case.

Dated: **February 27, 2026**                    */s/ Rebecca Maller-Stein*
                                                Rebecca Maller-Stein