## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al., *Plaintiffs*, v. LIMETREE BAY VENTURES, LLC, et al., *Defendants*. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al., *Plaintiffs*, v. LIMETREE BAY VENTURES, LLC, et al., *Defendants*. | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al., *Plaintiffs*, v. LIMETREE BAY VENTURES, LLC, et al., *Defendants*. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al., *Plaintiffs*, v. LIMETREE BAY VENTURES, LLC, et al., *Defendants*. | Civil Action No. 2021-0261 |

CASE NO.: 1:21-CV-00261

# CERTIFICATION OF CHIVONNE A.S. THOMAS, ESQ.
# IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

I, Chivonne A.S. Thomas, Esq., pursuant to 28 U.S.C. § 1746, hereby affirm that the following is true and correct under the penalty of perjury:

1. I am a resident of the Territory of the Virgin Islands and counsel with the firm Hamilton, Miller & Birthisel, LLP, which maintains a main office for the practice of law at 150 SE 2nd Avenue, Suite 1200, Miami, Florida 33131.

2. I am an active member of the Virgin Islands Bar in good standing.

3. I am seeking the admission of Rebecca Maller-Stein to this Court in the above-captioned matter.

4. I have ensured the payment of fees on behalf of Rebecca Maller-Stein.

Dated: February 27, 2026        By: */s/ Chivonne Thomas*
                                    Chivonne A.S. Thomas, Esq.

HAMILTON, MILLER & BIRTHISEL, VI P.C.
A U.S. VIRGIN ISLANDS PROFESSIONAL CORPORATION
MAILING ADDRESS: 150 SOUTHEAST SECOND AVENUE, SUITE 1200, MIAMI, FLORIDA 33131 • 305-379-3686 • FAX 305-379-3690