## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES**, *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC**, *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **HELEN SHIRLEY**, *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-259** |
| | : | |
| **LIMETREE BAY VENTURES, LLC**, *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **FRANCIS E. CHARLES**, *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-260** |
| | : | |
| **LIMETREE BAY VENTURES, LLC**, *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **BEECHER COTTON**, *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-261** |
| | : | |
| **LIMETREE BAY VENTURES, LLC**, *et al* | : | |

## ORDER

**AND NOW**, this 11th day of March 2026, following reassignment in the above captioned cases leading us to review pending Motions to terminate the *pro hac vice* admission of Julie S. Meaders, without Opposition and finding good cause, it is **ORDERED** we **GRANT** the Motions to terminate requiring the Clerk of Court terminate the representation of Julie S. Meaders, Esquire on behalf of Plaintiffs at:

1.    ECF 1656 in No. 1:21-cv-253;

2.    ECF 1381 in No. 1:21-cv-259;

3.    ECF 1455 in No. 1:21-cv-260; and,

4.     ECF 1649 in No. 1:21-cv-261.

_____
**KEARNEY, J.**