## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **HELEN SHIRLEY,** *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-259** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **FRANCIS E. CHARLES,** *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-260** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **BEECHER COTTON,** *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-261** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

## ORDER

**AND NOW**, this 11th day of March 2026, following reassignment in the above captioned cases leading us to study each docket including unopposed Motions for *pro hac vice* admission of Rebecca Maller-Stein, noting the Motions are not compliant with our Policies but allowing these exceptions given the timing before reassignment and counsel confirms paying the pro hac vice admission fees, it is **ORDERED** we **GRANT** Attorney Thomas's Motions for the *pro hac vice* admission of Rebecca Maller-Stein, Esquire at:

1.      ECF 1693 in No. 1:21-cv-253;

2.      ECF 1418 in No. 1:21-cv-259;

3.    ECF 1492 in No. 1:21-cv-260; and,

4.    ECF 1686 in No. 1:21-cv-261.

KEARNEY, J.