# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 1:21-253 |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **HELEN SHIRLEY,** *et al* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 1:21-259 |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **FRANCIS E. CHARLES,** *et al* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 1:21-260 |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **BEECHER COTTON,** *et al* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 1:21-261 |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

## ORDER

**AND NOW**, this 11th day of March 2026, following reassignment in the above captioned cases leading us to review the status and pending Motions including BP Products North America, Inc.'s Motions for recusal of Chief Judge Molloy, noting reassignment, and for good cause, it is **ORDERED** we **DENY** BP Products North America, Inc.'s Motions for recusal as moot at:

1. ECF 1695 in No. 1:21-cv-253;

2. ECF 1420 in No. 1:21-cv-259;

3. ECF 1494 in No. 1:21-cv-260; and,

4. ECF 1688 in No. 1:21-cv-261.

_____
KEARNEY, J.