**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES**, *et al* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

## ORDER

**AND NOW**, this 31ˢᵗ day of March 2026, following yesterday's extensive trial scheduling conference including our discussion of pending motions, confirming the status of several pending motions largely based upon the good faith efforts of the parties to resolve most if not all their claims including during an April 14, 2026 mediation session with Mediator Perry Jr., and for good cause, it is **ORDERED** we **vacate** the parties' prospective pre-trial and trial obligations in June 11, 2024, April 11, 2025, April 14, 2025, and November 3, 2025 Orders (ECFs 677, 1160, 1161, 1540), **attach** lead counsel for jury selection beginning **January 5, 2027,** and require the parties proceed in good faith strictly consistent with Rule 1, our Policies, and this Order including:

1.  Parties are granted leave to complete the scheduled expert discovery as agreed;

2.  Plaintiffs shall email Chambers with a letter not exceeding three pages (copied to all remaining counsel) on April 20, 2026, May 23, 2026, June 26, 2026, July 27, 2026, September 25, 2026, October 25, 2026, November 23, 2026, and December 21, 2026 detailing each party's concise status of good faith settlement negotiations including in the anticipated ongoing mediation before Mediator Perry, Jr.;

3.  We grant Plaintiffs leave to move for:

    a.  preliminary approval of ongoing settlement negotiations by no later than **April 27, 2026** with responses due no later than **May 11, 2026** further requiring Plaintiffs identify the parties' positions on a preliminary approval hearing to be held via Zoom.gov (either audio or

video) at **8:45 A.M**. on **May 26, 2026** as part of their fulsome description of the parties' meet and confer under our Policies and mindful nothing in this Order precludes a party from dismissing a claim or party or otherwise moving for preliminary approval of a class-wide settlement after April 27, 2026;

      b. class certification on all liability classes (presuming we will address certification for settlement classes as part of approval) compliant with our Policies by no later than **June 5, 2026** with responses due no later than **June 22, 2026**;

4. We grant parties leave to move for summary judgment, transfer of venue or vicinage, or Rule 702 relief compliant with our Policies by no later than **August 5, 2026** with responses due no later than **August 19, 2026**;

5. No later than **December 4, 2026**, counsel for each party shall email each other a list identifying each exhibit the party expects to offer at trial along with a reference to the Bates number or other identification of the document used in discovery;

6. No later than **December 8, 2026**, each party shall file a pretrial memorandum compliant with our Policies. Only those exhibits, discovery items and expert witnesses identified in the manner set forth in this Order shall be considered for admission into evidence at trial, unless stipulated by all affected parties and approved by the Court;

a. The unavailability of a witness will not be a ground to delay the commencement or progress of an ongoing trial. If a witness may be unavailable at the time of trial in the manner defined in Fed. R. Civ. P. 32(a)(4), testimony must be presented by oral or videotape deposition at trial;

b.      Only exhibits and witnesses identified under this Order shall be considered for admission into evidence at trial absent good cause unless stipulated by all affected parties and approved by the Court;

17.     No later than **December 9, 2026**, each party shall file proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories, with an electronic copy e-mailed in Word format to Chambers_of_Judge_Kearney@paed.uscourts.gov;

18.     All motions affecting trial presentations (e.g., *in limine*), proposed *voir dire* peculiar to your case, objections to proposed jury instructions, list of contested exhibits and deposition designations (emailing the contested exhibits and highlighted designations to Chambers) shall be filed on or before **December 11, 2026**.  Responses, including highlighted counter-designations and objections, if any, shall be filed on or before **December 17, 2026**;

19.     The parties shall submit electronic copies of all exhibits to the Clerk's Office by BOX, a secure online file sharing program, by no later than **December 28, 2026** by contacting the Clerk's Office to obtain access to the trial folder;[1]

20.     A final pretrial conference will be held telephonically on **December 29, 2026** at **8:45 A.M.** via ZoomGov (1-646-828-7666; Meeting ID: 160 702 8198; Passcode: 896251); and,

21.     Counsel is attached for jury selection followed by an eleven-day trial beginning on **January 5, 2027** at **9:00 A.M.** in a courtroom to be determined, Almeric L. Christian Federal Building and U.S. Courthouse, 553013 Estate Golden Rock, Suite 219, St. Croix, Virgin Islands 00820.

**KEARNEY, J.**

---

[1] All electronic submissions must comply with the Court's requirements for electronic exhibits as set forth at http://www.vid.uscourts.gov/jury-evidence-recording-system-jers."