**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

## <u>ORDER</u>

**AND NOW,** this 20th day of April 2026, upon considering BP Products North America, Inc.'s Motion to dismiss (ECF 1364), Plaintiff's Opposition (ECF 1402), BP Products' Reply (ECF 1470). finding Plaintiffs sufficiently plead tort claims arising from BP Products' alleged role in managing and restarting the Facility and we cannot today decide control and knowledge issues on a pleading standard, it is **ORDERED** we **DENY** BP Products' Motion (ECF 1364) requiring it file an Answer on or before **May 4, 2026.**

**KEARNEY, J.**