**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al.* | : | |

**UNOPPOSED MOTION TO EXTEND
PRELIMINARY APPROVAL MOTION DEADLINE**

Plaintiffs, by and through their undersigned counsel, respectfully request that the Court grant a brief extension of the deadline for Plaintiffs to move for "preliminary approval of ongoing settlement negotiations" set by the Court in its March 31, 2026 Order (ECF 1731).[1] Specifically, Plaintiffs seek to extend the deadline for submission of preliminary approval papers from April 27, 2026 to May 8, 2026, and the corresponding response deadline from May 11, 2026, to May 18, 2026. Plaintiffs do ***not*** seek to adjourn the currently scheduled preliminary approval hearing on May 26, 2026, and believe that hearing can proceed as scheduled and that the requested extension would not impact any other case deadlines.

As further set forth below, Plaintiffs seek this brief extension to allow for the completion of all settlements that are close to finalization and to ensure that those settlements can be coordinated with the existing settlements, thereby enhancing efficiency and preserving judicial resources. In support of this request, Plaintiffs state as follows:

---

[1] Consistent with Local Rule 7.1(e), Plaintiffs sought consent from Defendants, and the relief Plaintiffs request is unopposed. However, Defendants ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P., Limetree Bay Holdings, LLC, Limetree Bay Preferred Holdings, LLC (collectively, "ArcLight"), and Freepoint Commodities, LLC ("Freepoint"), reserve the right to oppose any extension or delay of the May 26 preliminary approval hearing date. In addition, Defendant BP indicates that it "takes no position on the request."

1

1.  The Court has preliminarily approved settlements with the ArcLight and Freepoint Defendants in the amount of $17,500,000, and with Pinnacle Services, LLC in the amount of $550,000. In connection with those approvals, the Court also approved the Notice Plan and Notice of Settlement. (ECF Nos. 1686, 1687, 1698.)

2.  Following the Parties' Joint Status Memorandum and the subsequent status conference, the Court entered a Scheduling Order requiring that any motion for preliminary approval of ongoing settlement negotiations be filed no later than April 27, 2026, with responses due by May 11, 2026, and setting a preliminary approval hearing for May 26, 2026. (ECF Nos. 1709, 1729, 1731.)

3.  As previously reported to the Court, Plaintiffs anticipate reaching final and documented settlements with the majority of Defendants and their insurers within the next two weeks. At the same time, Plaintiffs do not presently anticipate settlement with certain other defendants and insurers, including BP.

4.  As a result, the case has effectively separated into two distinct tracks: (a) a coordinated tranche of settlements appropriate for preliminary approval, including settlements with Defendants and insurers with whom Plaintiffs are close to finalizing agreements—such as certain insurers in Limetree's Pollution Liability tower whose negotiations have recently come into focus through mediation—and (b) continued litigation against non-settling parties. Plaintiffs therefore seek a short extension of the preliminary approval filing deadline in order to complete and finalize the settlements in the first track and present them to the Court in a single, coordinated submission.

5.  "In class actions, courts have equitable powers to manage the litigation in order to promote judicial economy and fairness to litigants.'" *In re Insurance Brokerage Antitrust Litig.* (MDL 1663), 374 F. App'x 263, 266 (3d Cir. 2010) (quoting *De Asencio v. Tyson Foods, Inc.*, 342

F.3d 301, 313 (3d Cir. 2003)). Here, good cause exists to grant this limited extension, which will meaningfully promote judicial economy, fairness to litigants and class members, and efficiency by permitting the completion and papering of all settlements that are close to finalization, consolidating notice and administration of those settlements with the existing settlements, and ensuring that the litigation proceeds in an orderly and focused manner against the remaining, non-settling defendants. Completing the settlement track at this juncture will streamline the case going forward by enabling the Parties and the Court to concentrate ongoing case management, including forthcoming class certification briefing, on defendants who have not settled.

6. The requested extension will also provide additional clarity regarding the posture of the litigation, as BP is scheduled to file its Answer on May 4, 2026. (ECF No. 1740.) Allowing Plaintiffs to review that Answer and incorporate it as appropriate into their preliminary approval submission may further assist the Court in evaluating the proposed settlement track in the context of the remaining, actively litigated claims.

7. Importantly, the requested extension will not impact any other case deadlines, and the Court may maintain the presently scheduled May 26, 2026 settlement hearing date and all subsequent case deadlines.

Accordingly, Plaintiffs respectfully request that the Court extend the deadline for submission of preliminary approval papers from April 27, 2026 to May 8, 2026; extend the corresponding response deadline from May 11, 2026, to May 18, 2026; and maintain the currently scheduled preliminary approval hearing on May 26, 2026 and all other case deadlines.

