**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES**, *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC**, *et al* | : | |

## ORDER

**AND NOW**, this 22nd day of April 2026, upon considering Plaintiffs' unopposed Motion (ECF 1741) to amend our March 31, 2026 Order (ECF 1731), and finding good cause, it is **ORDERED** we **GRANT** Plaintiffs' unopposed Motion (ECF 1741) <u>only</u> to grant Plaintiffs leave to move for preliminary approval by no later than **May 8, 2026** with a response due no later than **May 18, 2026** without amending any other obligations.

_____
**KEARNEY, J.**