**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

CLIFFORD BOYNES, et al.,      :
              :
    **Plaintiffs,**      :
              :
 v.            :  **NO. 1:21-CV-00253**
              :
LIMETREE BAY VENTURES, LLC, et al., :
              :
    **Defendants.**     :

**DECLARATION OF DANIEL T. BRIER IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Daniel T. Brier, Esquire, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Myers, Brier & Kelly, LLP.

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

3. I am in good standing in all courts where I have been admitted.

4. I am not, nor have I been, the subject of any disciplinary proceedings brought by any court or other judicial or administrative body.

5. I will be working directly with Charles E. Lockwood, Esquire, as a member of the Bar of this Court, to act as counsel for the ArcLight Defendants in the consolidated above-captioned matter.

**EXHIBIT C**

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Declaration of Daniel T. Brier in Support of Motion for Admission *Pro Hac Vice*
Page 2

    6.    I agree to abide by the Local Civil Rules of the United States District for the District of the Virgin Islands, Division of St. Croix and any Orders that may be issued by the Court concerning this instant litigation.

Executed on: May 14, 2026    _____
                                    Daniel T. Brier