IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

CLIFFORD BOYNES, et al.,

                Plaintiffs,

    v.

LIMETREE BAY VENTURES, LLC, et al.,

                Defendants.

:
:
:
:
:    NO. 1:21-CV-00253
:
:
:
:

**MOTION OF DEFENDANTS ARCLIGHT CAPITAL PARTNERS, LLC, ARCLIGHT ENERGY PARTNERS FUND VI, L.P., ARCLIGHT LIMETREE AIV, L.P., LIMETREE BAY HOLDINGS, LLC, AND LIMETREE BAY PREFERED HOLDINGS, LLC'S FOR ADMISSION _PRO HAC VICE_ OF JOHN B. DEMPSEY**

COMES NOW Dudley Newman Feuerzeig, LLP, Charles E. Lockwood, Esquire, counsel for Defendants ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P. (a/k/a ArcLight AIV, L.P.), Limetree Bay Holdings, LLC, and Limetree Bay Preferred Holdings, LLC ("ArcLight Defendants"), and hereby moves for the admission of Attorney John B. Dempsey *pro hac vice* in this matter as additional counsel for ArcLight Defendants. Defendants cite the powers of this Court to admit any attorney *pro hac vice* pursuant to Rule 51(f) of Appendix V of 5 V.I.C. and Rule 83.1(3) of the Local Rules of Civil Procedure.

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 2

In support thereof, movant states as follows:

1.      Attorney Dempsey is an attorney with the law firm Myers, Brier & Kelly, LLP, 425 Biden Street, Suite 200, Scranton, PA 18503, Telephone No. (570) 342-6100, Email: jdempsey@mbklaw.com.   A copy of the *Pro Hac Vice* Application of Attorney Dempsey is attached hereto as **Exhibit A**.

2.      Attorney Dempsey is admitted to, and in good standing with, the Bar of the Commonwealth of Pennsylvania.  As evidence thereof, *see* Certificate of Good Standing from the Supreme Court of Pennsylvania attached hereto as **Exhibit B**.

3.      The admission of Attorney Dempsey will constitute his first appearance before the District Court of the Virgin Islands in a *pro hac vice* capacity.

4.      By his signature on the attached application, Attorney Dempsey agrees to be bound by the grievance procedures of the Virgin Islands Bar Association, and hereby subjects himself to the disciplinary and contempt jurisdiction of this Court.

ArcLight Defendants also attach the following exhibits in support of this Motion:

> **Exhibit C**   Declaration of John B. Dempsey in Support of Motion for Admission *Pro Hac Vice*.

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 3

**Exhibit D**    Affidavit of Charles E. Lockwood in Support of Motion for Admission *Pro Hac Vice.*

WHEREFORE, movant respectfully requests this Honorable Court admit Attorney John B. Dempsey *pro hac vice* as additional counsel for ArcLight Defendants in the above-titled matter.  Movant will also continue to serve as counsel for ArcLight Defendants.

Dated:  May 14, 2026                    Respectfully submitted,

_____

Charles E. Lockwood, Esquire
DUDLEY NEWMAN FEUERZEIG, LLP
1131 King Street, Suite 204
Christiansted, St. Croix
U.S. Virgin Islands  00820-4971
Telephone:  (340) 773-3200
clockwood@dnfvi.com

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 14th day of May, 2026, the foregoing **MOTION OF DEFENDANTS ARCLIGHT CAPITAL PARTNERS, LLC, ARCLIGHT ENERGY PARTNERS FUND VI, L.P., ARCLIGHT LIMETREE AIV, L.P., LIMETREE BAY HOLDINGS, LLC, AND LIMETREE BAY PREFERRED HOLDINGS, LLC FOR ADMISSION *PRO HAC VICE* OF JOHN B. DEMPSEY** was filed electronically with the Clerk of the Court via the CM/ECF system and has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Charles E. Lockwood, Esq.*
Charles E. Lockwood, Esq.