

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *John B. Dempsey, Esq.*

### DATE OF ADMISSION

### *November 26, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: May 14, 2026**

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk

**EXHIBIT B**