**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

**CLIFFORD BOYNES, et al.,**

|                                              |   |                        |
|----------------------------------------------|---|------------------------|
| **Plaintiffs,**                              | : |                        |
|                                              | : |                        |
|                                              | : |                        |
| **v.**                                       | : | **NO. 1:21-CV-00253**  |
|                                              | : |                        |
| **LIMETREE BAY VENTURES, LLC, et al.,**      | : |                        |
|                                              | : |                        |
| **Defendants.**                              | : |                        |

**MOTION OF DEFENDANTS ARCLIGHT CAPITAL PARTNERS, LLC, ARCLIGHT ENERGY PARTNERS FUND VI, L.P., ARCLIGHT LIMETREE AIV, L.P., LIMETREE BAY HOLDINGS, LLC, AND LIMETREE BAY PREFERED HOLDINGS, LLC FOR ADMISSION _PRO HAC VICE_ OF DONNA A. WALSH**

COMES NOW Dudley Newman Feuerzeig, LLP, Charles E. Lockwood, Esquire, counsel for Defendants ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P. (a/k/a ArcLight AIV, L.P.), Limetree Bay Holdings, LLC, and Limetree Bay Preferred Holdings, LLC ("ArcLight Defendants"), and hereby moves for the admission of Attorney Donna A. Walsh _pro hac vice_ in this matter as additional counsel for ArcLight Defendants.  Defendants cite the powers of this Court to admit any attorney _pro hac vice_ pursuant to Rule 51(f) of Appendix V of 5 V.I.C. and Rule 83.1(3) of the Local Rules of Civil Procedure.

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 2

In support thereof, movant states as follows:

1.      Attorney Walsh is an attorney with the law firm Myers, Brier & Kelly, LLP, 425 Biden Street, Suite 200, Scranton, PA 18503, Telephone No. (570) 342-6100, Email: dwalsh@mbklaw.com.  A copy of the *Pro Hac Vice* Application of Attorney Walsh is attached hereto as **Exhibit A**.

2.      Attorney Walsh is admitted to, and in good standing with, the Bar of the Commonwealth of Pennsylvania.  As evidence thereof, *see* Certificate of Good Standing from the Supreme Court of Pennsylvania attached hereto as **Exhibit B**.

3.      The admission of Attorney Walsh will constitute her first appearance before the District Court of the Virgin Islands in a *pro hac vice* capacity.

4.      By her signature on the attached application, Attorney Walsh agrees to be bound by the grievance procedures of the Virgin Islands Bar Association, and hereby subjects herself to the disciplinary and contempt jurisdiction of this Court.

ArcLight Defendants also attach the following exhibits in support of this Motion:

> **Exhibit C**   Declaration of Donna A. Walsh in Support of Motion for Admission *Pro Hac Vice*.

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 3

**Exhibit D**    Affidavit of Charles E. Lockwood in Support of Motion for Admission *Pro Hac Vice.*

WHEREFORE, movant respectfully requests this Honorable Court admit Attorney Donna A. Walsh *pro hac vice* as additional counsel for ArcLight Defendants in the above-titled matter. Movant will also continue to serve as counsel for ArcLight Defendants.

Dated: May 14, 2026                         Respectfully submitted,

 

_____
Charles E. Lockwood, Esquire
DUDLEY NEWMAN FEUERZEIG, LLP
1131 King Street, Suite 204
Christiansted, St. Croix
U.S. Virgin Islands  00820-4971
Telephone:  (340) 773-3200
clockwood@dnfvi.com

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of May, 2026, the foregoing **MOTION OF DEFENDANTS ARCLIGHT CAPITAL PARTNERS, LLC, ARCLIGHT ENERGY PARTNERS FUND VI, L.P., ARCLIGHT LIMETREE AIV, L.P., LIMETREE BAY HOLDINGS, LLC, AND LIMETREE BAY PREFERRED HOLDINGS, LLC FOR ADMISSION PRO HAC VICE OF DONNA A. WALSH** was filed electronically with the Clerk of the Court via the CM/ECF system and has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Charles E. Lockwood, Esq.*
Charles E. Lockwood, Esq.