

𝔖upreme 𝔠ourt of 𝔓ennsylbania

## CERTIFICATE OF GOOD STANDING

### *Donna Ann Walsh, Esq.*

**DATE OF ADMISSION**

*December 19, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: May 14, 2026**

*Elizabeth Zisk*
_____
Elizabeth E. Zisk
Chief Clerk

**EXHIBIT B**