## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **NO. 1:21-CV-00253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## DECLARATION OF CHARLES E. LOCKWOOD, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Charles E. Lockwood, hereby affirm and state as follows:

1.    I am an attorney currently in good standing and an active member of the Virgin Islands Bar Association.

2.    I hereby move for the admission of Attorney Donna A. Walsh *pro hac vice* in the above matter.

3.    I am not aware of any objections to Attorney Walsh's admission subject to compliance with the Court Rules and all counsel in this matter.

4.    For the foregoing reasons and for reasons set forth in Attorney Donna A. Walsh's Declaration and Questionnaire, I respectfully request his admission be permitted.

Dated: May 15, 2026

/s/ *Charles E. Lockwood*
CHARLES E. LOCKWOOD, ESQ.

## EXHIBIT D