## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

CLIFFORD BOYNES, et al.,     :

            :

     **Plaintiffs,**    :

            :

 v.          :  NO. 1:21-CV-00253

            :

LIMETREE BAY VENTURES, LLC, et al., :

            :

     **Defendants.**   :

## ORDER

THIS MATTER is before the Court on the Motion for Admission *Pro Hac Vice* of Attorney Donna A. Walsh, in the above case. It is hereby;

**ORDERED** that the Motion is **GRANTED** and Attorney Donna A. Walsh is hereby **ADMITTED** *pro hac vice* as co-counsel for ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P. (a/k/a ArcLight AIV, L.P.), Limetree Bay Holdings, LLC and Limetree Bay Preferred Holdings, LLC in the above action.

**SO ORDERED** on this _____ , 2026.


          _____
          **District Court Judge**