**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al.* | : | |

**MEMORANDUM IN RESPONSE FILED BY**
**EIG GLOBAL ENERGY PARTNERS, LLC, LIMETREE BAY VENTURES, LLC, AND**
**LIMETREE BAY ENERGY, LLC TO MOTION FOR PRELIMINARY**
**SETTLEMENT APPROVAL AND RELATED RELIEF**

**MAY IT PLEASE THE COURT:**

Defendants, EIG Global Energy Partners, LLC ("EIG GEP"), Limetree Bay Ventures, LLC ("LBV"), and Limetree Bay Energy, LLC ("LBE"), through their undersigned counsel, submit this memorandum in response to the Motion for Preliminary Settlement Approval and Related Relief filed by Plaintiffs (the "Motion") to resolve their claims against Defendants, Universal Plant Services (VI), LLC; Excel Construction and Maintenance VI, Inc.; Elite Turnaround Specialists, Ltd.; and Versa Integrity Group, Inc. ("Contractor Settling Defendants"). [Dkt. No. 1744]. Limetree Bay Refining, LLC ("LBR") and Limetree Bay Terminals, LLC ("LBT") have filed a limited objection to the Motion (the "Limited Objection").[1] [Dkt. No. 1748]. EIG GEP, LBV, and LBE do not wish to burden the Court and parties with additional briefing but file this response to request that, to the extent the Court sustains in whole or in part, the objections raised by LBR and LBT, any relief accorded to LBR and LBT should be accorded equally to EIG GEP, LBV, and LBE. No basis exists to limit the alternative relief requested by LBT and LBR to those defendants.

---

[1] EIG GEP, LBV, and LBE, which are in advanced settlement discussions with Plaintiffs, share the views set forth by LBR and LBT in footnote one of their Limited Objection. [Dkt. No. 1748, n.1]

Respectfully submitted,

Dated:  May 18, 2026

/s/ Kenneth M. Klemm
Kenneth M. Klemm (solely with respect to case nos. 21-00253, 00260 & 00261, admitted *pro hac vice*)
Adam B. Zuckerman (solely with respect to case nos. 21-00253, 00259 & 00260, admitted *pro hac vice*)
Anne Derbes Wittmann (admitted *pro hac vice*)
Leonard J. Yanez (admitted *pro hac vice*)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
kklemm@bakerdonelson.com
azuckerman@bakerdonelson.com
awittmann@bakerdonelson.com
lyanez@bakerdonelson.com

*and*

Amy L. Champagne (solely with respect to case nos. 21-00253, 00259 & 00261, admitted *pro hac vice*)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-8912
achampagne@bakerdonelson.com

*and*

Dated: May 18, 2026

/s/ Adam N. Marinelli
Adam N. Marinelli (V.I. Bar No. 1294)
**BOLTNAGI PC**
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
Telephone: (340) 774-2944
amarinelli@vilaw.com

**Counsel for EIG Global Energy Partners, LLC, Limetree Bay Ventures, LLC and Limetree Bay Energy, LLC**

2

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2026, the foregoing notice was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to all counsel of record.

/s/ Kenneth M. Klemm
Kenneth M. Klemm