**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al.* | : | |

**LIMETREE BAY VENTURES, LLC, LIMETREE BAY ENERGY, LLC, LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS, LIMETREE BAY REFINING, LLC, ELITE TURNAROUND SPECIALISTS, LTD., PINNACLE SERVICES LLC, FREEPOINT COMMODITIES LLC, EIG GLOBAL ENERGY PARTNERS, LLC, ARCLIGHT CAPITAL PARTNERS, LLC, ARCLIGHT ENERGY PARTNERS FUND VI, L.P., ARCLIGHT LIMETREE AIV, L.P., LIMETREE BAY HOLDINGS, LLC, AND LIMETREE BAY PREFERRED HOLDINGS, LLC'S JOINT NOTICE OF EXTENSION OF TIME TO RESPOND TO THE CROSS-CLAIM FILED BY BP PRODUCTS NORTH AMERICA INC.**

Cross-Claim Defendants Limetree Bay Ventures, LLC, Limetree Bay Energy, LLC, Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals, Limetree Bay Refining, LLC (a nominal defendant), Elite Turnaround Specialists, Ltd., Pinnacle Services LLC, Freepoint Commodities LLC, EIG Global Energy Partners, LLC, ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P., Limetree Bay Holdings, LLC, and Limetree Bay Preferred Holdings, LLC (collectively, "Cross-Claim Defendants"), by and through their undersigned counsel, submit this Joint Notice of Extension of Time to Respond to the Cross-Claim served on May 4, 2026 ("Cross Claim") by BP Products North America Inc. ("BPPNA"), [Docket No. 1743].

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Cross-Claim Defendants must serve responsive pleadings within 21 days after service of the Cross-Claim, or on or before May 26, 2026. In accordance with LRCi 6.1(b)(5), Cross-Claim Defendants have conferred with counsel for BPPNA and confirmed their consent to an extension of 21 days, or until June 16, 2026,

for Cross-Claim Defendants to file responsive pleadings.  Accordingly, Cross-Claim Defendants

shall be granted an additional 21 days, or until June 16, 2026, to respond to the Cross-Claim filed

by BPPNA.

Respectfully submitted,

Dated:  May 19, 2026

*/s/ Kenneth M. Klemm*

Kenneth M. Klemm (solely with respect to case nos. 21-00253, 00260 & 00261, admitted *pro hac vice*)
Adam B. Zuckerman (solely with respect to case nos. 21-00253, 00259 & 00260, admitted *pro hac vice*)
Anne Derbes Wittmann (admitted *pro hac vice*)
Leonard J. Yanez (admitted *pro hac vice*)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
kklemm@bakerdonelson.com
azuckerman@bakerdonelson.com
awittmann@bakerdonelson.com
lyanez@bakerdonelson.com

*and*

Amy L. Champagne (solely with respect to case nos. 21-00253, 00259 & 00261, admitted *pro hac vice*)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-8912
achampagne@bakerdonelson.com

*and*

Dated: May 19, 2026

*/s/ Adam N. Marinelli*

Adam N. Marinelli (V.I. Bar No. 1294)
**BOLTNAGI PC**
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
Telephone: (340) 774-2944
amarinelli@vilaw.com

***Counsel for EIG Global Energy Partners, LLC, Limetree Bay Ventures, LLC and Limetree Bay Energy, LLC***

Dated: May 19, 2026

/s/ Carl A. Beckstedt
Carl A. Beckstedt III, Esq.
V.I. Bar No. 684
**BECKSTEDT & KUCZYNSKI LLP**
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
carl@beckstedtlaw.com


/s/ Shubhra R. Mashelkar
Shubhra R. Mashelkar
Ga. Bar No. 475388
**WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC**
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA  30326
Tel: (404) 876-2600 / Fax: (404) 875-9433
smashelkar@wwhgd.com
*Admitted Pro Hac Vice*

**Counsel for Defendant Limetree Bay Terminals,
LLC d/b/a Ocean Point Terminals**


Dated: May 19, 2026

/s/ Carolyn F. O'Connor, Esq
Carolyn F. O'Connor, Esq.
V.I. Bar Number R2100
Joseph T. Hanlon, Esq.
V.I. Bar Number R2099
**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
7 Giralda Farms,
Madison, NJ 07940
Telephone: (973) 624-0800
carolyn.oconnor@wilsonelser.com
joseph.hanlon@wilsonelser.com

**Counsel for Nominal Defendant Limetree Bay
Refining, LLC**

Dated: May 19, 2026

/s/ *Brendan P. Doherty*
Texas Bar No. 24075923
Louisiana Bar No. 28556
bdoherty@labordesiegel.com
Alexander L. Cochran
Texas Bar No. 24108163
acochran@labordesiegel.com
Laborde Siegel LLC
5151 San Felipe, Suite 750
Houston, Texas 77056
832-255-6000 (Phone)
832-255-6001 (Fax)

