**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

## ORDER

**AND NOW**, this 20th day of May 2026, upon considering the noncompliant Motions of Dnaiel T. Brier, Esquire, John B. Dempsey, Esquire and Donna A. Walsh, Esquire for admission *pro hac vice* (ECF 1745, 1746, 1747), and for good cause, it is **ORDERED** the noncompliant Motions (ECF 1745, 1746, 1747) are **DENIED** without prejudice to move compliant with our Policies and Procedures (February 2026) Section I.J. and K.

_____
**KEARNEY, J.**