**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

# <u>ORDER</u>

**AND NOW**, this 21st day of May 2026, having heard no Opposition after affording counsel an opportunity to address rescheduling the May 26, 2026 hearing given the Court's criminal docket obligations, and for good cause, it is **ORDERED** we **amend** our March 31, 2026 Order (ECF 1731) <u>only</u> to reschedule the hearing on Plaintiffs' Motion for preliminary approval (ECF 1744) for **June 10, 2026** at **1:00 P.M.** by video via Zoom.Gov (https://www.zoomgov.com/j/1652767418?pwd=Qn0wKGoqB1gzufb34XbmaI36c72IGJ.1; Meeting ID: 165 276 7418; Passcode: 254242).

_____
**KEARNEY, J.**