**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| CLIFFORD BOYNES, et al., | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **NO. 1:21-CV-00253** |
| | : | |
| LIMETREE BAY VENTURES, LLC, et al., | : | |
| | : | |
| **Defendants.** | : | |

**AMENDED MOTION OF DEFENDANTS ARCLIGHT CAPITAL PARTNERS, LLC, ARCLIGHT ENERGY PARTNERS FUND VI, L.P., ARCLIGHT LIMETREE AIV, L.P., LIMETREE BAY HOLDINGS, LLC, AND LIMETREE BAY PREFERED HOLDINGS, LLC FOR ADMISSION _PRO HAC VICE_ OF DONNA A. WALSH**

COMES NOW Dudley Newman Feuerzeig, LLP, Charles E. Lockwood, Esquire, counsel for Defendants ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P. (a/k/a ArcLight AIV, L.P.), Limetree Bay Holdings, LLC, and Limetree Bay Preferred Holdings, LLC ("ArcLight Defendants"), and hereby moves for the admission of Attorney Donna A. Walsh _pro hac vice_ in this matter as additional counsel for ArcLight Defendants. Defendants cite the powers of this Court to admit any attorney _pro hac vice_ pursuant to Rule 51(f) of Appendix V of 5 V.I.C., Rule 83.1(3) of the Local Rules of Civil Procedure, and the Court's Policies and Procedures (February 2026), Sections I(J)-(K).

In support thereof, movant states[1] as follows:

---

[1]  The Policies and Procedures state that the "motion must be accompanied by the affidavit of <u>each</u> attorney seeking pro hac vice admission . . . ." (emphasis in original).  However, U.S. Code tit. 28, §1746 allows for a declaration in conformity with the statute to be used "with like force and effect" in place of an affidavit.  Consistent with 28 U.S.C. § 1746, we submit the declaration of Attorney Walsh to avoid engaging a notary public.  If, however, the Court requires an affidavit, an affidavit will be provided.

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 2

1.    I am an admitted member in good standing of the USVI Bar and the Bar of this Court and I make the statements herein pursuant to V.I. Code Ann. tit. 5, §699.

2.    I have previously entered my appearance in this matter for the above-mentioned Arclight Defendants and I confirm my continuing obligations pursuant to section K of this Court's Policies and Procedures (February 2026) as the attorney moving for *pro hac* admission of Attorney Brier herein.

3.    My clients, the ArcLight Defendants, have specifically selected Attorney Walsh and her colleagues, Daniel T. Brier and John B. Dempsey, because they have specialized experience in complex litigation and have served as co-counsel with Kirkland & Ellis, which also represents the Arclight Defendants in his matter, in multiple energy related class actions in various district courts and in the Third Circuit.  The ArcLight Defendants request to have these lawyers enter their *pro hac* appearances to work in collaboration with me (Charles E. Lockwood, Esquire) and Kirkland & Ellis to assume primary responsibility for defending the recently asserted cross-claims against the ArcLight Defendants.  I am a member of the Bar of this Court and act as counsel for the ArcLight Defendants, including without limitation, in accordance with Section I.K of the Court's Policies and Procedures (February 2026).

4.    I have conferred by email with opposing counsel and confirmed that no counsel of record in this matter object to the *pro hac vice* admission of Attorney Brier subject to his compliance with Rule 51(f) of Appendix V of 5 V.I.C., Rule 83.1(3) of the Local Rules of Civil Procedure, and the Court's Policies and Procedures (February 2026).

5.    Attorney Walsh's *Pro Hac Vice* Application is attached hereto as **Exhibit A**. Attorney Walsh is an attorney with the law firm Myers, Brier & Kelly, LP, 425 Biden Street,

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 3

Suite 200, Scranton, PA 18503, Telephone No. (570) 342-6100, Email: dwalsh@mbklaw.com.

6.      Attorney Walsh is admitted to, and in good standing with, the Bar of the Commonwealth of Pennsylvania.  As evidence thereof, *see* Certificate of Good Standing from the Supreme Court of Pennsylvania attached hereto as **Exhibit B**.

7.      The admission of Attorney Walsh will constitute her first appearance before the District Court of the Virgin Islands in a *pro hac vice* capacity.

8.      By her signature on the attached application, Attorney Walsh  confirms that she has not been professionally disciplined, nor has she been suspended from the practice of law in any jurisdiction or received a public reprimand by the highest disciplinary authority of any Bar in which she has been a member, agrees to be bound by the grievance procedures of the Virgin Islands Bar Association, provides her good faith assurance of fully advising counsel who moved for the *pro hac vice* admission (Attorney Lockwood) of the current status of the case for which *pro hac vice* status has been granted and of all material developments in the case and hereby subjects herself to the Rules, Policies and Procedures and disciplinary and contempt jurisdiction of this Court.

ArcLight Defendants also attach the following exhibits in support of this Motion:

**Exhibit C**      Declaration of Donna A. Walsh in Support of Motion for Admission *Pro Hac Vice*.

**Exhibit D**      Affidavit[2] of Charles E. Lockwood in Support of Motion for Admission *Pro Hac Vice.*

---

[2]   Pursuant to V.I. Code Ann. tit. 5, §699.

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 4

9. The $250.00 fee for Attorney Walsh's *pro hac vice* admission was previously paid in connection with ECF No. 1747, which was denied without prejudice. A proposed order is attached for the Court's consideration.

WHEREFORE, movant respectfully requests this Honorable Court admit Attorney Donna A. Walsh *pro hac vice* as additional counsel for ArcLight Defendants in the above-titled matter.

Movant will also continue to serve as counsel for ArcLight Defendants.

Dated:  May 22, 2026                    Respectfully submitted,

*/s/ Charles E. Lockwood, Esq.*
Charles E. Lockwood, Esquire
DUDLEY NEWMAN FEUERZEIG, LLP
1131 King Street, Suite 204
Christiansted, St. Croix
U.S. Virgin Islands  00820-4971
Telephone:  (340) 773-3200
clockwood@dnfvi.com

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of May, 2026, the foregoing **AMENDED MOTION OF DEFENDANTS ARCLIGHT CAPITAL PARTNERS, LLC, ARCLIGHT ENERGY PARTNERS FUND VI, L.P., ARCLIGHT LIMETREE AIV, L.P., LIMETREE BAY HOLDINGS, LLC, AND LIMETREE BAY PREFERRED HOLDINGS, LLC FOR ADMISSION PRO HAC VICE OF DONNA A. WALSH** was filed electronically with the Clerk of the Court via the CM/ECF system and has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Charles E. Lockwood, Esq.*
Charles E. Lockwood, Esq.