**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **NO. 1:21-CV-00253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

THIS MATTER is before the Court on the Amended Motion for Admission *Pro Hac Vice* of Attorney Donna A. Walsh, in the above case.  It is hereby;

**ORDERED** that the Amended Motion is **GRANTED** and Attorney Donna A. Walsh is hereby **ADMITTED** *pro hac vice* as co-counsel for ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P. (a/k/a ArcLight AIV, L.P.), Limetree Bay Holdings, LLC and Limetree Bay Preferred Holdings, LLC in the above action.

**SO ORDERED** on this_____, 2026.

_____
**District Court Judge**