**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al., | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :    NO. 1:21-CV-00253 |
| | : |
| LIMETREE BAY VENTURES, LLC, et al., | : |
| | : |
| **Defendants.** | : |

**AMENDED MOTION OF DEFENDANTS ARCLIGHT CAPITAL PARTNERS, LLC, ARCLIGHT ENERGY PARTNERS FUND VI, L.P., ARCLIGHT LIMETREE AIV, L.P., LIMETREE BAY HOLDINGS, LLC, AND LIMETREE BAY PREFERED HOLDINGS, LLC'S FOR ADMISSION *PRO HAC VICE* OF JOHN B. DEMPSEY**

COMES NOW Dudley Newman Feuerzeig, LLP, Charles E. Lockwood, Esquire, counsel for Defendants ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P. (a/k/a ArcLight AIV, L.P.), Limetree Bay Holdings, LLC, and Limetree Bay Preferred Holdings, LLC ("ArcLight Defendants"), and hereby moves for the admission of Attorney John B. Dempsey *pro hac vice* in this matter as additional counsel for ArcLight Defendants.  Defendants cite the powers of this Court to admit any attorney *pro hac vice* pursuant to Rule 51(f) of Appendix V of 5 V.I.C., Rule 83.1(3) of the Local Rules of Civil Procedure, and the Court's Policies and Procedures (February 2026), Sections I(J)-(K).

In support thereof, movant states[1] as follows:

---

[1]   The Policies and Procedures state that the "motion must be accompanied by the affidavit of <u>each</u> attorney seeking pro hac vice admission . . ." (emphasis in original).  However, U.S. Code tit. 28, §1746 allows for a declaration in conformity with the statute to be used "with like force and effect" in place of an affidavit.  Consistent with 28 U.S.C. § 1746, we submit the declaration of Attorney Dempsey to avoid engaging a notary public.  If, however, the Court requires an affidavit, an affidavit will be provided.

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 2

1.    I am an admitting member in good standing of the USVI Bar and the Bar of this Court and I make the statements herein pursuant to V.I. Code Ann. tit. 5, §699.

2.    I have previously entered my appearance in this matter for the above-mentioned Arclight Defendants and I confirm my continuing obligations pursuant to section K of this Court's Policies and Procedures (February 2026) as the attorney moving for *pro hac* admission of Attorney Dempsey herein.

3.    My clients, the ArcLight Defendants, have specifically selected Attorney Dempsey and his colleagues, Donna A. Walsh and Daniel T. Brier, because they have specialized experience in complex litigation and have served as co-counsel with Kirkland & Ellis, which also represents the Arclight Defendants in his matter, in multiple energy related class actions in various district courts and in the Third Circuit.  The ArcLight Defendants request to have these lawyers enter their *pro hac* appearances to work in collaboration with me (Charles E. Lockwood, Esquire) and Kirkland & Ellis to assume primary responsibility for defending the recently asserted cross-claims against the ArcLight Defendants.  I am a member of the Bar of this Court and act as counsel for the ArcLight Defendants, including without limitation, in accordance with Section I.K of the Court's Policies and Procedures (February 2026).

4.    I have conferred by email with opposing counsel and confirmed that no counsel of record in this matter object to the *pro hac vice* admission of Attorney Dempsey subject to his compliance with Rule 51(f) of Appendix V of 5 V.I.C., Rule 83.1(3) of the Local Rules of Civil Procedure, and the Court's Policies and Procedures (February 2026).

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 3

5.      Attorney Dempsey's *Pro Hac Vice* is attached hereto as **Exhibit A**. Attorney Dempsey is an attorney with the law firm Myers, Brier & Kelly, LLP, 425 Biden Street, Suite 200, Scranton, PA 18503, Telephone No. (570) 342-6100, Email: jdempsey@mbklaw.com.

6.      Attorney Dempsey is admitted to, and in good standing with, the Bar of the Commonwealth of Pennsylvania. As evidence thereof, *see* Certificate of Good Standing from the Supreme Court of Pennsylvania attached hereto as **Exhibit B**.

7.      The admission of Attorney Dempsey will constitute his first appearance before the District Court of the Virgin Islands in a *pro hac vice* capacity.

8.      By his signature on the attached application, Attorney Dempsey confirms that he has not been professionally disciplined, nor has he been suspended from the practice of law in any jurisdiction or received a public reprimand by the highest disciplinary authority of any Bar in which he has been a member, agrees to be bound by the grievance procedures of the Virgin Islands Bar Association, provides his good faith assurance of fully advising counsel who moved for the *pro hac vice* admission (Attorney Lockwood) of the current status of the case for which *pro hac vice* status has been granted and of all material developments in the case and hereby subjects himself to the Rules, Policies & Procedures and disciplinary and contempt jurisdiction of this Court.

ArcLight Defendants also attach the following exhibits in support of this Motion:

**Exhibit C**      Declaration of John B. Dempsey in Support of Motion for Admission *Pro Hac Vice*.

**Exhibit D**      Affidavit[2] of Charles E. Lockwood in Support of Motion for Admission *Pro Hac Vice*.

---

[2]   Pursuant to V.I. Code Ann. tit. 5, §699.

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
ArcLight Defendants' Motion for Admission *Pro Hac Vice*
Page 4

9.      The $250.00 fee for Attorney Dempsey's *pro hac vice* admission was previously paid in connection with ECF No. 1746, which was denied without prejudice.  A proposed order is attached for the Court's consideration.

WHEREFORE, movant respectfully requests this Honorable Court admit Attorney John B. Dempsey *pro hac vice* as additional counsel for ArcLight Defendants in the above-titled matter. Movant will also continue to serve as counsel for ArcLight Defendants.

Dated:  May 22, 2026                    Respectfully submitted,

*/s/ Charles E. Lockwood*
Charles E. Lockwood, Esquire
DUDLEY NEWMAN FEUERZEIG, LLP
1131 King Street, Suite 204
Christiansted, St. Croix
U.S. Virgin Islands  00820-4971
Telephone:  (340) 773-3200
clockwood@dnfvi.com

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of May, 2026, the foregoing **AMENDED MOTION OF DEFENDANTS ARCLIGHT CAPITAL PARTNERS, LLC, ARCLIGHT ENERGY PARTNERS FUND VI, L.P., ARCLIGHT LIMETREE AIV, L.P., LIMETREE BAY HOLDINGS, LLC, AND LIMETREE BAY PREFERRED HOLDINGS, LLC FOR ADMISSION *PRO HAC VICE* OF JOHN B. DEMPSEY** was filed electronically with the Clerk of the Court via the CM/ECF system and has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Charles E. Lockwood, Esq.*
Charles E. Lockwood, Esq.