**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

# ORDER

**AND NOW**, this 26th day of May 2026, upon considering the unopposed amended Motions for *pro hac vice* admission (ECFs 1756, 1757, 1758), and for good cause, it is **ORDERED** the Motions (ECFs 1756, 1757, 1758) are **GRANTED** requiring we admit Daniel T. Brier, Esquire, Donna A. Walsh, Esquire, and John B. Dempsey, Esquire to practice in this case in this Court under Local Rule 83.1 to proceed to resolution under our March 31, 2026 Order (ECF 1731).

_____
**KEARNEY, J.**