**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

## ORDER

   **AND NOW**, this 26ᵗʰ day of May 2026, mindful of the parties' obligations to address class certification under our March 31, 2026 Order (ECF 1731), our May 21, 2026 Order (ECF 1754), and for good cause relying upon counsels' continuing good faith efforts to narrow the issues through meaningful settlement efforts, it is **ORDERED** we **amend** paragraph 3.b. of our March 31, 2026 Order (ECF 1731) <u>only</u> to grant Plaintiffs leave to move for class certification on all liability classes (presuming we will address certification for settlement classes as part of approval) compliant with our Policies by no later than **June 15, 2026** with responses due no later than **June 29, 2026.**

_____
**KEARNEY, J.**