**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

|  |  |
|---|---|
| **CLIFFORD BOYNES, et al.,** | ) |
| Plaintiffs, | ) **CIVIL ACTION NO. 1:21-cv-253** |
| v. | ) |
| **LIMETREE BAY VENTURES, LLC, et al.** | ) |
| Defendants. | ) |
| **HELEN SHIRLEY, et al.,** | ) |
| Plaintiffs, | ) **CIVIL ACTION NO. 1:21-cv-259** |
| v. | ) |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) |
| Defendants. | ) |
| **FRANCIS E. CHARLES and THERESA J. CHARLES,** | ) |
| Plaintiffs, | ) **CIVIL ACTION NO. 1:21-cv-260** |
| v. | ) |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) |
| Defendants. | ) |
| **BEECHER COTTON, et al.,** | ) |
| Plaintiffs, | ) **CIVIL ACTION NO. 1:21-cv-261** |
| v. | ) |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AND TERMINATE *PRO HAC VICE* ADMISSION OF MATTHEW S. OWEN

Defendants ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P., Limetree Bay Holdings, LLC, Limetree Bay Preferred Holdings, LLC (collectively "ArcLight Defendants"), by and through undersigned counsel, respectfully request this court to permit the withdrawal of Attorney Matthew S. Owen as its counsel and terminate his *pro hac vice* admission pursuant to LRCi 5.2. In support of this motion, it is submitted as follows:

1. On October 18, 2022 (1:21-cv-253), July 6, 2021 (1:21-cv-260), and July 6, 2021 (1:21-cv-261), this Court granted the *pro hac vice* admission of Matthew S. Owen to represent ArcLight Defendants in these matters.

2. As of June 6, 2026, Attorney Owen is no longer associated with Kirkland & Ellis LLP.

3. Effective June 6, 2026, ArcLight Defendants hereby withdraw Attorney Owen's appearance in the above captioned matters and advise that he is no longer representing ArcLight Defendants.

4. ArcLight Defendants continue to be represented by undersigned counsel and consent to the withdrawal of Attorney Owen as counsel and termination of his *pro hac vice* admission.

5. Attorney Owen is in compliance with all court and *pro hac vice* admission requirements.

**WHEREFORE,** ArcLight Defendants request that Attorney Owen's admission *pro hac vice* be deemed terminated in good standing effective June 6, 2026, and that his appearance be withdrawn.

2

Dated: June 9, 2026

Respectfully submitted,

By: */s/ Daniel T. Donovan, P.C.*
    Daniel T. Donovan, P.C. (*pro hac vice*)
    Jennifer G. Levy, P.C. (*pro hac vice*)
    Meredith Pohl (*pro hac vice*)
    Alexis B. Hill (*pro hac vice*)
    **KIRKLAND & ELLIS LLP**
    1301 Pennsylvania Avenue, N.W.
    Washington, DC 20004
    Tel: (202) 389-5000
    Fax: (202) 389-5200
    ddonovan@kirkland.com
    jlevy@kirkland.com
    meredith.pohl@kirkland.com
    alexis.hill@kirkland.com

    Anna Rotman (*pro hac vice*)
    **KIRKLAND & ELLIS LLP**
    609 Main Street
    Houston, TX 77002
    Tel: (713) 836-3600
    Fax: (713) 836-3601
    Anna.rotman@kirkland.com

    */s/ Charles E. Lockwood*
    Charles E. Lockwood (V.I. Bar No. 112)
    Gregg R. Kronenberger (V.I. Bar No. 1230)
    **DUDLEY NEWMAN FEUERZEIG, LLP**
    1131 King Street, Suite 204
    Christiansted, St. Croix
    U.S. Virgin Islands 00820-4971
    Tel: (340) 773-3200
    clockwood@dnfvi.com
    gkronenberger@dnfvi.com

    *Counsel for ArcLight Capital Partners, LLC,*
    *ArcLight Energy Partners Fund VI, L.P.,*
    *ArcLight Limetree AIV, L.P., Limetree Bay*
    *Holdings, LLC, Limetree Bay Preferred*
    *Holdings, LLC*

3