**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,** | ) |
| | ) |
| Plaintiffs, | ) **CIVIL ACTION NO. 1:21-cv-253** |
| | ) |
| v. | ) |
| | ) |
| **LIMETREE BAY VENTURES, LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| **HELEN SHIRLEY, et al.,** | ) |
| | ) |
| Plaintiffs, | ) **CIVIL ACTION NO. 1:21-cv-259** |
| | ) |
| v. | ) |
| | ) |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| **FRANCIS E. CHARLES and THERESA J. CHARLES,** | ) |
| | ) |
| Plaintiffs, | ) **CIVIL ACTION NO. 1:21-cv-260** |
| | ) |
| v. | ) |
| | ) |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| **BEECHER COTTON, et al.,** | ) |
| | ) |
| Plaintiffs, | ) **CIVIL ACTION NO. 1:21-cv-261** |
| | ) |
| v. | ) |
| | ) |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER GRANTING WITHDRAWAL AND TERMINATION OF ADMISSION *PRO HAC VICE* OF MATTHEW S. OWEN</u>

THIS MATTER is before the Court upon ArcLight Defendants' Motion to Withdraw and Terminate *Pro Hac Vice* Admission of Matthew S. Owen.  ArcLight Defendants have satisfied all the requirements of LRCi 5.2, and the record showing that Attorney Owen is currently compliant with all requirements related to his *pro hac vice* admission and in good standing with the Court, it is hereby ORDERED:

1. ArcLight Defendants' motion (ECF No. ___) is GRANTED.

2. Matthew S. Owen's appearance as counsel of record for ArcLight Defendants is deemed WITHDRAWN and the Clerk shall mark the records of this Court accordingly.

3. The admission *pro hac vice* of Matthew S. Owen is deemed TERMINATED IN GOOD STANDING.

ENTER:

Dated: June __, 2026

_____
JUDGE, DISTRICT COURT OF THE
VIRGIN ISLANDS

2