**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| CLIFFORD BOYNES, *et al* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 1:21-253 |
| | : | |
| LIMETREE BAY VENTURES, LLC, *et al* | : | |

## ORDER

**AND NOW**, this 10th day of June 2026, consistent with our May 26, 2026 Order (ECF 1759), and for good cause, it is **ORDERED** this matter is **referred** to the Honorable G. Alan Teague for purposes of administering the oath of admissions to counsel admitted *pro hac vice*.

_____
KEARNEY, J.