**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| CLIFFORD BOYNES, *et al* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 1:21-253 |
| | : | |
| LIMETREE BAY VENTURES, LLC, *et al* | : | |

## ORDER

**AND NOW**, this 10th day of June 2026, upon considering the Motion to withdraw and terminate *pro hac vice* admission (ECF 1762), finding good cause and no prejudice as the moving Defendants continue to represented by counsel given the departure of Matthew S. Owen as counsel from the law firm in good standing, it is **ORDERED** we **GRANT** the Motion to withdraw (ECF 1762) requiring the Clerk of Court terminate further notice and the representation of Matthew S. Owen in this matter.

_____
KEARNEY, J.