## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

CLIFFORD BOYNES, *et al*          :   CIVIL ACTION
                                  :
v.                                :   NO. 1:21-253
                                  :
LIMETREE BAY VENTURES, LLC, *et al*   :

## ORDER

AND NOW, this 10th day of June 2026, following today's extended hearing (ECF 1754) on Plaintiffs' Motion for preliminary approval of a partial settlement (ECF 1744) including discussing language addressing a pro tanto and proportionate protection for non-settling Defendants at trial and to further our review of issues on certifying a liability class against non-settling Defendants, and for good cause, it is **ORDERED** we:

1.      **Grant** Plaintiffs leave to file a post-hearing supplemental memoranda not exceeding ten pages addressing proposals to resolve present objections regarding the effect of a bar order in the proposed settlement (and attaching the proposed language) by no later than **June 22, 2026**;

2.      **Amend** our May 26, 2026 Order (ECF 1760) to grant leave for:

a.      Plaintiffs to file memoranda not exceeding twenty-five pages in support of their anticipated June 15, 2026 motion for class certification without duplicating arguments or repeating allegations we can read from the pleadings;

b.      Defendants to file memoranda opposing class certification by no later than **July 10, 2026**;

c.      The parties to timely seek by way of stipulation or motion (only if warranted) an appropriate page modification for Defendants' Opposition to class certification beyond twenty-five pages including arguments potentially challenging expert opinions (again

without duplicating arguments or repeating allegations) mindful Plaintiffs are granted leave to file a Reply not exceeding fifteen pages by no later than **July 20, 2026**; and,

3.      **Grant** Defendants presently subject to cross-claims leave to respond to then-pending cross-claims by no later than **July 21, 2026.**

_____

KEARNEY, J.