IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

CLIFFORD BOYNES, et al., )
        Plaintiffs, )    1:21-cv-00253
v. )
 )
LIMETREE BAY VENTURES, LLC, et al., )
        Defendants. )
 )

## OATH OF AN ATTORNEY AT LAW

I, **DONNA A. WALSH**, do solemnly swear (or affirm) that as an attorney and counselor

of this Court, I will conduct myself uprightly and according to law; and that I will support the

Constitution and laws of the United States and the law of the Virgin Islands. So help me God!

Date: June 15, 2026

_____
DONNA A. WALSH, ESQ.

Subscribed and sworn to before me this 16th day of June 2026.

_____
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE