## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| CLIFFORD BOYNES, et al., | ) | |
| Plaintiffs, | ) | 1:21-cv-00253 |
| v. | ) | |
| | ) | |
| | ) | |
| LIMETREE BAY VENTURES, LLC, et al., | ) | |
| Defendants. | ) | |
| | ) | |

---

### OATH OF AN ATTORNEY AT LAW

---

I, **JOHN B. DEMPSEY**, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law; and that I will support the Constitution and laws of the United States and the law of the Virgin Islands. So help me God!

Date: June __15__, 2026

_____
JOHN B. DEMPSEY, ESQ.

Subscribed and sworn to before me this __16th__ day of June 2026.

_____
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE