## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | | |
|---|---|---|
| CLIFFORD BOYNES, et al., | ) | |
| Plaintiffs, | ) | 1:21-cv-00253 |
| v. | ) | |
| | ) | |
| LIMETREE BAY VENTURES, LLC, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## OATH OF AN ATTORNEY AT LAW

I, **DANIEL T. BRIER,** do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law; and that I will support the Constitution and laws of the United States and the law of the Virgin Islands. So help me God!

Date:  June _15_ , 2026

_____
DANIEL T. BRIER, ESQ.

Subscribed and sworn to before me this _16th_ day of June 2026.

_____
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE