**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **NO. 1:21-CV-00253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel T. Brier, Esquire of Myers, Brier & Kelly, LLP, hereby enters his appearance for Defendants ArcLight Capital Partners, LLC, ArcLight Energy Partners Fund VI, L.P., ArcLight Limetree AIV, L.P. (a/k/a ArcLight AIV, L.P.), Limetree Bay Holdings, LLC, and Limetree Bay Preferred Holdings, LLC in the above-captioned matter. The undersigned requests that notice of all proceedings and copies of all pleadings filed in this matter prior to and subsequent to this date be served via email at dbrier@mbklaw.com.

Dated: June 24, 2026

Respectfully submitted,

*/s/ Daniel T. Brier*
Daniel T. Brier (*pro hac vice*)
MYERS, BRIER & KELLY, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
Notice of Appearance
Page 2

Charles E. Lockwood, Esquire
DUDLEY NEWMAN FEUERZEIG, LLP
1131 King Street, Suite 204
Christiansted, St. Croix
U.S. Virgin Islands  00820-4971
Telephone:  (340) 773-3200
clockwood@dnfvi.com

Attorneys for ArcLight Capital Partners, LLC,
ArcLight Energy Partners Fund VI, L.P., ArcLight
Limetree AIV, L.P. (a/k/a ArcLight AIV, L.P.),
Limetree Bay Holdings, LLC, and Limetree Bay
Preferred Holdings, LLC

Boynes, et al. v. Limetree Bay Ventures, LLC, et al., Case No. 1:21-CV-00253
Notice of Appearance
Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June 2026, the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of the Court via the CM/ECF system and has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Daniel T. Brier
Daniel T. Brier