# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

CLIFFORD BOYNES, *et al*    : CIVIL ACTION

           :

    **v.**       : NO. 1:21-253

           :

LIMETREE BAY VENTURES, LLC, *et al* :

## ORDER

**AND NOW**, this 25th day of June 2026, upon considering Plaintiffs' Motion for leave to preclude public access to portions of their Memoranda in support of their Motion for class certification (ECF 1769), reminding counsel of their obligations under *In re Avandia Marketing*,[1] after reviewing the redacted Memoranda *in camera* and finding much of the redacted information may not warrant preclusion from public access, it is **ORDERED** Plaintiffs' Motion (ECF 1769) is **GRANTED in part** retaining the temporary seal but:

  1.  **Requiring** Plaintiffs file the unredacted Memorandum shared with Chambers **under seal** under a "Notice of unredacted class certification memoranda" by no later than **June 29, 2026**; and,

  2.  **Granting** any party leave to **show cause** in Memoranda not exceeding seven pages on or before **July 7, 2026** as to why we should not unseal the unredacted Memorandum filed under seal by no later June 29, 2026 in whole or part on a line-by-line basis notwithstanding a *Pansy* agreement governing the confidentiality of discovery given our collective obligations to public access to filings submitted for judges' review.[2]

                     _____

                      KEARNEY, J.

---

[1] *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019).

[2] *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786–87 (3d Cir. 1994).