**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al.* | : | |

### NOTICE OF ATTEMPTED FILING UNDER SEAL

Pursuant to this Court's order (Dkt. 1777), Plaintiffs attempted to file under seal the unredacted Memorandum in Support of their Motion for Class Certification and accompanying Appendix of Exhibits (specifically Exhibits 28-127), attached as Sealed Exhibits Parts 1 through 39. Plaintiffs attempted to file these documents under seal multiple times, but each time the Case Management/Electronic Case Filing System ("CM/ECF") for the District Court for the District of the Virgin Islands (the "Virgin Islands District Court") would not permit the filing and displayed instead a message that the undersigned is "not authorized to seal an entry or document for any of the parties in this case." A screenshot of this message is excerpted below:



(When using the "Sealed Documents" Event)

1



**Motions**

1:21-cv-00253-MAK-GAT Boynes
et al v. Limetree Bay Ventures,
LLC et al

PRO HAC VICE,OBJECTION TO
MAG/JUDGE ORDER

**You are not authorized to seal an entry or document for any of the parties in this case.**

Back

(When using the "Sealed Motions" Event)

Because of this technical issue, Plaintiffs were unable to file their unredacted Memorandum in Support of their Motion for Class Certification and accompanying Appendix under seal today. Plaintiffs intend to call the Clerk's Office for the St. Croix Division of the Virgin Islands District Court at the open of business tomorrow morning to remedy this technical issue and to promptly file their unredacted Memorandum in Support of their Motion for Class Certification and accompanying Appendix under seal pursuant to this Court's Order.

On June 15, 2026 and again today, Plaintiffs served via email the unredacted Memorandum in Support of their Motion for Class Certification and accompanying Appendix on all counsel of record, to allow for any party to file, if it wishes, memoranda as to why the unredacted materials should not be unsealed on or before July 7, 2026, in accordance with this Court's order. (Dkt. 1777).

2

DATED: June 29, 2026                    BY:    */s/ Daniel Charest*
        Warren T. Burns, Esq.
        Daniel H. Charest., Esq.
        Martin D. Barrie, Esq.
        Quinn M. Burns, Esq.
        Anna Katherine Benedict, Esq.
        BURNS CHAREST LLP
        901 Main Street, Suite 5800
        Dallas, Texas 75202
        Telephone: (469) 904-4550
        wburns@burnscharest.com
        dcharest@burnscharest.com
        mbarrie@burnscharest.com
        qburns@burnscharest.com
        abenedict@burnscharest.com

DATED: June 29, 2026                    BY:    */s/ Korey A. Nelson*
        Korey A. Nelson, Esq.
        H. Rick Yelton, Esq.
        BURNS CHAREST LLP
        201 St. Charles Ave., Suite 2900
        New Orleans, LA 70170
        Telephone: (504) 799-2845
        knelson@burnscharest.com
        ryelton@burnscharest.com

DATED: June 29, 2026                    BY:    */s/ Kerry J. Miller*
        Kerry J. Miller, Esq.
        Paul C. Thibodeaux, Esq.
        Rebekka C. Veith, Esq.
        C. Hogan Paschal, Esq.
        Carly Jonakin McCleskey, Esq.
        MILLER, THIBODEAUX, DYSART, VEITH
        & PASCHAL, LLP
        643 Magazine Street, Suite 405
        New Orleans, Louisiana 70130
        Telephone: (504) 977-9150
        kmiller@mtdvp.com
        pthibodeaux@mtdvp.com
        rveith@mtdvp.com
        hpaschal@mtdvp.com
        cmccleskey@mtdvp.com

DATED: June 29, 2026                    BY:    */s/ Y. Michael Twersky*
        Shanon J. Carson, Esq.
        Yechiel Michael Twersky, Esq.

3

John Kerrigan, Esq.
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net
jkerrigan@bm.net

DATED: June 29, 2026            BY:  _/s/ Lee J. Rohn_____
Lee J. Rohn, Esq.
Rhea R. Lawrence, Esq.
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

DATED: June 29, 2026            BY: _/s/ John K. Dema_____
John K. Dema, Esq. (V.I. Bar. No. 357)
LAW OFFICES OF JOHN K. DEMA, PC
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820
Telephone: (340) 773-6142
jdema@demalaw.com

DATED: June 29, 2026            BY:  _/s/ Hugh Lambert_____
Hugh Lambert, Esq.
J. Christopher Zainey, Esq.
Brian Mersman, Esq.
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

DATED: June 29, 2026            BY:  _/s/ Vincent Colianni II_____
Vincent Colianni, II, Esq.
Vincent A. Colianni, Esq.
Marina Leonard, Esq.
COLIANNI & LEONARD LLC

4

2120 Company Street
Christiansted, VI 00820
Telephone: (340) 719-1766
vinny@colianni.com
vince@colianni.com
marina@colianni.com

DATED: June 29, 2026          BY:   /s/ C. Jacob Gower
                                    C. Jacob Gower, Esq.
                                    GOWER LEGAL LLC
                                    1919 Pine Street
                                    New Orleans, LA 70118
                                    Telephone: (337) 298-9734
                                    jacob@gowerlegal.com

DATED: June 29, 2026          BY:   /s/ Jennifer Jones
                                    Jennifer Jones, Esq.
                                    9003 Havensight Mall, Ste. 319
                                    St. Thomas, V.I. 00802
                                    Telephone: (340) 779-7386
                                    jjones@vienvironmentallaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court's ECF system on June 29, 2026, which sent notice to counsel of record.

/s/ Daniel H. Charest
Daniel H. Charest

5