**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al.* | : | |

**<u>NOTICE OF FILING UNDER SEAL</u>**

Pursuant to this Court's Order (Dkt. 1777), Plaintiffs attempted on June 29, 2026 to file under seal the unredacted Memorandum in Support of their Motion for Class Certification and accompanying Sealed Appendix of Exhibits (specifically Exhibits 28–127), attached as Sealed Exhibits Parts 1 through 39. Plaintiffs attempted to file these documents under seal multiple times, but each time the Case Management/Electronic Case Filing System ("CM/ECF") for the District Court of the Virgin Islands (the "Virgin Islands District Court") would not permit the filing and instead displayed a message that the undersigned is "not authorized to seal an entry or document for any of the parties in this case."

Upon encountering this technical issue, and before the Court's June 29, 2026 deadline for filing under seal had passed, Plaintiffs filed a Notice of Attempted Filing Under Seal memorializing the foregoing technical issue and served the unredacted Memorandum in Support of their Motion for Class Certification and accompanying Appendix on all counsel of record via email. (Dkt. 1778).

Plaintiffs file this Notice to inform the Court and the parties that the Clerk's Office for the St. Croix Division of the Virgin Islands District Court resolved the technical issue this morning, and Plaintiffs have now filed the unredacted Memorandum shared with Chambers, under seal, under a "Notice of unredacted class certification memoranda," together with the accompanying Appendix, as required by this Court's Order. *See* (Dkt. 1779). The undersigned served copies of

1

the sealed materials on all counsel of record concurrently with this filing.

DATED: June 30, 2026

BY:   /s/ Daniel Charest
Warren T. Burns, Esq.
Daniel H. Charest., Esq.
Martin D. Barrie, Esq.
Quinn M. Burns, Esq.
Anna Katherine Benedict, Esq.
BURNS CHAREST LLP
901 Main Street, Suite 5800
Dallas, Texas 75202
Telephone: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com
mbarrie@burnscharest.com
qburns@burnscharest.com
abenedict@burnscharest.com

DATED: June 30, 2026

BY:   /s/ Korey A. Nelson
Korey A. Nelson, Esq.
H. Rick Yelton, Esq.
BURNS CHAREST LLP
201 St. Charles Ave., Suite 2900
New Orleans, LA 70170
Telephone: (504) 799-2845
knelson@burnscharest.com
ryelton@burnscharest.com

DATED: June 30, 2026

BY:   /s/ Kerry J. Miller
Kerry J. Miller, Esq.
Paul C. Thibodeaux, Esq.
Rebekka C. Veith, Esq.
C. Hogan Paschal, Esq.
Carly Jonakin McCleskey, Esq.
MILLER, THIBODEAUX, DYSART, VEITH
& PASCHAL, LLP
643 Magazine Street, Suite 405
New Orleans, Louisiana 70130
Telephone: (504) 977-9150
kmiller@mtdvp.com
pthibodeaux@mtdvp.com
rveith@mtdvp.com
hpaschal@mtdvp.com
cmccleskey@mtdvp.com

DATED: June 30, 2026

BY:   /s/ Y. Michael Twersky

2

Shanon J. Carson, Esq.
Yechiel Michael Twersky, Esq.
John Kerrigan, Esq.
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net
jkerrigan@bm.net

DATED: June 30, 2026                    BY:    /s/ Lee J. Rohn
                                        Lee J. Rohn, Esq.
                                        Rhea R. Lawrence, Esq.
                                        1108 King Street, Suite 3 (mailing)
                                        56 King Street, Third Floor (physical)
                                        Christiansted, St. Croix
                                        U.S. Virgin Islands 00820
                                        Telephone: (340) 778-8855
                                        lee@rohnlaw.com
                                        rhea@rohnlaw.com

DATED: June 30, 2026                    BY: /s/ John K. Dema
                                        John K. Dema, Esq. (V.I. Bar. No. 357)
                                        LAW OFFICES OF JOHN K. DEMA, PC
                                        1236 Strand Street, Suite 103
                                        Christiansted, St. Croix, VI 00820
                                        Telephone: (340) 773-6142
                                        jdema@demalaw.com

DATED: June 30, 2026                    BY:    /s/ Hugh Lambert
                                        Hugh Lambert, Esq.
                                        J. Christopher Zainey, Esq.
                                        Brian Mersman, Esq.
                                        LAMBERT ZAINEY SMITH & SOSO, APLC
                                        701 Magazine Street
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 581-1750
                                        Facsimile: (504) 529-2931
                                        hlambert@lambertainey.com
                                        czainey@lambertzainey.com
                                        bmersman@lambertzainey.com

DATED: June 30, 2026                    BY:    /s/ Vincent Colianni II
                                        Vincent Colianni, II, Esq.
                                        Vincent A. Colianni, Esq.

3

Marina Leonard, Esq.
COLIANNI & LEONARD LLC
2120 Company Street
Christiansted, VI 00820
Telephone: (340) 719-1766
vinny@colianni.com
vince@colianni.com
marina@colianni.com

DATED: June 30, 2026                BY:   /s/ C. Jacob Gower
                                          C. Jacob Gower, Esq.
                                          GOWER LEGAL LLC
                                          1919 Pine Street
                                          New Orleans, LA 70118
                                          Telephone: (337) 298-9734
                                          jacob@gowerlegal.com

DATED: June 30, 2026                BY:   /s/ Jennifer Jones
                                          Jennifer Jones, Esq.
                                          9003 Havensight Mall, Ste. 319
                                          St. Thomas, V.I. 00802
                                          Telephone: (340) 779-7386
                                          jjones@vienvironmentallaw.com

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court's ECF system on June 30, 2026, which sent notice to counsel of record.

/s/ Daniel H. Charest
Daniel H. Charest

4