**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

CLIFFORD BOYNES, et al.,

        *Plaintiffs*,

    v.

LIMETREE BAY VENTURES, LLC, et al.,

        *Defendants*.

Civil Action No. 2021-0253

## NOTICE OF FIRM NAME CHANGE AND CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the mailing address and contact information for Attorneys Francis C. Healy and Alexandra M. Lyon, formerly of Hogan Lovells US LLP, counsel for Defendant Freepoint Commodities LLC in the above-captioned matter, have changed to the following:

> Francis C. Healy (admitted *Pro Hac Vice*)
> Alexandra M. Lyon (admitted *Pro Hac Vice*)
> **HOGAN LOVELLS CADWALADER US LLP**
> 200 Liberty Street
> New York, New York 10281
> (212) 504-6000 (p)
> (212) 504-6666 (f)
> Email: francis.healy@hlc.com
> Email Alexandra.lyon@hlc.com

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence, and other documents served in the above-referenced proceeding are to be directed to the above address.

Dated: July 1, 2026

Respectfully submitted,

*/s/* Francis C. Healy

Francis C. Healy (admitted *Pro Hac Vice*)
Alexandra M. Lyon (admitted *Pro Hac Vice*)
**HOGAN LOVELLS CADWALADER US LLP**
200 Liberty Street
New York, New York 10281
(212) 504-6000 (p)

1

(212) 504-6666 (f)
Email: francis.healy@hlc.com
Email Alexandra.lyon@hlc.com

*Attorneys for Freepoint Commodities LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 1st day of July, 2026, I electronically filed the

foregoing **NOTICE OF FIRM NAME CHANGE AND CHANGE OF ADDRESS** with the

Clerk of the Court using the CM/ECF system, which will send a notice of filing to all parties

whose counsel has entered an appearance in this matter.

/s/ Francis C. Healy