**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES,** *et al* | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO. 1:21-253** |
| | : |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : |

## ORDER

**AND NOW,** this 1ˢᵗ day of July 2026, following our June 10, 2026 extended hearing leading to our June 10, 2026 Order (ECF 1766), Plaintiffs' responsive Post-Hearing Supplemental Memorandum (ECF 1773), and Plaintiffs' June 26, 2026 status letter emailed to our Chambers consistent with our March 31, 2026 Order (ECF 1731) addressing good faith progress and expected imminent steps, and for good cause mindful of our collective efforts to avoid further delay while affording the parties an opportunity to exhaust settlement efforts to mitigate administration costs consistent with Rule 1, it is **ORDERED** we **GRANT** Plaintiffs leave to, on or before **July 7, 2026,** file either: a Notice attaching a proposed agreed Order with the most recent updated detailed terms of a requested preliminary approval of a class action settlement as to less than all Defendants; or, Memoranda not exceeding four pages representing all parties' views as to why we should not now evaluate the revised terms in the proposed Order and Stipulation (ECF 1773-1) as the controlling terms for a preliminary approval of a class action settlement as to less than all Defendants.

_____
**KEARNEY, J.**