**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>       *Plaintiffs,*<br><br>   v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>       *Defendants.* | Civil Action No. 2021-0253 |

**[PROPOSED] ORDER ON BRIEFING SCHEDULE AND PAGE LIMITATIONS FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

AND NOW, this ___ day of _____, 2026, upon considering the Stipulation Regarding Briefing Schedule and Page Limitations On Plaintiffs' Motion for Class Certification, submitted by Plaintiffs and Defendants BP Products North America Inc. ("BPPNA"), Limetree Bay Terminals, LLC ("LBT"), Limetree Bay Refining, LLC ("LBR"), EIG Global Energy Partners, LLC ("EIG"), Limetree Bay Ventures, LLC ("LBV") and Limetree Bay Energy, LLC ("LBE") and dated June ____, 2026 (the "Stipulation"), in response to this Court's Order dated June 10, 2026 (ECF No. 1766), the Stipulation is SO-ORDERED.

 

_____

**KEARNEY, J.**

1

**STIPULATION**

WHEREAS, Plaintiffs and Defendants BP Products North America Inc. ("BPPNA"), Limetree Bay Terminals, LLC ("LBT"), Limetree Bay Refining, LLC ("LBR"), EIG Global Energy Partners, LLC ("EIG"), Limetree Bay Ventures, LLC ("LBV") and Limetree Bay Energy, LLC ("LBE") are parties to the above-captioned action pending in the United States District Court for the Virgin Islands, Civil Action No. 1:21-cv-00253-MAK (the "Litigation");

WHEREAS, by Order dated June 10, 2026 (ECF No. 1766), the Court Ordered, among other things, that (a) Plaintiffs file a memorandum not exceeding twenty-five pages in support of their anticipated June 15, 2026 motion for class certification; (b) Defendants file memoranda opposing class certification by no later than July 10, 2026; (c) the parties timely seek by way of stipulation or motion an appropriate page modification for Defendants' Opposition to class certification beyond twenty-five pages, including arguments potentially challenging expert opinions, without duplicating arguments or repeating allegations; and (d) Plaintiffs be granted leave to file a Reply not exceeding fifteen pages by no later than July 20, 2026 (the "June 10 Order");

WHEREAS on June 15, 2026 (ECF No. 1768), Plaintiffs filed a Motion to Certify Class;

WHEREAS, counsel for the parties have conferred regarding an appropriate page modification for Defendants' Opposition and Plaintiffs' Reply consistent with the June 10 Order and have reached agreement as set forth below; and

2

WHEREAS, this Stipulation does not resolve, and expressly preserves, the parties' respective positions as to whether any further briefing beyond that set forth below is warranted;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

a.  Defendants shall file any Opposition to Plaintiffs' Motion for Class Certification, including any arguments potentially challenging Plaintiffs' expert opinions offered in support of class certification, in a memorandum not exceeding forty pages, by no later than July 10, 2026;

b.  Plaintiffs shall file any Reply in support of their Motion for Class Certification, including any response to Defendants' challenges to Plaintiffs' expert opinions, in a memorandum not exceeding fifteen pages, by no later than July 20, 2026, consistent with the June 10, 2026 Order;

c.  Nothing in this Stipulation shall be construed as a waiver of, or limitation upon, any party's right to seek or oppose leave of Court for further briefing. Defendants expressly reserve the right to seek leave to file a further reply addressing challenges to the reliability or admissibility of expert opinions raised in connection with class certification, should Defendants determine such a reply is necessary after reviewing Plaintiffs' Reply, and Plaintiffs expressly reserve the right to oppose any such request for leave;

d.  Nothing in this Stipulation shall be construed as a waiver of any party's right to separately challenge the qualifications, reliability, or admissibility of any expert's opinions at a later stage of this Litigation, including in connection with trial, regardless of whether such expert's opinions were challenged, or not challenged, in connection with class certification, in accordance with the Court's March 31, 2026 Scheduling Order; and

e.  This Stipulation may be executed in counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument.

**AGREED TO BY THE PARTIES
BY AND THROUGH THEIR RESPECTIVE COUNSEL.**

Dated:      July 1, 2026                          /s/ Chivonne A.S. Thomas
                                                  Chivonne A.S. Thomas, Esq.
                                                  HAMILTON, MILLER & BIRTHISEL,
                                                  LLP
                                                  cthomas@hamiltonmillerlaw.com

                                                  For Defendant BP Products North
                                                  America Inc.


Dated:      July 1, 2026                          /s/ Adam B. Zuckerman
                                                  Adam B. Zuckerman
                                                  BAKER, DONELSON, BEARMAN,
                                                  CALDWELL & BERKOWITZ, P.C.
                                                  azuckerman@bakerdonelson.com

                                                  For Defendant EIG Global Energy
                                                  Partners, LLC, Limetree Bay
                                                  Ventures, LLC, and Limetree Bay
                                                  Energy, LLC

Dated:       July 1, 2026             /s/ Ronald M. Schirtzer
                                      Ronald M. Schirtzer
                                      Weinberg Wheeler Hudgins
                                      Gunn & Dial, LLC
                                      RSchirtzer@wwhgd.com

                                      For Defendant Limetree Bay
                                      Terminals, LLC d/b/a Ocean Point
                                      Terminals


Dated:       July 1, 2026             /s/ Carolyn F. O'Connor
                                      Carolyn F. O'Connor, Esq.
                                      Wilson Elser Moskowitz Edelman &
                                      Dicker LLP
                                      carolyn.oconnor@wilsonelser.com

                                      For Nominal Defendant Limetree Bay
                                      Refining, LLC


Dated:       July 1, 2026             /s/ Michael Twersky
                                      Michael Twersky
                                      BERGER MONTAGUE PC
                                      mitwersky@bergermontague.com

                                      For Plaintiffs