## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

CLIFFORD BOYNES, *et al*       :   CIVIL ACTION

                 : 

         v.        :   NO. 1:21-253

                 : 

LIMETREE BAY VENTURES, LLC, *et al*   : 

## ORDER

**AND NOW**, this 9th day of July 2026, upon reviewing Plaintiffs' July 7, 2026 letter copied to all counsel confirming agreement on final terms of settlement with additional Defendants awaiting final client approval and signatures and representing a continued efforts to prepare preliminary approval papers this week, it is **ORDERED** we **amend** our July 1, 2026 Order (ECF 1782) <u>only</u> to allow Plaintiffs to file a Notice attaching the proposed agreed Order for requested preliminary approval of a class action settlement as to less than all Defendants by no later than **July 14, 2026.**

_____
KEARNEY, J.