**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

CLIFFORD BOYNES, et al.,

        *Plaintiffs,*

    v.

LIMETREE BAY VENTURES, LLC, et al.,

        *Defendants.*

Civil Action No. 2021-0253

**NOTICE IDENTIFYING RULE 53 SPECIAL MASTER(S)
IN RESPONSE TO JULY 10 ORDER**

Defendants BP PRODUCTS NORTH AMERICA INC. ("BPPNA") and EIG GLOBAL ENERGY PARTNERS, LLC ("EIG GEP"), by and through their respective undersigned counsel, hereby file this joint Notice in response to this Court's order dated July 10, 2026 (ECF 1792) (the "Order") regarding whether to maintain under seal or redact a limited set of information contained in Plaintiffs' unredacted Motion for Class Certification (ECF 1768-1) ("Class Cert Motion") and thirty-one exhibits to the Class Cert Motion containing BPPNA's competitively sensitive information produced in this action, as set forth in Appendix A (ECF 1788-1) and Appendix B (ECF 1788-2) to BPPNA's Response to Order to Show Cause to Seal Limited Portions of Unredacted Memorandum and Exhibits From Public View ("BPPNA's July 7 Response") (ECF 1788) (collectively, the "BPPNA Sealed Materials"),[1] and ten exhibits to the Class Cert Motion containing EIG GP's competitively sensitive information produced throughout discovery in this action as set forth in EIG GEP's Response to Order to Show Cause (ECF 1789) (collectively, the "EIG GEP Sealed Materials").[2]  The exhibits subject to BPPNA's and EIG GEP's respective requests

---

[1] The BPPNA Sealed Materials are categorized as Internal Business Strategy Information, Contract Information, and/or Financial Information in Appendices A and B to the July 7 Response (as defined in the Response). The two BP Exhibits identified for sealing in full are Exhibits 51 and 58 (Internal Business Strategy Information). The twenty-nine BP Exhibits identified for redactions are Exhibits 33-37, 39, 41-46, 48-49, 52, 55, 61-63, 72, 78-79, and 104-107 (Internal Business Strategy Information); Exhibits 45, 78, 106-108 and 110-111 (Contract Information); and Exhibits 35-37, 39, 42, and 78 (Financial Information). Exhibits 79, 105, 106, and 111 were produced by EIG GEP and overlap with EIG GEP's sealing request (ECF 1789).

[2] The EIG GEP Sealed Materials contain EIG GEP's investment committee materials, private investor communications, fund performance and valuation data, proprietary third-party consultant analyses, capital structure and financing terms, counterparty negotiation positions, toll and penalty economics, distressed recovery options, and non-public operating forecasts. The ten exhibits to Plaintiffs' Class Cert Motion identified for sealing in full are

collectively comprise only forty-one out of the 127 total exhibits filed by Plaintiffs in support of the Class Cert Motion.

1.   In response to the Court's concerns about the nature and age of the information in the documents previously identified by BPPNA and EIG GEP for sealing, BPPNA and EIG GEP have each taken a fresh, good-faith look at the materials at issue. In particular, BPPNA and EIG GEP have reassessed whether any sealing requests can be reasonably withdrawn or narrowed, and counsel for BPPNA and EIG GEP have conferred in an attempt to reduce the number of documents as to which both parties continue to seek protection. However, given the nature of the information in these materials, BPPNA and EIG GEP are unable to narrow the universe to fewer than twenty documents collectively.

2.   The BPPNA Sealed Materials contain sensitive and proprietary commercial material that, if exposed, would cause BPPNA current competitive injury for the reasons set forth in BPPNA's July 7 Response. Among other things, the Materials reflect BPPNA's internal assessments and negotiating strategies, information which would place BPPNA at a strategic disadvantage should other current and future business partners gain such insight.  In addition, the documents include proprietary information concerning BPPNA's internal presentations, strategic and executive risk assessments of the messaging and economics of its

---

Exhibits 47, 69, 70, 71, 77, 79, 105, 106, 111, and 127. EIG GEP further identifies in its Response to Order to Show Cause (ECF 1789) the specific reference to these exhibits throughout Plaintiffs' Class Cert Motion.

2

proposed business venture and deal structure, internal approval channels for business deals, negotiation strategy, contract terms, and financial data and modeling inputs and assumptions that remain highly relevant to the strength of BPPNA's current competitive position. BPPNA therefore reaffirms its sealing request with respect to the BPPNA Sealed Materials. Given the industry in which BPPNA operates, such information remains highly relevant despite the age of these particular documents.

