**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

## <u>ORDER</u>

**AND NOW**, this 17th day of July 2026, upon considering the Notice (ECF 1797) responsive to our July 10, 2026 Order (ECF 1792) confirming the parties agree to the appointment of a special master to address the propriety of precluding public access to a variety of documents which they are asking a judicial officer to review, and finding good cause after confirming the Honorable Thomas I. Vanaskie (*Ret.*) is available without a conflict to assist the parties in their confidentiality concerns at his normal and customary rates, it is **ORDERED** we **APPOINT** the Honorable Thomas I. Vanaskie (*Ret.)* as a Rule 53 Special Discovery Master to review assertions of confidentiality including the specific task now before the Court of promptly reviewing, conferring with counsel as warranted, and reviewing *in camera* documents, so as to produce a Report and Recommendation as to the propriety of precluding public access to documents presently under seal upon a Defendant's request relating to Plaintiffs' Motion for class certification, requiring:

1.    The Clerk of Court add the Honorable Thomas I. Vanaskie (*Ret.)* (tiv@stevenslee.com) to the docket for notice purposes until further Order;

2.    Special Master Judge Vanaskie shall email his Affidavit of no conflicts to our Chambers (chambers_of_judge_kearney@paed.uscourts.gov) by no later than **July 21, 2026** for our Chambers' prompt filing**;**

3. The party asserting confidentiality shall timely pay Special Master Judge Vanaskie in accord with his customary terms for his services given the extraordinary number of documents sought to be precluded from public access subject to Judge Vanaskie altering the allocation based on good cause;

4. Defendant's counsel shall immediately email Special Master Judge Vanaskie (copying Plaintiffs' counsel) to confirm his preferred delivery methodology of the specific documents in both redacted and unredacted form along with specific grounds for withholding the documents, with a copy of the cover correspondence to the specific documents shown to Plaintiffs' counsel;

5. Special Master Judge Vanaskie:

a. is granted leave to convene hold a telephonic hearing if warranted mindful the information adduced in that hearing may need to be precluded from public access if necessary, and issue a Report and Recommendation concerning the propriety of precluding public access by no later than **August 15, 2026**;

b. shall email his recommended orders, with reasoning as appropriate, to our Chambers for our filing as a Notice of Recommended Order;

c. shall retain electronic copies of all materials sent to him and create a contemporaneous record of his time invested in his service to the parties;

d. need not have the proceedings transcribed before him but nothing in this Order precludes a party from arranging a third-party court reporter who will provide Judge Vanaskie an expedited courtesy copy of the transcript of a proceeding and file a Notice attaching the complete expedited transcript contemporaneous with timely objections;

e. shall not communicate *ex parte* absent further Order expanding his scope of authority as a Special Master;

2

6.      A party seeking to preclude public access may timely object to Special Master Judge Vanaskie's Notice of Recommended Order by a filed Notice of objection compliant with our Policies on discovery Motions specifically identifying the grounds within forty-eight hours of Special Master Judge Vanaskie's recommendations (except if the objection would be due over a holiday or a weekend to be made by noon on the next business day);

7.      We will review Special Master Judge Vanaskie's findings based on a clear error of law as he will be applying legal principles defined by our Court of Appeals in *Avandia* and its progeny in finding whether a public forum can preclude public access to the identified materials including whether the subject information remains ripe in July 2026 and warrants further preclusion from public access given the nature of the alleged harms presented in the class certification motion and at trial; and,

8.      The Clerk of Court shall maintain the seal on the documents until further Order.


_____
**KEARNEY, J.**

3