# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

Clifford Boynes, et.al.,

    Plaintiffs

Vs.

                                        Civil Action No:  1:21-cv-0253

Limetree Bay Ventures, LLC, et. al.,

    Defendants

## DECLARATION

Pursuant to the Federal Rule of Civil Procedure 53 (b)(3), I hereby declare under penalty of perjury that there is no ground under 28 U.S.C. § 455 requiring my disqualification from serving as Special Master in the matter.

Thomas I. Vanaskie