**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

## ORDER

**AND NOW**, this 17th day of July 2026, upon considering the unopposed Motion (ECF 1799) to file responses to BP Products North America's crossclaims (ECF 1743), BP Products' Motions (ECF 1801, 1804) to amend our March 31, 2026 Order (ECF 1731) representing Plaintiff opposes the Motion to amend our March 31, 2026 Order, it is **ORDERED** we:

1. **GRANT in part** the unopposed Motion (ECF 1799) to extend co-Defendants' time to respond to the crossclaims filed by BP Products North America requiring we grant co-Defendants leave to respond by no later than **August 10, 2026**;

2. **DENY** BP Products' earlier filed Motion (ECF 1801) as mooted by its later Motion (ECF 1804); and,

3. **GRANT** Plaintiffs leave to oppose BP Products' Motion to amend (ECF 1804) our March 31, 2026 Order (ECF 1731) as to dispositive motions, venue, and Rule 702 motions by no later than **July 21, 2026** but providing the parties notice they should not expect a ruling on class certification before the August 5, 2026 obligations under our March 31, 2026 Order (ECF 1731) given the press of our criminal trial obligations.

_____
**KEARNEY, J.**