**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES**, *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC**, *et al* | : | |

## <u>ORDER</u>

**AND NOW**, this 23rd day of July 2026, upon considering the Motion to withdraw and terminate *pro hac vice* admission (ECF 1809), finding good cause and no prejudice as the moving Defendants continue to represented by counsel given the departure of Meredith M. Pohl as counsel from the law firm in good standing, it is **ORDERED** we **GRANT** the Motion to withdraw (ECF 1809) requiring the Clerk of Court terminate further notice and the representation of Meredith M. Pohl in this matter.

_____
KEARNEY, J.