**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES**, *et al* | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO. 1:21-253** |
| | : |
| **LIMETREE BAY VENTURES, LLC**, *et al* | : |

## ORDER

AND NOW, this 27th day of July 2026, upon considering Defendant's Motion (ECF 1804) to amend obligations under our March 31, 2026 Order (ECF 1731) only to allow more time for briefing of summary judgment after resolving the Motion for class certification (ECF 1768), mindful of our present attention drawn to the preliminary approval of a settlement class mooting dispositive motions from most of the other Defendants, and consistent with Rule 1 while mindful Plaintiffs' concerns we do not alter the trial dates, it is **ORDERED** we **GRANT in part** Defendant's Motion (ECF 1804) requiring we **amend** our March 31, 2026 Order (ECF 1731) only at paragraph four to grant the parties leave to move for summary judgment, transfer of venue or vicinage or Rule 702 relief compliant with our Policies by no later than **September 2, 2026** with Responses due no later than **September 16, 2026.**

_____
**KEARNEY, J.**