**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CLIFFORD BOYNES,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 1:21-253** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al.* | : | |

**PLAINTIFFS' NOTICE REGARDING GROUP 2 SETTLING DEFENDANTS'**
**OBJECTION TO BAR ORDER IN RELATION TO PLAINTIFFS' MOTION**
**FOR PRELIMINARY SETTLEMENT APPROVAL AND RELATED RELIEF**
**AS TO LESS THAN ALL DEFENDANTS**

Pursuant to the Court's July 9, 2026 order (ECF 1791), in view of additional settlements, Plaintiffs filed a memorandum of law in support of preliminary approval as to less than all defendants (ECF 1796-1) and a proposed order granting preliminary approval of a class settlement as to less than all defendants (ECF 1796-7). In both filings, Plaintiffs noted that the Group 2 Settling Defendants[1] had maintained an objection to a portion of the Bar Order attached as an exhibit to the proposed approval order insofar as the Bar Order's paragraph 1(e) did not affect (and, therefore, preserved) certain claims by Limetree Bay Terminals, LLC ("LBT"), Limetree Bay Ventures, LLC ("LBV"), or Limetree Bay Energy, LLC ("LBE") in respect of listed insurance policies (*see* ECF 1795; ECF 1796-1, at 7 & n.11; ECF 1796-7, at 3 n.2; ECF 1796-7, Ex. A, ¶ 1(e), at 8).

In particular, Plaintiffs' filings described the Group 2 Settling Defendants' objections as applying, without reservation, to the bolded language below:

> Nothing in this Stipulation operates to extinguish, discharge, satisfy, render unenforceable, bar, enjoin, restrain, release, or otherwise affect or preclude any rights or claim that any Defendant may have or seek to assert against any insurer or reinsurer in that Defendant's capacity as an insured or an additional insured under any insurance policy (or under any reinsurance contract), including under any

---

[1] The Group 2 Settling Defendants are Universal Plant Services (VI), LLC; Excel Construction and Maintenance VI, Inc.; Elite Turnaround Specialists, Ltd.; and Versa Integrity Group, Inc.

1

insurance policy (or under any reinsurance contract) issued to or covering any other Settling Defendant. The provisions of paragraphs 1(a) through 1(d) of this Order do not apply to rights and claims preserved by this paragraph 1(e). This paragraph 1(e) does not apply to the following policies: Ace American Insurance Company, policy no. PHF D38250097 004; Scottsdale Insurance Company, policy no. ENS0008376; Indian Harbor Insurance Company, policy nos. CEO7420840, CEO742084004, CEO742084005, CEO742084006, CEO742084007, and CEO742084008; Illinois Union Insurance Company, policy no. CPYG24882895 007; National Fire & Marine Insurance Company, policy no. 42-XIF-100868-03; Westchester Surplus Lines Insurance Company, policy no. G72503284 001; Lloyd's of London Syndicate 1084 and Apollo Liability Consortium 9984, as joint subscribers, policy no. ENCAS2000011; and AXIS Surplus Insurance Company, policy no. EAU646295/01/2020; provided, however, that **this paragraph 1(e) continues to apply to and preserve rights and claims made under all of these listed policies by LBT, LBV, or LBE and, further,** this paragraph 1(e) continues to preserve rights and claims as to all policies not listed.

(ECF 1796-7, Ex. A, ¶ 1(e), at 8 (emphasis added); ECF 1796-1, at 7 & n.11).

Plaintiffs' articulation of the Group 2 Settling Defendants' objection overstated the extent of the Group 2 Settling Defendants' objection. Two of the listed policies—Lloyd's of London Syndicate 1084 and Apollo Liability Consortium 9984 (policy no. ENCAS2000011) and AXIS Surplus Insurance Company (policy no. EAU646295/01/2020)—were added to the Bar Order as part of Plaintiffs' proposed settlement with the Group 3 Settling Defendants.[2] And these two policies relate only to the Group 3 Settling Defendants, not any of the Group 2 Settling Defendants. As such, the Group 2 Settling Defendants have no basis to object to the carveout (i.e., the bolded language above) from paragraph 1(e) in the Bar Order insofar as the carveout applies to those two listed policies. Plaintiffs file this notice to clarify and better delineate the scope of the Group 2 Settling Defendants' objections.

---

[2] The Group 3 Settling Defendants are EIG Global Energy Partners, LLC; LBV; and LBE.

2

The Group 2 Settling Defendants' objection to 1(e) is limited to rights and claims made by LBT, LBV, or LBE <u>only</u> as to the following policies:

1.  Ace American Insurance Company, policy no. PHF D38250097 004;

2.  Scottsdale Insurance Company, policy no. ENS0008376;

3.  Indian Harbor Insurance Company, policy nos. CEO7420840, CEO742084004, CEO742084005, CEO742084006, CEO742084007, and CEO742084008;

4.  Illinois Union Insurance Company, policy no. CPYG24882895 007;

5.  National Fire & Marine Insurance Company, policy no. 42-XIF-100868-03; and

6.  Westchester Surplus Lines Insurance Company, policy no. G72503284 001.

By contrast, the Group 2 Settling Defendants' objection to 1(e) does <u>not</u> extend to the following policies:

1.  Lloyd's of London Syndicate 1084 and Apollo Liability Consortium 9984, as joint subscribers, policy no. ENCAS2000011; and