DATED: April 22, 2026                                Respectfully submitted,

BY:    /s/ *Y. Michael Twersky*
Shanon J. Carson, Esq.
Yechiel Michael Twersky, Esq.
John Kerrigan, Esq.
BERGER MONTAGUE PC

3

1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net
jkerrigan@bm.net

DATED: April 22, 2026            BY:   */s/ Lee J. Rohn*
                                      Lee J. Rohn, Esq.
                                      Rhea R. Lawrence, Esq.
                                      1108 King Street, Suite 3 (mailing)
                                      56 King Street, Third Floor (physical)
                                      Christiansted, St. Croix
                                      U.S. Virgin Islands 00820
                                      Telephone: (340) 778-8855
                                      lee@rohnlaw.com
                                      rhea@rohnlaw.com

                                      Counsel for the *Cotton* Plaintiffs

DATED: April 22, 2026            BY:  */s/ Daniel H. Charest*
                                      Warren T. Burns, Esq.
                                      Daniel H. Charest, Esq.
                                      Martin D. Barrie, Esq.
                                      Quinn M. Burns, Esq.
                                      Anna Katherine Benedict, Esq.
                                      BURNS CHAREST LLP
                                      900 Jackson Street, Suite 500
                                      Dallas, Texas 75202
                                      Telephone: (469) 904-4550
                                      wburns@burnscharest.com
                                      dcharest@burnscharest.com
                                      mbarrie@burnscharest.com
                                      qburns@burnscharest.com
                                      abenedict@burnscharest.com

DATED: April 22, 2026            BY:   */s/ Korey A. Nelson*
                                      Korey A. Nelson, Esq.
                                      H. Rick Yelton, Esq.
                                      BURNS CHAREST LLP
                                      365 Canal Street, Suite 1170
                                      New Orleans, LA 70130
                                      Telephone: (504) 799-2845
                                      knelson@burnscharest.com
                                      ryelton@burnscharest.com

4

DATED: April 22, 2026                    BY:   */s/ Timothy W. Burns*
                                          Timothy W. Burns
                                          BURNS BAIR LLP
                                          10 E. Doty Street, Suite 600
                                          Madison, Wisconsin 53703
                                          Telephone: (608) 286-2302
                                          tburns@burnsbair.com

DATED: April 22, 2026                    BY:   */s/ Vincent Colianni II*
                                          Vincent Colianni, II, Esq.
                                          Vincent A. Colianni, Esq.
                                          Marina Leonard, Esq.
                                          COLIANNI & LEONARD LLC
                                          2120 Company Street
                                          Christiansted, VI 00820
                                          Telephone: (340) 719-1766
                                          vinny@colianni.com
                                          vince@colianni.com
                                          marina@colianni.com

DATED: April 22, 2026                    BY:   */s/ C. Jacob Gower*
                                          C. Jacob Gower, Esq.
                                          GOWER LEGAL LLC
                                          1919 Pine Street
                                          New Orleans, LA 70118
                                          Telephone: (337) 298-9734
                                          jacob@gowerlegal.com

                                          Counsel for the *Shirley* Plaintiffs

DATED: April 22, 2026                    BY:   */s/ Kerry J. Miller*
                                          Kerry J. Miller, Esq.
                                          Paul C. Thibodeaux, Esq.
                                          Rebekka C. Veith, Esq.
                                          C. Hogan Paschal, Esq.
                                          Carly E. Jonakin, Esq.
                                          MILLER THIBODEAUX DYSART VEITH &
                                          PASCHAL, L.L.P.
                                          643 Magazine Street, Suite 405
                                          New Orleans, Louisiana 70130
                                          Telephone: (504) 977-9150
                                          kmiller@mtdvp.com
                                          pthibodeaux@mtdvp.com
                                          rveith@mtdvp.com
                                          hpaschal@mtdvp.com

cjonakin@mtdvp.com

DATED: April 22, 2026            BY:    */s/ Hugh Lambert*
                                 Hugh Lambert, Esq.
                                 J. Christopher Zainey, Esq.
                                 Brian Mersman, Esq.
                                 LAMBERT ZAINEY SMITH & SOSO, APLC
                                 701 Magazine Street
                                 New Orleans, Louisiana 70130
                                 Telephone: (504) 581-1750
                                 Facsimile: (504) 529-2931
                                 hlambert@lambertainey.com
                                 czainey@lambertzainey.com
                                 bmersman@lambertzainey.com

DATED: April 22, 2026            BY:    */s/ John K. Dema*
                                 John K. Dema, Esq.
                                 LAW OFFICES OF JOHN K. DEMA, PC
                                 1236 Strand Street, Suite 103
                                 Christiansted, St. Croix, VI 00820

DATED: April 22, 2026            BY:    */s/ Jennifer Jones*
                                 Jennifer Jones, Esq.
                                 9003 Havensight Mall, Ste. 319
                                 St. Thomas, V.I. 00802
                                 Telephone: (340) 779-7386
                                 jjones@vienvironmentallaw.com

                                 Counsel for the *Boynes* Plaintiffs

DATED: April 22, 2026            BY: */s/ John K. Dema*
                                 John K. Dema, Esq. (V.I. Bar. No. 357)
                                 LAW OFFICES OF JOHN K. DEMA, PC
                                 1236 Strand Street, Suite 103
                                 Christiansted, St. Croix, VI 00820
                                 Telephone: (340) 773-6142
                                 jdema@demalaw.com

DATED: April 22, 2026            BY: */s/ Hugh Lambert*
                                 Hugh Lambert, Esq.
                                 J. Christopher Zainey, Esq.
                                 Brian Mersman, Esq.
                                 LAMBERT ZAINEY SMITH & SOSO, APLC
                                 701 Magazine Street
                                 New Orleans, Louisiana 70130
                                 Telephone: (504) 581-1750

6

Facsimile: (504) 529-2931
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

Counsel for the *Moorhead* Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court's ECF system on April 22, 2026.

_/s/ Yechiel M. Twersky_
Y. Michael Twersky