/s/ *J. Michael DiGiglia*
J. Michael DiGiglia
Louisiana Bar No. 24378
Colorado Bar No. 30712
jdigiglia@labordesiegel.com
Laborde Siegel LLC
701 Poydras Street, Suite 4800
New Orleans, LA 70139
504-561-0400 (Phone)
504-561-1011 (Fax)

Listed Counsel from Louisiana and Texas admitted
pro hac vice

　　　　　　*and*

/s/ *Adam G. Christian*
Adam G. Christian
V.I. Bar No. 441
Simone R.D. Francis
V.I. Bar No. 537
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, LLC
1336 Beltjen Road, Suite 201
St. Thomas, VI 00802-4701
340) 714-1235 (phone)
340 714-1245 (fax)

**Counsel for Elite Turnaround Specialists, Ltd.**

Dated: May 19, 2026

/s/ Alex M. Moskowitz

Alex M. Moskowitz (V.I. Bar No. 1072)
DUDLEY NEWMAN FEUERZEIG LLP
Law House
1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, VI 00804-0756
Telephone: (340) 774-4422
Cellular: (340) 513-7243
E-mail: amoskowitz@dnfvi.com

/s/Martin Shelton

Scott Masterson (admitted *pro hac vice*)
Martin A. Shelton (admitted *pro hac vice*)
Keith Kodosky (admitted *pro hac vice*)
Ke "Kim" Zhang (admitted *pro hac vice*)
LEWIS BRISBOIS BISGAARD & SMITH LLP
600 Peachtree Street NE, Suite 47 00
Atlanta, Georgia 30308
404.476.2009
Scott.Masterson@lewisbrisbois.com
Martin.Shelton@lewisbrisbois.com
Kim.Zhang@lewisbrisbois.com
Keith.Kodosky@lewisbrisbois.com

**Counsel for Pinnacle Services, LLC**

Dated: May 19, 2026                    */s/ J. Daryl Dodson*
                                       J. Daryl Dodson, Esq.
                                       MOORE, DODSON, RUSSELL & WILHITE, P.C.
                                       V.I. Bar No. 241
                                       5035 Norre Gade, Suite 201
                                       P.O. Box 310
                                       St. Thomas, V.I. 00804
                                       Tel: (340) 777-5490
                                       Fax: (340) 777-5498
                                       daryl@mdrvi.com

Dated: May 19, 2026                    */s/ Francis C. Healy*
                                       HOGAN LOVELLS US LLP
                                       Francis C. Healy, Esq. (admitted *pro hac vice)*
                                       Alexandra M. Lyon, Esq. (admitted *pro hac vice*)
                                       390 Madison Avenue
                                       New York, New York 10017
                                       Tel: (212) 918-3000
                                       Fax: (212) 918-3100
                                       francis.healy@hoganlovells.com
                                       alexandra.lyon@hoganlovells.com

                                       **Counsel for Freepoint Commodities LLC**

DATED: May 19, 2026                    BY: */s/ Charles E. Lockwood*
                                            Charles E. Lockwood
                                            DUDLEY NEWMAN FEUERZEIG, LLP
                                            1131 King Street, Suite 204
                                            Christiansted, St. Croix
                                            U.S. Virgin Islands 00820
                                            (340) 773-3200
                                            clockwood@dnfvi.com


                                       BY: */s/ Daniel T. Donovan*
                                            Daniel T. Donovan (admitted *pro hac vice*)
                                            Matthew S. Owen (admitted *pro hac vice*)
                                            Jennifer G. Levy (admitted *pro hac vice*)
                                            Meredith M. Pohl (admitted *pro hac vice*)
                                            Alexis Hill (admitted *pro hac vice*)
                                            KIRKLAND & ELLIS LLP
                                            1301 Pennsylvania Avenue N.W.
                                            Washington, DC 20004
                                            (202) 389-5000
                                            daniel.donovan@kirkland.com
                                            matt.owen@kirkland.com
                                            jlevy@kirkland.com
                                            meredith.pohl@kirkland.com
                                            alexis.hill@kirkland.com

                                            Anna G. Rotman (admitted *pro hac vice*)
                                            KIRKLAND & ELLIS LLP
                                            609 Main Street, Suite 4500
                                            Houston, TX 77002
                                            (713) 836-3600
                                            anna.rotman@kirkland.com

                                            *Counsel for ArcLight Capital Partners, LLC,*
                                            *ArcLight Energy Partners Fund VI, L.P., ArcLight*
                                            *Limetree AIV, L.P., Limetree Bay Holdings, LLC,*
                                            *Limetree Bay Preferred Holdings, LLC*

**CERTIFICATE OF SERVICE**

I certify that on May 19, 2026, the foregoing notice was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to all counsel of record.

*/s/ Kenneth M. Klemm*
Kenneth M. Klemm