3. Similarly, the EIG GEP Sealed Materials contain EIG GEP's investment committee materials, private investor communications, fund performance and valuation data, proprietary third-party consultant analyses, capital structure and financing terms, counterparty negotiation positions, toll and penalty economics, distressed recovery options, and non-public operating forecasts. None of this information is publicly available, it is unrelated to class certification, it is unnecessary for the public's understanding of the alleged environmental contamination, and its disclosure would provide competitors, counterparties, lenders, and future portfolio companies with a roadmap to exploit EIG GEP's decision-making processes and commercial positions.

4. However, if the Court would benefit from a document-by-document review before resolving the sealing issues, BPPNA and EIG GEP respectfully agree that either the Honorable Thomas I. Vanaskie (Ret.) or the Honorable Mitchell S. Goldberg (Ret.) may be appointed, at the Court's discretion, to serve as Rule 53 Special Master. The Special Master could review the challenged materials in camera,

3

**HAMILTON, MILLER & BIRTHISEL, VI P.C.**
A U.S. VIRGIN ISLANDS PROFESSIONAL CORPORATION
MAILING ADDRESS: 150 SOUTHEAST SECOND AVENUE, SUITE 1200, MIAMI, FLORIDA 33131 • 305-379-3686 • FAX 305-379-3690

evaluate the sealing claims, and file a report and recommendation addressing the BPPNA Sealed Materials and the EIG GEP Sealed Materials.

5.    No other party to the litigation opposes the appointment of a Special Master.

Respectfully submitted,

Dated: July 15, 2026

*Chivonne A.S. Thomas*

Schuyler A. Smith, Esq.
V.I. Bar No. 1271
Jennifer Miller Brooks, Esq.
V.I. Bar No. 1109
Chivonne A.S. Thomas, Esq.
V.I. Bar No. 1168
Hamilton, Miller & Birthisel, VI P.C.
150 Southeast Second Ave, Ste. 1200
Miami, Florida 33131
Telephone 305-379-3686
ssmith@hamiltonmillerlaw.com
jmiller@hamiltonmillerlaw.com
cthomas@hamiltonmillerlaw.com

AND

Lori B. Leskin, Esq. (appearing *pro hac vice)*
David Kerschner, Esq. (appearing *pro hac vice*)
Robert Franciscovich, Esq. (appearing *pro hac vice*)
Rebecca Maller-Stein, Esq. (appearing *pro hac vice*)
Matthew Medina, Esq. (appearing *pro hac vice)*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019
Tel: 212-836-8000
lori.leskin@arnoldporter.com
david.kerschner@arnoldporter.com
robert.franciscovich@arnoldporter.com
rebecca.maller-stein@arnoldporter.com
matthew.medina@arnoldporter.com

4

Rhonda R. Trotter, Esq. (appearing *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street
Los Angeles, California 90017-5844
Tel: 213-243-4000
rhonda.trotter@arnoldporter.com

***Counsel for Defendant BP Products North America Inc.***

Dated: July 15, 2026          */s/ Adam B. Zuckerman*
Kenneth M. Klemm (solely with respect to case nos. 21-00253, 00260 & 00261, admitted *pro hac vice*)
Adam B. Zuckerman (solely with respect to case nos. 21-00253, 00259 & 00260, admitted *pro hac vice*)
Anne Derbes Wittmann (admitted *pro hac vice*)
Leopoldo J. Yanez (admitted *pro hac vice*)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
kklemm@bakerdonelson.com
azuckerman@bakerdonelson.com
awittmann@bakerdonelson.com
lyanez@bakerdonelson.com
          *and*
Amy L. Champagne (solely with respect to case nos. 21-00253, 00259 & 00261, admitted *pro hac vice*)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-8912
achampagne@bakerdonelson.com

          *and*

Dated: July 15, 2026          */s/ Adam N. Marinelli*
Adam N. Marinelli (V.I. Bar No. 1294)
BOLTNAGI PC

5

Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, Virgin Islands 00802-1816
Telephone: (340) 774-2944
amarinelli@vilaw.com

***ATTORNEYS FOR EIG GLOBAL ENERGY
PARTNERS, LLC***

6

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2026, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system and has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and/or via e-mail.

*Chivonne A.S. Thomas*

Chivonne Thomas, Esq.

7