2.  AXIS Surplus Insurance Company, policy no. EAU646295/01/2020.

Respectfully submitted,

DATED: July 28, 2026        BY:    /s/ *Y. Michael Twersky*

Shanon J. Carson, Esq.
Yechiel Michael Twersky, Esq.
John Kerrigan, Esq.
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net
jkerrigan@bm.net

DATED: July 28, 2026        BY:    /s/ *Lee J. Rohn*

Lee J. Rohn, Esq.
Rhea R. Lawrence, Esq.
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820

3

Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

Counsel for the *Cotton* Plaintiffs

DATED: July 28, 2026          BY:  /s/ *Daniel H. Charest*
                                   Warren T. Burns, Esq.
                                   Daniel H. Charest, Esq.
                                   Martin D. Barrie, Esq.
                                   Quinn M. Burns, Esq.
                                   Anna Katherine Benedict, Esq.
                                   BURNS CHAREST LLP
                                   901 Main Street, Suite 5800
                                   Dallas, Texas 75202
                                   Telephone: (469) 904-4550
                                   wburns@burnscharest.com
                                   dcharest@burnscharest.com
                                   mbarrie@burnscharest.com
                                   qburns@burnscharest.com
                                   abenedict@burnscharest.com

DATED: July 28, 2026          BY:   /s/ *Korey A. Nelson*
                                   Korey A. Nelson, Esq.
                                   H. Rick Yelton, Esq.
                                   BURNS CHAREST LLP
                                   201 Saint Charles Avenue, Suite 2900
                                   New Orleans, LA 70170
                                   Telephone: (504) 799-2845
                                   knelson@burnscharest.com
                                   ryelton@burnscharest.com

DATED: July 28, 2026          BY:   /s/ *Timothy W. Burns*
                                   Timothy W. Burns
                                   BURNS BAIR LLP
                                   10 E. Doty Street, Suite 600
                                   Madison, Wisconsin 53703
                                   Telephone: (608) 286-2302
                                   tburns@burnsbair.com

DATED: July 28, 2026          BY:   /s/ *Vincent Colianni II*
                                   Vincent Colianni, II, Esq.
                                   Vincent A. Colianni, Esq.
                                   Marina Leonard, Esq.
                                   COLIANNI & LEONARD LLC
                                   2120 Company Street

4

Christiansted, VI 00820
Telephone: (340) 719-1766
vinny@colianni.com
vince@colianni.com
marina@colianni.com

DATED: July 28, 2026                    BY:   */s/ C. Jacob Gower*
                                        C. Jacob Gower, Esq.
                                        GOWER LEGAL LLC
                                        1919 Pine Street
                                        New Orleans, LA 70118
                                        Telephone: (337) 298-9734
                                        jacob@gowerlegal.com

                                        Counsel for the *Shirley* Plaintiffs

DATED: July 28, 2026                    BY:   */s/ Kerry J. Miller*
                                        Kerry J. Miller, Esq.
                                        Paul C. Thibodeaux, Esq.
                                        Rebekka C. Veith, Esq.
                                        C. Hogan Paschal, Esq.
                                        Carly E. Jonakin, Esq.
                                        MILLER THIBODEAUX DYSART VEITH &
                                        PASCHAL, L.L.P.
                                        643 Magazine Street, Suite 405
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 977-9150
                                        kmiller@mtdvp.com
                                        pthibodeaux@mtdvp.com
                                        rveith@mtdvp.com
                                        hpaschal@mtdvp.com
                                        cjonakin@mtdvp.com

DATED: July 28, 2026                    BY:   */s/ Hugh Lambert*
                                        Hugh Lambert, Esq.
                                        J. Christopher Zainey, Esq.
                                        Brian Mersman, Esq.
                                        LAMBERT ZAINEY SMITH & SOSO, APLC
                                        701 Magazine Street
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 581-1750
                                        Facsimile: (504) 529-2931
                                        hlambert@lambertainey.com
                                        czainey@lambertzainey.com
                                        bmersman@lambertzainey.com

5

DATED: July 28, 2026          BY:    */s/ John K. Dema*

         John K. Dema, Esq.
         LAW OFFICES OF JOHN K. DEMA, PC
         1236 Strand Street, Suite 103
         Christiansted, St. Croix, VI 00820

DATED: July 28, 2026          BY:    */s/ Jennifer Jones*

         Jennifer Jones, Esq.
         9003 Havensight Mall, Ste. 319
         St. Thomas, V.I. 00802
         Telephone: (340) 779-7386
         jjones@vienvironmentallaw.com

         Counsel for the *Boynes* Plaintiffs

DATED: July 28, 2026          BY: */s/ John K. Dema*

         John K. Dema, Esq. (V.I. Bar. No. 357)
         LAW OFFICES OF JOHN K. DEMA, PC
         1236 Strand Street, Suite 103
         Christiansted, St. Croix, VI 00820
         Telephone: (340) 773-6142
         jdema@demalaw.com

DATED: July 28, 2026          BY: */s/ Hugh Lambert*

         Hugh Lambert, Esq.
         J. Christopher Zainey, Esq.
         Brian Mersman, Esq.
         LAMBERT ZAINEY SMITH & SOSO, APLC
         701 Magazine Street
         New Orleans, Louisiana 70130
         Telephone: (504) 581-1750
         Facsimile: (504) 529-2931
         hlambert@lambertainey.com
         czainey@lambertzainey.com
         bmersman@lambertzainey.com

         Counsel for the *Moorhead* Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Court's ECF system on July 28, 2026, which sent notice to counsel of record.

_s/ *Y. Michael Twersky*_